AWD (Rev. 12/11) Prisoner Civil IFP

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

KYLE LYDELL CANTY

FILED
LODGED
RECEVED

MAIL

Case Number:

**16 - CV - 01655** RAJ-JPD

Plaintiff

vs.

King County e+ All

OCT 24 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS BY A PRISONER BRINGING A CIVIL ACTION**

**DO NOT use this form if you are bringing a Petition for Writ of Habeas Corpus.**

Defendant(s)

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) KYLE LYDELL CANTY declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof. The nature of my action is *briefly* stated as follows: Civil rights violations

In support of this application, I answer *all* of the following questions:

1. Are you currently incarcerated?

☒ Yes  If "Yes" state the place of your incarceration King County Jail

**You must also attach a certified copy of your prison trust account statement showing transactions for the past six months.**

☐ No   If "No" do not use this form.

2. Are you presently employed? ☐ Yes  Employer _____  Salary _____  ☒ No

3. For the past twelve months, list the amount of money you have received from any of the following sources.

| | |
|---|---|
| a. Business, profession or other self-employment | $ 0 |
| b. Income from rent, interest or dividends | $ 0 |
| c. Pensions, annuities or life insurance payments | $ 0 |
| d. Disability, unemployment, workers compensation or public assistance | $ 0 |
| e. Gifts or inheritances | $ 0 |
| f. Money received from child support or alimony | $ 0 |
| g. Describe any other source of income _____ | $ 0 |

Page 2 of 4

4. List the amount for each of the following (include prison account funds):

Cash on hand $ 0     Checking Account $ 0     Savings Account $ 0

5. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
If Yes, describe the property and state its approximate value:

☐ Yes

☒ No

$

6. Are any persons dependent upon you for support? If Yes, state their relationship to you, and indicate how much you contribute toward their support each month. (Do not include names of minor children.)

☐ Yes

☒ No

$

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

MR. Canty is currently homeless trying to get his life together

$ 0

8. Provide any other information that will help explain why you cannot pay court fees and costs.

MR. Canty is currently homeless, With no Job, before this happend he was going to apply For a Job With the sheriff's department

I declare under penalty of perjury that the foregoing is true and correct.

10/03/16

**Executed on: (Date)    Signature of Applicant**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I (print your name) KYLE LYDell CANTY
hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

10/03/16

**Executed on: (Date)    Signature of Applicant**

## ACKNOWLEDGMENT AND AUTHORIZATION

Case Number _____

By choosing to bring a civil action, I acknowledge I am responsible for payment of the full $350.00 filing fee under 28 U.S.C. § 1915. I authorize the agency having custody of me to collect from my account and forward to the Clerk of the United States District Court the initial partial filing fee calculated under the Certification and Calculation section and payments pursuant to 28 U.S.C. § 1915(b).

I understand I am required to make monthly payments of twenty (20) percent of my preceding month's income credited to my account and the agency having custody of me will forward funds to the Clerk of the United States District Court each time the amount in the account exceeds ten ($10.00) dollars until the filing fee is paid in full.

10/03/16
**Date**

**Signature of Applicant**

KYLE LYDELL CANTY
**Committed Name of Applicant**

216020036
**Inmate Number**