Please Save Me

MAIL

OCT 24 2016

1

2

3

4

5           SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

6   STATE OF WASHINGTON,                    )
                                            )
7                        Plaintiff,         )   No. 16-1-03103-6 SEA
                                            )
8           vs.                             )
                                            )   ORDER FOR PRETRIAL
9   KYLE CANTY,                             )   COMPETENCY EVALUATION BY
                                            )   WESTERN STATE HOSPITAL
10                       Defendant.         )
                                            )
11                                          )
                                            )
12  _____ )

13          THIS MATTER coming on in open court upon the motion of the defense, and there being

14  reason to doubt the defendant's competency, and the court being in all things duly advised; the

15  plaintiff being represented by the undersigned Deputy Prosecuting Attorney; the defendant

16  Present? present; and the defendant being represented by undersigned counsel; now, therefore,

17          THE COURT FINDS the defendant is in need of a forensic mental health evaluation;

18  and

19          IT IS HEREBY ORDERED, under the authority of RCW 10.77.060, that the defendant,

20  who is charged with the crime(s) of Felony Harassment (Threaten to Kill), Assault In The Third

21  Degree (Law Enforcement Officer), be evaluated by a qualified expert from Western State

22  Hospital, who shall be approved by the prosecuting attorney, and who is designated by the

23  Secretary of the Department of Social and Health Services. The Secretary may choose to

24  ORDER FOR PRETRIAL COMPETENCY
    EVALUATION BY WESTERN STATE HOSPITAL -
    1 Rev (02/2013)

Daniel T. Satterberg, Prosecuting Attorney
Criminal Division
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 296-9000 FAX (206) 296-0955

1   designate more than one evaluator. The evaluation may include psychological and medical tests,

2   and voluntary treatment if conducted inpatient at Western State Hospital, and shall be completed

3   as specified below:

4   **I.    PLACE OF EVALUATION**:

5        ☒ **A.  KING COUNTY JAIL**. The evaluation shall take place in the King County Jail.

6   The evaluation shall take place as soon as practical following the receipt of all of **(i) this order,**

7   **(ii) the charging documents, and (iii) the prosecutor's discovery** by Western State Hospital,

8   unless the court grants further time. If the defendant is transferred to another detention or

9   correctional facility or a treatment facility under RCW 71.05, the jail or the parties are to

10  immediately inform Western State Hospital at (253)761-7565, and the facility is ordered to make

11  the defendant available for the purposes of this evaluation. If the defendant is released from jail

12  prior to the evaluation, the defendant shall contact the staff at Western State Hospital at (253)

13  761-7565 within the next working day following his/her release from jail to schedule an

14  appointment for evaluation at Western State Hospital or an agreed facility.

15       If after an initial assessment, the evaluator determines that the evaluation should take

16  place or be completed at Western State Hospital, the evaluator shall notify the parties in writing,

17  and defendant shall be transported to Western State Hospital. The commitment period for the

18  evaluation shall not exceed fifteen days from the time of admission to Western State Hospital.

19

20       ☐ **B.  OUT OF CUSTODY**. As the defendant is not currently in custody, the defendant

21  shall contact the staff at Western State Hospital at (253) 761-7565 within the next working day

22  following the date of this order to schedule and arrange an appointment for evaluation at Western

23  State Hospital or an agreed facility. If the defendant is committed to a treatment facility before

24  ORDER FOR PRETRIAL COMPETENCY
EVALUATION BY WESTERN STATE HOSPITAL -
2 Rev (02/2013)

Daniel T. Satterberg, Prosecuting Attorney
Criminal Division
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 296-9000 FAX (206) 296-0955

1  the evaluation, the facility is ordered to make the defendant available for the purposes of this

2  evaluation order. The examination shall occur as soon as practical following the receipt of **(i) the**

3  **order, (ii) the charging documents and (iii) the prosecutor's discovery** by Western State

4  Hospital, unless the court grants further time. If after an initial assessment, the evaluator

5  determines that the evaluation should take place or be completed at Western State Hospital, the

6  evaluator shall notify the parties in writing. A new order must be entered to authorize inpatient

7  examination if necessary to complete the evaluation.

8      If the out-of-custody evaluation cannot be completed within twenty-one days due to a

9  lack of cooperation by the defendant, the evaluator shall notify the court that he or she is unable

10  to complete the evaluation because of such lack of cooperation.

