**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

October 24, 2016

Kyle Lydell Canty
216020036
KING COUNTY JAIL (SEATTLE)
500 5TH AVE
SEATTLE, WA 98104

We have received the correspondence relating to your 1983 Civil Rights Complaint. Your case has been assigned Case Number 2:16–cv–01655–RAJ–JPD. ***This entire number must appear on all future correspondence with the Court.***

The following deficiencies have been noted:

– Please provide a certified copy of your prison trust account statement showing transactions for the last six months.

Depending on the seriousness of the deficiency, the status of your case could be affected if the deficiencies are not corrected.

Failure to correct these deficiencies could affect the court's ability to serve defendants.

Please note: If your response to this letter is not received by **November 23, 2016**, the action may be subject to dismissal.

***Please return this letter with the corrections to the listed deficiencies.***

cc: file