```
                KING COUNTY DEPT. OF ADULT _JUVENILE DETENTION
                ==================================================

                              Resident Account Summary
                         Wednesday, October 26, 2016  @08:06

===============================================================================
For BA Number: 216020036     CANTY, KYLE LYDELL
-------------------------------------------------------------------------------
  Date     Transaction Description      Amount   Balance    Owed    Held   Reference
-------------------------------------------------------------------------------
10/19/2016 MEDICAL COP. 10/12/16          5.00     0.00     5.00    0.00  10/19/2016
07/13/2016 DEPOSIT CAS. NO BK CASH        0.00     0.00     0.00    0.00  07/13/2016
```

FILED
LODGED
RECEIVED
MAIL

**NOV 0 1 2016**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY