Certified Copy of Jail trust account

Kyle Lydell Canty
216020036
King County Jail (seattle
500 5th Ave
Seattle, WA 98104



Case Number 2:16-CV-01655-RAJ-JPD
In response to MR. Canty's cured deficiencies, attached to this response is MR. Canty's oringinal request Kite to King County Jail along with the Jail's response, (Resident Account Summary) with a alledged owed balance of $5.00 that King County Jail Cant even recoup because MR. Canty has never had any money put on his books since the time that he has been falsely incarcerated with no Probale Cause according to the Seattle Police department and not MR. Canty

Prepared by:
_____ 10/31/16

"Pro Se" litigant

# SERVICE REQUEST KITE

King County
Department of Adult and Juvenile Detention

4E116B09

**Name:** Kyle Canty  **BA#:** 2160 20036  **Date:** 10/25/16  **Location:** ~~[illegible]~~

NOV 01 2016

### Circle one (1) recipient per KITE:

- ~~Officer ~ Sergeant~~
- ~~Booking ~ Release ~ Commitments~~
- ~~Property Room~~
- (**Department Records**)
- Commissary
- School / Education
- Chaplain / Religious Services
- Veteran Services
- Legal Computer Workstation
- Community Corrections Division
- (**Inmate Funds/Accounts**)
- (**Inmate Management & Services**)
- Mail Room
- Food Services
- ~~Programs Office~~

**PRINT YOUR REQUEST:** MR. Canty Respectfully requests what is called a inmate trust account, which basically states that MR. Canty has never had any money on his books ever, this needs to cover a six month period.

**Response from Recipient:**

DO NOT USE THIS KITE FOR MEDICAL ISSUES (Use a PINK kite for Medical Service request)

KCDAJD F-530 Front (Rev. 12/08)

# FORMA PARA SOLICITAR SERVICIOS (KITE)

**King County**
Department of Adult and Juvenile Detention

**Nombre:** _____  **BA#:** _____  **Fecha:** _____  **Localidad:** _____

### Marque solo un (1) recipiente:

- Oficial ~ Sargento
- Proceso ~ Salida ~ Sentencias
- Propiedad Personal
- Departamento de Archivos
- Comisaria / Tienda

- Escuela / Educación
- Capellán / Servicios Religiosos
- Servicios para Veteranos
- Estación de Computadora Legal
- División Correcciones Comunales

- Fondos / Contaduría
- Administración de presos / servicios
- Correo
- Servicios Alimenticios / Cocina
- Oficina de Programas

**ESCRIBA SU PETICION:**
_____
_____
_____
_____
_____

**Respuesta:**
_____
_____
_____
_____
_____

**NO USE ESTA FORMA PARA ASUNTOS MEDICOS** ( Use la forma rosada para peticiones de Servicios Médicos)   1202M

KCDAJD F-530 Front (Rev. 12/08)

Name Kyle Lydell Canty
Bkg. # 216020036
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Legal Mail

Clerk, United States
District Court
United States Courthouse
700 Stewart Street
Suite 2310
Seattle, WA 98101

98101344442 0028



US POSTAGE
$ 00.47
First-Class
Mailed From 98104
10/31/2016
032A 0061807160

