FILED
LODGED
RECEIVED   MAIL

OCT 24 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                 DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

**16-CV-01655 RAJ-JPD**

KYLE LYDELL CANTY
(Name of Plaintiff)

vs.

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

King County
Seattle Police department
City of Seattle
State of Washington
(Names of Defendant(s))

## I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☐ Yes   ☒ No

B. If your answer to A is yes, how many?:_____. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff:_____

   Defendants:_____

2

2. Court (give name of District): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):
_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: King County Jail

A. Is there a prisoner grievance procedure available at this institution?   ☐ Yes   ☒ No

B. Have you filed any grievances concerning the *facts* relating to this complaint?
   ☐ Yes   ☒ No

If your answer is NO, explain why not: This is a not having Probable cause Complaint (U.S. constitutional LAW)

C. Is the grievance process completed?   N/A   ☐ Yes   ☐ No

If your answer is YES, ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.

III. Parties to this Complaint

A. Name of Plaintiff: KYLE LYdell CANTY   Inmate No.: 216020036
   Address: 500 5th Av, Seattle WA 98104

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: King County   Official Position: N/A
   Place of employment: N/A

3

C. Additional defendants  Seattle Police department
City of Seattle
State of WAshington

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

Facts (Federal Question)

(1.) The King County Prosecutors office Knowingly filed a information/indictment with out having Probable Cause according to their own discovery on the record. Judge Julie Spector claims that in the State of WAshington probable Cause is not needed in order to make an arrest (Please see attached exhibit that says there is No Probable Cause for MR. Canty's arrest

(2.) The Seattle Police department has been Participating in offical police misconduct and then they made up a whole bunch of malicious lies, but didn't expect MR. Canty to find the offical documents.

(3.) MR. Canty's Speedy trial rights have been Violated, MR. Canty on the record has complained and also in writing but nobody seems to care.

(4.) MR Canty is Currently a "pro se" litigant in the lower Courts, it was granted however since MR. Canty still wants to take the case to trial the prosecutor wants MR. Canty in Western State hospital

(5.) MR. Canty has never signed away his Speedy trial rights, and he has stated this multiple times, the Prosecutor and the Judge Justs ignores MR. Canty (multiple Judges are doing this) 1) Breach of duty 2) negligece (3) False Imprisonment 4) Racial Profiling 5) retaliation

4

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

MR. Canty begs the federal courts to please hear this case, so that this can never happen to anyone else ever again. Also MR. Canty would like to be released from Jail without pleading guilty to crimes he didn't committ. MR. Canty just wants his name cleard it's not about the money - 60,000,000 sixty million dollars

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3rd__ day of __October__ 20__16__.

_____
(Signature of Plaintiff)

(6.) The King County prosecutors office along with the lower court Judges will not allow MR. Canty to subpona and of his wittness who have seen the countless videos of the Seattle Police department following him around and harrassing him because he is african american.

(7.) The King County prosecutors office along with the lower courts refuse all of my hearings and court proceeding to be public, it's mainly just MR. Canty, the Judge, prosecutor, and correctional officers

(8.) The King County prosecutors office along with the lower court Judges refuse to allow me to file Constitutional rights violations motions

(1) Breach of duty
(2) negligence
(3) False Imprisonment
(4) Racial Profiling
(5) retaliation

Additional declaration: MR. Canty has never been incarcerated in the state of Washington until now. MR. Canty has only been incarcerated since July 13, 2016. MR. Canty has never had any money on his inmate books. MR. Canty has no family in the state of Washington. MR. Canty's current booking number is 216020036. MR. Canty is always in the hole at King County Jail due to cruel and unusal punishment. MR. Canty has reached out to King County Jail for the trust account statement, but my request never gets answered.

Prepared by:

*signature*

KYLE CANTY
BA 216020036

NO 16-1-03103-6
SEA

KYLE CANTY
500 5th AVE
Seattle WA
98104



Name: Kyle Canty
Bkg. # 216020036
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Legal Mail

TO: Clerk of the United States District Court
700 Stewart Street, Suite 2310
Seattle, WA 98101-1271

Mailed From 98104
10/18/2016
032A0061807160
US POSTAGE
$ 02.83
First-Class