United States District Court
Western District of Washington

KYLE LYDELL CANTY
VS.                  Plaintiff

Case Number
C16-1655-RAJ-JPD

SEATTLE POLICE DEPART
CITY OF SEATTLE
KING COUNTY
STATE OF WASHINGTON
             defendants.

FILED
LODGED
RECEIVED
MAIL

NOV 14 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        DEPUTY

MR. Canty has filed a amended complaint before he received the order to show cause. MR. Canty's amended complaint, more accurately states a claim upon which relief may be granted pursuant to but not limited to 28 U.S.C.A 1357, 28 U.S.C.A 1343, 42 U.S.C.A 1983, 42 U.S.C.A 1988, 28 U.S.C.A. 1331 (Federal Question)
In MR. Canty's first amended complaint that the United States District Courts did not yet receive, MR. Canty's follows a federal complaint outline to ensure accuracy in the twenty five page handwritten amended complaint

P 1 of 2

MR. Canty is also requesting from the United States District Courts an extention of time on all deadlines and orders coming from the United States District Courts due to Cruel and Unusual punishment that MR. Canty is experiencing from the King County Jail, this Cruel and Unusual punishment is in direct retailiation to MR. Canty being a Whistle blower. The Documented Cruel and Unusual Punishment would include not sending out inmates mail on time, discarding inmates grievances, not feeding inmates, locking inmates in the hole for extended periods of time, and lying on inmates in Jail infractions. MR. Canty has experienced, and is still currently experiencing the above listed Cruel and Unusual punishment.

Prepared by:

___K___ 11/10/2016

Kyle Lydell Canty

P 2 of 2

0036 KC

Name Kyle Lydell Canty
Bkg.# 216002036
King County Correctional Facility
500 5th Ave
Seattle, WA 98104

FOR LEGAL MAIL ONLY

Clerk, United States
District Court
United States Courthouse
700 Stewart Street, Suit 2310
Seattle WA 98101



Mailed From 98104
11/10/2016
032A 0061807160
First-Class
US POSTAGE
$ 00.47



98101$4442 C028