See Younger v. Harris 401 U.S. 37 (1971)

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KYLE LYDELL CANTY
VS. Plaintiff,

KING COUNTY, et al
defendants

Case No. 2:16-CV-01655-RAJ-JPD

re:
ORDER TO SHOW CAUSE

Pursuant to extraordinary circumstances where the danger of irreparable harm is both great and immediate to MR. Canty which justifies this Court's intervention MR. Canty brings this action challenging constitutionality of the State of Washington along with the Superior Courts of Washington's Rule 2.2 CrR, Rule 2.3 (3) CrR, RCW 10.79.015(3) are and have been unconstitutional on their face for a very long

P 1 of 3

time now, thus allowing the King County prosecutors office to file charges based upon a fraudulant information. Since the King County prosecutors office, The King County Superior Court Judges, Seattle police department, and the State of Washington, Knowingly maliciously, and Willfully violated MR. Canty's Fourth amendment and then tried to cover up the corruption MR. Canty is left with no other recourse of action accept by bringing this action challenging the State of Washington's statues along with the Superior Courts. MR. Canty is the "pro se" litigant in the criminal matter, therefore he has all of the States so called evidence, MR Canty has not seen any real evidence in over four months. MR. Canty does have as appart of his evidence the Seattle police department's

P 2 of 3

very own bulletin for no probable cause for MR. Canty's arrest, however MR. Canty still was arrested on made up charges that the Seattle police department made up. The harassment charge that MR. Canty is charged with is apparently on a Seattle police department officer that MR. Canty doesn't know, the harassment laws of the state of Washington are intended for relationships they aren't suppose to be used for police departments who have a personal vendetta against African americans. The assault in the third degree charge came two months of MR. Canty sitting in jail, and would not plead guilty to the harassment charge. Both charges are on to different Seattle police officers?

Prepared by:

X  11/10/2016
Kyle Lydell Canty

P 3 of 3

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NOV 16 2016

| | |
|---|---|
| KYLE LYDELL CANTY<br>VS.            Plaintiff,<br><br>KING COUNTY, et al<br>          defendants. | Case No 2:16-CV-01655-RAJ-JPD<br><br>RE,<br>ORDER TO SHOW CAUSE |

Cured deficiencies, Pursuant to F.R.C.P. Rule 8, (a),(1),(2),(3) Can be found in the Twenty five page amended Complaint that MR. Canty hand wrote before the order to show Cause was received, MR. Canty immediately Put in the mail the Twenty five page amended Complaint, MR. Canty apologizes for the Confusion. Pursuant to 28 U.S.C.A. 1915 (e),(2)(B) Proceedings in forma pauperis has already been granted for MR. Canty by the Courts. Pursuant to 28 U.S.CA. (a)(1)

P 1 of 3

based upon the facts of MR. Canty's first amended Complaint and the evidence that MR. Canty is willing to supply the Courts when upon the Courts request, the State of Washingtons own discoverable evidence.) This Court proceeding should not be dismissed pursuant to 28 U.S.C.A. 1915 (E)(2)(B) this action is not (1) frivolous or malicious (2.) in the amended Complaint as stated MR. Canty's twenty five page complaint cures the deficiency for failure to state a claim on which relief may be granted which follows a federal outline (3) also all of the defendants are not immune from such relief, MR. Canty knows this for a fact all of the defendants are consistently going through Civil, and sometimes criminal litigation for misconduct, The defendants are not the United States Government, therefore

the Federal Torts Claim Act does not apply in this action that MR. Canty is filling against the defendants

Prepared by:

*X*  11/10/2016
KYle Lydell Canty
BA# 216020036
King County Jail
500 5th AV
Seattle WA 98104

P 3 of 3