First Amended Complaint part 2

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KYLE LYDELL CANTY
Plaintiff,
VS.
KING COUNTY, et al
defendant.

Case No 2:16-cv-01655-RAJ-JPD

Pursuant to RULE 15 F.R.C.P.

## Additional Facts:

MR. Canty the plaintiff wants to provide the Courts with additional information pursuant to Rule 15 F.R.C.P. The additional facts are labled under first amended Complaint part two simply because MR. Canty the plaintiff has already mailed in the first amended complaint with the cured deficiencies, this is part two of the original amendend Complaint

P 1 of 13

The additional facts listed in this complaint specifically and directly correspond with the defendant's own actions according to the State of Washington's own discovery. MR. Canty the plaintiff will also be providing the federal courts with the State of Washington's discovery that futher proves that all of the defendants envolved knowingly, intentionally, maliciously, and willfully caused MR. Canty the plaintiff great harm along with knowingly, intentionally, maliciously, and willfully breaking Constitutional and federal laws.

Pursuant to 18 U.S.C.A. 241 Seattle Police detective Timothy Renihan along with King County DMHP Gail Bonicalzi knowingly, intentionally, maliciously, and willfully according to their own written testomony has committed Conspiracy against MR. Canty's rights

also these two defendants pursuant to 18 U.S.C.A. 1201 (A)(B) have committed Kidnapping (Please see page 12 of 25, and page 24 of 36 of the State of Washington's own discovery that MR. Canty has provided

Pursuant to 18 U.S.C.A 242 MR. Canty the plaintiff is a 31 year old African American male who has no felonies on is criminal record prior to the date of July 8, 2016. MR. Canty wrote a article dealing with his experience while being black in the United States. The article was also addressing Police harassment that he was receiving from police across the United States, and then in less than a year later MR. Canty the plaintiff was charged falsely with harassment of a police officer that he doesn't know (Please see page 27 of 36 of the State of Washington's own discovery

P 3 of 13

Pursuant to U.S.C.A. First amendment of the United States MR. Canty the plaintiff has a right to be free from the prohibiting of free speech or of the press, and MR. Canty has the right to peaceably assemble, the Seattle police department violated MR Canty's First amendment rights of the United States (Please see page 10 of 25) of the State of Washington's own discovery

Pursuant to the Second amendment of the United States Constitution MR Canty the plaintiffs right to bear arms was violated, futher more the Seattle police department went through great lengths to insure MR. Canty the plaintiff never own's a firearm, the Seattle Police department even tried to use the FBI, ATF, and when that failed they then tried to munipulate the mental health system (Please see page 10 of 25)

P 4 of 13

of the state of Washington's own discovery

Pursuant to the Fourth amendment of the United States Constitution, Mr. Canty the plaintiff's right to be free from illegal searches, seizures, warrants, must be upon probable cause was violated. The bulletin that was issued by the Seattle police department detective timothy Renihan states that there is no probable cause for Mr. Canty the plaintiff's arrest, so what is Mr. Canty sitting in King County Jail for? the bulletin alleges that Mr. Canty threatend to shoot Police, the bulletin also says there is no probable cause for Mr. Canty's arrest, it wasn't until the failed attempt to manipulate the mental health system, does this ficticious

felony harassment charge come five days after the failed manipulation of the mental health system, and then when the felony harassment charge wouldn't hold up, two months later King County comes with more ficticious charges like assault in the third degree, these charges are on police officers that Mr. Canty doesn't know. On the police bulletin prepared by the Seattle Police department's very own Timothy Renihan, it states that Mr. Canty would defend himself as in self defense. (see exhibit there is no probable cause for his arrest) The felony harassment charge of a police officer that Mr. Canty the plaintiff his charged with is based upon falsified documentation, that the Seattle police department along with the King County Prosecutor's office conspired together to knowingly, intentionally, maliciously, and willfully

deprive MR. Canty the plaintiff of his Constitutional rights, the defendant's also knowingly, intentionally, maliciously, and willfully, wrote about what was done to MR. Canty the plaintiff in the state of Washington's own discovery (see discovery, Timothy Renihans own narrative.)

