Protective Sheets
of paper x 2
MR Canty doesn't
Want the Pencil to
Smear (11)

FILED
LODGED
RECEIVED

NOV 23 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

MAIL

Exhibit

unConstitutional
Court's Refuse to give
MR. Canty Standbye
Counsel

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

STATE OF WASHINGTON,       )
                           )
                Plaintiff, )   No. 16-1-03103-6 SEA
                           )
        vs.                )
                           )   WAIVER OF COUNSEL
KYLE CANTY,                )
                           )
                Defendant. )
                           )
                           )
_____)

1.  My true name is __Kyle Canty_____.

2.  I understand that I have the right to be represented by a lawyer and if I cannot afford to pay for a
    lawyer, to have one provided at public expense.

3.  I understand that I also have a constitutional right to represent myself.

4.  I understand that I am charged with these crimes, which are described in the Information:

    Count 1, the crime of _Felony Harassment_____.

5.  I understand that the maximum penalty for each charged crime is:

    Count(s)_1_____:  5 years in prison and a $10,000 fine

6.  I understand that an attorney would:
    • Represent me and speak on my behalf in court.
    • Advise me about my legal rights and options.
    • Explain and assist me with legal and court procedures.

**Daniel T. Satterberg**, Prosecuting Attorney
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 296-9000, FAX (206) 296-0955

WAIVER OF COUNSEL - 1

1
    • Investigate and explore possible defenses to the charges against me that may or may not be readily apparent to me.

2
    • Prepare and conduct my defense at any motion hearing or trial.

3
7.    I understand that if I represent myself:
    • The judge cannot be my attorney and cannot give me any legal advice.
    • The prosecuting attorney cannot be my attorney and cannot give me any legal advice.

4
    • The judge, prosecuting attorney and court personnel are not required to explain court procedures or the law.

5
    • I will be required to follow all legal rules and procedures, including the rules of evidence.
    • I have the right to remain silent, but if I decide to testify on my own behalf, I may be required to present my testimony by asking questions of myself.

6
    • It may be difficult for me to do a good job as my own attorney.
    • If I represent myself, the judge is not required to provide me with an attorney as a legal advisor or standby counsel.

7
    • If I later change my mind and decide that I want an attorney to represent me, the judge may require me to continue to represent myself without the assistance of a lawyer.

8

9
8.    I have the following legal training and experience (including prior experience representing myself or others in court): _____

10
_____
_____

11
9.    I am making this decision to represent myself knowingly and voluntarily.  No one has made any promises or threats to me, and no one has used any influence, pressure or force of any kind to get me to waive my right to an attorney.

12

13
10.    I have read, or have had read to me, this entire document.  I want to give up my right to an attorney.  I want to represent myself in this case.

14
Dated: _____      _____

15
                  KYLE CANTY

16
_____
ATTORNEY FOR DEFENDANT

17
_____

18
COURT'S FINDING

19
I find the defendant's waiver of counsel to be knowingly, intelligently and voluntarily made.  The defendant

20
understands the charges and consequences of his/her waiver.  The defendant is competent.  The defendant is permitted to exercise his/her constitutional right to represent himself/herself.

21
    DATED:_____      _____

22
                  JUDGE

23

24

WAIVER OF COUNSEL - 2

**Daniel T. Satterberg**, Prosecuting Attorney
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 296-9000, FAX (206) 296-0955

## Superior Court of the State of Washington
### For the County of King

JULIE A. SPECTOR
King County Superior Court Judge
Department 3

King County Courthouse
516 Third Avenue C-203
Seattle, Washington 98104
206-477-1342


September 2, 2016


Kyle Canty
King County Correctional Facility
500 5th Avenue
Seattle, WA 98104


RE: STATE OF WASHINGTON VS CANTY, KYLE  16-1-03103-6 SEA

Mr. Canty:

The court is in receipt of the following motions:

1) Habeas Corpus Petition For Immediate Release Along With The "Writ"
2) Motion To Dismiss Pursuant To KCWA 9A.80.01C With Prejudice Due To Official Misconduct By The Prosecutor – Case Law Pursuant To 71.05.153
3) Motion To Have A Evidence Hearing
4) Motion Pursuant To Rule 10.58.010 Motive and Retaliation
5) Motion and Affidavit for Pre-Assignment of Judge
6) Pursuant To Rule 4.8 Motion to Subpoena Testimony of Witnesses

Please note that any subsequent motions filed by you will be reserved to the trial court.



**STATE OF WASHINGTON**
# COMMISSION ON JUDICIAL CONDUCT
*P. O. Box 1817, Olympia, WA 98507*
*(360) 753-4585 FAX (360)586-2918*

October 21, 2016

**<u>CONFIDENTIAL</u>**

Kyle Lydell Canty
Bkg #216020036
King County Jail
500 5th Ave
Seattle, WA 98104

Re:  Complaint No. 8338

Dear Mr. Canty:

The Commission on Judicial Conduct received your documents which have been initially reviewed to assure we have jurisdiction over the matter.

I am enclosing a copy of our informational brochure describing the function and jurisdiction of the Commission on Judicial Conduct.  Also enclosed is a copy of our confidentiality provisions. We are required to conduct our investigations confidentially.  This does not prohibit you from providing to anyone else the factual basis upon which you made a complaint, but we request that you keep the fact that you have made a complaint with the Commission confidential while we conduct the investigation.

You will be informed when your complaint has been assigned to an investigator and we will provide you with more information about our procedures.  Thank you for your cooperation.

Sincerely,

Kathryn Riske
Office Support Specialist

encl.

EXHIBIT



**STATE OF WASHINGTON**
# COMMISSION ON JUDICIAL CONDUCT
*P. O. Box 1817, Olympia, WA 98507*
*(360) 753-4585 FAX (360)586-2918*

September 28, 2016

**<u>CONFIDENTIAL</u>**

Kyle Canty
BA #216020036
King County Correctional Facility
500 Fifth Ave
Seattle, WA 98104

Re:  Inquiry 17208

Dear Mr. Canty:

This letter is in response to your telephone call received in our office today.  Enclosed please find a complaint form for your use in filing a complaint with this agency.  With your completed complaint form, also include any related documents or materials that would support your allegations and identify any witnesses by name and address.  The enclosed brochure provides some additional information on the Commission on Judicial Conduct's function and jurisdiction.

The Commission has no authority over a judge's legal decision.  If your dissatisfaction is with a judge's ruling, you should pursue that in the legal process, and it is also advisable to obtain the advice of an attorney.

Also enclosed is a copy of our confidentiality provisions.  We are required to conduct our investigations confidentially.  This does not prohibit you from providing to anyone else the factual basis upon which you made a complaint, but we request that you keep the fact that you have made a complaint with the Commission confidential while we conduct the investigation.

If you have any questions, please feel free to contact our office.

Sincerely,

COMMISSION ON JUDICIAL CONDUCT

Encl.

The originals have been filed with the clerk's office. Copies were sent to DPA – Aubony Burns. The motion's hearing has been scheduled with this court on Wednesday, September 7th at 2:30pm in courtroom E-815.

Sincerely,

*Pam Roark*

Pam Roark
Bailiff to Judge Julie A. Spector

cc: DPA -Aubony Burns
cc: Clerks Office

SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY

STATE OF WASHINGTON,

Plaintiff,

vs.

_Kyle Canty_,

Defendant

☐ In custody    ☐ Out-of-Custody

No. 16-1-03103-6    SEA

**TRIAL SCHEDULING ORDER, WAIVER**
**Seattle E-1201**

(ORST) (ORSOH) (ORSTD) (WVSPDT)

_Clerk's Action Required_

---

**The following court dates are set based on a commencement date of** 11/2/16 .

☑    **Omnibus Hearing:** 11/21/16 _____ at 8:30 a.m. in courtroom E-1201.

☑    **Trial date:** 11/21/16 _____ at 9:00 a.m.  The parties will be notified of assignment and standby status by e-mail or telephone by 3:00 p.m. the court day prior to the trial date. If no response is received from litigants, the court will presume that the case is ready for trial. Motions to amend the information shall be made by the last omnibus hearing. Trials will not be continued for mitigation plea bargaining.  A penalty imposed by a party for interviewing a witness after a trial date is set is an impediment, CrR 4.7(h)(1), subject to sanctions, CrR 4.7(h)(7).

☐    **The parties anticipate this case will require more than 8 trial days.**

☐    **Other:** _____

**The expiration date is** 12/2/16 _____

**DATED** this 2 day of November 20 16

_signature_
**Deputy Prosecutor    WSBA No.** 49070

**The date of arraignment was** _____

_signature_
Judge

_____
**Attorney for Defendant    WSBA No.** _____

Refused to sign
Defendant

---

**Waiver:** I understand that I have the right pursuant to Criminal Rule 3.3 to a trial within 60 days of the commencement date if I am in jail on this case, or 90 days of the commencement date if I am not in jail on this case. I am voluntarily and knowingly giving up this right for a specific period of time.  I agree that the new commencement date is _____ and that the expiration date is _____.

I have read and discussed this waiver with the defendant and believe that the defendant fully understands it.

_____        _____
Attorney for Defendant                                              Defendant

_I am fluent in the_ _____ language, and I have translated this entire document for the defendant from English into that language. I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. _____, Interpreter    King County, Washington.

*Exhibit MR. Canty is not Licensed by the Bar* (handwritten)

# DISCOVERY COVER SHEET

Defendant: Kyle Canty        Defense Attorney: Defendant Pro Se

Cause:     16-1-03103-6 SEA       Agency:

Attached: Follow-Up Discovery

Date Generated: September 27, 2016

Bates Stamp Pages: 0129-0131

Number of Discs Included:

## NOTICE TO DEFENSE ATTORNEYS

This material is being furnished to you pursuant to the provisions of CrR4.7 for your exclusive use. CrR4.7(h)(3) provides as follows:

"Custody of Materials. Any materials furnished to an attorney pursuant to these rules shall remain in the exclusive custody of the attorney and be used only for the purposes of conducting the party's side of the case, unless otherwise agreed by the parties or ordered by the court, and shall be subject to such other terms and conditions as the parties may agree or the court may provide. Further, a defense attorney shall be permitted to provide a copy of the materials to the defendant after making appropriate redactions which are approved by the prosecuting attorney or order of the court."

Willful violation of this rule, such as by the delivery of copies of this material to other persons, is subject to the sanctions provided by CrR4.7(h)(7).

These discovery materials are being provided unilaterally and in advance of the time required in CrR4.7(a)(1). Early disclosure is intended to promote early disposition of cases pursuant to the Prosecuting Attorney's filing and disposition standards and policies. The state hereby requests that the defendant comply with defendant's discovery obligations in advance of the time required by CrR4.7(b)(1).

The Prosecutor reserves the right to withhold, in an appropriate case, early disclosure either due to the unusual nature of a specific case or due to a particular attorney's past refusal to comply with CrR4.7(h)(3) or defendant's discovery obligation under CrR4.7(b)(1). In such cases, the Prosecutor may exchange discovery materials by the omnibus hearing as provided by CrR4.7.

DISCOVERY NOTICE: The Seattle Police Department has advised us that there may be technical issues related to their COBAN in-car video system. Videos recorded since April 23, 2013, may have dropped frames and may also have audio and video synchronization problems. Forensic expert Grant Fredericks (Forensic Video Solutions; grant@forensicvideosolutions.com; (509) 467-3559) has analyzed the videos and has posted his results on the following website: https://data.seattle.gov/Public-Safety/Seattle-Police-Department-In-Car-Video-Dropped-Fra/k7a5-emiw.

