1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8  KYLE LYDELL CANTY,

9                           Plaintiff,         Case No. C16-1655-RAJ

10     v.
                                                ORDER DISMISSING CIVIL RIGHTS
11 KING COUNTY, *et al.*,                       COMPLAINT

12                          Defendants.

13

14     The Court, having reviewed plaintiff's original and amended complaints, the Report and

15 Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any

16 objections thereto, and the remaining record, hereby ORDERS:

17     (1)     The Report and Recommendation is approved and adopted.

18     (2)     This action is DISMISSED without prejudice, pursuant to 28 U.S.C.

19 § 1915(e)(2)(B)(ii), for failure to state a cognizable ground for relief.

20 //

21 //

22 //

23

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

(3)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this _____ day of _____, 2016.

                                                          RICHARD A. JONES
                                                          United States District Judge

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2