# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>        Plaintiff,<br><br>v.<br><br>KING COUNTY, *et al.*,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C16-1655-RAJ |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Report and Recommendation is approved and adopted. This action is dismissed without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a cognizable ground for relief.

    Dated this _____ day of _____, 2016.


                                            WILLIAM M. McCOOL
                                                    Clerk


Deputy Clerk