UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, | Case No. C16-1655-RAJ-JPD |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY, et al., | |
| Defendants. | |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

This matter comes before the Court upon the filing of the "First Amended 1983 Prisoner Civil Rights Complaint – Part 2," which contains additional facts to attempt to cure the deficiencies in plaintiff's original complaint by stating a cognizable ground for relief.  Dkt. 10.  Although this document was received by the Clerk's office on November 23, 2016, it was not docketed until November 28, 2016, Dkt. 10, after the Report and Recommendation had already been issued.  As a result, the Court's Report and Recommendation does not take plaintiff's new factual allegations into account, and it is withdrawn.

MINUTE ORDER
PAGE - 1

Case 2:16-cv-01655-RAJ   Document 12   Filed 11/29/16   Page 2 of 2

The Clerk is directed to STRIKE the November 28, 2016 Report and Recommendation, Dkt. 11, and send a copy of this Order to the plaintiff and to the Honorable Richard A. Jones.

DATED this 29th day of November, 2016.

William M. McCool
Clerk of the Court

s/ Sherri Tye
Deputy Clerk

MINUTE ORDER
PAGE - 2