_____ FILED  _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 01 2016    JMG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

1

2

3

4

5

6

7     IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

8                                      Case No CV-16-1655-RAJ-JPD

9     STATE OF WASHINGTON,

10              Plaintiff,             Case No. 16105103 6 SEA

11         v.                         ORDER Dismissing with

12    Kyle Canty                            Prejudice

13              Defendant.

14

15    ☒ Plaintiff ☐ Defendant moves the court for an order _of dismissal based on_

16    _police obstruction of his cellular telephone which contained_

17    _material exculpatory evidence not replaceable from_

18    _other sources as to_ ; now, therefore, it is hereby

19    ORDERED _The Court directed and reviewed_

20    _briefing by the State and heard oral_

21    _argument. Both parties were offered an_

22    _opportunity to present any relevant evidence._

23    _The Court finds the telephone video was indeed_

24    _materially exculpatory on both counts and cannot_

25    _be replicated or presented via other comparable_
                                          evidence.
      DATED this 29 day of November 2016         This case is
26                                                 dismissed
27                                                   with
              Judge Catherine Shaffer              prejudice.
28

King County Superior Court
516 Third Avenue, W-829
Seattle, Washington 98104
(206) 296-9185

ORDER ON CRIMINAL MOTION