```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

          DEC 01 2016      CA

               AT SEATTLE
         CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
   BY                              DEPUTY
```

Case No
C16-1655-RAJ-JPD

Notice of Change of address:

New mailing address is
77 S. Washington St
Seattle WA 48104

Prepared by:
*X* 12-01-2016
Kyle Lydell Canty