# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KYLE LYDELL CANTY,
        Plaintiff,
vs

KING COUNTY, et al
        Defendants.

Case No C16-1655-RAJ-JPD

- RE Minute order, and
- Report and Recommendations objections

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

DEC 01 2016   CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

MR. Canty's criminal matter in King County Superior Court has been dissmissed with prejudice do to offical police misconduct MR. Canty has attached a copy of this order and it has been filed

Prepared by:
*K* 12-01-2016
Kyle Lydell Canty