S DISTRICT COURT
CT OF WASHINGTON
EATTLE

Case No. C16-1655-RAJ-JPD

REPORT AND RECOMMENDATION

SUMMARY CONCLUSION

eeding under 42 U.S.C. § 1983.  Plaintiff Kyle

this action *in forma pauperis*.  Service has not been

's original complaint, his first amended complaint,

the balance of the record, concludes that plaintiff

ef in this action.  This Court therefore recommends

e, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

CUSSION

hed at the King County Jail in Seattle, Washington

where he is awaiting trial in King County Superior Court on charges of felony harassment and

REPORT AND RECOMMENDATION - 1