Case 2:16-cv-01655-RAJ   Document 19   Filed 12/12/16   Page 1 of 1
 ument 12   Filed 11/29/16   Page 1 of 2



ES DISTRICT COURT
RICT OF WASHINGTON
SEATTLE

Case No. C16-1655-RAJ-JPD

MINUTE ORDER

at the direction of the Court, the Honorable

e Judge:

upon the filing of the "First Amended 1983

which contains additional facts to attempt to cure

aint by stating a cognizable ground for relief.  Dkt.

y the Clerk's office on November 23, 2016, it was

10, after the Report and Recommendation had

Report and Recommendation does not take

26 | plaintiff's new factual allegations into account, and it is withdrawn.

MINUTE ORDER
PAGE - 1