United States District Court
Western District of Washington
At Seattle

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff<br><br>vs.<br><br>KING COUNTY, et al,<br>defendants | 2:16-CV-01655-RAJ<br>JPD |

Jury demand Notice

Prepared by:

_/s/_ 12/13/2016
Kyle Lydell Canty

2:16-CV-01655-RAJ-
JPD

FILED
CITY OF SEATTLE
2016 DEC -6 AM 11:30
CITY CLERK

FILED
KING COUNTY, WASHINGTON
AUG 09 2016
SUPERIOR COURT CLERK
BY Nicole Walters
DEPUTY

___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

DEC 14 2016        DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

STATE OF WASHINGTON,           )
                               )
                    Plaintiff, )  No. 16-1-03103-6 SEA
                               )
              vs.              )
                               )  ORDER ALLOWING DEFENDANT
KYLE CANTY,                    )  TO GO PRO SE
                               )
                    Defendant. )
                               )
                               )

THIS MATTER having come on regularly before the undersigned judge of the above-entitled court upon the motion of the defendant, Kyle Canty, for an order in the above entitled cause, and the court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the defendant has signed a Waiver of Counsel, and is now allowed to go pro se and represent himself..

DONE IN OPEN COURT this ___ day of August, 2016.

_____
JUDGE

Presented by:

_____
Deputy Prosecuting Attorney

Approved for entry:

_____
Attorney for Defendant

ORDER ALLOWING DEFENDANT TO GO PRO SE - 1

Daniel T. Satterberg, Prosecuting Attorney
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 296-9000, FAX (206) 296-0955

2:16-cv-01655-RAJ-JPD

FILED
CITY OF SEATTLE

2016 DEC -6 AM 11: 30

CITY CLERK

## CLERK'S MINUTES

SCOMIS CODE: DSMHRG

Judge: Catherine Shaffer
Bailiff: Yayi Ding
Court Clerk: Nico Ceja
Reporter: JoAnne Leatiota
Digital Record: W-829

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

DEC 14 2016   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

Dept. 11
Date: 11/28/2016

---

### KING COUNTY CAUSE NO.: 16-1-03103-6 SEA

### State of Washington vs Kyle Canty

---

**Appearances:**

State appearing by DPA Aubony Burns
Defendant appearing in person, pro se

### MINUTE ENTRY

This cause comes on for Trial

9:08:00 START

The Court and Respective Counsel discuss court proceedings and scheduling of trial

The Court and Respective Counsel discuss Defendant's request to obtain material off of his cell phone as evidence

The State informs the Court that the Defendant's cell phone has been destroyed

Respective Counsel to return 11/29/16 with written arguments on why the phone was destroyed, and what exculpatory evidence may have been lost in the process

Court Adjourns, to continue 11/29/16 at 9:00 AM

**State of Washington vs Kyle Canty**
**King County Cause No. 16-1-03103-6 SEA**

FILED
CITY OF SEATTLE

2016 DEC -6  AM 11: 30

CITY CLERK

Date: 11/29/16

Judge: Catherine Shaffer
Bailiff: Yayi Ding
Court Clerk: Nico Ceja
Reporter: JoAnne Leatiota
Digital Record: W-829

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

DEC 14 2016   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

Continued from: 11/29/16

## MINUTE ENTRY

All parties present

9:43:00 START

Respective Counsel present briefing

The Court and Respective Counsel discuss the Defendant's claims re exculpatory evidence loss, due to the destruction of his cell phone

Defendant's Motion to Dismiss with Prejudice is Granted

Order is signed

10:11:00 Court Adjourns

2:16-CV-01655-RAJ-JPD

FILED
CITY OF SEATTLE
2016 DEC -6 AM 11: 30
CITY CLERK

COPY TO COUNTY JAIL NOV 30 2016

CERTIFIED COPY TO WARRANTS NOV 30 2016

FILED
KING COUNTY, WASHINGTON
NOV 29 2016
SUPERIOR COURT CLERK
BY Nicolas Ceja
DEPUTY

FILED
LODGED
ENTERED
RECEIVED

DEC 14 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

STATE OF WASHINGTON,
    Plaintiff,
v.
Kyle Canty
    Defendant.

Case No. 16 1 03103 6 SEA

ORDER Dismissing with Prejudice

☒ Plaintiff ☐ Defendant moves the court for an order of dismissal based on police destruction of his cellular telephone which contained material exculpatory evidence not replaceable from other sources as D [law enf officer him], now, therefore, it is hereby

ORDERED The Court directed and reviewed briefing by the State and heard oral argument. Both parties were allowed an opportunity to present any relevant evidence. The Court finds the telephone video was indeed materially exculpatory on both counts and cannot be replaced or presented via other comparable evidence. This case is dismissed with prejudice.

DATED this 29 day of November 2016.

Judge Catherine Shaffer

ORDER ON CRIMINAL MOTION

King County Superior Court
516 Third Avenue, W-829
Seattle, Washington 98104
(206) 296-9185

___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

DEC 14 2016   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

**CANTY, KYLE LYDELL**
AKAs

| | |
|---|---|
| | Suffix |
| | Heigt: **5'7"** |
| | Hair: **BLACK** |

BA #: **216020036**
Unit:
Arrest Date: **11/29/2016**

CCN # **1943622**
Sex: **MALE**
Eyes: **BROWN**

DOB: **7/20/1985**
Race: **BLACK**
Weight: **160**

Original Charg
Illness/Injur

Operational Aler

Date/Time print: 29 Nov 2016 20:44:45

2:16-cv-01655-
RAJ-JPD

Address Confirmation

BELLTOWN CSO
PO BOX 11699
TACOMA WA 98411-6699



Washington State
Department of Social
& Health Services

Phone #
TTY/TDD # 800-209-5446
Toll Free # 877-501-2233

11/30/16

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

Client ID # 052529504

KYLE L CANTY
COMPASS SHELTER LCC
77 S WASHINGTON ST
SEATTLE WA 98104-2519

DEC 14 2016   JMG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

Dear KYLE L CANTY

You will receive the following benefits:

|  | Begin Date | End Date |
|---|---|---|
| Basic Food Assistance (federal) | 11/30/16 | 10/31/17 |

|  | First Issuance | Second Issuance | Future Issuances |
|---|---|---|---|
| Basic Food Assistance (federal) | $194.00 | $194.00 | $194.00 |

Your first food benefits are for the months of 11/2016 through 12/2016.

You will receive benefits again on 01/05/17.

Your food benefit will be available on day 5 of each month.

We will add your benefits to an Electronic Benefits Transfer (EBT) account.

The following persons receive federal Basic Food benefits.

KYLE L CANTY

We will send you a letter if there are any changes to the benefits listed above.

You can:
* Apply for benefits, submit a review, or report changes at www.washingtonconnection.org.
* Fax information to us at 888-338-7410.

Write your client ID on all copies you send us. Your client ID is 052529504.

Call **877-501-2233** to process an application or review, report changes, or ask questions.

0002-01 Approval Letter

Client ID# 052529504