16-CV-1655-RAJ-JPD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY | CV-1655-RAJ-JPD

Plaintiff,

VS.

KING COUNTY, Et Al

defendant.

FILED
LODGED
RECEIVED

JAN 31 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Notice of Change of address:

MR. Canty hereby puts the Court on notice of this temp. change of address until further notice all mail coming from this Court and Court Clerk should be sent to the address provided below

Prepared by:

/s/ 01/27/2017
Kyle Lydell Canty
BA# 216035994

Kyle Lydell Canty
BA# 216035994
500 5th Avenue
Seattle WA 98104

P 1 of 1

Name: Kyle Lydell Canty
Bkg. # 216035994
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Legal mail

Clerk, U.S. District Court
Western District of
Washington
U.S. Courthouse
700 Stewart Street, Suit 2310
Seattle, WA 98101



US POSTAGE
$00.67°
First-Class
Mailed From 98104
07/30/2017

Legal mail