JAN 31 2017

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY Plaintiff, VS. KING COUNTY Et, Al defendant. | CV-1655-RAJ-JPD MOTION OF WRIT |

MR. Canty respectfully requests this writ to be granted by either the Judge or the magistrate MR. Canty needs the proper tools to move forward in this civil case, such as a "pro se" package. What is included in King County Correctional facility's "pro se" package for inmates who have civil case numbers is pads of paper, envelopes, erasers, pencils, printing paper. King County Correctional facility is knowingly, intentionally, willfully,

P 1 of 2

and maliciously hindering MR. Canty's civil case pertaining to CV-1655 and at the same time creating great hardships for MR. Canty, and of course this facility is fully aware of their actions MR. Canty has filed three Claim for damages Tort Claim forms against King County and Risk Management is in Receipt of them and has asigned a Claims investigator.

Prepared by:

/s/ 01/27/2017
Kyle Lydell Canty
BA# 216035994
500 5th Avenue
Seattle, WA 98104

P 2 of 2