FILED LODGED RECEIVED
JAN 31 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff,<br>VS.<br>KING COUNTY, Et Al<br>defendant. | CV-1655-RAJ-JPD<br><br>MOTION OF EXTENTION |

MR. Canty respectfully requests a Time extention of at least 60 days instead of 30 days to respond back to the Courts due to the hardships MR. Canty has been facing at King County Correctional facility (Seattle) ① King County Correctional facility refuses to allow MR. Canty access to the legal Computer, ② King County Correctional facility refuses to allow MR. Canty access to any law books, ③ King County Correctional facility refuses MR. Canty the right to

P 1 of 2

have a decent amount of paper, pencils, erasers, and envelopes this Correctional facility feels that three envelopes, three pieces of paper per week, with no erasers is good enough. MR. Canty is considerd poor by Court standards, as well as all Federal and State standards therefore MR. Can not buy pads of paper, envelopes, erasers, and any other materials needed to put together a meaningful Civil suit

(4) MR. Canty arrived back at King County Correctional facility on December 22, 2016 and it has taken this long for him to get some evelopes and the proper amount of paper to handle business, We all know that there is a problem here considering the vast amount of work in a short period of time that MR. Canty has submitted in the past

Prepared by:

✗ 01/27/2017

P 2 of 2

Kyle Lydell Canty
BA# 216035994
500 5th Avenue
Seattle WA 98104