UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KYLE LYDELL CANTY Plaintiff, VS. KING COUNTY, Et Al defendant. | CV-1655-RAJ-JPD Clerks Actions Required |
|---|---|

MR. Canty is respectfully requesting the Chief Clerk, or any Clerk of this Court to provide him with a Copy of the F.P.C.R. handbook, also MR. Canty is respectfully requesting three 1983 civil rights forms and packets, three pro se applications, one habeas corpus form/packet, and the Federal Law regarding the "grievance" system for jails and last but not least MR. Canty is requesting all prior mail that was sent to 77 S. Washington St

P 1 of 2

be resent to MR. Canty's New Temp address of 500 5th Avenue. Seattle WA 98104 With the new booking number of 216035994

Thanks :)

Prepared by:

01/27/2017
Kyle Lydell Canty
BA# 216035994
500 5th Avenue
Seattle WA 98104

P 2 of 2