UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE CANTY,

        Plaintiff,

 v.

KING COUNTY, *et al.*,

        Defendants.

Case No. C16-1655-RAJ-JPD

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion for an extension of time to file his amended complaint and on plaintiff's "motion of writ." The Court, having reviewed plaintiff's motions, and the balance of the record, hereby ORDERS as follows:

(1) Plaintiff's motion for an extension of time to file his amended complaint (Dkt. 25) is GRANTED. Plaintiff shall file his amended complaint not later than *March 24, 2017*. Failure to file an amended complaint by this deadline will result in a recommendation that this action be dismissed.

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 1

(2)     Plaintiff's "motion of writ" (Dkt. 24) is DENIED.  Plaintiff requests, by way of the instant motion, that he be provided the tools necessary to move this case forward, and he references a "pro se package" made available to inmates at the King County Correctional Facility which contains pads of paper, envelopes, erasers, pencils, and printing paper.  The Court infers from plaintiff's motion that either he has not been provided a "pro se package" by the facility, or he has been provided a package, but finds it insufficient to meet his needs.  Regardless, this Court has no authority to direct the actions of the King County Correctional Facility because neither the facility, nor King County itself, is a party to this action.

To the extent plaintiff may be asking this Court to provide him with the materials he believes are necessary to pursue this action, the undersigned notes that plaintiff should be in possession of all the materials necessary to proceed here.  All that is required of plaintiff at this juncture is that he file his amended complaint by the date set forth above.  The Clerk's Office of this Court recently provided plaintiff with a number of Court forms, including a § 1983 civil rights complaint form  (*see* Dkt. 26), and plaintiff's recent submissions make clear that he has access to a writing implement and paper.  These materials should be sufficient to allow plaintiff to meet his current obligations in this Court.

(3)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 13th day of February, 2017.

_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 2