

UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
LODGED
RECEIVED
FEB 15 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

UNCLAIMED

Kyle Lydell Canty
77 S WASHINGTON STREET
SEATTLE, WA 98104

NIXIE      980   CC  1036    0102/13/17
         RETURN TO SENDER
           UNCLAIMED
         UNABLE TO FORWARD

BC: 98101444285    0127MQ44232-01779

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY,

                Plaintiff,

    v.

KING COUNTY, *et al.*,

               Defendants.

Case No. C16-1655-RAJ-JPD

REPORT AND RECOMMENDATION

INTRODUCTION AND SUMMARY CONCLUSION

    This is a *pro se* civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Kyle Canty has been granted leave to proceed with this action *in forma pauperis*. Service has not been ordered. This Court, having reviewed plaintiff's original complaint, his first amended complaint, his responses to the Order to Show Cause, and the balance of the record, concludes that plaintiff has failed to state a cognizable ground for relief in this action. This Court therefore recommends that this action be dismissed, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DISCUSSION

    Plaintiff Kyle Canty is currently confined at the King County Jail in Seattle, Washington where he is awaiting trial in King County Superior Court on charges of felony harassment and

REPORT AND RECOMMENDATION - 1