

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY, *et al.*,<br><br>　　　　　　Defendants. | Case No. C16-1655-RAJ-JPD<br><br>ORDER DECLINING TO SERVE AMENDED COMPLAINT AND GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT |

　　　　This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff Kyle Canty filed the instant action while he was confined at the King County Jail where he was awaiting trial in King County Superior Court on charges of felony harassment and assault in the third degree. Plaintiff presented his original complaint to the Court for filing on October 24, 2016. Plaintiff alleged therein a series of claims, all apparently related to his ongoing criminal case. Specifically, plaintiff alleged that (1) the King County Prosecutor's Office filed charges against him without having probable cause, (2) the Seattle Police Department engaged in misconduct by making up lies about him, (3) his speedy trial rights had been violated, (4) the prosecutor had him sent to Western State Hospital in retaliation for him taking his case to trial, (5) the

ORDER DECLINING TO SERVE AMENDED
COMPLAINT AND GRANTING LEAVE TO
FILE SECOND AMENDED COMPLAINT - 1