UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff<br><br>VS.<br><br>KING COUNTY, et al<br>Defendants. | Case No. 2:16-CV-01655-RAJ-JPD<br><br>MOTION PURSUANT TO 28 U.S.C. 1404 |

MR. Canty on the 7th day of the Third month of the year 2017 submits this motion upon the Courts pursuant to 28 U.S.C. 1404 (A),(B),(C),(D) - specifically in the "interest of Justice" away from the Corrupt City and Courts of Seattle, this includes the federal Courts also, lets not make any mistake about it magistrate James P. Donohue, Paralegals, and Court Clerks

P1 of 2

Prepared by: Kyle Lydell Canty
New BA# 216035994
✗ 03/07/2017    500 Fifth Ave.
Seattle WA 98104

P 2 of 2

Name: Kyle Lydell Canty
Bkg. #216035994
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Legal mail

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101



US POSTAGE
$00.67⁰
First-Class
Mailed From 98104
03/08/2017
032A 0061807160

Legal Mail