MAR 10 2017

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| KYLE LYDELL CANTY Plaintiff, VS. KING COUNTY, et al Defendants. | Case No. 2:16-CV-01655-RAJ-JPD  MOTION TO CHALLENGE CLERKS OF THE COURT |
|---|---|

MR. Canty on the 7th day of the third month of the year 2017 moves on the Courts with this odd motion to Challenge the clerk Who has Changed the format of form Pursuant to LCR 103 42 U.S.C. 1983. The Clerk Knowingly, intentionally, and Willfully mailed MR. Canty the forms and She/he wrote on MR. Canty's forms

P 1 of 3

ammended Complaint. The problem with this is pursuant to LCR 103 42 U.S.C. 1983. The form in question is not to be used as a ammended Complaint form, In fact the lower Courts of the ninth Circuit (Seattle) don't have ammended Complaint forms, MR. Canty would rather write out his own ammended Complaint so that the Courts won't paraphrase his facts wrong, also form LCR 103 42 U.S.C. 1983 purposely doesn't give inmates enough space to intelligently state the facts so "Releif can be granted" MR. Canty would further advise the Clerks of the Seattle Branch to stop mailing unsealed mail on purpose all mail must be sealed when you send it to

P 2 of 3

King County Correctional facility (Seattle) Just Know that MR. Canty has Caught you red handed, he tested the theory out, and this now becomes a fact!!

Prepared by:

✗ 03/07/2017

Kyle Lydell Canty
NeW BA# 216035994
500 Fifth Ave
Seattle WA 98104

P 3 of 3

Name Kyle Lydell Canty
Bkg. # 216035994
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Legal mail

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101



Legal Mail

Case 2:16-cv-01655-RAJ   Document 31   Filed 03/10/17   Page 5 of 5