UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY<br>  Plaintiff,<br>VS.<br><br>KING COUNTY, et al<br>  Defendants. | Case No. 2:16-CV-01655-RAJ-JPD<br><br>MOTION PURSUANT TO 18 U.S.C. 3006A. |

MR. Canty on the 7th day of the third month of the year 2017 submits this motion upon the lower Courts of the Ninth Circuit Pursuant to 18 U.S.C. 3006A. (A),(1)(D),(1)(H),(1)(I),(2)(B) Magistrate James P. Donohue, Paralegals, and Court Clerks - you all must follow the law no exceptions The actions of the Western District of Washington at Seattle are not exceptable

P1 of 2

MR. Canty would also request the Courts to stop! Paraphrasing his motions, Complaints, and other moving papers wrong on purpose, the Courts know that this civil case is about the corrupt Seattle Police department as a whole and multiple officers that have been named at least four times already. This case is also about King County employee's that helped the Seattle Police department and their officers facilitate the corruption, also since the City of Seattle is the employer of the Police department and it's officers, MR. Canty would advise the Courts to not insult his intelligence any further.

Prepared by:

*signature* 03/07/2017

Kyle Lydell Canty
New BA# 216035994
500 Fifth Ave
Seattle WA 98104

P 2 of 2

Name **Kyle Lydell Canty**
Bkg. # **216035994**
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Legal mail

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101



US POSTAGE
$00.67
First-Class
Mailed From 98104
03/08/2017
032A 0061807160

Legal Mail