FILED
LODGED
RECEIVED
MAIL
MAR 23 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
MAR 13 2017

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| KYLE LYDELL CANTY, Plaintiff, vs. KING COUNTY, et al, Defendants. | Case No 2:16-CV-01655-RAJ-JPD  MOTION PURSUANT TO 28 U.S.C. 455(A),(B),(1) |

MR. Canty on the 6th day of the third month of the year 2017 makes this motion to the high Courts of the Ninth Circuit pursuant to 28 U.S.C. 455(A),(B),(1) Specifically against James P. Donohue for trying to protect the Seattle Police Department and their officers, the City of Seattle, and King County and their employee's Several officers who work for Seattle Police Department Such as Timothy Renihan, Sean Colbertson, and Marshall Coolidge

P 1 of 2

Set MR. Canty up with Bogus Charges, tried to Kill MR. Canty and then detroyed all of the evidence as noted on the Record at trial, before MR. Canty's trial MR. Canty filed the Civil action in the Corrupt lower Courts asking for the Courts help regarding this very Serious Situation. MR. Canty Could not believe What James P. Donohue, his Paralegals, and Whoever else typed these responses to this very Serious situation says. Then James P. Donohue tries to get out of his being bias by trying to blame MR. Canty. None of MR. Canty's issues are moot at all, MR. Canty is back in King County Correctional facility because now the Seattle Police Department want Revenge for the first Case being dismissed With prejudice

Mr. Canty also sent a copy of the discovery ahead of time to the corrupt lower federal courts (Seattle). The States own discovery says the FBI, and US Marshalls office is involved in this Corruption. Not to mention the Clerks of the Courts (Seattle) are tampering with Mr Canty's mail, and motions that he is sending in, these same Clerks are also not sealing the envelopes that they're sending out, this is a fact, Mr. Canty tested this theory out by contacting the Tacoma branch, and the Seattle branch is caught Red handed in several lies, now it becomes fact!! based upon evidence.

Prepared by:

K 03/06/2017

Kyle Lydell Canty
New BA# 216035994
500 Fifth Ave
Seattle WA 98104

P 3 of 3

MAR 23 2017

Case No. 2:16-CV-01655-RAJ-JPD

Please file these two Emergency motions along with the two Exhibits, once one has read the motions, then the question is answered to why the two motions have been re routed to the United States Court of Appeals for the Ninth Circuit — Thanks :)

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
MAR 13 2017

FILED _____
DOCKETED _____
DATE    INITIAL

Prepared by:

2 — 03/06/2017

Kyle Lydell Canty
New BA# 216035994
500 Fifth Ave
Seattle WA 98104