UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff,<br>VS.<br>KING COUNTY, et al<br>Defendants | Case No 2:16-CV-01655-RAJ-JPD<br><br>MOTION PURSUANT TO 28 U.S.C. 144 |

MR. Canty on the 6th day of the third month of the year 2017 makes this motion to the high Courts of the Ninth Circuit Pursuant to 28 U.S.C. 144 specifically against Magistrate James P. Donohue, and not against the "True" Judge. The facts of this affidavit are (1) This magistrate further put MR. Cantys life in danger by him being in favor of the Seattle police department and the specific officers that were named the first four times

P 1 of 2

in MR. Canty's Complaint's that he filed with the lower federal courts (Seattle)

2) This magistrate's comments to MR. Canty's motion of writ were clearly disrespectful on it's face, and comments such as these will never be tolerated the comments that were made regarding the motion that MR. Canty filed were indeed bias and has prejudiced MR. Canty.

Prepared by:

_K_ 03/06/2017

Kyle Lydell Canty
New BA# 216035994
500 Fifth Ave.
Seattle, WA 98104

P 2 of 2



Name Kyle Lydell Canty
Bkg. # 216.35994
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

US POSTAGE $00.46⁰
First-Class
Mailed From 98104
03/21/2017
032S006180760

SEATTLE
WA 980
21 MAR '17
PM 7 L

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

98101-444285

Legal mail