UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FILED LODGED ENTERED RECEIVED
JUN 01 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

| KYLE LYDELL CANTY | AMENDED COMPLAINT |
|---|---|
| Plaintiff, | Case No. 2:16-CV-01655-RAJ-JPD |
| VS. | |
| | JURY DEMAND PURSUANT TO LCR 38 |
| CITY OF SEATTLE, et al Defendants. | |

## I. JURISDICTION AND VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C. Section 1331, and 1357. The Court also has

P 1 of 18

Jurisdiction under 42 U.S.C. Section 1985(3)

2. The Western District of Washington is an appropriate venue under 28 U.S.C. Section 128(b)

## II. PLAINTIFF

3. Plaintiff Kyle Lydell Canty is and was at all times mentioned herein a homeless resident of the City of Seattle State of WA

## III. DEFENDANTS

4. Defendant City of Seattle is legally, morally, and ethically responsible for the operation of the Seattle Police department and it's officers "acting as a local government" Serving the public.

5. Defendant King County is legally, morally, and ethically responsible for the operation of the King County designated mental Health

Professionals who are or who were employeed by King County acting as a local government serving the public

6. Defendant Timothy Renihan is a police officer of the Seattle Police department who at all times mentioned in this complaint, held the rank of lead detective and was assigned to and in charge of falsifying official Police reports pertaining to Plaintiff Kyle Lydell Canty

7. Defendant Sean Culbertson is a police officer of the Seattle Police department who at all times mentioned in this complaint, held the rank of Police officer.

8. Defendant Marshall Coolidge a police officer of the Seattle Police department who at all

P 3 of 18

times mentioned in this Complaint held the rank of Swat team member.

9. Defendant who is only known by the name engraved on the stock of his assault Riffle "Hancock" is the name of this Police officer of the Seattle Police department who at all times mentioned in this Complaint held the rank of Swat team member.

10. Defendant Gail Bonicalzi is a designated mental health professional of King County Crisis and Commitment who at all times mentioned in this Complaint, held the Job title of designated mental health Professional

11. Defendant Melinda Hasegawa is a designated mental health professional of King County Crisis and

Commitment who at all times mentioned in this complaint, held the job title of the filing designated mental health professional

12. Each defendant is sued individually and in his official capacity. At all times mentioned in this Complaint each defendant acted under the Color of State law

## III.   FACTS

13. At all times relevant to this case Plaintiff Kyle Lydell Canty Proclaimed his innocence Pertaining to State of Washington VS. Kyle Canty - Cause No. 16-1-03103-6 SEA

14. On July 8, 2016, Defendant Timothy Renihan orchestrated a Civil Commitment arrest, on Plaintiff Kyle Lydell Canty on 4th AV and Pine located in downtown Seattle WA. This

fact can not be disputed, since the Defendant was bold enough to make fun of this fact in his own case file reports.

15. On July 8, 2016 Defendant Melinda Hasegawa conspired with Timothy Renihan by abusing her authority and manipulating the Civil Commitment Laws of the State of Washington, by illegally having the Plaintiff Kyle Lydell Canty civilly committed to Harborview Medical Center under false pretenses, and malicious and evil motive, MR. Canty was held at Harborview Medical Center for a 72 hour period not including Saturdays or Sundays.

16. On July 8, 2016 Defendant Gail Bonicalzi conspired with Timothy Renihan and Melinda Hasegawa by abusing her authority and further manipulating

P 6 of 18

the Civil Commitment laws of the State of Washington handed down by the legislative branch of the State of Washington, defendant Gail Bonicalzi in a face to face Conversation tried to get the Plaintiff MR. Kyle Lydell Canty to confess to Crimes that he didn't commit, and even though the plaintiff proclaimed his innocence pertaining to State of Washington VS. Kyle Lydell Canty Cause No. 16-1-03103-6 SEA, defendant Gail Bonicalzi maliciously, and with evil motive falsified statements that permanently affects the plaintiffs medical records, as well as Court records

17. on July 8, 2016 defendant Marshall Coolidge conspired with Timothy Renihan to illegally stalk, harass, assault, and arrest with no probable Cause the

Plaintiff Kyle Lydell Canty. Marshall Coolidge publicly did this to MR. Canty in front of hundreds of people on 4th and Pine located in downtown Seattle

18. On July 8, 2016 Defendant "Hancock" conspired with Marshall Coolidge and Timothy Renihan to illegally stalk, harass, assault, intimidate, and arrest the plaintiff Kyle Lydell Canty in front of hundreds of people on 4th and Pine located in downtown Seattle

19. On July 5th, 6th, and 7th of the year 2016 Defendant Sean Culbertson followed and stalked the plaintiff Kyle Lydell Canty in a marked Seattle police department vehicle, Defendant Sean Culbertson followed and stalked the plaintiff in an alley and tried to kill MR Canty by attempting to run

P 8 of 18

him over with the city issued marked Seattle Police department vehicle. The plaintiff was recording these behaviors of this officer with his cell phone. The cell phone in question was intentionally destroyed along with all of the plaintiffs personal property, Please see attached Exhibit (A) that proves this statement. Exhibit (A) pertains to State of Washington Vs. Kyle Canty, Cause No 16-1-03103-6 SEA, Dismissed With Prejudice motion was Granted due to exculpatory evidence being destroyed by the Seattle police department before the trial ended.

20. Between the dates of July 5th - 7th the Plaintiff Kyle Lydell Canty goes and files a complaint with internal affairs and by July 8, 2016 MR. Canty

the plaintiff finds himself being Civilly Committed to Harborview Medical Center under false Pretenses. Clearly MR. Canty was set up and framed.

