UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff,<br><br>VS.<br><br>CITY OF SEATTLE, et Al<br>Defendants. | Case No. 2:16-CV-01655-RAJ-JPD<br><br>Stolen extensive Personal property damage loss declaration list |

Comes Now, the Plaintiff Kyle Lydell Canty In Propria Persona and acting under Sui Juris on the 13th day of the month of June 2017 hereby submits a stolen and extensive personal property damage loss declaration list. This declaration is brought pursuant to the Constitution of the United States; Fourth, Fifth, and Eighth amendments

P 1 of 3

Each defendant individually and in his/her official capacity mentioned in this declaration acted under the Color of State law according to the defendants own case file reports, official court records, and the medical records of the plaintiff Kyle Lydell Canty

2. Defendants CITY OF SEATTLE, KING COUNTY, TIMOTHY RENIHAN, SEAN CULBERTSON, MARSHALL COOLIDGE, HANCOCK, GAIL BONICALZI, and MELINDA HASEGAWA

3. Are legally, morally, ethically, and financially responsible for the stolen extensive personal property damage loss as set forth below.

4. (1) United States Passport (2) United States Social Security Card. (3) Protected heath information and documents

P 2 of 3

(4) Samsung Galaxy Note Cell Phone (5) Zte flip phone (6) MacBook Pro Laptop Computer (7) Two external hardrives (8) Mission Workshop backpack (9) Multiple SD Cards, USB drives, Micro SD Cards (10) Watch, Sneakers, Cloths (11) Two Northface Jackets (12) Multiple DVD's, and CD's (13) Computer Software, and hardware (14) Priceless Photography Pictures (15) Photography equiptment (16) Sony Photography Camara (17) Travel Maps (18) Trips to Japan and Canada that MR. Canty will never experience again in this life time (19) Multiple baseball Caps (20) Books, Pens, Colored Pencils (21) Power Cords (22) Four Pair of Audio Technica Earphones

Prepared by:

✗ 06/13/2017

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

P 3 of 3

Name Kyle Lydell Canty
Bkg. # 216035944
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

JUN 20 2017

Clerk, U.S. District Court
United States Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

Legal mail