Hon. Richard Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, et al.,<br><br>  Defendants. | NO. 2:16-CV-01655-RAJ-JPD<br><br>NOTICE OF APPEARANCE |

TO:      THE CLERK OF THE ABOVE-ENTITLED COURT

AND TO:  KYLE LYDELL CANTY, PRO SE PLAINTIFF

YOU AND EACH OF YOU will please take notice that Defendants CITY of SEATTLE, OFFICER MARSHALL COOLIDGE, OFFICER SEAN CULBERTSON, OFFICER TIMOTHY RENIHAN and OFFICER HANCOCK, hereby enters their appearance in the above-entitled action and requests that notice of any and all further proceedings in said action be served upon the undersigned attorneys at the address stated below.

By appearing, Defendants do not waive any affirmative defenses, including lack of jurisdiction.

/././

---

NOTICE OF APPEARANCE
NO. 2:16-CV-01655-RAJ-JPD

1

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

**TRANSMISSION BY FAX DOES NOT CONSTITUTE SERVICE.**

DATED this 7th day of July, 2017.

                s/Gregory E. Jackson_____
                GREGORY E. JACKSON, WSBA #17541
                Freimund Jackson & Tardif, PLLC
                701 5th Avenue, Suite 3545
                Seattle, WA  98104
                Telephone:  (206) 582-6001
                Facsimile:  (206) 466-6085
                gregj@fjtlaw.com
                Attorneys for Defendants City of Seattle
                Officer Marshall Coolidge, Sean Culbertson,
                Timothy Renihan and Officer Hancock

NOTICE OF APPEARANCE
NO. 2:16-CV-01655-RAJ-JPD

2

**FREIMUND JACKSON & TARDIF, PLLC**
**701 FIFTH AVENUE, SUITE 3545**
**SEATTLE, WA  98104**
**TEL: (206) 582-6001**
**FAX: (206) 466-6085**

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of July, 2017, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| | |
|---|---|
| Pro se Plaintiff,<br><br>Kyle Lydell Canty<br>#216035994<br>King County Jail (Seattle)<br>500 5th Ave.<br>Seattle, WA 98104 | ( X ) U.S. Mail |

DATED this 7th day of July, 2017, in Seattle, Washington.

s/Kathie Fudge_____
KATHIE FUDGE, Legal Assistant to
GREGORY E. JACKSON
701 5TH Avenue, Suite 3545
Seattle, WA 98104
kathief@fjtlaw.com

NOTICE OF APPEARANCE
NO. 2:16-CV-01655-RAJ-JPD

3

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085