FILED
MAIL
RECEIVED
JUL -6 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KYLE LYDELL CANTY Plaintiff, | Case No. 2:16-CV-01655-RAJ-JPD |
|---|---|
| VS. | MOTION PURSUANT TO LCR 6(a) COMPUTING AND EXTENDING TIME |
| CITY OF SEATTLE, et Al Defendants. | |

COMES NOW the Plaintiff Kyle Lydell Canty In Propria Persona and of Sui Juris Moving the Court on the 3rd day of July year 2017 Pursuant to LCR 6(a) Computing Time. Plaintiff Kyle Lydell Canty requests from the Courts always a sixty day deadline date not including according to King County the

P1 of 3
LCR 6(a)

Ten business days that it takes for MR. Canty the Plaintiff to physically receive the U.S.P.S. Mail in his hands here at this facility that he is housed at this facility is King County Correctional facility located a couple of blocks away from the United States district Court Western district of Washington at Seattle.

## Affidavit of facts

1. King County Correctional facility doesn't offer to inmates the electronic filing System bKA Pacer

2. King County Correctional facility doesn't offer to inmates any internet access.

3. King County Correctional facility doesn't offer to inmates any law books

P 2 of 3
LCR 6(a)

(Attached is Exhibit B)

4. MR. Canty now has proof that this facility of King County Correctional has been intercepting all mail, opening it, and then giving it directly to the King County prosecutor's office and the Seattle Police department, without a Court order. (This includes Federal Mail) (Please See Exhibit B) Which is addressed to Audi Car dealership, the funny thing about this is MR. Canty the plaintiff doesn't know how to drive vehicles yet and has never had any drivers license in any State including the State of Washington, in fact MR. Canty doesn't even have a State of Washington ID, thats because the plaintiff chooses not to apply for one.

Prepared by:

X 07/03/2017

P 3 of 3

LCR6(a)

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

intercepted mail sent to Seattle police dept
(Exhibit B) 2:16-CV-1655-RAJ-JPD

16-1-06917-3 SEA

Name Kyle Lydell Canty
Bkg. #216035944
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Audi Of Seattle
4701 11th Avenue NE
Seattle, WA 98105

(Exhibit B) intercepted mail sent to SPD

Canty_K 0346

(Exhibit 'B') intercepted mail sent to Seattle police department.

Jan 26, 2017
Audi of Seattle
4701 11th Avenue NE
Seattle, WA 98105

Dear,
Audi of Seattle MR. Canty is interested in learning about the Audi brand, Cars and SUV's MR. Canty will be purchasing a vehicle in the real near future, however MR. Canty may need some help deciding what vehicle is best for him. MR. Canty has had is eyes on the A6 3.0T, A4, A5, A7, and the Q5, however MR Canty still has a lot to learn regarding the Audi brand of vehicles. MR. Canty would like to learn about all make and models of the Audi brand, what country is this beautiful vehicle made in, and does all make and models come in all colors that are basic such as red, Black, Blue, White? Since MR. Canty is having such a hard time choosing the perfect

(Exhibit B) intercepted Mail sent to Seattle Police department

vehicle for himself. it would be best if a representative could reach out to MR. Canty to help him with his choice of vehicle, also MR. Canty seems to be a visual type of learner therefore a book of some sort maybe very helpful to him, so that he understands what the representative is explaining to him resulting in a quicker sale close. Please send information via U.S.P.S mail to MR. Canty's information provided below.

Thanks
Audi of Seattle

Kyle Lydell Canty
BA# 216035994
500 Fifth Avenue
Seattle WA 98104

KCS994

Name: Kyle Lydell Canty
Bkg.#: 216035994
King County Correctional Facility
500 5th Ave
Seattle, WA 98104

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart Street, Suite 2310
Seattle WA 98101

FILED
LODGED
RECEIVED
JUL 6
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY