UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FILED
LODGED
RECEIVED
MAIL

JUL 06 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

| KYLE LYDELL CANTY Plaintiff, | Case No. 2:16-CV-01655-RAJ-JPD |
|---|---|
| VS. | MOTION PURSUANT TO LCR 5.2(a) |
| CITY OF SEATTLE, et al Defendants. | REDACTION OF FILINGS |

Comes Now the Plaintiff Kyle Lydell Canty In Propria Persona and of Sui Juris moving the Court on the 3rd day of July Year 2017 Pursuant to LCR 5.2(a) Redacted Filings. Plaintiff Kyle Lydell Canty requests from the Courts to allow him to send/submit all needed discovery, documents, exhibits, and some personal

P 1 of 3
LCR 5.2(a)

(Attached is Exhibit C)
data identifiers "Unredacted"
for the following reasons

## Affidavit of facts

1. MR. Canty the Plaintiff knows for a fact the the defendants in this case will never be able to prove that the not real Washington State drivers License number, or Washington State ID number belongs to the Plaintiff. (Please see Exhibit C)

2. The defendant the CITY OF SEATTLE, and it's officers who are named in the Complaint have intentionally, knowingly, maliciously, and willfully committed fraud by falsifying personal identifying numbers. (Please see Exhibit C)(Material evidence.)

3. The Material evidence is The defendant's very own

P. 2 of 3
LCR 5.2(a)

(Attached is Exhibit D)
Written "Unredacted" discovery statements, and falsified identifying numbers of the Plaintiff, falsified Unredacted other documents of the Plaintiff, also a unredacted response letter coming from the defendant CITY OF SEATTLE, representative Gary Shutes inviting MR. Canty the Plaintiff to Quote "We will not be offering any settlement of the claims, so your next step needs to be filing a lawsuit" Signed by Senior Claims Adjuster Gary Shutes and dated April 26, 2017 (Please see Exhibit D) This document is Public information filed with the City of Seattle's Clerks office, and CCed to SPD

Prepared by:

𝒦 07/03/2017

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

P 3 of 3
LCR 5.2(a)

*(Exhibit C)* MR. Canty doesn't have and has never applied for WA ID or License

2:16-CV-1655-RAJ-JPD

## Seattle Police Department
## Case Investigation Report

Case Investigation Report: 2016-458826   H16-492

Type of Crime            ASSAULT – Aggravated (Police Officer)
Date of Incident         12/22/2016
Date of Last Entry       12/27/2016
Submitted by:            Detective Frank Clark, SPD Homicide and Assault, 206-615-0019, frank.clark@seattle.gov

UCR-    ARREST
CMS-    Referred to KCPA-Adult (W)
LODI-   12/27/2016

Entities:

Verified Suspect:
CANTY, KYLE LYDELL
B/M/7-20-1985  5-07  185
LKA: 77 S. Washington Street, Seattle, WA 98104 (Homeless)
HPH: None
FBI #: 279670HD6
State ID #: WA28555825
AFIS #: 1023292
CCN #: 1943622
B/A #: 216035994



LODI
DEC 27 2016

Charges:


(EXHIBIT D)



# City of Seattle
Edward B. Murray, Mayor

**Finance and Administrative Services**
Fred Podesta, Director

April 26, 2017

Kyle Canty
BA 216035994
KCCF
500 5th Ave
Seattle, WA 98104

RE: Claim: C-93639, C-94166; C-94172; C-94250; C-94258; C-94270; C-94291

Dear Mr. Canty:

Please see the attached letter, which is responsive to the claims noted above. Please be advised that these claims all concern the same incident, and we are not going to acknowledge any further claims concerning the incident. We will not be offering any settlement of the claims, so your next step needs to be filing a lawsuit.

Sincerely,

Gary Shutes
Senior Claims Adjuster

GS/s

Encl: letter

CC: SPD

Department of Finance and Administrative Services
700 Fifth Avenue, 42nd & 43rd Floors
P.O. Box 94669
Seattle, Washington 98124-4669

Tel (206) 684-0505
Fax (206) 615-0065
Hearing Impaired use the Washington Relay Service (7-1-1)
http://www.seattle.gov/FAS

KC5994

Name: Kyle Lydell Canty
Bkg.#: 216035994
King County Correctional Facility
500 5th Ave
Seattle, WA 98104

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart Street, Suite 2310
Seattle WA 98101

FILED
LODGED
RECEIVED

JUL 6
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY