FILED
LODGED
RECEIVED

JUL 1 0 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff, | Case No. 2:16-CV-01655-RAJ-JPD |
| VS. | MOTION PURSUANT TO RULE 65(FRCP) |
| CITY OF SEATTLE, et al<br>Defendants. | INJUNCTIONS AND RESTRAINING ORDERS |

Comes Now, the defendant Kyle
Lydell Canty In Propria Persona
and of Sui Juris, Moving the
Court on this 5th day of July
year 2017 Pursuant to Rule 65
(FRCP)(b) Temporary Restraining
Order (1)(a)(b),(2) Contents; Expir-
ation, for the following reasons
set forth in this legally binding

P 1 of 6

document, amended Complaint that was Served upon the defendants, and any other moving papers, documents, or exhibits

## Affidavit of facts

1. Specific facts as mentioned by Plaintiff Kyle Lydell Canty in his amended complaint that was served upon all defendants on the 13th day of June 2017, Defendant Sean Culbertson of the Seattle Police Department followed and stalked the Plaintiff Kyle Lydell Canty in a marked Seattle Police department vehicle, Defendant Sean Culbertson followed and stalked the Plaintiff in an alley and tried to Kill MR. Canty by attempting to run him over with the city issued marked Seattle Police department vehicle. There are copies of this video footage on youtube, that proves this statement

P 2 of 6

↓(Exhibit E Attached)↓

2. Defendant Timothy Renihan of the Seattle Police Department was in charge of falsifying official Police reports Pertaining to Plaintiff Kyle Lydell Canty which caused him to go to Jail with No probable cause according to his own Police bulletin that he Prepared himself, and after MR. Canty's case was dismissed with pre-Judice, Defendant Timothy Renihan continued to be Obsessed with MR. Canty, Producing another bulletin on the exact day that MR. Canty was released from King County Correctional facility on November 29th 2016, this bulletin caused MR. Canty to also be Red flaged in the NCIC data base, and all the Seattle Police department officers to target MR Canty, thus is why MR. Canty found himself back in King County

P 3 of 6

Correctional facility three weeks later on more frivilous charges against the Seattle Police Department and it's officers, it's odd that every time MR. Canty gets arrested here in the City of Seattle the victim is the Seattle Police department and it's officers.

3. Defendant City of Seattle and all of it's officers have assaulted, stalked, harassed, tried to Kill by attempting to run over, falsified documents, tried to hide documents, destroyed Personal Property, violated Constitutional rights of the Plaintiff Kyle Lydell Canty Secured to him by the United States

4. The Plaintiff Kyle Lydell Canty as stated in his

P 4 of 6

amended Complaint that was served upon all defendants, notified internal affairs of the Seattle Police Department face to face and in writing the internal affairs police officers of this office made up not true statements about the Plaintiff and Closed the internal affairs investigation on their own officers. days later the Plaintiff was arrested for allegedly felony harassing the Seattle Police Department and it's officers, State of Washington vs. Kyle Canty Cause No. 16-1-03103-6 SEA, Case Dismissed With PreJudice, thus based upon MR. Canty notifying in writing plus face to face in Person (6) Temporary Restraing Order should be issued without any further notices, all efforts have been made to these scumbags.

P 5 of 6

5. The Plaintiff Kyle Lydell Canty's injuries are loss of liberty, pain, suffering, emotional distress, extensive personal property loss, extreme fear, intentional infliction of emotional distress, negligence, Assault and Battery, False imprisonment, these injuries are irreparable, MR. Canty will never be able to forgive or forget this horrible ordeal that all of the defendants listed in the amended Complaint put him through and continue to put him through

6. The Plaintiff Kyle Lydell Canty is requesting from the Courts a Temporary Restraing Order against all defendants listed in his amended Complaint, Plus all of the City of Seattle's Police officers for a total Period of Five years from today's date.

Prepared by: Kyle Lydell Canty
BA# 216035994
P 6 of 6   _X_ 07/05/2017   500 Fifth Ave.
Seattle WA 98104

(Exhibit E)



# Criminal Information Bulletin
## Criminal Intelligence Section

| Headquarters | Date: 7/8/2016 |
|---|---|

Bulletin prepared by: Detective Renihan — Phone: (206) 684-8770

# OFFICER SAFETY BULLETIN

## THREATS TO SHOOT POLICE OFFICERS/CRISIS



H3972310 BD:7/20/1985 30YM
CANTY
KYLE
H EMERGENCY DEPARTMENT
DOS:7/6/2016
Enc:1806805415    RES:

**KYLE L. CANTY B/M/7-20-85 5'07/160**
LKA: 77 S.Washington
NO Known vehicles

*There is no probable Cause for his Arrest.*

THERE IS A HAZARD IN NCIC RECORD IN NCIC FOR THREATENING TO SHOOT OFFICERS.

THIS INFORMATION IS PROVIDED FOR OFFICER SAFETY DUE TO HIS ACTIONS/WORDS AND ESCALATING ANGER AND FOCUS ON THE POLICE.

| | |
|---|---|
| On 7-2-16 | Canty approached an SPD officer on a call and yelled obscenities. Canty stated that he would assault officers if they tried to put hands on him for any reason. |
| On 7-5-16 | Canty approached SPD Officers at a Starbucks and was videotaping them. Canty made the statements "you want a war with me, you don't want a war with me". " I know where you guys hang out stop harassing me" "do you know about the gun laws in the state of Washington". "It's in your best interest to stop harassing me". |
| On 7-7-16 | Canty went to the Seattle Police Department OPA office saying he was feeling harassed and threatened by police. He stated that he planned to purchase a firearm to defend himself. He said he would shoot officers if they pulled a gun or taser on him without a warrant. |
| On 7-7-16 | Canty called the US Attorney's office in Seattle and became upset with the receptionist and stated that he would "start shooting SPD officers if he doesn't get the help he wants". He then called back and left a message that he feels his life has been threatened by the police department and he will protect himself by using deadly force". |

CONFIDENTIAL - POLICE USE ONLY - DISPOSE OF IN SHREDDER ONLY

NOT FOR PUBLIC DISPLAY OR DISTRIBUTION — DO NOT FORWARD OR COPY

| HMC | Patient: CANTY, KYLE (H3972310) | Doc pg 4 of 7 | Job pg 102 of 148 | Req Id. | rsargent : 09/29/16 17:59:09 |
|---|---|---|---|---|---|

Name Kyle Lydell Canty
Bkg # 216035794
King County Correctional Facility
500 5th Ave
Seattle, WA 98104

FOR LEGAL MAIL ONLY

FILED
LODGED
RECEIVED   MAIL

JUL 10 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

Legal

