Hon. Richard Jones

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, et al.,<br><br>        Defendants. | NO. 2:16-CV-01655-RAJ-JPD<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

TO:        THE CLERK OF THE ABOVE-ENTITLED COURT

AND TO:    KYLE LYDELL CANTY, PRO SE PLAINTIFF

PLEASE TAKE NOTICE That JOHN R. NICHOLSON and AMEE J. TILGER of Freimund Jackson & Tardif, PLLC, hereby associates with GREGORY E. JACKSON of Freimund Jackson & Tardif, PLLC, on behalf of defendants CITY OF SEATTLE, OFFICER MARSHALL COOLIDGE, OFFICER SEAN CULTBERTSON, OFFICER TIMOTHY RENIHAN and OFFICER HANCOCK, effective immediately, and requests that service of all papers and pleadings herein, except original process, also be made upon the undersigned at the address stated below.

/././

NOTICE OF ASSOCIATION OF COUNSEL
NO. 2:16-CV-01655-RAJ-JPD

1

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA  98104
TEL: (206) 582-6001
FAX: (206) 466-6085

**TRANSMISSION BY FAX DOES NOT CONSTITUTE SERVICE.**

DATED this 10th day of July, 2017.

        s/ Gregory E. Jackson_____
GREGORY E. JACKSON, WSBA #17541
Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA  98104
Telephone:  (206) 582-6001
Facsimile:  (206) 466-6085
gregj@fjtlaw.com
Attorneys for Defendants City of Seattle,
Officer Marshall Coolidge, Sean Culbertson,
Timothy Renihan and Officer Hancock

        s/ John R. Nicholson_____
JOHN R. NICHOLSON WSBA #30499
Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA  98104
Telephone:  (206) 582-6001
Facsimile:  (206) 466-6085
Johnn@fjtlaw.com
Attorneys for Defendants City of Seattle,
Officer Marshall Coolidge, Sean Culbertson,
Timothy Renihan and Officer Hancock

        s/ Amee J. Tilger_____
AMEE J. TILGER, WSBA #34613
Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA  98104
Telephone:  (206) 582-6001
Facsimile:  (206) 466-6085
AmeeJ@fjtlaw.com
Attorneys for Defendants City of Seattle,
Officer Marshall Coolidge, Sean Culbertson,
Timothy Renihan and Officer Hancock

NOTICE OF ASSOCIATION OF COUNSEL
NO. 2:16-CV-01655-RAJ-JPD

2

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA  98104
TEL: (206) 582-6001
FAX: (206) 466-6085

# CERTIFICATE OF SERVICE

I certify that on the 10th day of July, 2017, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| Pro se Plaintiff,<br><br>Kyle Lydell Canty<br>#216035994<br>King County Jail (Seattle)<br>500 5th Ave.<br>Seattle, WA 98104 | ( X )  U.S. Mail |
|---|---|

DATED this 10th day of July, 2017, in Seattle, Washington.

s/Kathie Fudge_____
KATHIE FUDGE, Legal Assistant to
GREGORY E. JACKSON
701 5TH Avenue, Suite 3545
Seattle, WA  98104
kathief@fjtlaw.com

NOTICE OF ASSOCIATION OF COUNSEL
NO. 2:16-CV-01655-RAJ-JPD

3

**FREIMUND JACKSON & TARDIF, PLLC**
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA  98104
TEL: (206) 582-6001
FAX: (206) 466-6085