Hon. Richard Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SEATTLE, et al.,<br><br>　　　　　Defendants. | NO. 2:16-CV-01655-RAJ-JPD<br><br>DEFENDANTS' NOTICE OF INTENT TO OPPOSE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER PURSUANT TO FED. R CIV. P. 65 |

TO:　　　　THE CLERK OF THE ABOVE-ENTITLED COURT

AND TO:　　KYLE LYDELL CANTY, PRO SE PLAINTIFF

　　　Defendants City of Seattle, Officer Marshall Coolidge, Officer Sean Cultbertson, Officer Timothy Renihan and Officer Hancock file this Notice, pursuant to Local Rules W.D. Wash. LCR 65(b)(5), of their intent to oppose Plaintiff's Motion Pursuant to Rule 65 (FRCP) Injunctions and Restraining Orders.

/./.

/./.

/./.

DEFENDANTS' NOTICE OF INTENT TO OPPOSE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER PURSUANT TO FED. R CIV. P. 65
NO. 2:16-CV-01655-RAJ-JPD

1

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

Defendants received Plaintiff's Motion through the Court's electronic filing system on July 10, 2017.

DATED this 10th day of July, 2017.

s/ Amee J. Tilger
AMEE J. TILGER, WSBA #34613
GREGORY E. JACKSON, WSBA #17541
JOHN R. NICHOLSON WSBA #30499
Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA 98104
Telephone: (206) 582-6001
Facsimile: (206) 466-6085
gregj@fjtlaw.com
Attorneys for Defendants City of Seattle, Officer Marshall Coolidge, Sean Culbertson, Timothy Renihan and Officer Hancock

DEFENDANTS' NOTICE OF INTENT TO OPPOSE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER PURSUANT TO FED. R CIV. P. 65
NO. 2:16-CV-01655-RAJ-JPD

2

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

# CERTIFICATE OF SERVICE

I certify that on the 10th day of July, 2017, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| Pro se Plaintiff,<br><br>Kyle Lydell Canty<br>#216035994<br>King County Jail (Seattle)<br>500 5th Ave.<br>Seattle, WA 98104 | ( X ) U.S. Certified Mail |
|---|---|

DATED this 10th day of July, 2017, in Seattle, Washington.

        s/Kathie Fudge
KATHIE FUDGE, Legal Assistant to
GREGORY E. JACKSON
JOHN R. NICHOLSON WSBA #30499
AMEE J. TILGER, WSBA #34613
701 5TH Avenue, Suite 3545
Seattle, WA 98104
kathief@fjtlaw.com

DEFENDANTS' NOTICE OF INTENT TO OPPOSE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER PURSUANT TO FED. R CIV. P. 65
NO. 2:16-CV-01655-RAJ-JPD

3

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085