MAIL

JUL 10 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY <br> Plaintiff, | Case. No. 2:16-CV-01655- <br> RAJ-JPD |
| VS. | MOTION AND DECLARATION OF DEFENDANTS MOTIVE AND RETALIATION (EXhibit F ATTACHMENT) |
| CITY OF SEATTLE, et al <br> Defendants. | |

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Persona and of Sui Juris, moving the Court on the 6th day of July year 2017 Pursuant to the Preponderance of evidence, Exhibits, Material evidence, and Evidence, for the reasons set forth in this legally binding

P 1 of 6

(Attached is Exhibit F)

Motion and declaration doc-
ument, along with it's attach-
ment (Exhibit F)

## Affidavit of facts

1. THE Plaintiff Kyle Lydell Canty
Pursuant to the First Amend-
ment of the U.S. Constitution,
common law, international law,
and Rule of law chose to seek
asylum in another country
due to, according to official
Canadian immigration court recor-
ds, news interviews, articles,
and internet websites, "Police
departments in the United States
murdering, harassing, stalking,
and raping "Black people or
People of African descent"

2. The Plaintiff Kyle Lydell Canty
wrote a article for the gua-
rdian, the guardian being one
of the well established news

P 2 of 6

(Attached is Exhibit F)

Sources Coming out of Londen
but also the guardian has
Substations all around the
World, the article was Published
and received Worldwide great
reviews for the most Part.

3. The Plaintiff Kyle Lydell Canty
While still in the Country of
Canada awaiting the outcome
of his asylum application,
starts to gain international
fame and support from other
Black People and People of
African descent living in the
United States regarding the
issues of the White Police in
the United States murdering,
harassing, Stalking, and raping
"Black People or People of
African descent"

4. The Plaintiff Kyle Lydell Canty's
asylum application Was denied
according to Canadian official

P 3 of 6

(Attached is Exhibit F)

immigration Court documents
that MR. Canty the Plaintiff
received, Simply "The United
nations Considers the United
States a Safe Country", howe-
ver the immigration Judge
also told MR. Canty the plaintiff
"You're right black People
living in the United States are
being harassed, murderd, Stalked,
and raped by Police", You have
the right to appeal my deci-
Sion" this immigration Judge acc-
ording to MR. Canty is Japanese

5. The Plaintiff Kyle Lydell Canty
Chose not to appeal this immi-
gration Judges decision because
of a bigger Scheme or Plain
and agreed to return back
to the United States of Corru-
ption on his own free Will,
MR. Canty Was not deported
from Canada, in fact the
Canadian government had alot

P 4 of 6

(Attached is Exhibit F)

of good things to say about
MR. Canty and in fact told MR.
Canty that he Could Come back
to Canada Whenever he Wants.

6. The Defendants, especially
the City of Seattle and it's
officers according to their own
Case file reports Knew all about
MR. Canty Applying for asylum
in Canada, and also according to
the City of Seattle and it's
officers own Case file reports
they Knew about the article
that MR. Canty the Plaintiff Wrote
for the guardian.

7. The Defendants, especially
the City of Seattle and it's
officers Used the Plaintiff's
Application for asylum being
denied by the immigration
Courts of Canada as an opp-
ortunity to falsify all infor-
mation Pertaining to MR.

P 5 of 6

(Attached is Exhibit F)

Kyle Lydell Canty the Plaintiff not once, not twice, but now this is the third time in a row, however the City of Seattle, and it's officers are leaving a extensive paper trail of their Corruption behind in their own Case file reports

8. The Defendants on their own free Will decided that this Plan they had to manipulate the Civil Commentment laws of the State of Washington Would Work, and When that didn't Work out for them, then the defendants tried to manipulate the Revised Codes of Washington, this Would have Worked for the defendants the first time if they Wouldn't have destroyed all of the Plaintiffs Personal Property

Prepared by:

X 07/06/2017

P 6 of 6

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

(EXhibit  F)



# It's so dangerous to be a black American, I've sought asylum in Canada

# Kyle Lydell Canty

The United States has always been a terrible country to live in. I have no intention of going back

Wednesday 11 November 2015 06.45 EST

Black people or people of African descent living in the United States should consider seeking asylum in other countries. That's what I did. On 23 September, I applied for asylum in Canada. We were brought to America as slaves, and the country hasn't changed its ways at all since then.

