Hon. Richard Jones

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

KYLE LYDELL CANTY,

                          Plaintiff,

        vs.

CITY OF SEATTLE, et al.,

                      Defendants.

NO.  2:16-CV-01655-RAJ-JPD

CITY OF SEATTLE DEFENDANTS'
RESPONSE TO PLAINTIFF'S MOTION
REGARDING REDACTION OF FILINGS
PURSUANT TO LCR 5.2 (a)

## I.    RELIEF REQUESTED

Defendants City of Seattle and Officers Marshall Coolidge, Sean Culbertson, Timothy Renihan, and Hancock (hereinafter "City of Seattle Defendants") do not oppose Plaintiff's request to waive his own right to allow filings with his personal identifiers.  However, to the extent that Plaintiff requests that the court allow filings with information about any other parties or persons to this matter, the City of Seattle Defendants request that the motion be denied.

## II.    STATEMENT OF FACTS

Plaintiff Pro Se has brought this civil rights action against the City of Seattle Defendants, as well as against King County and several of its employees.  Plaintiff has filed a motion seeking the court's permission to file un-redacted documents containing identifiers that would normally require redaction pursuant to LCR 5.2 (a).

CITY OF SEATTLE DEFENDANTS' RESPONSE
TO PLAINTIFF'S MOTION REGARDING
REDACTION OF FILINGS
NO. 2:16-CV-01655-RAJ-JPD                    1

### III.   STATEMENT OF ISSUES

Should Plaintiff Pro Se be permitted to file documents without redacting identifiers or other information governed by LCR 5.2 (a), and if so, should the exception from the rule be limited to those identifiers that relate to him as opposed to other parties, witnesses, or persons?

### IV.   EVIDENCE RELIED UPON

The City of Seattle Defendants rely on the pleadings and the court's file herein.

### V.   ARGUMENT

For reasons that are unclear, Plaintiff seeks permission to file documents that contain personal identifiers that ordinary must be redacted under LCR 5.2 (a).   In fact, Plaintiff has already filed un-redacted documents in support of his containing such personal identifiers that relate to himself.   See Plaintiff's Motion, Ex. C.   While the City of Seattle Defendants have no objection to Plaintiff filing un-redacted documents with the court that contain only his own personal identifiers, they do object to such un-redacted documents being filed with identifiers that relate to any other party, witness, or person.   Thus, if the court grants Plaintiff's motion, it should only allow Plaintiff to file un-redacted documents containing his own identifiers.   The court should order that any such identifiers relating to other parties, witnesses, or persons must be redacted as required by the rule unless otherwise ordered by the court for good cause.

/././

/././

/././

CITY OF SEATTLE DEFENDANTS' RESPONSE
TO PLAINTIFF'S MOTION REGARDING
REDACTION OF FILINGS
NO. 2:16-CV-01655-RAJ-JPD                    2

1

2

## VI.   CONCLUSION

3    For all the forgoing reasons, the court should either deny Plaintiff's motion, or else grant it

4  only to the extent that it permits Plaintiff to file un-redacted documents with identifiers that relate

5  to himself and not relating to other parties, witnesses, or persons.

6

7    DATED this 13th day of July, 2017.

8

9

10                                                    s/ John R. Nicholson
                                                    JOHN R. NICHOLSON WSBA #30499
11                                                    Freimund Jackson & Tardif, PLLC
12                                                    701 5th Avenue, Suite 3545
                                                    Seattle, WA  98104
13                                                    Telephone:  (206) 582-6001
                                                    Facsimile:  (206) 466-6085
14                                                    Johnn@fjtlaw.com
15                                                    Attorneys for Defendants City of Seattle,
                                                    Officer Marshall Coolidge, Sean Culbertson,
16                                                    Timothy Renihan and Officer Hancock

17

18

19

20

21

22

23

24

25

26  CITY OF SEATTLE DEFENDANTS' RESPONSE
    TO PLAINTIFF'S MOTION REGARDING
    REDACTION OF FILINGS
    NO. 2:16-CV-01655-RAJ-JPD                          3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I certify that on the 13th day of July, 2017, I caused a true and correct copy of this

document to be served on the following in the manner indicated below:

| | |
|---|---|
| Pro se Plaintiff,<br><br>Kyle Lydell Canty<br>#216035994<br>King County Jail (Seattle)<br>500 5th Ave.<br>Seattle, WA 98104 | ( X )  U.S. Mail |

DATED this 13th day of July, 2017, in Seattle, Washington.

s/Kathie Fudge
KATHIE FUDGE, Legal Assistant to
GREGORY E. JACKSON
701 5TH Avenue, Suite 3545
Seattle, WA  98104
kathief@fjtlaw.com

CITY OF SEATTLE DEFENDANTS' RESPONSE
TO PLAINTIFF'S MOTION REGARDING
REDACTION OF FILINGS
NO. 2:16-CV-01655-RAJ-JPD                    4