11

12      ☐ **C. INPATIENT at WESTERN STATE HOSPITAL.** The Court, having found that:

13      ☐ (i) defendant is charged with murder in the first or second degree; or
       ☐ (ii) it is more likely than not that an evaluation in the jail will be inadequate to
14      complete an accurate evaluation; or
       ☐ (iii) that an evaluation outside the jail setting is necessary for the health, safety, or
15      welfare of the defendant;

16  orders the examination to occur at Western State Hospital and the defendant is hereby committed

17  to the care of the Division of Social and Health Services for up to fifteen days from the date of

18  admission to the hospital.

19      King County Department of Adult and Juvenile Detention shall transport the defendant to

20  Western State Hospital as soon as possible for the purposes set forth above.

21

22

23  II.   **EVALUATION REQUIREMENTS**:

24  ORDER FOR PRETRIAL COMPETENCY
   EVALUATION BY WESTERN STATE HOSPITAL -
   3 Rev (02/2013)

   **Daniel T. Satterberg, Prosecuting Attorney**
   Criminal Division
   W554 King County Courthouse
   516 Third Avenue
   Seattle, WA 98104-2385
   (206) 296-9000 FAX (206) 296-0955

☐ **A.** DEVELOPMENTAL DISABILITIES PROFESSIONAL: The court has been advised by a party to the proceedings that the defendant may have a developmental disability, and hereby orders that the evaluation must be performed by a developmental disabilities professional.

☐ **B.** INTERPRETER REQUIRED: The court has determined that the defendant requires the assistance of a qualified interpreter of the _____ language, to be arranged by Western State Hospital.

☐ **C.** The defense attorney requests to be present. The evaluator shall give the defense attorney reasonable notice of and an opportunity to be present at any clinical interview. Notice may be sent to the email address provided below.

**III.** **REPORT REQUIREMENTS**:

The staff of Western State Hospital shall provide the report to the chief criminal judge of the court in which the criminal proceeding is pending, and provide copies to the Prosecuting Attorney, the Defense Counsel and others as designated in RCW 10.77.060 and 10.77.065. Distribution of the evaluation report by a facility providing inpatient services shall ordinarily be accomplished within two working days or less following the final evaluation of the defendant. The report of the evaluation shall include the following pursuant to RCW 10.77.060:

**A.**       A description of the nature of the evaluation;

**B.**       A diagnosis or description of the current mental status of the defendant;

**C.**       An opinion as to whether the defendant suffers from a mental disease or defect, or has a developmental disability. If so, the report shall include an opinion as to competency to stand trial. If the report concludes the defendant is incompetent to proceed, the report shall

ORDER FOR PRETRIAL COMPETENCY
EVALUATION BY WESTERN STATE HOSPITAL -
4 Rev (02/2013)

Daniel T. Satterberg, Prosecuting Attorney
Criminal Division
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 296-9000 FAX (206) 296-0955

1 include an opinion whether psychotropic medications are necessary and appropriate to

2 restore the defendant's competency and an opinion as to whether defendant is restorable;

3     **D.**         An opinion as to whether the defendant should be evaluated by a County

4 Designated Mental Health Professional under RCW 71.05.

5 **IV.**  **RECORDS**:

6     **A.**         In accordance with RCW 10.77.060 (1)(a), the staff of Western State Hospital is

7 granted access to all records held by any mental health, medical, educational, or correctional

8 facility that relate to the present or past mental, emotional, or physical condition of the defendant

9 for the purpose of conducting the examination.

10 **V.**  **TRANSPORTATION AND DISCHARGE**:

11     **A.**         Any facility providing inpatient services related to competency shall discharge the

12 defendant as soon as the facility determines that the defendant is competent to stand trial.

13 Discharge shall not be postponed during the writing and distribution of the evaluation report.

14     **B.**         If the defendant is discharged to the custody of a local correctional facility, the

15 local correctional facility must continue the medication regimen prescribed by the facility, when

16 clinically appropriate, unless the defendant refuses to cooperate with medication and there is no

17 forced medication order in effect.

18     **C.**         At the end of any period of inpatient examination and/or testing:

19 ☒ the defendant shall be returned to the custody of the King County Jail to be held pending further proceedings against the defendant.

20

21 ☐ all parties agree ☐ to waive the presence of the defendant or ☐ to the defendant's telephonic participation at a subsequent presentation of an agreed order if the recommendation of the evaluator is for continuation of the stay of criminal proceedings for restoration efforts, and the hearing is held prior to the expiration of the authorized commitment period.