Pursuant to the Fifth amendment of the United States Constitution MR. Canty the plaintiff rights to due process of the law has knowingly, intentionally, maliciously, and willfully has been violated by Chief Judge Dean S. Lum, MR. Canty has forwarded all of the documents to the Correct department (Please see Exhibit, Judicial Commission on Conduct)

Pursuant to the Sixth amendment of the United States Constitution MR. Canty the plaintiff's right

P 7 of 13

to enjoy a speedy and public trial has been continuously, knowingly, intentionally, maliciously, and wifully violated in fact the King County prosecutor's office says that they don't have to follow constitutional law, both King County Judges along with their prosecutors have held MR. Canty in Jail against his free will since July 13th 2016 MR. Canty the plaintiff is the "pro se" litigant in the court proceeding in the Superior Courts of King County and MR. Canty has not signed any paperwork ever, this includes continuances, MR. Canty the plaintiff in this civil action has objected on the record to each and every continuance, however the King County Judges continue to violate the United States Constitution on the record.

Pursuant to the eighth amendment of the United States Constitution, MR. Canty the Plaintiff's rights were violated by King County Senior DPA Stephen A Herschokowitz, he issued a bogus warrant for 50,000. MR. Canty the plaintiff is homeless so how can he pay any of 50,000. Furthmore why hasn't MR. Canty ever seen this warrant he is in fact in receipt of all of the discovery (see page 27 of 36) of the State of Washington's discovery

Pursuant to the Fourteenth amendment of the United States Constitution MR. Canty the Plaintiff's rights to the equal protection of the laws have been violated by all the defendants named in this complaint.

Attached in this complaint is the State of Washington's own discoverable evidence, typed by the Seattle police department's very own detective Timothy Renihan. MR. Renihan describes in full detail how he knowingly, intentional, maliciously, willfully manipulated the mental health system to try to get what he wanted with the help of King County and the state of Washington, he failed with the first attempt, and then he falsified documents with the help of King County prosecutors, Judges and the Seattle police department, then MR. Canty was falsely charged with harassment of a police officer Sean Culbertson someone that MR. Canty the plaintiff doesn't know then two months later while MR. Canty has been in King County Jail he receives another charge

of assault in the third degree against another officer that he doesn't know. MR. Canty while in King County Jail requests his medical records from harborview medical hospital and finds the Seattle police bulletin accidentaly left behind that states (1) something totally different, than whats in the State of Washington's information (2) The bulletin states that MR. Canty said that he would defend himself (3) The bulletin prepared by Timothy Renihan states there is no probable cause for MR. Canty the Plaintiff's arrest. (4) MR. Canty's picture was photoshopped by the Seattle Police department to make the appearance of MR. Canty seem like he has mental problems (5) Trying to manipulate the mental health system has now failed twice for all the defendants involved.

P 11 of 13

MR. Canty was court ordered upon the prosecutors request pursuant to RCW 10.77.060 and (New Information for the Federal Courts) This plan totally backfired on King County. According to Western State hospitals very own Licensed Psychologist - Joanna Johson, Psy. D. "At this time, it is my proffessional opinion that MR. Canty did not give acute indication of a need to be evaluated by the Designated Mental Health Proffessional for involuntary commitment under RCW 71.05". Quote. King County didn't follow proper protacol the first time and along with seattle police departments falsified documents had MR. Canty, Involuntary committed, manipulating the mental health system knowingly maliciously, intentionally, and willfully

Prepared by:

_X_ 11/17/2016
Kyle Lydell Canty
BA# 216020036
King County Jail
500 5th AV.
Seattle WA 98104

P 13 of 13

FOR LEGAL MAIL ONLY

0036 KC

Name Kyle Lydell Canty
Bkg.# 216020036
King County Correctional Facility
500 5th Ave
Seattle, WA 98104

Clerk, United States
District Court
United States Courthouse
700 Stewart Street
Suit 2310
Seattle, WA 98101



US POSTAGE
$ 03.25
First-Class
Mailed From 98104
11/21/2016
032A 0061807160