07/08/2016 8:55 PM      AMR      → HARBORVIEW MEDICAL CTR

7/9/2016 11:31:22 AM PHS



Exhibit

# AMR SEATTLE OPERATIONS
## PRE-HOSPITAL CARE REPORT SIGNATURES
### SEATTLE

Case #: 839504                Unit ID: 909C                          Date: 7/8/2016

---

**AMR CREW MEMBERS**

CREW 1
NAME: HOLM, BRITTNEY,AMR
NUMBER: 60596540
CERTIFICATION: EMT

---

CREW 2
NAME: BENITEZ, WENDY,AMR
NUMBER: 1173732
CERTIFICATION: EMT

---

**DESTINATION**

TURNED OVER TO: KATIE, RN

---

## NARRATIVE

RESPONDED TO A 911 CALL FOR A 30 YR OLD M

S

PER SPD OFFICERS CALLED AMR TO TRANSPORT THE PT DUE TO THE PT MAKING VERBAL THREATS TO SHOOT AND KILL OFFICERS. PER SPD DETECTIVE THE PT HAS BEEN UNDER THEIR RADAR FOR NUMEROUS MONTHS AND DURING THIS TIME PERIOD THE PT HAS MADE THREATS TOWARDS THE POLICE AND FBI THREATENING TO SHOOT AND KILL THEM. PER SPD AND US MARSHALLS THE PT STATED HE WAS TRYING TO FIND A HAND GUN TODAY. PER SPD THE PT WAS WALKING AROUND WITH A BOX OF MAGAZINES IN SEARCH OF A GUN. THE PT DENIED ANY MEDICAL CARE. THE PT DENIED TO SPEAK TO MYSELF AND OR MY PARTNER. THE PT DENIED TO ANSWER ANY OF THE QUESTIONS I HAD FOR HIM.

PER OFFICERS THE PT HAS A KNOWN MENTAL HEALTH MEDICAL HX

O

UPON ARRIVAL THE PT IS SEEN LYING DOWN ON HIS STOMACH WITH SPD OFFICERS RESTRAINING HIM WITH SPD OFFICERS HOLDING HIM DOWN. THE PT'S HANDS ARE IN CUFFS AND BEHIND HIS BACK. THE PT IS OBSERVED SHOUTING "I WANT A LAWYER, I WANT A LAWYER, ETC". THE PT IS OBSERVED ABLE TO SPEAK/ SHOUT IN FULL SENTENCES. THE PT IS OBSERVED ABLE TO BREATH ADEQUATELY WITH EQUAL CHEST RISE AND FALL. THE PT IS AT THIS TIME PLACED ON THE GURNEY BY SPD AND AMR PERSONNEL. THE PT'S LEGS ARE PUT INTO RESTRAINTS AND THE PT'S ARMS REMAIN IN HANDCUFFS. THE PT IS SEAT BELTED TO THE GURNEY AND PLACED INTO THE AMBULANCE. THE PT WAS UNCOOPERATIVE TO UNCUFF AND TAKE HIS JACKET OFF TO TAKE A SET OF VITALS. SPD WOULD NOT ALLOW THE CUFFS TO BE REMOVED. HEAD TO TOE EXAM (COMPLLETED VISUALLY) DID NOT REVEAL ANY ABNORMALITIES OR DEFORMITIES AT THIS TIME.

PLEASE SEE OBJECTIVE FINDINGS FOR FURTHER INFORMATION.

LUNG SOUNDS CLEAR AND EQUAL BI LAT GCS 15 GOOD CMS PUPILS PERRL

A
INVOL BY SPD AND MARSHALLS

P
LOADED THE PT ONTO THE GURNEY
PLACED LEG RESTRAINTS ON THE PT AND THE PT'S ARMS REMAINED HANDCUFFED BEHIND HIS BACK
LOADED THE PT INTO THE AMBULANCE
HEAD TO TOE EXAM COMPLETED VISUALLY
TRANSPORTED THE PT TO HMC ED
TRANSFERRED CARE TO THE RN IN ED PEZ
GAVE VERBAL REPORT

TWO OFFICERS RODE WITH IN THE AMBULANCE TO THE HOSPITAL

*ALL COMPLETED W/O INCIDENT

## FOLLOW-UP-CARE

FOLLOW-UP:   I         FOLLOW-UP-DATE:        FOLLOW-UP-TIME:

FOLLOW-UP CARE:

## RUN COMPLETION

PRIVACY PRACTICES: DUE TO THE PATIENT'S MEDICAL CONDITION, A PAPER VERSION OF THE NOTICE WAS LEFT AT THE HOSPITAL FOR T.

*Exhibit*

7/26/2016 5:06:22 AM



# *Criminal Information Bulletin*

### *Criminal Intelligence Section*

| Headquarters | Date: 7/8/2016 |
|---|---|

Bulletin prepared by: Detective Renihan — Phone: (206) 684-8770

## OFFICER SAFETY BULLETIN

## THREATS TO SHOOT POLICE OFFICERS/CRISIS

*Photoshoped* ↓



H3972310 BD:7/20/1985  30Y M
CANTY
KYLE

H EMERGENCY DEPARTMENT
DOB:7/8/2016
Enc:1806805415  RES:

KYLE L. CANTY  B/M/7-20-85  5'07/160
LKA: 77 S. Washington
NO Known vehicles

### *There is no probable Cause for his Arrest.*

THERE IS A HAZARD IN NCIC RECORD IN NCIC FOR THREATENING TO SHOOT OFFICERS.

THIS INFORMATION IS PROVIDED FOR OFFICER SAFETY DUE TO HIS ACTIONS/WORDS AND ESCALATING ANGER AND FOCUS ON THE POLICE.

On 7-2-16      Canty approached an SPD officer on a call and yelled obscenities. Canty stated that he would assault officers if they tried to put hands on him for any reason.

On 7-5-16      Canty approached SPD Officers at a Starbucks and was videotaping them. Canty made the statements "you want a war with me, you don't want a war with me". " I know where you guys hang out stop harassing me" "do you know about the gun laws in the state of Washington". "It's in your best interest to stop harassing me".

On 7-7-16      Canty went to the Seattle Police Department OPA office saying he was feeling harassed and threatened by police. He stated that he planned to purchase a firearm to defend himself. He said he would shoot officers if they pulled a gun or taser on him without a warrant.

On 7-7-16      Canty called the US Attorney's office in Seattle and became upset with the receptionist and stated that he would "start shooting SPD officers if he doesn't get the help he wants". He then called back and left a message that he feels his life has been threatened by the police department and he will protect himself by using deadly force".

### CONFIDENTIAL - POLICE USE ONLY - DISPOSE OF IN SHREDDER ONLY

### NOT FOR PUBLIC DISPLAY OR DISTRIBUTION — DO NOT FORWARD OR COPY

Page 1 of 1

| HMC | Patient: CANTY, KYLE (H3972310) | Doc pg 4 of 7 | Job pg 102 of 148 | Req Id: | rsargent : 09/29/16 17:59:09 |
|---|---|---|---|---|---|



# SEATTLE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (THREATS-OTHER)
### GO# 2016-242554



# SEATTLE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (X-100 CRISIS)

GO# 2016-244744
OPEN

## Related Event(s)

1. GO  2016-219276
2. CP  2016-244744
3. GO  2016-242554
4. GO  2016-242539
5. GO  2016-223269
6. GO  2016-230940

## Related Person(s)

**1. VICTIM # 1 - CANTY, KYLE L**

### CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | AFRICAN AMERICAN/BLACK |
| **Date Of Birth** | JUL-20-1985 |
| **Address** | 77 S WASHINGTON ST |
| **Municipality** | SEATTLE |
| **State** | WASHINGTON |
| **ZIP Code** | 98104 |
| **District** K **Beat** K2 **Grid** 3171 | |

### PERSON PARTICULARS

| | | | |
|---|---|---|---|
| **Place Of Birth** | UNITED STATES OF AMERICA (USA) | | |
| **Height** | 5'07 | **Weight** | 160 LBS. |
| **Build** | MEDIUM | | |
| **Hair Color** | BLACK | | |

### LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | RESIDENT |
| **Age Range** | K - 30-49 YEARS |
| **Access To Firearm** | NO |
| **Victim Of** | X- 100  CRISIS -  COMPLETED |

7/26/2016 5:06:22 AM

**King County**
Department of Community
and Human Services

# Fact Sheet

| | | | | | |
|---|---|---|---|---|---|
| Name | **CANTY** | **KYLE** | | **7/9/2016** | KCID#: **442548** |
| | Last | First | Middle | Date: | |
| AKA | | | **999999999** | **7/20/1985** | |
| | | | SSN | Date of Birth: | |
| Address | **unknown** | | | **UNKNOWN** | |
| | | | | Telephone: | |
| | | | | Gender: ☒ M  ☐ F | |

Living Situation: ☐ Independent  ☐ With Others  ☐ Structured  ☒ Homeless
Veteran: ☐ Yes  ☒ No
☐ Medicaid  ☐ None  ☐ Unk

Third Party Payor _____
Insurance Company

Family and/or other Responsible Parties   **unknown**

| Witness(es) | **SPD Officer Renihan** | **Chris Heideman** | |
|---|---|---|---|
| Relationship | **SPD** | **HMC PES SW** | |
| Phone | **206 510 5273** | **206 744 2649** | |
| Cell/Fax | | | |

Case Manager/Agency/Phone: **None /      /**

Treatment History: **Unknown**

Alcohol and/or Drug history: **None known**

Current Medications: **None known**

Current or Chronic
Medical Problems/Allergies: **None known**

Remarks: **Pt has been approaching officers yelling obscenities and threatening to assault them, he has threatened to buy guns.**

Current Jail Hold ☒ No  ☐ Yes     Phone:

Duty to Warn: Name/Phone: **Officer Tim Renihan, SPD, 206 510-5273.**

CCO Name/Phone: _____

Filing DMHP  **MELINDA HASEGAWA**

| | | | |
|---|---|---|---|
| Primary Authority for Detention: **Danger to Others** | | Involuntarily Detained on: **7/9/16**   **10:50am** | |
| | | Date       Time | |
| Detained to: **[blank]**   Unit/Hospital **HMC 5MB** | | Probable Cause Hearing: **7/13/16** | |
| | | Date | |

| HMC | Patient: CANTY, KYLE (H3972310) | Doc pg 3 of 7 | Job pg 101 of 148 | Req Id: | rsargent : 09/19/16 13:50:49 |
|---|---|---|---|---|---|



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(X-100 CRISIS)**

GO# 2016-244744
OPEN

Follow Up Report #   1

7-7-16 1600 hours, I created an Officer Safety Bulletin and Lt Barden approved it and it was sent to SPD SWORN.

7-7-16 1800 hours, There was a protest in Seattle about the police shootings. I was working the protest. Canty was at the protest wearing a Black baseball cap, dark jacket, red t-shirt, gray sweat bottoms and holding a brown box. He was videotaping officers. During the protest he told SPD officers that in the box were 30 round extended magazines and he was going to buy a Glock 19. *Not True Proven*

7-8-16 0940 hours, I coordinated with USMS Fleck if Canty comes in to the US Courthouse.