21. On July 13, 2016 Defendant Timothy Renihan, according to the plaintiffs medical records was highly upset that Harborview medical Center could not legally prove the Plaintiff needed to be Civilly Committed in the first place, Haborview medical Center released MR. Canty the Plaintiff, however Timothy Renihan illegally arrested the Plaintiff yet again for the second time in a row five days after the first illegal arrest and this time MR. Canty the Plaintiff was being Charged Criminally instead of Civilly under the same false Pretenses

P 10 of 18

22. The Plaintiff Kyle Lydell Canty was illegally and without probable cause arrested and booked into the King County Jail from July 13, 2016 to November 29, 2016 Please see Exhibit (A) the Plaintiff was released from Jail after he won at trial

## IV.     Legal Claims

23. Plaintiff reallege and incorporate by reference Paragraphs 1-22

24. Defendant City of Seattle by way of the Seattle Police department has a internal affairs unit that investigates police misconduct, instead of this unit really taking the Plaintiffs Complaint Serious this Unit that is called internal affairs violated their own mission statement, code of ethics, and policies by not properly investigating the Seattle

P 11 of 18

Police department and their officers named in this Complaint who repeatedly followed, stalked and tried to kill the plaintiff. When the plaintiff notified internal affairs face to face and in writing, internal affairs police officers then made up not true statements about the plaintiff and closed the internal affairs investigation on their own officers. Days later the plaintiff was arrested for allegedly felony harassing the Seattle police department and it's officers, State of Washington vs. Kyle Canty Cause No 16-1-03103-6 SEA

25. Defendant City of Seattle's actions violated Plaintiff Kyle Lydell Canty's rights under the First, Fourth, Fifth, and Eighth amendment to the United States Constitution, and caused Plaintiff

P 12 of 18

MR. Canty Pain, suffering emotional distress, and extensive personal property loss.

26. Defendant King County's actions violated Plaintiff Kyle Lydell Canty's rights under the Fourth, Fifth, and Eighth amendments to the United States Constitution, and caused Plaintiff MR. Canty severe suffering, intentional infliction of emotional distress, and personal property loss

27. Defendant Timothy Renihan actions were malicious and intentional and violated Plaintiff Kyle Lydell Canty's rights under the Fourth, Fifth, and Eighth amendments to the United States Constitution, and caused Plaintiff MR. Canty intentional infliction of emotional distress, severe suffering,

P 13 of 18

Red flags in the NCIC data base (National Criminal instant check) "pertaining to arrests", and personal property loss that this Detective admitted to intentionally, knowingly, maliciously destroying (on official court record).

28. Defendant Gail Bonicalzi's actions violated Plaintiff Kyle Lydell Canty's rights under the Fourth, Fifth, and Eighth amendments to the United States Constitution, and caused Plaintiff MR. Canty severe suffering, intentional distress, and personal property loss

29. Defendant Melinda Hasegawa's actions violated Plaintiff Kyle Lydell Canty's rights under the Fourth, Fifth, and Eighth amendments to the United States Constitution,

P 14 of 18

and caused Plaintiff MR Canty severe pain, suffering, intentional infliction of emotional distress, and personal property loss.

30. Defendant Sean Culbertson's actions were knowingly, intentionally, willfully malicious and violated Plaintiff Kyle Lydell Canty's rights under the Fourth, Fifth, and Eighth amendments to the United States Constitution and caused Plaintiff MR. Canty intentional infliction of emotional distress, pain, severe suffering, Red flags in the NCIC National Criminal database, and extensive personal property loss.

31. Defendant Marshall Coolidge's actions were knowingly, intentionally, willfully malicious and violated Plaintiff Kyle Lydell Canty's rights under the

P 15 of 18

Fourth, Fifth, and Eighth amendments to the United States Constitution and Caused Plaintiff MR. Canty physical pain" by tackling to the ground; also the Defendant caused the plaintiff intentional infliction of emotional distress, severe suffering, and extensive personal property loss.

32. Defendant "Hancock's" actions were knowingly, intentionally, willfully malicious and violated Plaintiff Kyle Lydell Canty's rights under the Fourth, Fifth, and Eighth amendments to the United States Constitution and Caused Plaintiff MR. Canty intentional infliction of emotional distress, extreme fear, pain, severe suffering, and extensive personal property loss.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully pray that this Court enter Judgment:

33. Granting Plaintiff Kyle Lydell Canty a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States,

34. and a permanent inJuction ordering all Defendants to Cease their Physical Violence, threats, and mental abuse towards Plaintiff MR. Canty

35. Granting Plaintiff Kyle Lydell Canty Compensatory damages in the amount of 50,000,000 ⟶ Fifty million dollars against each defendant Jointly and Severally.

36. Plaintiff Kyle Lydell Canty seeks punitive damages in the amount of 10,000,000 → Ten million dollars Plaintiff Kyle Lydell Canty seeks these damages against each defendant, jointly and severally.

37. Plaintiff also seeks a Jury trial on all issues triable by Jury.

38. Plaintiff also seeks recovery of their costs in this suit, and

39. Any additional relief this Court deem Just, Proper, and equitable

Dated May 16, 2017
Prepared by:

Kyle Lydell Canty
BA# 216035994

✗ 05/16/2017
Under Penalty
of Perjury
P 18 of 18

500 Fifth Ave.
Seattle WA 98104

Executed May 16, 2017

Legal mail

Kyle Lydell Canty
Bkg# 216035944
King County Correctional
Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Clerk of,
Judge Richard A. Jones (HON.)
U.S. District Court
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101



FILED
LODGED
RECEIVED
JUN 01 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
BY DEPUTY

MAIL



Mailed From
05/25/
032A



Legal mail

Legal mail

Legal m