Throughout my life, police departments have harassed me and made me fear for my life – this is something many other people of color will have experienced too.

If you're black in the US you will always have to go through persecution and discrimination at some point in your life. Black Americans are killed in large numbers by the police, regularly denied the same education and access to housing as white

(EXhibit  F)

Americans and face hurdles when trying to vote. All these forms of discrimination are racist – yet they continue nonetheless.

Applying for asylum has been in the back of my mind for a long time, especially since I started reflecting on my experiences in the United States of America and educating myself on black history.

I have been studying law for much time on my own, so it didn't take very long for me to inform myself about the process of applying for asylum. The internet has become very powerful, and everything that I needed was just a click away.

The resources that I used included the Universal Declaration of Human Rights, along with the United Nations High Commissioner for Refugees Handbook and the Refugee and Immigration Protection Act of Canada.

In my dossier, in which I built a case for my application, I included 18 exhibits describing the conditions of my country from a human rights perspective. All of the exhibits deal with racial disparities and police brutality and come from credible sources, such as the United Nations.

One exhibit, for example, is an article from PBS Newshour about a scathing United Nations report analyzing the current state of racial justice in the United States and which cited the fatal shooting of the unarmed 18-year-old Michael Brown by police officer Darren Wilson. "Racial and ethnic discrimination remains a serious and persistent problem in all areas of life" said a UN representative about their findings.

On the day I left the United States for what I hoped would be the last time, I took a combination of trains and buses from Salem, Oregon, until I reached the Canadian border. I passed through customs and border patrol with a valid United States passport, and they allowed me to come into the country.

In Vancouver, at the Department of Citizenship and Immigration Canada, I handed in my asylum application, which is now under consideration. I had my first a hearing at the immigration court on 23 October 2015. The judge didn't give me any specific time or day that he would make his decision. But, given the legal package I put together, I think he is going to have a hard time just flat out rejecting my asylum claim.

As I wait, I am living in Vancouver BC and receiving Canada's social assistance. I would have to move to a less expensive city if I wanted to live on my own. I would prefer working for a living but immigration won't issue me a work permit.

If I receive a negative decision of my asylum application, I'm already 10 moves ahead as far as my appeal process goes. I have a plan, and I'm going to follow it. The United States has always been a terrible country to live in. The United States government is always murdering, undermining and underestimating its black citizens – and I have no intention of going back.

(Exhibit F)

America is not the best country in the world - nor was it ever in the past. The only people who can claim it is are individuals who don't understand the true meaning of life, love and happiness.

This article was amended on 12 November 2015 to reflect the fact that Kyle Lydell Canty had his first asylum hearing on 23 October 2015, not 24 September.

# Since you're here ...

... we have a small favour to ask. More people are reading the Guardian than ever but advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall - we want to keep our journalism as open as we can. So you can see why we need to ask for your help. The Guardian's independent, investigative journalism takes a lot of time, money and hard work to produce. But we do it because we believe our perspective matters - because it might well be your perspective, too.

I appreciate there not being a paywall: it is more democratic for the media to be available for all and not a commodity to be purchased by a few. I'm happy to make a contribution so others with less means still have access to information. *Thomasine F-R.*

If everyone who reads our reporting, who likes it, helps to support it, our future would be much more secure.

Become a supporter
Make a contribution
Topics
- Race issues
- Opinion
- Canada
- Refugees
- Americas
- comment

( EXhibit F )

Name Kyle Lydell Canty
Bkg # 216035944
King County Correctional Facility
500 5th Ave
Seattle, WA 98104

FOR LEGAL MAIL ONLY

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart Street, Suit 2310
Seattle, WA 98101

FILED
LODGED
RECEIVED       MAIL

JUL 10 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

Legal