22

23

24 ORDER FOR PRETRIAL COMPETENCY
EVALUATION BY WESTERN STATE HOSPITAL -
5 Rev (02/2013)

**Daniel T. Satterberg, Prosecuting Attorney**
Criminal Division
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 296-9000 FAX (206) 296-0955

1    Pursuant to CrR 3.3., the time for trial period is tolled during this examination period and
2  until this court enters an order finding the defendant to be competent to proceed.   The next
   hearing date is scheduled for ___Oct 17, 2016___

3    DONE IN OPEN COURT this ___3rd___ day of October, 2016.

4

5                                                          _____
                                                          JUDGE   Mariane C. Spearman
6

7  _____
   Deputy Prosecuting Attorney

8  PRINT NAME: Aubony G. Burns_____ WSBA No. 46544

9  PHONE NUMBER: (206) 296-9000___ FAX Number (206) 296-0955

   EMAIL ADDRESS  aubony.burns@kingcounty.gov
10

11

12  ___Pro se_____
   Attorney for defendant

13  PRINT NAME: Defendant Pro Se_____ WSBA No. PRO SE

14  PHONE NUMBER: ____FAX Number ____

   EMAIL ADDRESS
15

16

17

18

19

20

21

22

23

24
   ORDER FOR PRETRIAL COMPETENCY         **Daniel T. Satterberg, Prosecuting Attorney**
   EVALUATION BY WESTERN STATE HOSPITAL -   Criminal Division
   6 Rev (02/2013)                          W554 King County Courthouse
                                            516 Third Avenue
                                            Seattle, WA 98104-2385
                                            (206) 296-9000 FAX (206) 296-0955

**Best scanned image available.**



CS-10 Cntr Plaza
ne:
iber:                49
                     VIP X1600 XFM4
ar:                  1
State:               Connected
ate:                 7/8/2016
me:                  11:21:30 AM
je id:               1D1D8C1B9B4D9E0
a (Local):           7:37:52 PM,638
s (Local):           7/7/2016
ording Mode:         Continuous Recording
la:                  Ok
levice:              VRM : 100.0.0.200
                     4CIF (704 x 480)
                     Video Signal OK
mage Check:   Adjusted

haltsysteme GmbH 2016

**16-1-03103-6 SEA**

Black lives matter
Protest, and this is
the evidence against
MR. Canty
This Came from
The hing County Prosecutor



FILED
LOGED
RECEIVED

OCT 24 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

**Canty_K 0084**

**Best scanned image available.**



me:            CS-10 Cntr Plaza
iber:          49
               VIP X1600 XFM4
ar:            1
State:         Connected
ate:           7/8/2016
me:            11:19:55 AM
je id:         1D1D8C1AC329960
a (Local):     7:37:29 PM,974
a (Local):     7/7/2016
ording Mode:   Continuous Recording
te:            Ok
Ievice:        VRM : 100.0.0.200
               4CIF (704 x 480)
               Video Signal OK
mage Check:    Adjusted

MR. Canty has on the Red shirt Black hAt with Phone in hand IN front of seattle federal building Pictures captured by the F.B.I.

hellsysteme GmbH 2016
**16-1-03103-6 SEA**

Canty_K 0083

**Best scanned image available.**



me:              CS-10 Cntr Plaza
iber:            49
                 VIP X1690 XFM4
er:              1
State:           Connected
ate:             7/8/2016
me:              11:21:51 AM
je id:           1D1D8C1BB5FA3B0
a (Local):       7:37:55 PM,435
s (Local):       7/7/2016
ording Mode:     Continuous Recording
te:              Ok
levice:          VRM : 100.0.0.200
                 4CIF (704 x 480)
                 Video Signal OK
mage Check:      Adjusted

Black lives matter protest in front of Seattle Federal building

heitsysteme GmbH 2016

**16-1-03103-6 SEA**

**Canty_K 0085**

Best scanned image available



| | |
|---|---|
| ne: | CS-10 Cntr Plaza |
| rber: | 49 |
| | VIP X1600 XFM4 |
| ar: | 1 |
| State: | Connected |
| ate: | 7/8/2016 |
| me: | 11:18:31 AM |
| ge id: | 1D1D8C1AB158990 |
| a (Local): | 7:37:28 PM, 105 |
| a (Local): | 7/7/2016 |
| ording Mode: | Continuous Recording |
| te: | Ok |
| device: | VRM : 100.0.0.200 |
| | 4CIF (704 x 480) |
| | Video Signal OK |
| mage Check: | Adjusted |

heitsysteme GmbH 2016

**16-1-03103-6 SEA**

Canty_K 0087

**Best scanned image available.**



ne:            CS-10 Cntr Plaza
iber:          49
               VIP X1600 XFM4
ar:            1
State:         Connected
ate:           7/8/2016
me:            11:19:24 AM
je id:         1D1D8C1ABE11E00
a (Local):     7:37:29 PM,440
i (Local):     7/7/2016
ording Mode:   Continuous Recording
le:            Ok
levice:        VRM : 100.0.0.200
               4CIF (704 x 480)
               Video Signal OK
mage Check:    Adjusted