7-8-16 1000 hours, I received an email from Sgt Fiorini that he actually came into OPA on Tuesday 7-5-16 and then called her on 7-6-16.

7-8-16 1032 hours, I contacted Sgt Pisconski, CIT. He stated that he Ofc Chan and MHP Andriginis are going to local shelters to see if they can obtain more information about Canty. Sgt Pisconski stated that Canty was assaulted a week ago by a female, 16-223269. In the remarks of the report he lists 1700-7th Ave. Suite 116, unit 365. A search reveals that is a UPS store by the US Courthouse.

7-8-16 1055 hours, Ofc Torres called Work Cell 206-492-9710. He stated that Canty came into the City Attorney's office on the 27th wanted to talk to Pete Holmes and was intimidating the receptionist. A case was written 16-230940.

7-8-16 1105 hours, I contacted USMS Fleck and provided him the time Canty was in front of the courthouse for the protest last night. He then sent me photos of Canty at the US Courthouse. USMS Fleck stated that they are going to review seeking charges for having weapons on the courthouse property since he admitted having ammo magazines in his box and that he was going to buy a Glock 19 next. In Violation of CFR- 41 CFR 102-74.440 Weapons. Weapons (41 CFR 102-74.440). Federal law prohibits the possession of firearms or other dangerous weapons in Federal facilities and Federal court facilities by all persons not specifically authorized by Title 18, United States Code, Section 930. Violators will be subject to fine and/or imprisonment for periods up to five (5) years. In addition, a court order also prevents persons from bringing or bearing any firearm or other dangerous weapon into the U.S. courthouse. The courthouse also includes the property adjacent and underneath.

7-8-16 1120 hours, I contacted Doug Larm, WSFC, requested they send the bulletin out on Canty to obtain any information. In an article Canty was in, he states "several outstanding charges in multiple states for things including jaywalking, issuing threats, disorderly conduct and resisting arrest."

For 6293    Printed On Jul-14-2016 (Thu.)

Page 15 of 25

16-1-03103-6 SEA

Canty_K  0017



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(1316-4 THREATS-OTHER)**

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

Follow Up Report #  1

Canty does have warrants, but they will not extradite.

7-8-16 1450 hours, I received Information form FBI supervisor Carolyn Woodbury. Canty has gone into numerous FBI offices to include the Seattle FBI office. *Yes because I have official business*

7-8-16 1500 hours, US Marshal's Supervisor Fleck stated that Canty stating he had gun magazines in his box on the US Courthouse property will not warrant Federal Charges. *Proof Never said it !!*

7-8-16 1535 hours, A/Lt Allen, A/Sgt James and I conference call Sgt Pisconski. I provided the known facts and that we had enough for an emergent detention to protect Canty from himself and others. Sgt Pisconski agreed with that assessment.

7-8-16 1600 hours, I was told to contact the receptionist at the Seattle Police Chiefs office in regards to Canty calling. I talked with Jill Paderes, Admin. She stated that he called from a blocked number, but he identified himself as Kyle Canty. She talked to him at least 3 times. 1st call he stated that he wanted to talk to the Chief about police brutality and said if police officers come toward me I will shoot them. People are getting tired and that is why officers are getting shot. 2nd call- he said he was going to record the call and she hung up. 3rd call-He was going to release something to the media. He was transferred to Brenda Gilmore, Sr. Executive Assistant to the Chief. Gilmore stated that Canty talked about his videos on You Tube, officers have violated him, if they come towards him he is going to shoot them and defend himself. He called 5 more times. He called 3 times while I was there and would hang up. *?*

7-8-16 1628 hours, I received a 2015 bulletin from the Monroe Crime Analysis Center, New York which was an officer safety bulletin on Canty. It listed several contacts with Canty. One report 09-400792 stated "Canty showed pistol permits for the state of Arizona and stated he still has access to guns". 07-328739 Canty was wearing a bullet proof vest when he entered Rochester New York Police department. *?*

7-8-16 1748 hours, I contacted DMHP Gail Bonicalzi, TP#263-9202. I explained to her the behavior that Canty was displaying and that we were going to do an emergent detention on him. *King County*

7-8-16 1800 hours, I was told to contact KOMO news, TP#206-404-4145, because Canty had threatened them. *?*

7-8-16 1805 hours, I reviewed SPD report 16-219276 where Canty resigned at Office Max and then called the corporate office and stated "that is how people get shot". I called the Loss Prevention office on the report, Logan Brown, 425-891-9441. He stated that the report was informational only. I requested a TP#, but he did not have one. I asked him if Canty ever had a gun while working at Office Max and he said he did not know. *?*

For 6293     Printed On Jul-14-2016  (Thu.)

Page 23 of 36



# SEATTLE POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

Follow Up Report # 1

Culbertson believed based on his training, knowledge and experience that he meant that "Throwing bullets" meant shooting. S/Canty then told the officer "you going to sit in your car and talk shit" and told him to get out of his car to see what would happen. Ofc Culbertson believed S/Canty was attempting to antagonize and bait Ofc Culbertson into getting out of the car. Ofc Culbertson believed that if he would have gotten out of the car he may have been assaulted by S/Canty. Ofc Culberson believes S/Canty's behavior was shocking and that he wanted to fight him or other officers. S/Canty stated again that he would assault officers if they tried to put hands on him. S/Canty continued to try and get Ofc Culbertson to get out of his vehicle and Ofc Culbertson refused. Ofc Culbertson stated that he did not turn on his ICV because he was hyper focused on S/Canty's threatening words and making sure that Canty did not reach for a gun. Ofc Culbertson then left the area for another call. Ofc Culbertson completed an SPD report on the incident and requested a Hazard was posted in the NCIC database to alert other officers of the words and actions of S/Canty and that he may assault or shoot them. Ofc Culbertson believed he had probable cause to arrest S/Canty at the time of the incident, but did not arrest him due to officer safety considerations. Ofc Culbertson stated that he "legitimately believes S/Canty could be the next Christopher Monfort" and could kill an officer.

7-13-16 1129 hours, I sent the statement I took from Ofc Culbertson so he could review it.

7-13-16 1220 hours, Levi Desrosier, ATF called and stated that if Canty tried to buy a firearm he would be denied because he has outstanding arrest warrants in New York and Arizona.

7-13-16 1320 hours, I provided Documents to the King County Prosecutors office for Felony Charges of Harassment against Canty.

7-13-16 1343 hours, I was notified by Stephen A. Herschokowitz, Senior DPA, KCPAU that the Felony Harassment case against Canty was rush filed, State V. Kyle Canty (16-1-04902-4) and they are asking for a $50,000 warrant. 7-13-16 1435 hours, I picked up the warrant and walked it to SPD Data and it was entered into the NCIC system.

7-13-16 1520 hours, I coordinated with CIT that I have a warrant for S/Canty and I will be booking him into KCJ. I requested assistance in coordination with the Mental Health side in this matter.

7-13-16 1600 hours, Sgt Anderson and I coordinated with Gene Gonzalez, Charge Nurse, HMC, 5th floor, Maleng building, 410 9th Ave., Seattle, WA TP#206-744-5856

7-13-16 1700 hours, Sgt Anderson and I coordinated with Gene Gonzalez, Charge Nurse, HMC, 5th and Maleng building, 410 9th Ave., Seattle, WA TP#206-744-5856. AMR 915B, Staff-Kevin and Kenzie, arrived to transport S/Canty. AMR went into the HMC unit and we did not assist.

*Charge nurse times dont mAtch* [handwritten]



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(1316-4 THREATS-OTHER)**

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

---

Follow Up Report # 1

Division, Admin received a call today about 1230 hours. He stated his name was Kyle Canty. He was upset and stated he would shoot SPD officers if he doesn't get what he wants. He then called back and left a voice mail for Michael Diaz, TP#553-4358. Fleck forwarded me the voicemail and the email that Cirineo sent to her boss describing the call she had with Canty. I listened to the call. There were no threats. ← *Not Credible*

7-7-16 1400 hours, I conducted Law Enforcement checks for Canty. He has no DOL photo, No booking photo at KCJ, LINX-the latest report was 1-9-15, 15-9025, Disturbance. There is no vehicle or cell phone associated with Canty. NCIC revealed a hazard for threatening officers and 2 contacts with SPD officers on 7-2-16 and 7-5-16.

7-7-16 1600 hours, I created an Officer Safety Bulletin and Lt Barden approved it and it was sent to SPD SWORN.

7-7-16 1800 hours, There was a protest in Seattle about the police shootings. I was working the protest. Canty was at the protest wearing a Black baseball cap, dark jacket, red t-shirt, gray sweat bottoms and holding a brown box. He was videotaping officers. During the protest he told SPD officers that in the box were 30 round extended magazines and he was going to buy a Glock 19. ← *Not true where is it*

7-8-16 0940 hours, I coordinated with USMS Fleck if Canty comes in to the US Courthouse.

7-8-16 1000 hours, I received an email from Sgt Fiorini that he actually came into OPA on Tuesday 7-5-16 and then called her on 7-6-16.

7-8-16 1032 hours, I contacted Sgt Pisconski, CIT. He stated that he Ofc Chan and MHP Andriginis are going to local shelters to see if they can obtain more information about Canty. Sgt Pisconski stated that Canty was assaulted a week ago by a female, 16-223269. In the remarks of the report he lists 1700-7th Ave. Suite 116, unit 365. A search reveals that is a UPS store by the US Courthouse.

7-8-16 1055 hours, Ofc Torres called Work Cell 206-492-9710. *Why?* He stated that Canty came into the City Attorney's office on the 27th wanted to talk to Pete Holmes and was intimidating the receptionist. A case was written 16-230940.

7-8-16 1105 hours, I contacted USMS Fleck and provided him the time Canty was in front of the courthouse for the protest last night. He then sent me photos of Canty at the US Courthouse. USMS Fleck stated that they are going to review seeking charges for having weapons on the courthouse property since he admitted having ammo magazines in his box and that he was going to buy a Glock 19 next. In Violation of CFR- 41 CFR 102-74.440 Weapons. Weapons (41 CFR 102-74.440). Federal law prohibits the possession of firearms or other dangerous weapons in Federal facilities and Federal court facilities by all persons not specifically authorized by Title 18,

For 6293    Printed On Jul-14-2016 (Thu.)

**16-1-03103-6 SEA**                                    **Canty_K 0050**

*Phone*
*Confiscation*



### SEATTLE POLICE DEPARTMENT
**GENERAL OFFENSE HARDCOPY**
(1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

clear HMC bag which had the sealed gray envelope, brown box and personal items. I then separated the Brown box from the other items and placed it into a brown bag because I was going to turn it in as "evidence". I placed the clear HMC bag and contents into a brown bag as it was going to be for safekeeping as well as the black backpack. I entered the items into the electronic system for evidence at 1946 hours.

7-13-16 2025 hours, I placed all items with appropriate evidence tags and markings in locker #18. I secured the locker and made sure it could not be opened. I put safekeeping tags on the backpack and brown bag containing the HMC bag and contents. I took the owner portion of the tag with me to drop off at KCJ to put in S/Canty's property so he knows where he can get his items when released from KCJ.

7-14-16 1200 hours, prepared Rush File packet for King County Prosecutors Office.