Black lives matter
Protest

haitsystems GmbH 2016
16-1-03103-6 SEA

Canty_K 0062

**Best scanned image available.**



ne:         CS-10 Cntr Plaza
iber:       49
            VIP X1600 XFM4
ar:         1
State:      Connected
ate:        7/8/2016
me:         11:19:02 AM
je id:      1D1D8C1AB7B3040
a (Local):  7:37:28 PM,772
i (Local):  7/7/2016
ording Mode: Continuous Recording
te:         Ok
levice:     VRM : 100.0.0.200
            4CIF (704 x 480)
            Video Signal OK
mage Check: Adjusted

Black lives matter/Protest

heliosystems GmbH 2016
**16-1-03103-6 SEA**

**Canty_K 0081**

Best scanned image available.



| | |
|---|---|
| ne: | CS-06 Hndicp Ramp |
| ıber: | 46 |
| | VIP X1600 XFM4 |
| ar: | 2 |
| State: | Connected |
| ote: | 7/8/2016 |
| me: | 11:23:22 AM |
| je id: | 1D1D6C1CA76DC10 |
| e (Local): | 7:38:20 PM,753 |
| s (Local): | 7/7/2016 |
| ording Mode: | Continuous Recording |
| te: | Ok |
| levice: | VRM : 100.0.0.200 |
| | 4CIF (704 x 480) |
| | Video Signal OK |
| mage Check: | Adjusted |

heitssysteme GmbH 2016

**16-1-03103-6 SEA**

**Canty_K 0086**

7/26/2016 5:06:22 AM

# Best scanned image available.



# *Criminal Information Bulletin*
## Criminal Intelligence Section

EXhibit 3

| Headquarters | Date: 7/8/2016 |
|---|---|

Bulletin prepared by: Detective Renihan — Phone: (206) 684-8770

# OFFICER SAFETY BULLETIN

## THREATS TO SHOOT POLICE OFFICERS/CRISIS

FILED
MAIL
RECEIVED

OCT 24 2016

At SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

H3972310 BD:7/20/1985  30Y M

CANTY
KYLE

H EMERGENCY DEPARTMENT
DOS:7/8/2016
Enc:1806805415  , RES:

KYLE L. CANTY  B/M/7-20-85  5'07/160
LKA: 77 S.Washington
NO Known vehicles

*There is no probable Cause for his Arrest.*

THERE IS A HAZARD IN NCIC RECORD IN NCIC FOR THREATENING TO SHOOT OFFICERS.

THIS INFORMATION IS PROVIDED FOR OFFICER SAFETY DUE TO HIS ACTIONS/WORDS AND ESCALATING ANGER AND FOCUS ON THE POLICE.

On 7-2-16    Canty approached an SPD officer on a call and yelled obscenities. Canty stated that he would assault officers if they tried to put hands on him for any reason.

On 7-5-16    Canty approached SPD Officers at a Starbucks and was videotaping them. Canty made the statements "you want a war with me, you don't want a war with me". " I know where you guys hang out stop harassing me" "do you know about the gun laws in the state of Washington". "It's in your best interest to stop harassing me".

On 7-7-16    Canty went to the Seattle Police Department OPA office saying he was feeling harassed and threatened by police. He stated that he planned to purchase a firearm to defend himself.  He said he would shoot officers if they pulled a gun or taser on him without a warrant.

On 7-7-16    Canty called the US Attorney's office in Seattle and became upset with the receptionist and stated that he would "start shooting SPD officers if he doesn't get the help he wants". He then called back and left a message that he feels his life has been threatened by the police department and he will protect himself by using deadly force".