> I hereby declare (certify) under penalty of perjury under the laws of the State of Washington that this report is true and correct to the best of my knowledge and belief (RCW 9A.72.085)

Electronically signed:
RENIHAN, TIMOTHY W          Date:          Jul-14-2016          Place: Seattle, WA



# SEATTLE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

Follow Up Report #   1

## Follow Up Report  # 1

### ASSIGNMENT INFORMATION

**Assigned To**  6293 - RENIHAN, TIMOTHY W
**Assigned On**  JUL-14-2016  (THU.) 1321          **By**  6293 -  RENIHAN, TIMOTHY W
**Report Due On**  JUL-14-2016  (THU.)

### SUBMISSION INFORMATION

**Submitted On**  JUL-14-2016  (THU.) 1258
**Approved On**  JUL-14-2016  (THU.)              **By**  6066 -  ANDERSON, SHANE T

### FOLLOW UP CONCLUSION

**Follow Up**  YES
**Concluded**



## SEATTLE POLICE DEPARTMENT
### GENERAL OFFENSE HARDCOPY
#### (1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

## General Offense Information

| | |
|---|---|
| **Operational Status** | ADMINISTRATIVE CLEARANCE |
| **Reported On** | JUL-07-2016  (THU.) 0543 |
| **Occurred On** | JUL-07-2016  (THU.) 0543 |
| **Approved On** | JUL-07-2016  (THU.) |
| **Approved By** | 6855 - SATHER, JAMES C |
| **Report Submitted By** | 7662 - CULBERTSON, SEAN D |
| **Org Unit** | WEST PCT 1ST W - K/Q (EARLY) |
| **Address** | 300 BLOCK DILLING WY  *inconsistant* |
| **Municipality** | SEATTLE |
| | District K Beat K3 Grid 1015 |
| **Bias** | -NONE (NO BIAS) |
| **Gang Involvement** | NO GANG INVOLVEMENT |
| **Family Violence** | NO |

## Offenses (Completed/Attempted)

| | |
|---|---|
| **Offense #** | 1  1316-4  THREATS-OTHER - COMPLETED |
| **Location** | STREET/HIGHWAY/ROAD/ALLEY/SIDEWALK |
| **Suspected Of Using** | NOT APPLICABLE |
| **Criminal Activity** | GANG - NONE/UNKNOWN |
| **Offense #** | 2  7399-0  SUSPICIOUS CIRCUMSTANCE - COMPLETED |
| **Location** | STREET/HIGHWAY/ROAD/ALLEY/SIDEWALK |
| **Suspected Of Using** | NOT APPLICABLE |



# SEATTLE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (CRISIS)
### GO# 2016-244744



**SEATTLE POLICE DEPARTMENT**

GENERAL OFFENSE HARDCOPY

(X-100 CRISIS)

GO# 2016-244744
OPEN

## General Offense Information

| | |
|---|---|
| **Operational Status** | OPEN |
| **Reported On** | JUL-14-2016 (THU.) 1230 |
| **Occurred On** | JUL-08-2016 (FRI.) 1900 |
| **Approved On** | JUL-14-2016 (THU.) |
| **Approved By** | 6066 - ANDERSON, SHANE T |
| **Report Submitted By** | 6293 - RENIHAN, TIMOTHY W |
| **Org Unit** | INTELLIGENCE UNIT |
| **Address** | 4 AV / PIKE ST |
| **Municipality** | SEATTLE |
| | **District** M **Beat** M3 **Grid** 2359 |
| **Felony/ Misdemeanor** | FELONY |
| **Bias** | UNKNOWN |
| **Gang Involvement** | UNKNOWN / POSSIBLE |
| **Family Violence** | NO |

## Offenses (Completed/Attempted)

| | |
|---|---|
| **Offense #** | 1  X-100   CRISIS - COMPLETED |
| **Location** | STREET/HIGHWAY/ROAD/ALLEY/SIDEWALK |
| **Suspected Of Using** | NOT APPLICABLE |

16-1-03103-6 SEA

Canty_K  0003

# Case Information

Report Date:
07/25/2016

## GENERAL INFORMATION

| | |
|---|---|
| Name: | Canty, Kyle Lydell |
| Case Number: | 16-1-03103-6 SEA |
| LF Case ID | 821579 |
| DOB: | 07/20/1985 |
| Unit: | Felony - Seattle |
| Attorney: | Sirkin, Micol R |
| Open Date: | 07/14/2016 |

## PHONE NUMBERS

## MAILING ADDRESS

| | |
|---|---|
| Mailing | 77 S Washington St |
| | Seattle, WA 98104 |

## CASE INVOLVEMENTS

| Name Full | Role |
|---|---|
| Culbertson, Sean D | Victim |
| King County Superior Court (Seattle) | Court |
| Renihan, Timothy W (6293) | Law Enforcement Officer |

## CLIENT RELATIONSHIPS

## CHARGES

| Primary | Degree | Charge |
|---|---|---|
| Yes | | Harassment |

## SPECIAL CIRCUMSTANCES

No special circumstances

7·25·16



**SEATTLE POLICE DEPARTMENT**

GENERAL OFFENSE HARDCOPY

(1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

## Related Text Page(s)

```
        Document  [REPORT SNAPSHOT]
          Author  7662 - CULBERTSON, SEAN D
         Subject  REPORT SNAPSHOT
Related Date/Time  JUL-07-2016 (THU.) 0546
```

```
Textual representation of the officer's MRE report


REPORT INFORMATION
=========================================================================
Offense # : 242554
Offense year : 2016
Date occurred : 07-07-2016
Time reported : 0543
Status : O (OPEN)
Family Violence : N
Submitted by : 7662 (CULBERTSON, SEAN D (7662))
Date reported : 07-07-2016
Time reported : 0543
Org Unit : B111K (WEST PCT 1ST W - K/Q (EARLY))
Location : 300 BLK DILLING WY
Municipality : SE (SEATTLE)
County : 17 (KING)
Bias : 88 (-NONE (NO BIAS))
Gang involved : N (NO GANG INVOLVEMENT)


IBR OFFENSE
=========================================================================
Offense code : 7399
Offense extension : 0
C/A : C
Offender suspected of using co: N (NOT APPLICABLE)
Location type codes : 13 (STREET/HIGHWAY/ROAD/ALLEY/SIDEWALK)


NARRATIVE TEXT
=========================================================================
Subject : NARRATIVE
Type of text : NT (NARRATIVE)
Author : 7662 (CULBERTSON, SEAN D)
Related Date : 07-07-2016
Time : 0545
```

**16-1-03103-6 SEA**                                    **Canty_K  0035**



**SEATTLE POLICE DEPARTMENT**

GENERAL OFFENSE HARDCOPY

(1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

## Related Event(s)

1. GO  2016-244744
2. GO  2016-223269
3. GO  2016-230940
4. GO  2016-219276
5. CP  2016-244744
6. CP  2016-242554
7. GO  2015-9025
8. CP  2016-251200

## Related Person(s)

**1. VICTIM # 1 - CULBERTSON, SEAN**

### CASE SPECIFIC INFORMATION

Sex  MALE
Race  UNKNOWN
State  WASHINGTON

### LINKAGE FACTORS

Age Range  0 - UNKNOWN
Victim Of  1316- 4  THREATS-OTHER -  COMPLETED

*RELATIONSHIP(S) BETWEEN VICTIM TO OFFENDER(S)*

Relationship  RELATIONSHIP UNKNOWN
Offender's Name  CANTY, KYLE L JUL-20-1985          Offender's Role  ARRESTED #1

**2. ARRESTED # 1 - CANTY, KYLE LYDELL**

### CASE SPECIFIC INFORMATION

Sex  MALE
Race  AFRICAN AMERICAN/BLACK
Date Of Birth  JUL-20-1985
Address  77 S WASHINGTON ST
Municipality  SEATTLE

For 6293    Printed On Jul-14-2016 (Thu.)



# SEATTLE POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

| | |
|---|---|
| **State** | WASHINGTON |
| **ZIP Code** | 98104 |
| **District** K **Beat** K2 **Grid** 3171 | |

## PERSON PARTICULARS

| | | | |
|---|---|---|---|
| **Height** | 5'07 | **Weight** | 160 LBS. |
| **Build** | SLIM | **Complexion** | MEDIUM |

## LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | RESIDENT |
| **Age Range** | K - 30-49 YEARS |
| **Access To Firearm** | NO |
| **Armed With** | UNARMED |
| **Offense** | 1316- 4  THREATS-OTHER  - COMPLETED |
| **Arrest Date** | JUL-14-2016  (THU.) |
| **Arrest Type** | ARREST ONLY |

16-1-03103-6 SEA

Canty_K  0032



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(X-100 CRISIS)**

GO# 2016-244744

OPEN

Follow Up Report #   1

Jennings, SPD and ICE TFO.

7-8-16 1256 hours, I requested Canty be run thru Federal Databases. A/Sgt James, SPD and FBI TFO, stated that he would do that.

7-8-16 1305 hours, I was provided SPD reports and NCIC III of Canty by Det Jennings. It showed a state ID in Oregon and New York.

7-8-16 1330 hours, I contacted Det David Baca, CIT, Albuquerque New Mexico PD 505-924-6000. He will research Canty and provide the information.

7-8-16 1335 hours, I received the passport information for Canty. His US passport # is 458384386. He listed an Arizona ID card on the application. He went outbound in September 2015 and returned Dec 2015.

7-8-16 1400 hours, I received information from Det Baca about Canty. It lists 33 contacts with Tucson PD.   *All done after I was arrested*

7-8-16 1430 hours, I contacted Tucson PD warrant section, TP#520-791-4645. Canty does have warrants, but they will not extradite.

7-8-16 1450 hours, I received Information form FBI supervisor Carolyn Woodbury. Canty gone into numerous FBI offices to include the Seattle FBI office.

7-8-16 1500 hours, US Marshal's Supervisor Fleck stated that Canty stating he had gun magazines in his box on the US Courthouse property will not warrant Federal Charges.

7-8-16 1535 hours, A/Lt Allen, A/Sgt James and I conference call Sgt Pisconski. I provided the known facts and that we had enough for an emergent detention to protect Canty from himself and others. Sgt Pisconski agreed with that assessment.   *What happened*

7-8-16 1600 hours, I was told to contact the receptionist at the Seattle Police Chiefs office in regards to Canty calling. I talked with Jill Paderes, Admin. She stated that he called from a blocked number, but he identified himself as Kyle Canty. She talked to him at least 3 times. 1st call he stated that he wanted to talk to the Chief about police brutality and said if police officers come toward me I will shoot them. People are getting tired and that is why officers are getting shot. 2nd call- he said he was going to record the call and she hung up. 3rd call-He was going to release something to the media. He was transferred to Brenda Gilmore, Sr. Executive Assistant to the Chief. Gilmore stated that Canty talked about his videos on You Tube, officers have violated him, if they come towards him he is going to shoot them and defend himself. He called 5 more times. He called 3 times while I was there and would hang up.

7-8-16 1628 hours, I received a 2015 bulletin from the Monroe Crime Analysis Center, New York which was an officer safety bulletin on Canty.

For 6293    Printed On Jul-14-2016 (Thu.)

16-1-03103-6 SEA

Canty_K  0013



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

(X-100 CRISIS)

GO# 2016-244744
OPEN

Follow Up Report #   1

7-8-16 1835 hours, Det Carma Clark called and stated she saw Canty at 5th
and Pine St. right before the bulletin came out. He was wearing a Black
baseball cap, black jacket and black backpack.

7-8-16 1853 hours, I briefed SWAT and provided a bulletin. Canty was
videotaping some members of SWAT in the previous 30 minutes.