CONFIDENTIAL - POLICE USE ONLY - DISPOSE OF IN SHREDDER ONLY

NOT FOR PUBLIC DISPLAY OR DISTRIBUTION — DO NOT FORWARD OR COPY

| HMC | Patient: CANTY, KYLE (H3972310) | Doc pg 4 of 7 | Job pg 102 of 148 | Req Id: | rsargent : 09/19/16 13:50:49 |

*Exhibit C*

CAUSE NO. _____



**SEATTLE POLICE DEPARTMENT**

### CERTIFICATION FOR DETERMINATION OF PROBABLE CAUSE

GENERAL OFFENSE #
16-242554

UNIT FILE NUMBER

That Timothy Renihan is a Detective with the Seattle Police Department and has reviewed the investigation conducted in Seattle Police Department Case Number 16-242554;

There is probable cause to believe that Kyle L. CANTY committed the crime(s) of Harassment-Threats to Kill within the City of Seattle, County of King, State of Washington.

This belief is predicated on the following facts and circumstances:

7-7-16 1045 hours, Detective Renihan contacted Ofc Culbertson #7662 and interviewed him about SPD case #16-242554 which occurred on 7-2-16. Ofc Culbertson stated that he was leaving 3 Ave and Dilling way and saw Suspect/Kyle L. Canty, B/M/7-20-85. Ofc Culbertson has contacted S/Canty previously and was familiar with S/Canty. Ofc Culbertson stopped his vehicle and S/Canty was 30 to 40 feet away. Ofc Culbertson stayed in his vehicle, put down his window and said "Hi" to S/Canty. S/Canty started yelling about perceived harassment by police. S/Canty told Ofc Culbertson that he "was not afraid to throw bullets at him". Ofc Culbertson asked him "what do you mean?" and S/Canty responded "you know what I mean". Ofc Culbertson believed based on his training, knowledge and experience that he meant that "Throwing bullets" meant shooting. S/Canty then told the officer "you going to sit in your car and talk shit" and told him to get out of his car to see what would happen. Ofc Culbertson believed S/Canty was attempting to antagonize and bait Ofc Culbertson into getting out of the car. Ofc Culbertson believed that if he would have gotten out of the car he may have been assaulted by S/Canty. Ofc Culberson believes S/Canty's behavior was shocking and that he wanted to fight him or other officers. S/Canty stated again that he would assault officers if they tried to put hands on him. S/Canty continued to try and get Ofc Culbertson to get out of his vehicle and Ofc Culbertson refused. Ofc Culbertson stated that he did not turn on his ICV because he was hyper focused on S/Canty's threatening words and making sure that Canty did not reach for a gun. Ofc Culbertson then left the area for another call. Ofc Culbertson completed an SPD report on the incident and requested a Hazard was posted in the NCIC database to alert other officers of the words and actions of S/Canty and that he may assault or shoot them. Ofc Culbertson believed he had probable cause to arrest S/Canty at the time of the incident, but did not arrest him due to officer safety considerations. Ofc Culbertson stated that he "legitimately believes S/Canty could be the next Christopher Monfort" and could kill an officer. There is probable cause for the arrest of S/Canty for Felony

Form 34.0  1/06



**SEATTLE
POLICE
DEPARTMENT**

*CERTIFICATION FOR DETERMINATION
OF PROBABLE CAUSE*

INCIDENT NUMBER
16-242554
UNIT FILE NUMBER

The investigation of S/Canty revealed that besides the Felon Harassment Charge above that on 7-5-16 S/Canty approached SPD Officers at a Starbucks and was videotaping them. S/Canty made the statements "you want a war with me, you don't want a war with me". "I know where you guys hang out stop harassing me", "do you know about the gun laws in the state of Washington". "It's in your best interest to stop harassing me". On 7-5-16 S/Canty went to the Seattle Police Department OPA office saying he was feeling harassed and threatened by police. He stated examples of what officers are saying "Hi Kyle, is that you?". He stated that he planned to purchase a firearm to defend himself. He said he would shoot officers if they pulled a gun or taser on him without a warrant. He stated that he is in fear for his life from "all police departments". On 7-7-16 5 Dallas Police Officers were killed and 12 total people were shot during a protest against police violence. On7-7-16 during a march against police violence in Seattle, S/Canty told police that the box he was carrying had extended magazines and he was going to buy a Glock 19 next. Due to the escalating behavior of S/Canty on 7-8-16 he was detained per Washington RCW 71.05.153, Emergent detention of persons with mental disorders, Imminent likelihood of serious harm to himself or others.

Under penalty of perjury under the laws of the State of Washington, I certify that the foregoing is true and correct to best of my knowledge and belief. Signed and dated by me this ___13___ day of _____July_____, 2016, at Seattle, Washington.