7-8-16 1900 hours, SWAT detained Canty at 4th ave and Pike St. I responded
to the scene with A/Sgt James. Canty was on the ground and was upset,
struggling and would not listen. There were 2 officers holding him down on
his side and he was handcuffed. He was not in distress or injured. I tried
to deescalate the situation. I told Canty my name was Detective Renihan
with SPD. He was being taken to the hospital for a mental health assessment
and it was involuntary. He stated he didn't need help and talked over me.
_Lie Video_ _Proves it_

7-8-16 1909 hours, AMR employee #909, Brittany, arrived. I briefed her on
the situation that Canty was to be taken to HMC for a mental health
evaluation. She asked if I wanted restraints on him and I said yes. Canty
was placed on the Gurney and kneed Ofc Coolidge in the side of the head as
they put him on the Gurney. It knocked Ofc Coolidge off balance and to the
ground, he then held his head. After several minutes of struggling and
officers trying to deescalate Canty he was secure in the gurney. Due to
his hostile and struggling behavior a SWAT officer rode in the back of the
AMR with Canty and a SWAT vehicle followed.

7-8-16 1918 hours, Canty was transported to HMC.

7-8-16 1920 hours, I called the DMHP's and briefed her on Canty.

7-8-16 1925 hours, (+-)we arrived at HMC. Canty was taken inside the ER.
He was loud and still struggling. He was taken back to the mental health
section. I took photos of his black bag, contents in his hat, the brown
box he was carrying. I went thru the black bag for safety reasons and
located no weapons. I looked at the contents of his hat and there were no
weapons. I provided all the items to a HMC security guard who took them
back to where Canty was. I then filled out the SPD Emergent Evaluation
Card.
I provided the Emergent Evaluation card and the SPD Officer Safety
bulletin on Canty to the HMC Social Worker.

7-9-16 1145 hours, I was contacted by DMHP Bonicalzi, King County Crisis
and Commitment and told that they are placing a Psychiatric hold on Canty.
He will have Mental Health Court on Wednesday, July 13th. ✗



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

(X-100 CRISIS)

GO# 2016-244744
OPEN

Follow Up Report # 2

## Related Text Page(s)

Narrative Text # 1
Document NARRATIVE
Author 6627 - JAMES, BRANDON E
Subject SGT ARREST SCREENING
Related Date/Time JUL-08-2016 (FRI.) 2209

```
[TT_VERSION 1.0]
                    [SERGEANT ARREST SCREENING]

1. INVOLVED OFFICER(S):
[OFC. M. COOLIDGE #6666, OFC. A. KEATING #6298,                        ]

2. NAME OF SUBJECT(S) ARRESTED OR DETAINED:
[KYLE L. CANTY B/M 7/20/1985                                           ]

3. DATE/TIME OF SCREENING:
[7/8/2016 / 1900 HOURS                    ]

4. LOCATION OF SCREENING/INTERVIEW:
[1500 BLK 4 AVE, SEATTLE & HABORVIEW MEDICAL CENTER 325 9 AVE, SEATTLE ]

5. DISPOSITION OF SUBJECT:         [ ]BOOKED   [ ]I and R   [X]OTHER
     IF OTHER, DESCRIBE:
[INVOLUNTARY REFERRAL TO HMC                                           ]

6.  WARRANT ARREST? [N ]                [ ]FELONY   [ ]MISDEMEANOR
IF NOT WARRANT ARREST, CRIME ARRESTED FOR:
[                                                                      ]

7. SCREENING CAPTURED ON DICVS?        [N ]

8. OBSERVED SUBJECT IN PERSON?         [Y ]
     IF NOT, EXPLAIN:
[

9. ANY INJURIES OBSERVED?              [N ]
     IF SO, DESCRIBE:
[COMPLAINED OF NO INJURIES. CANTY WAS COMBATIVE AND UNCOOPERATIVE WITH
ARRESTING OFFICERS.  HE ALSO REFUSED TO ANSWER QUESTIONS STATING HE WANTED HIS
ATTORNEY.]

10. SUBJECT REPORTED INJURY OR MEDICAL CONDITION?      [N ]
     IF SO, DESCRIBE:
[
```

16-1-03103-6 SEA                                         Canty_K  0022



**SEATTLE POLICE DEPARTMENT**

**NARRATIVE TEXT HARDCOPY**

GO# 2016-223269 REFERRED -CITY ATTNY
LAW DEPT BY PATROL OFFICER

1313-0 ASSLT-NONAGG

## ASSLT-NONAGG
## REPORT SNAPSHOT
## [REPORT SNAPSHOT]

Textual representation of the officer's MRE report

REPORT INFORMATION
=========================================================================
Offense # : 223269
Offense year : 2016
Date occurred : 06-23-2016
Time reported : 1040
Status : O (OPEN)
Family Violence : N
Submitted by : 7576 (HILTON, SHAUN L (7576))
Date reported : 06-23-2016
Time reported : 1155
Org Unit : B111D (WEST PCT 1ST W - D/M (LATE))
Location : 600 PINE ST
Municipality : SE (SEATTLE)
County : 17 (KING)
Bias : 88 (-NONE (NO BIAS))
Felony/Misdemeanor : M
Gang involved : N (NO GANG INVOLVEMENT)


IBR OFFENSE
=========================================================================
Offense code : 1313
Offense extension : 0
C/A : C
Offender suspected of using co: N (NOT APPLICABLE)
Location type codes : 24 (SPECIALTY STORE)
Criminal activity type code : N (GANG - NONE/UNKNOWN)
Type of weapon used : 40 90 (PERSONAL WEAPONS (HANDS, FIST, TEETH,
ETC.), OTHER WEAPON)


NARRATIVE TEXT
=========================================================================
Subject : NARRATIVE
Type of text : NT (NARRATIVE)
Author : 7576 (HILTON, SHAUN L)

Kidnapping



# SEATTLE POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
(1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

Follow Up Report # 1

7-8-16 1810 hours, I called KOMO news and talked to Cathy Rollins,
TP#206-404-4145. She stated Canty called at 1651 and 1655 hours and was
talking about video of SPD. He stated his name was Kyle Lydell Canty. He
alleged murder charges, wanted he to watch videos. Canty mentioned
"killing cops". She had someone else listen to the call on speaker phone.
Canty said he was trying to tell the police department that he is going to
buy a gun and if police pull a gun he will shoot them. He gave a TP# of
206-861-5293 which turned out to be a landline.  ?

7-8-16 1829 hours, I sent out the Emergent Detention bulletin on Canty. The
Emergent Detention is SPD case #16-244744.  Bingo ☆

7-8-16 1835 hours, Det Carma Clark called and stated she saw Canty at 5th
and Pine St. right before the bulletin came out. He was wearing a Black
baseball cap, black jacket and black backpack.

7-8-16 1853 hours, I briefed SWAT and provided a bulletin. Canty was
videotaping some members of SWAT in the previous 30 minutes.

7-8-16 1900 hours, SWAT detained Canty at 4th ave and Pike St. I responded
to the scene with A/Sgt James. Canty was on the ground and was upset,
struggling and would not listen. There were 2 officers holding him down on
his side and he was handcuffed. He was not in distress or injured. I tried
to deescalate the situation. I told Canty my name was Detective Renihan
with SPD. He was being taken to the hospital for a mental health assessment
and it was involuntary. He stated he didn't need help and talked over me.

7-8-16 1909 hours, AMR employee #909, Brittany, arrived. I briefed her on
the situation that Canty was to be taken to HMC for a mental health
evaluation. She asked if I wanted restraints on him and I said yes. Canty
was placed on the Gurney and kneed Ofc Coolidge in the side of the head as
they put him on the Gurney. It knocked Ofc Coolidge off balance and to the
ground, he then held his head. After several minutes of struggling and
officers trying to deescalate Canty he was secure in the gurney. Due to
his hostile and struggling behavior a SWAT officer rode in the back of the
AMR with Canty and a SWAT vehicle followed.

7-8-16 1918 hours, Canty was transported to HMC.

7-8-16 1920 hours, I called the DMHP's and briefed her on Canty.

7-8-16 1925 hours, (+-)we arrived at HMC. Canty was taken inside the ER.
He was loud and still struggling. He was taken back to the mental health
section. I took photos of his black bag, contents in his hat, the brown
box he was carrying. I went thru the black bag for safety reasons and
located no weapons. I looked at the contents of his hat and there were no
weapons. I provided all the items to a HMC security guard who took them
back to where Canty was. I then filled out the SPD Emergent Evaluation
Card.
I provided the Emergent Evaluation card and the SPD Officer Safety

For 6293    Printed On Jul-14-2016 (Thu.)



## SEATTLE POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY

(1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

Follow Up Report #   1

bulletin on Canty to the HMC Social Worker.

7-9-16 1145 hours, I was contacted by DMHP Bonicalzi, King County Crisis and Commitment and told that they are placing a Psychiatric hold on Canty. He will have Mental Health Court on Wednesday, July 13th.

7-11-6 I contacted Brittany Cirienio, US Attorney's office. She stated that when Canty called on 7-7-16 he stated that he believes police are trying to get him. He sought refugee status in Canada because police are trying to murder him. He talked about see an SPD patrol car with the keys in it and running. He saw the officers in a Starbucks and stomped in and screamed that they are wasting taxpayer money. He became loud and angry with Cirienio and called her stupid. Canty stated he is suing FBI, DOJ for mishandling cases. He stated if Police come towards him he will start shooting up SPD officers. *Proven liar*

7-12-16 0930 hours, I called Tucson PD Records, TP#520-791-4462, Fax-520-791-5418. I talked with Police Records Supervisor Laura Hodgson. She would review TPD records for Canty and fax them. CCW's are handled by Arizona Department of Public Safety, TP#602-223-2233. I faxed a request to Hodgson for information on Canty.

7-12-16 0942 hours, I emailed Dennis Andrews, Tactical Analyst, MCAC, New York and requested all Rochester PD reports and a search for a CCW for Canty.

7-12-16 1051 hours, I called Donna Street, Supervisor, CCW, Arizona DPS, TP#602-223-2704. She stated that a court order is needed to obtain CCW information per Arizona Revised Code 13-3102, subsection J. She stated you can do an NLETS search in the gun file that will tell you if a person has one.

7-12-16 1100 hours, I received numerous reports from TPD.
Case #1311170312, Threats, where Canty called and stated "I'm going to go in shoot you do you understand".
Case #1402180493, Threats, At Walmart he told a female he was going to punch her in the head. Later took a swing at a male and hit a female.
Case #1407090314, Threats, made a phone threat to a bus employee. "You deserve to be killed", "I am putting a hit out on her", "you deserve to get shot in the fucking head". He was arrested.
Case #1511040403, Threats, called Mayor of Tucson's office talked to receptionist "I'm going to kill you".

7-12-16 1110 hours, I requested an open source search for when Canty was detained for the Emergent Detention. 2 videos were located on Twitter. I was provided the videos. *Not true*

7-12-16 1122 hours, I conducted an NCIC, NLETS check for Canty in Arizona. I was provided with an Arizona ID for Canty.



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

(1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

disturbance listed CANTY as confrontational, aggressive, and hostile toward the reception staff causing them to be fearful and alarmed.

I did not activate my ICV as I was focused on CANTY and the threatening statements he was making towards me and did not know if he truly possessed a firearm with which to carry out his threats. At the time of the contact and this report I was not aware if CANTY suffered from any type of mental illness.

*Bingo* ☆

I made a hazard report about CANTY to be entered in as officer safety information for the threats that were made.

Screened by SGT Sather 6855.

I hereby declare (certify) under penalty of perjury under the laws of the State of Washington that this report is true and correct to the best of my knowledge and belief (RCW 9A.72.085)

Electronically signed:
CULBERTSON, SEAN D          Date:          Jul-07-2016          Place: Seattle, WA

16-1-03103-6 SEA

Canty_K  0034



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

(X-100 CRISIS)

GO# 2016-244744
OPEN

---

magazines and to purchase a handgun and his paranoia of police. A/Sgt
James screened the detention. Canty was transported to HMC for evaluation.

*But wait how is MR. Canty Paranoid When cops are following him*

Location : 4TH AVE AND PIKE ST.

PERSON
=====================================================================
Role : 30 (SUBJECT)
No : 1
Surname : CANTY
First : KYLE
Middle : L
Sex : M
Address : 77 S. WASHINGTON
City : SEATTLE
State : WA (WA)
Zip : 98104-
DOB : 07-20-1985
App. age : 30
Race : B (AFRICAN AMERICAN/BLACK)
SSN : 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
POB : US (US)
Height : 5'07
Weight : 160
Build : M (MEDIUM)
Hair color : BLK (BLACK)


PERSON LINKAGE
=====================================================================
Resident status : R (RESIDENT)
Age range : K (K - 30-49 YEARS)
Access to firearms : N



# SEATTLE POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
(1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

Follow Up Report #  1

Arizona Department of Public Safety, TP#602-223-2233. I faxed a request to Hodgson for information on Canty.

7-12-16 0942 hours, I emailed Dennis Andrews, Tactical Analyst, MCAC, New York and requested all Rochester PD reports and a search for a CCW for Canty.

7-12-16 1051 hours, I called Donna Street, Supervisor, CCW, Arizona DPS, TP#602-223-2704. She stated that a court order is needed to obtain CCW information per Arizona Revised Code 13-3102, subsection J. She stated you can do an NLETS search in the gun file that will tell you if a person has one.

7-12-16 1100 hours, I received numerous reports from TPD.  ~~Supress~~
Case #1311170312, Threats, where Canty called and stated "I'm going to go in shoot you do you understand".
Case #1402180493, Threats, At Walmart he told a female he was going to punch her in the head. Later took a swing at a male and hit a female.
Case #1407090314, Threats, made a phone threat to a bus employee. "You deserve to be killed", "I am putting a hit out on her", "you deserve to get shot in the fucking head". He was arrested.
Case #1511040403, Threats, called Mayor of Tucson's office talked to receptionist "I'm going to kill you".

7-12-16 1110 hours, I requested an open source search for when Canty was detained for the Emergent Detention. 2 videos were located on Twitter. I was provided the videos.

7-12-16 1122 hours, I conducted an NCIC, NLETS check for Canty in Arizona. I was provided with an Arizona ID for Canty.

7-12-16 1130 hours, I went to SPD Data and requested an NLETS search for Canty CCW in Arizona. The NLETS message stated that the search is not allowed. No results.

7-12-16 1225 hours, I filled out a NICS card with Canty's information and narrative about his mental health. I sent it to Levi Desrosier, ATF. Canty can still buy a gun; this allows me to be notified if he does.

7-12-16 1345 hours, I Googled "East Bay" which is where Canty's Box is from *Constitutional* *rights* *violations* that he says he ordered 2 extended handgun magazines. It is a sporting goods store. I searched for Handgun magazines and it stated there were 0 results.

7-12-16 1442 hours, Analyst Andres sent me 9 Rochester PD reports and FIR's for Canty. He further stated that a CCW check for Canty was negative in New York and Monroe County.
RPD #07-292151 Canty wore a bullet proof vest into the Police HQ's and caused a disturbance. He was arrest.
RPD #07-328739 Canty went to Police HQ's with a bullet proof vest again to

7/26/2016 5:08:22 AM

H3972310 BD:7/20/1986   30Y M
CANTY
KYLE
H EMERGENCY DEPARTMENT
DOB:7/8/2016
Enc:1806805415   RES:

## Witness Information

1. Name:

Phone Number:

❏ Concerns for witness safety (articulate in narrative)

2. Name:

Phone Number:

❏ Concerns for witness safety (articulate in narrative)

## Narrative

See attached.

Canty the son stay of Reno. Arrested for threatening police. He continually tells police + invites them to violence. He has had prior points in Arizona. On 7-3-16 Canty approached an SPD office + yelled obscenities. Canty stated he would assault officers if he tried to put hands on him for any reason. 7-5-16 Canty approached officer at Starbucks Kiosk then stating "you want a war with you I'll have to wait until to un know the gun law in Washington its in your best interest to stop harassing me. 7-5-16 He went to SPD Off. state he planned to purchase firearm to defend himself. He would shoot officers if they pulled a gun or taser on him without a warrant. 7-7-16 Canty called the US Attorney office and told a receptionist he would start shooting SPD officers if he don't get the help he wants. 7-7-16 During protest canty told an officer threatin

| Tim Renhan | 6793 | 318 | Criminal Intelligence Unit |
|---|---|---|---|
| Primary Officer | Serial Number | Call Sign | Unit of Assignment |

| | | | |
|---|---|---|---|
| Secondary Officer | Serial Number | Call Sign | Unit of Assignment |

Form 25.1 Rev. 9/14



# SEATTLE POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (X-100 CRISIS)

GO# 2016-244744
OPEN

Follow Up Report # 1

obtain more information about Canty. Sgt Pisconski stated that Canty was assaulted a week ago by a female, 16-223269. In the remarks of the report he lists 1700-7th Ave. Suite 116, unit 365. A search reveals that is a UPS store by the US Courthouse.

7-8-16 1055 hours, Ofc Torres called Work Cell 206-492-9710. He stated that Canty came into the City Attorney's office on the 27th wanted to talk to Pete Holmes and was intimidating the receptionist. A case was written 16-230940.

7-8-16 1105 hours, I contacted USMS Fleck and provided him the time Canty was in front of the courthouse for the protest last night. He then sent me photos of Canty at the US Courthouse. USMS Fleck stated that they are going to review seeking charges for having weapons on the courthouse property since he admitted having ammo magazines in his box and that he was going to buy a Glock 19 next. In Violation of CFR- 41 CFR 102-74.440 Weapons. Weapons (41 CFR 102-74.440). Federal law prohibits the possession of firearms or other dangerous weapons in Federal facilities and Federal court facilities by all persons not specifically authorized by Title 18, United States Code, Section 930. Violators will be subject to fine and/or imprisonment for periods up to five (5) years. In addition, a court order also prevents persons from bringing or bearing any firearm or other dangerous weapon into the U.S. courthouse. The courthouse also includes the property adjacent and underneath.

7-8-16 1120 hours, I contacted Doug Larm, WSFC, requested they send the bulletin out on Canty to obtain any information. In an article Canty was in, he states "several outstanding charges in multiple states for things including jaywalking, issuing threats, disorderly conduct and resisting arrest."

7-8-16 1130 hours, I contacted Det Fry who talked with Canty at the Protest. Canty told her "there are 2 magazines in the box, extended, hoping to buy a Glock 19 next". "Google the state of Washington, anyone can buy a gun unless a felon or DV".

7-8-16 1140 hours, pictures from the protest of Canty with the Box at the Courthouse. One picture of the box has his name on it Kyle Canty. I sent the pictures to USMS Fleck. ~~Protest was on the 7th~~ Not 8th

7-8-16 1201 hours, I received an email from Ofc Torres. It documents Canty coming to the City Prosecutors office and his conversation.

7-8-16 1247 hours, I ran NCIC for Canty in Oregon and Canada for CCW and Felony offender reporting system (FORS) with negative results on all.

7-8-16 1250 hours, I read the article in the paper November 11, 2015 where Canty sought asylum in Canada and he was refused.

7-8-16 1255 hours, I requested Canty's passport information from Det

| AGENCY: | WASPD0000 | CASE NUMBER | FILE NUMBER | PCN NUMBER | **SUPERFORM** |
|---|---|---|---|---|---|
| Seattle PD | | 16-242554 | | | |

| DATE & TIME OF VIOLATION | CRIMINAL TRAFFIC CITATION ATTACHED? | | ACCOMPLICES |
|---|---|---|---|
| 7/13/2016 11:57 AM | ☐ YES ☐ NO | | |
| DATE OF ARREST/TIME | ARREST LOCATION | | |
| 7/13/2016 11:57 AM | | | |

| NAME (LAST, FIRST, MIDDLE/JR, SR, 1st, 2nd) | DOB | ALIAS, NICKNAMES |
|---|---|---|
| canty, kyle l | 7/20/1985 | |

| ARMED/DANGEROUS | IDENTITY IN DOUBT? | CITIZENSHIP |
|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | US |

**PHYSICAL DETAILS**

| SEX | HEIGHT | WEIGHT | SKIN TONE | RACE | EYE | HAIR | SCARS, MARKS, TATTOOS, DEFORMITIES |
|---|---|---|---|---|---|---|---|
| M | 507 | 160 | B | | | BLK | |

| OCN | PRIOR BA # | AFIS # | FBI # | STATE ID # | DRIVER'S LICENSE # | STATE | SSN |
|---|---|---|---|---|---|---|---|
| | 0 | | | ny 279670hd6 | | | |

| LAST KNOWN ADDRESS | EMPLOYER, SCHOOL (ADDRESS, SHOP/UNION NUMBER |
|---|---|
| 77 S washington  seattle, WA | |
| RESIDENCE PHONE | BUSINESS PHONE | OCCUPATION |

| PERSON TO BE CONTACTED IN CASE OF EMERGENCY | RELATIONSHIP | Address | PHONE |
|---|---|---|---|
| | | | |

| OFFENSE | | RCW / ORD# | COURT / CAUSE # | CITATION # |
|---|---|---|---|---|
| ☐ DV  ☐ FUGITIVE | I - FEL HARASSMENT INV | 5309 | / | |
| OFFENSE | | RCW / ORD# | COURT / CAUSE # | CITATION # |
| ☐ DV  ☐ FUGITIVE | | | | |

| WARRANT DATE | WARRANT NUMBER | OFFENSE | AMOUNT OF BAIL | WARRANT TYPE |
|---|---|---|---|---|
| | | | | |
| ORIGINATING POLICE AGENCY | ISSUING AGENCY | WARRANT RELEASED TO: (SERIAL # / UNIT / DATE / TIME) | | |

| LIST VALUABLE ITEMS OR PROPERTY LEFT FOR ARRESTEE AT JAIL |
|---|
| LIST VALUABLE ITEMS OR PROPERTY ENTERED INTO EVIDENCE (SIMPLE DESCRIPTION, IDENTIFYING MARKS, SERIAL #) |
| LIST ITEMS ENTERED INTO SAFEKEEPING |

| TOTAL CASH OF ARRESTEE | WAS CASH TAKEN INTO EVIDENCE? | | SIGNATURE OF JAIL STAFF RECEIVING ITEMS / SERIAL # |
|---|---|---|---|
| $0.00 | ☐ YES ☒ NO   AMOUNT: $0.00 | | |

| ARRESTING OFFICER / SERIAL # | TRANSPORTING OFFICER / SERIAL # | SUPERVISOR SIGNATURE / SERIAL # |
|---|---|---|
| Renihan, Timothy William   6293 | | |
| SUPERFORM COMPLETED BY (SIGNATURE/SERIAL #) | CONTACT PERSON FOR ADDITIONAL INFORMATION (NAME/SERIAL/PHONE) |
| Renihan, Timothy | |

| SUPERIOR COURT FILING INFO | ☐ IN CUSTODY | ☐ AT LARGE | ☐ OUT ON BOND | COURT CAUSE (STAMP OR WRITE) |
|---|---|---|---|---|
| COURT/DIST. | | DIST. CT. | | SUP. CT. DATE |
| CT.NO. | | BOND $ | | |

| PERSON APPROVING EXTRADITION | SEA/KING-LOCAL ONLY WA/CIC-STATE WIDE ☐ | NCIC-WILL EXTRADITE FROM ID & OR ONLY ☐ | NCIC-WILL EXTRADITE FROM OR, ID, MT, WY, CA, NV, UT, CO, AZ, NM, HI, AK ☐ | NCIC-WILL EXTRADITE FROM FROM ALL 50 STATES ☐ |
|---|---|---|---|---|

| ENTRY | | | | CLEARANCE | |
|---|---|---|---|---|---|
| | OCN _____ | DOE _____ | | DOC _____ |
| | WAC _____ | TOE _____ | | TOC _____ |
| | NCIC _____ | OP _____ | | OP _____ |

## STATEMENT OF PROBABLE CAUSE: NON-VUCSA

CONCISELY SET FORTH FACTS SHOWING PROBABLE CAUSE FOR EACH ELEMENT OF THE OFFENSE AND THAT THE SUSPECT COMMITTED THE OFFENSE. IF NOT PROVIDED, THE SUSPECT WILL BE AUTOMATICALLY RELEASED.  INDICATE ANY WEAPONS INVOLVED.  (DRUG CRIME CERTIFICATE BELOW.)

7/26/2016 5:06:22 AM

 

# Seattle Police Department Emergent Evaluation Card

Attention transport: If the subject is diverted to a different hospital ER, please notify SPD dispatch promptly, and refer to the incident number.

Subject Name: _____ CANTY _____

Subject DOB: _____ 7-20-85 _____

SPD Incident: _____ 16-244-66 _____

H3972310 BD:7/20/1985, 30YM
CANTY
KYLE
N EMERGENCY DEPARTMENT
DOB:7/8/2016
Enc:1806805415    RES:

## ☒ *Involuntary Evaluation*

Per RCW 71.05.153, Officer [ _____Zeringer_____ ] has

reasonable cause to believe that [ _____Kyle CANTY_____ ] is

suffering from a mental disorder and presents an imminent likelihood of serious

harm to ☐ self, ☒ others, or ☐ property; or ☐ is in imminent danger because of

grave disability. A weapon ☐ was ☒ was not involved with this incident.

The Department recommends that this subject not be released until he or she has

been evaluated by a mental health professional. The officer ☒ would ☐ would not

like to be notified if the subject is not detained. (Phone #: _2065105373_ )

## ☐ *Voluntary Evaluation*

The named subject is voluntarily seeking a mental health evaluation.

## Primary Officer's First-Hand Observations

While Canty was contacted by SWAT. He Resisted being cooperative
and had to be Handcuffed & Held on the ground by SWAT. He tried to kick
when putting in the living & kicked an officer in the face. Canty would not listen to me explain
what was going on. He continually asked for a lawyer & cursed at transport officers. He continued to

*Witness information and a brief narrative can be found on the reverse side of this form. Please contact*
*the SPD Data Center at (206) 684-5450 if additional information is needed.*

be the Res x2
He was only attempting
to take his 9 mm + points
away.

*For questions or feedback: SPD_CIT_Coordinator@seattle.gov.*



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

(X-100 CRISIS)

GO# 2016-244744
OPEN

Follow Up Report #   1

It listed several contacts with Canty. One report 09-400792 stated "Canty showed pistol permits for the state of Arizona and stated he still has access to guns". 07-328739 Canty was wearing a bullet proof vest when he entered Rochester New York Police department.

7-8-16 1748 hours, I contacted DMHP Gail Bonicalzi, TP#263-9202. I explained to her the behavior that Canty was displaying and that we were going to do an emergent detention on him. ☆

7-8-16 1800 hours, I was told to contact KOMO news, TP#206-404-4145, because Canty had threatened them.

7-8-16 1805 hours, I reviewed SPD report 16-219276 where Canty resigned at Office Max and then called the corporate office and stated "that is how people get shot". I called the Loss Prevention office on the report, Logan Brown, 425-891-9441. He stated that the report was informational only. I requested a TP#, but he did not have one. I asked him if Canty ever had a gun while working at Office Max and he said he did not know. ?

7-8-16 1810 hours, I called KOMO news and talked to Cathy Rollins, TP#206-404-4145. She stated Canty called at 1651 and 1655 hours and was talking about video of SPD. He stated his name was Kyle Lydell Canty. He alleged murder charges, wanted he to watch videos. Canty mentioned "killing cops". She had someone else listen to the call on speaker phone. Canty said he was trying to tell the police department that he is going to buy a gun and if police pull a gun he will shoot them. He gave a TP# of 206-861-5293 which turned out to be a landline.

7-8-16 1829 hours, I sent out the Emergent Detention bulletin on Canty. The Emergent Detention is SPD case #16-244744.

7-8-16 1835 hours, Det Carma Clark called and stated she saw Canty at 5th and Pine St. right before the bulletin came out. He was wearing a Black baseball cap, black jacket and black backpack.

7-8-16 1853 hours, I briefed SWAT and provided a bulletin. Canty was videotaping some members of SWAT in the previous 30 minutes.

7-8-16 1900 hours, SWAT detained Canty at 4th ave and Pike St. I responded to the scene with A/Sgt James. Canty was on the ground and was upset, struggling and would not listen. There were 2 officers holding him down on his side and he was handcuffed. They were not in distress or injured. I tried to deescalate the situation. I told Canty my name was Detective Renihan with SPD. He was being taken to the hospital for a mental health assessment and it was involuntary. He stated he didn't need help and talked over me.

7-8-16 1909 hours, AMR employee #909, Brittany, arrived. I briefed her on the situation that Canty was to be taken to HMC for a mental health evaluation. She asked if I wanted restraints on him and I said yes. Canty was placed on the Gurney and kneed Ofc Coolidge in the side of the head as

MR. CANTY'S RAP Sheet?
6 Pages of nonsense
No Felonies

Page 1 MAIL FOR: JENNINGS, MICHAEL B Fri. Jul. 08, 2016
III A00APD49T.EL0104NM00R7NNQR
WASPD9014
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR SID/NY2167178N. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
NEW YORK - STATE ID/NY2167178N
OREGON - STATE ID/OR21333417
END
>>>> ORIGINATING TRANSACTION <<<<
MKE/CQCH.SID/NY2167178N.OFFID/6116.OFFNAM/MIKE
JENNINGS.PUR/C.RSN/INVESTIGATION.WACIC/Y.NLETS/N.NSEX/N.FORS/N.NPAR/N.
*** END OF MESSAGE ***


Page 1 MAIL FOR: JENNINGS, MICHAEL B Fri. Jul. 08, 2016
NLETSA00APD49T.
HDR/2L0104NM00R7NNQR
ATN/6116-INVESTIGATION
PART 1
OREGON CCH RECORD FOR SID/21333417
SID/OR21333417
NAM/CANTY,KYLE LYDELL DOB/1985/07/20 SEX/M RAC/B POB/NY
HGT/508 WGT/155 HAIR/BLACK EYE/BROWN FPC/
* ADDITIONAL IDENTIFIERS *
SOC/071700361
ARREST #01 2015/09/15 OR0240200-SALEM POLICE DEPARTMENT
FPN/JMAR115083154
NAME USED/CANTY,KYLE LYDELL
HGT/508 WGT/155 HAIR/BLACK EYE/BROWN
DATE OF OFFENSE/2015/09/15
01 ORS 221.926 CITY ORDINANCE OFFENSE-MISD-TRESPASS
ENTERED 2015/09/15 LAST UPDATED 2015/09/15
*** END OF RECORD ***
* * * END OF RECORD * * *
>>>> ORIGINATING TRANSACTION <<<<
MKE/CQCH.SID/NY2167178N.OFFID/6116.OFFNAM/MIKE
JENNINGS.PUR/C.RSN/INVESTIGATION.WACIC/Y.NLETS/N.NSEX/N.FORS/N.NPAR/N.
*** END OF MESSAGE ***

Page 1 MAIL FOR: JENNINGS, MICHAEL B Fri. Jul. 08, 2016
NLETSA00APD49T.
HDR/2L0104NM00R7NNQR
ATN/6116-INVESTIGATION
********************* CRIMINAL HISTORY RECORD *********************
**************************** Introduction ****************************
This rap sheet was produced in response to the following request:
FBI Number 279670HD6
State Id Number 2167178N ()
Request Id
Purpose Code C
Attention 6116-INVESTIGATION
The information in this rap sheet is subject to the following caveats:
This NYSID Number was used previously and is now reassigned to this
individual. (New York State Department Of Criminal Justices; 2016-07-
08)
Multi-Source - Subject has information maintained by other states or
in
multiple NYS files maintained by the FBI available through the
Interstate Identification Index. Refer to FBI Number: 279670HD6 (New
York State Department Of Criminal Justices; 2016-07-08)
Sentencing - Where an individual is sentenced June 1, 1981 or later on
more than one charge within a docket, the sentence may be considered
to
be concurrent unless identified as consecutive. (New York State
Department Of Criminal Justices; 2016-07-08)
*************************** IDENTIFICATION ***************************
Subject Name(s)
CANTY, KYLE L
CANTY, KYLE
Subject Description
FBI Number State Id Number
279670HD6 02167178N ()
Social Security Number
071700361
Sex Race Skin Tone
Male Black Dark
Medium
Page 2 MAIL FOR: JENNINGS, MICHAEL B Fri. Jul. 08, 2016
Height Weight Date of Birth
5'07" 150 1985-07-20
Hair Color Eye Color
Black Brown
Place of Birth Ethnicity
New York Unknown
Not Hispanic Or Latino
Residence
Residence as of
93 CONGRESS AVE

Evidense that this is what
cops do to black people

Page 1 MAIL FOR: JENNINGS, MICHAEL B Fri. Jul. 08, 2016
NCIC A008PD49T.1L0104NM00QMW3QW
WASPD9014
WARNING-A SUBJECT IN THIS RESPONSE HAS BEEN IDENTIFIED AS A VIOLENT
OFFENDER OR A SERIOUS THREAT TO LAW ENFORCEMENT OFFICERS. REVIEW THIS
RESPONSE IN ITS ENTIRETY TO OBTAIN ADDITIONAL INFORMATION ON THIS
SUBJECT.
USE EXTREME CAUTION IN APPROACHING THIS INDIVIDUAL.
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS
REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION. ALL OTHER NCIC
PERSONS
FILES ARE SEARCHED WITHOUT LIMITATIONS.
WARNING-THE SUBJECT IN THIS RECORD HAS BEEN DEEMED A SERIOUS THREAT TO
LAW ENFORCEMENT OFFICERS. USE CAUTION IN APPROACHING THIS INDIVIDUAL.
DO
NOT ARREST OR DETAIN BASED SOLELY ON THIS INFORMATION.
MKE/VIOLENT PERSON - CAUTION
CMC/01 - OTHER
ORI/WASPD0000 NAM/CANTY, KYLE LYDELL SEX/M RAC/B
DOB/19850720 HGT/507 WGT/160 EYE/XXX HAI/BLK
SKN/DRK
SOC/071700361
VPC/4 - THREAT TO LAW ENFORCEMENT
OCA/16-242554
MIS/SUBJECT THREATENED T0 SH00T 0FFICERS, TRIED T0 INCITE 0FFICER T0
FIGHT WITH
MIS/HIM - C0NFIRM 206-684-5426
DNA/N
ORI IS PD SEATTLE 206 684-5426
NIC/L380005506 DTE/20160704 0150 EDT DLU/20160708 0136 EDT
>>>> ORIGINATING TRANSACTION <<<<
MKE/CQCH.SUR/CANTY.G1/KYLE.G2/L.DOB/07-20-
1985.SEX/M.RAC/B.OFFID/6116.OFFNAM/MIK
E
JENNINGS.PUR/C.RSN/INVESTIGATION.WACIC/Y.NLETS/N.NSEX/N.FORS/N.NPAR/N.
*** END OF MESSAGE ***

Page 1 MAIL FOR: JENNINGS, MICHAEL B Fri. Jul. 08, 2016
III A008PD49T.7L0104NM00QMW3QH
WASPD9014
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF
YOUR
INQUIRY ON NAM/CANTY,KYLE L DOB/19850720 SEX/M RAC/B PUR/C
ATN/6116-INVESTIGATION
NAME FBI NO. INQUIRY DATE
CANTY,KYLE 279670HD6 2016/07/08
SEX RACE BIRTH DATE HEIGHT WEIGHT EYES HAIR PHOTO
M B 1985/07/20 507 150 BRO BLK N
BIRTH PLACE
NEW YORK
FINGERPRINT CLASS PATTERN CLASS
ALIAS NAMES
CANTY,KYLE L CANTY,KYLE LYDELL
SOCIAL SECURITY
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
IDENTIFICATION DATA UPDATED 2015/09/24
THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
NEW YORK - STATE ID/NY2167178N
OREGON - STATE ID/OR21333417
THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.
END
>>>> ORIGINATING TRANSACTION <<<<
MKE/CQCH.SUR/CANTY.G1/KYLE.G2/L.DOB/07-20-
1985.SEX/M.RAC/B.OFFID/6116.OFFNAM/MIK
E
JENNINGS.PUR/C.RSN/INVESTIGATION.WACIC/Y.NLETS/N.NSEX/N.FORS/N.NPAR/N.
*** END OF MESSAGE ***

```
Page 1 MAIL FOR: JENNINGS, MICHAEL B Fri. Jul. 08, 2016
WACICA008PD49T.QWH.WASPD9014.NAM/CANTY, KYLE
L.DOB/19850720.SEX/M.RAC/B.PUR/C.ATN/6116-
INVESTIGATION
NO WACIC WANTED, MISSING, PROTECTION ORDER, DOC CUSTODY STATUS,
SOR, OR VEHICLE/VEHICLE PART OR MONITORED POPULATION RECORDS FOUND
>>>> ORIGINATING TRANSACTION <<<<
MKE/CQCH.SUR/CANTY.G1/KYLE.G2/L.DOB/07-20-
1985.SEX/M.RAC/B.OFFID/6116.OFFNAM/MIK
E
JENNINGS.PUR/C.RSN/INVESTIGATION.WACIC/Y.NLETS/N.NSEX/N.FORS/N.NPAR/N.
*** END OF MESSAGE ***
```

```
Page 1 MAIL FOR: JENNINGS, MICHAEL B Fri. Jul. 08, 2016
NLETSA008PD49T.IPR..
12:59__02159
__31913_
*04NM00QMW3
TXT
RECORD NOT FOUND
Original Query Data
Name:CANTY,KYLE
DOB:1985-07-20
>>>> ORIGINATING TRANSACTION <<<<
MKE/CQCH.SUR/CANTY.G1/KYLE.G2/L.DOB/07-20-
1985.SEX/M.RAC/B.OFFID/6116.OFFNAM/MIK
E
JENNINGS.PUR/C.RSN/INVESTIGATION.WACIC/Y.NLETS/N.NSEX/N.FORS/N.NPAR/N.
*** END OF MESSAGE ***
```

```
ROCHESTER, NY
Residence as of
1125 GENESEE ST
ROCHESTER, NY 14611
Caution Information
Notice Open Bench Warrant(s) on File
*************************** CRIMINAL HISTORY ***************************
============================== Cycle 001
============================
Tracking Number 64077315Q
Earliest Event Date 2010-03-12
-----------------------------------------------------------------------
--
Arrest Date 2010-03-12
Arresting Agency NY0275000 Brighton Town Police Department
Subject's Name CANTY, KYLE, L
Charge Tracking Number 64077315Q
Agency NY0275000 Brighton Town Police Department
Statute Resisting Arrest (205.30; )
NCIC Offense Code 4801
State Offense Code PL 205.30
Counts 1
Severity Misdemeanor
Inchoate Charge Completed
Charge Tracking Number 64077315Q
Agency NY0275000 Brighton Town Police Department
Statute Disorderly Conduct:Obscene Language/Gestures
(240.20 SUB 03; )
NCIC Offense Code 5311
State Offense Code PL 240.20 SUB 03
Counts 1
Severity Violation
Page 3 MAIL FOR: JENNINGS, MICHAEL B Fri. Jul. 08, 2016
Inchoate Charge Completed
*********************** INDEX OF AGENCIES ***************************
Agency Brighton Town Police Department; NY0275000;
* * * END OF RECORD * * *
>>>> ORIGINATING TRANSACTION <<<<
MKE/CQCH.SID/NY2167178N.OFFID/6116.OFFNAM/MIKE
JENNINGS.PUR/C.RSN/INVESTIGATION.WACIC/Y.NLETS/N.NSEX/N.FORS/N.NPAR/N.
*** END OF MESSAGE ***
```

CANTY, KYLE H3972310
Psychiatry Record - Inpt Authenticated
Service Date: Jul-13-2016
Dictated by Kilgus RN, Natalie J on Jul-13-2016

## Nursing Progress Note - HMC

### ASSESSMENT:

Assessment: Pt was received and remains on ad lib status. He denies SI,HI and AVH. Pt refused to fill out admit paper work. He is overall acting pleasant but very focused on why he should not be here. Pt has busily been preparing for his defense. He is talking with his lawyer. It has just come to staff attention at 1445 that Pt is being arrested today for felony harrassment of the police. .
No restraints indicated.

### MOBILITY:

Mobility goal for today: ambulate independently.
If eligible, did the pt have a mobility event today? Yes.
Highest level of mobility achieved was ambulating independently greater than 50 feet.
Duration of mobility event was 15 to 30 minutes.
Patient mobility tolerance: asymptomatic.

### PLAN:

PLAN OF CARE Interventions/Outcomes

```
    7/13/2016 12:53        HMC Fall Risk Interventions            Provided socks with
        non-skid soles

                           Safety Interventions      15 min assessments per policy, Talk
    with patient
                           Pt as safe as possible    Met
                           Pt is comfortable as possible          Met
                           Participates in self care Met
                           Pt meeting nutrition needs             Met
                           Pt/Family Understands Dx & Plan of Day    Not met by patient
                           Psych Interventions       Assess pt/s delusions, Close
        observation, Determine anxiety level, source/triggers/warning signs, Help pt examine
        issues re: compliance w/treatment rec., Help pt participate in tx w/out compromising
        personal values, Provide clear, simple directions, Provide safe environment   .
```

### EVALUATION:

OTHER Pt is very focused on what he perceives is his innocense and being able to leave Harborview. .

### Signature Line

Electronically Reviewed/Signed On: 07/13/16 at 14:58

Kilgus RN, Natalie J
Box 359820

CANTY, KYLE H3972310
Psychiatry Record - Inpt Authenticated
Service Date: Jul-13-2016
Dictated by Nirschl, Fallan on Jul-13-2016

## Nursing Progress Note - HMC

### ASSESSMENT:

Assessment: RN back up: Pt received and maintained ad lib. Cooperative with VS. Pt denied pain upon direct questioning. Pleasant mood during interaction with this writer. Escorted off unit by DPS and discharged into police custody at 1725 without incident..
No restraints indicated.

### MOBILITY:

Mobility goal for today: ambulate independently.

### Signature Line

Electronically Reviewed/Signed On: 07/13/16 at 17:50

_____

Nirschl, Fallan
Box 359820

FN
DD:07/13/16

Nursing Progress Note - HMC

### CC Address Information

argumentative and defensive. Pt states he is here "Because the cops lied. They said I made threats that they can't prove". Pt initially declined to provide any information beyond this statement and then responded, providing only paucity of information.  Pt denies SI / HI / AH /VH / access to a firearm.

SW reengaged with pt during which time he explained that he is fearful of all law enforcement in the United States including the FBI and the courts based on personal hx of arrests for misdemeanors like trespassing and resisting arrest as well as the documented black experience in America.    Pt states this is why he has sought asylum in Canada where he believes he is safe from police harassment.  Pt states he has traveled all over the United States video taping encounters with law enforcement for the purpose of instigating lawsuits. Pt states he has published papers and videos documenting mistreatment by police going back a number of years.  Pt states he has never been charged with a felony which would prevent him from being sold a gun. However, he believes SPD would like him to be diagnosed with a mental illness which would then prevent him from acquiring a firearm.   Pt began by stating he has taken law classes and has knowledge of the law and by the end of the conversation was referring to himself as "the lawyer".  Pt admitted there are hats vs. extended ammunition magazines in the box he was carrying and states he never told police there were magazines in the box.  Pt denied making threats via phone to the US Attorney's Office or the Office of the Chief of Police .

LANGUAGE: English.
INTERPRETER: No.
INFORMATION OBTAINED FROM: patient, medical record.


**MENTAL HEALTH SCREEN:**
LEGAL STATUS: Involuntary (72-hour).
GROUNDS FOR COMMITMENT:
   Danger to others.
COURT INFORMATION:
   Date of court hearing: Probable Cause Hearing: ?.


**SOCIAL HISTORY:**
BACKGROUND / EDUCATION:
B/R New York. Some college. Never married, no children.  Came to Seattle from Canada 2 yrs ago for a business opportunity as a photographer.  States he has been in Seattle on/off for the 2 yrs.  Pt declined to provide any detailed social hx stating the reason for asking these questions is to try and contact any doctors from his past.  Per Police report, pt applied for asylum in Canada in a well documented article and was rejected.
LIVING SITUATION / ADDRESS PRIOR TO ADMIT:
   Pt states he is homeless and stays with friends.
EMPLOYMENT HISTORY:
   Per SPD, Pt lost job at Office Max in June 2016 after which he called the Corporate Office and said "This is how people get shot".
FAMILY HISTORY:
   Pt denies.
LEGAL HISTORY / ISSUES:
   Per SPD, pt has an extensive criminal hx in New York, Arizona and Oregon. No felonies but many cases of threats. There are 5 active warrants in New York and 4 in Arizona that are non extraditable.


**HEALTH CARE DECISION MAKING:**
LEGAL NEXT OF KIN:
None provided by patient .