# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FILED
LODGED   MAIL
RECEIVED

JUL 19 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff, | Case No. 2:16-CV-01655-RAJ-JPD |
| VS. | MOTION PURSUANT TO LCR 16 |
| CITY OF SEATTLE, et al<br>Defendants. | PRETRIAL CONFERENCES SCHEDULING MANAGEMENT<br>NOTE ON MOTION CALENDAR<br>AUGUST 13, 2017 |

COMES NOW the Plaintiff Kyle Lydell Canty, In Propria Persona and of Sui Juris on the 10th day of the month of July year 2017, moves this Court Pursuant to LCR 16 (a)(1)(2),(b)(1)(2)(3)(4),(h)(1)(2)(3)(4)(5)(6),(J),(K)

P 1 of 4
LCR 16

# Affidavit of facts

1. The Plaintiff Kyle Lydell Canty has taken all diplomacy options for all of the defendant's off of the table, and the Plaintiff does not negotiate with terrorist domestic or foreign. LCR 16(a)(1)

2. The Plaintiff States there is no Signifant Possibility that early and inexpensive alternative dispute resolution such as mediation Could ever be an option at this Point or any other phase in this Civil Proceding Pursuant to Rules 39.1 and 39.2 of these Rules, negotiating with terrorist is not an option. LCR 16(a)(1)

3. The Plaintiff Pursuant to LCR 16 (b)(1)(2)(3)(4) in a good faith effort to Promote early discovery to all of the Defendants, has Submitted interrogatories, requests for admissions

P2 of 4
LCR 16

or Production, ect, and this
has been served sufficiently early

4. The Plaintiff intends on
offering all of the exhibits pre-
viously submitted to the Courts
and served upon the defendants
via the Courts at the time of
Jury trial, these same exhibits
will also be used for impeach-
ment also (Exhibits A-Z will be
used for all Purposes) (Exhibits
1-100 will also be used for all
Purposes)

5. The Plaintiff intends on
furnishing the defendants a
updated witness list of all witne-
ss who might be called by the
Plaintiff, and the general nature
of the expected testimony.

6. The Plaintiff intends on submitt-
ing to all defendants via the
Courts the Plaintiff's Pretrial
Statement
P3 of 4
LCR 16

Attached are exhibits
(G,H,I,J)

The Defendants attorney's
Should reach out to the Plain-
tiff regarding Conferences
Pursuant to LCR 16 (K)

The Plaintiff has Promptly
made available for inspection for
all defendants exhibits, the
Plaintiff has Submitted all exhibits
to the Courts, City Clerks office,
Mayors office, and County executi-
ve offices for King County pursu-
ant to LCR 16 (J)

Prepared by:

X 07/10/2017

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

P 4 of 4
LCR 16

(Exhibit C) LCR 26.1.6 and Rule 29(FRCP)

# MONICA MARTINEZ SIMMONS
# OFFICE OF THE CITY CLERK
## LEGISLATIVE DEPARTMENT

Kyle Lydell Canty
BA # 216035994
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104

January 24, 2017

Dear Mr. Canty,

Thank you for your public records request, received on January 20, 2017. In it, you requested all paperwork that you submitted to the City Clerk's office pertaining to Claim for Damages # 93639.

We have located your records. The paperwork that you submitted for Claim # 93639, which you are requesting now, has 123 pages and weighs 1 pound 2 ounces.

Under Washington's Public Records Act, 42.56 RCW, and Public Rule CPRA-02-2016, records recipients are responsible for the cost of the city producing paper copies, as well as postage fees. Accordingly, you have three options for retrieving these records:

Option 1) We mail you a copy of the records once we receive payment from you for the cost of the copies plus postage. Copies cost 15 cents per page ($18.45 for 123 pages), the envelope costs $0.45, and the postage for a 1-pound 2-ounce package costs $6.65. TOTAL COST: $25.55.

Option 2) You arrange for someone to come to the City Clerk's window at City Hall to pick up the copies in person. We would then release the copies to that person once they or you pay for the cost of the copies. TOTAL COST: $18.45.

Option 3) You arrange for someone to come to the City Clerk's window at City Hall to *inspect* the records in person, but they must leave the records here. TOTAL COST: Free.

Please let us know which option you prefer. We accept cash, check, or money order. We will accept payment either from you or from someone else made on your behalf, by mail or in person.

If we do not hear from you or receive payment within 30 days we will close this request. We look forward to hearing from you.

Sincerely,

Ariel Schneier
Public Disclosure – Legislative Branch

An equal opportunity employer
600 Fourth Avenue, Floor 3 | PO Box 94728, Seattle | Washington  98124-4728
**Phone** (206) 684-8344    **Fax** (206) 386-9025    **TTY** 7-1-1
**Email** clerk@seattle.gov

( Exhibit H ) Pursuant to U.S.
Const. Fifth amend. Violations



# SEATTLE POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
KC PROSECUTOR RELEASE COPY
**(1316-4 THREATS-OTHER)**

GO# 2016-242554
**ADMINISTRATIVE**
**CLEARANCE**

---

## REPORT INFORMATION

**Property Report #** 656191
**Case Status** PERSONAL/SAFEKEEPING
**Submitted On** JUL-13-2016 (WED.)   **By** RENIHAN, TIMOTHY W
**Org Unit** INTELLIGENCE UNIT

### RELATED EVENTS

**Offense** GO 2016 - 242554

**General Remarks** CHECK 7819
**Related Items** 2

---

## MISCELLANEOUS - EVIDENCE

**Status** PERSONAL/SAFEKEEPING
**Tag #** 656191 - 1
**Description** BLACK BACKPACK W/LAPTOP,PAPERS,CD'S,MISC PERONAL ITEMS
**Recovered Location** CANTY PROPERTY AT HMC, NOT ACCEPTED AT KCJ

### MISCELLANEOUS ITEM #1

**Item** BLACK BACKPACK ITEMS OF   **Value** $1.00   ?
CANTY
**Flags** DISPOSED, EVIDENCE
**Current Location** DISPOSED

---

## MISCELLANEOUS - EVIDENCE

**Status** PERSONAL/SAFEKEEPING
**Tag #** 656191 - 2
**Description** BAG FROM HMC DOCUMENTS, CLOTHING, SEALED GRAY BAG
**Recovered Location** CANTY FROM HMC NOT TAKEN AT KCJ

### MISCELLANEOUS ITEM #1

**Item** CANTY PERSONAL ITEMS   **Value** $1.00   ?
SEALED BAG
**Flags** DISPOSED, EVIDENCE
**Current Location** DISPOSED

---

16-1-06917-3 SEA   Canty_K 0045

*( Exhibit I ) Pursuant to U.S.*
*Const. Fourth amend. Violations*



## SEATTLE POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**

KC PROSECUTOR RELEASE COPY

**(1316-4 THREATS-OTHER)**

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

---

## Related Arrest Report AB# 2016-215131572

| | |
|---|---|
| **Arrestee** | CANTY, KYLE LYDELL |
| **Date Of Birth** | ████1985 |
| **Related CD#** | 186032 |

## Arrest Information

| | |
|---|---|
| **Status** | CHARGED |
| **Type Of Arrest** | ARREST ONLY |
| **Arrest Date** | JUL-13-2016  (WED.) 1157 |
| **Rush File Required** | NO |
| **Booked Into Cell** | NO |
| **Arrest Agency** | SEATTLE PD |
| **Arresting Officer(s)** | 6293 -  RENIHAN, TIMOTHY W |
| **Summary Of Facts** | ARRESTED |

**ARREST LOCATION**

| | |
|---|---|
| **Address** | 325 9 AV |
| **Place** | HARBORVIEW HOSP |
| **Municipality** | SEATTLE |
| | **District** G **Beat** G1 **Grid** 4043 |
| **SODA Zone** | NO |
| **File Number** | 216020036 |
| **Case Ref. #** | 216020036 |

**Drug Free Zone** NO

**ADDITIONAL ARREST INFORMATION**

| | |
|---|---|
| **Case Screened** | NO ? |
| **Notify Victim On Release** | NO ? |
| **Juvenile** | NO |
| **Diversion Recommended** | NO |
| **Interpreter Needed** | NO |
| **Rights Given** | NO ? |
| **Mental Exam Required** | NO |
| **Statement Taken** | NO |
| **Fingerprinted** | NO ? |
| **CD Updated** | NO |
| **Family Notified** | NO ? |
| **Lawyer Called** | NO ? |
| **Meal Given** | NO ? |

**Photo Taken** NO ?

**Coffee Given** NO

---

*( Exhibit 1 )   P1-10 + 2*

*Early Discovery Pursuant to LCR 26,16, and Rule 29 (FRCP)*



**SEATTLE POLICE DEPARTMENT**
**NARRATIVE TEXT HARDCOPY**

GO# 2016-242554 ADMINISTRATIVE
CLEARANCE

1316-4 THREATS-OTHER

**THREATS-OTHER**
**FOLLOW UP DETECTIVE RENIHAN**
**SUPPLEMENTAL**

Suspect- CANTY, Kyle Lydell B/M/████1985
77 S.Washington St., Seattle, WA 98104
No TP#
CCN:1943622
$50,000.00 Bail

Victim- Culbertson, Sean (SPD)
810 Virgina St, Seattle, WA 98101
TP# 206-625-5011

Investigation:
7-7-16 1330 hours, I was assigned this case in the possible threats made by
Kyle L. Canty ████-85. I was given an email from Sgt Fiorini, OPA. Canty
had come into the office today and complained about SPD Officers and that
he was going to buy a gun to defend himself.

7-7-16 1335 hours, I called Supervisory Deputy Marshal Ray Fleck,
TP#370-8604. He stated Brittany Cirineo, US Courthouse, Civil Rights
Division, Admin received a call today about 1230 hours. He stated his name
was Kyle Canty. He was upset and stated he would shoot SPD officers if he
doesn't get what he wants. He then called back and left a voice mail for
Michael Diaz, TP#553-4358. Fleck forwarded me the voicemail and the email
that Cirineo sent to her boss describing the call she had with Canty. I
listened to the call. There were no threats.

7-7-16 1400 hours, I conducted Law Enforcement checks for Canty. He has no
DOL photo, No booking photo at KCJ, LINX-the latest report was 1-9-15,
15-9025, Disturbance. There is no vehicle or cell phone associated with
Canty. NCIC revealed a hazard for threatening officers and 2 contacts with
SPD officers on 7-2-16 and 7-5-16.

7-7-16 1600 hours, I created an Officer Safety Bulletin and Lt Barden
approved it and it was sent to SPD SWORN.

7-7-16 1800 hours, There was a protest in Seattle about the police
shootings. I was working the protest. Canty was at the protest wearing a
Black baseball cap, dark jacket, red t-shirt, gray sweat bottoms and
holding a brown box. He was videotaping officers. During the protest he
told SPD officers that in the box were 30 round extended magazines and he
was going to buy a Glock 19.



| | SEATTLE POLICE DEPARTMENT | |
|---|---|---|
| | **NARRATIVE TEXT HARDCOPY** | |
| GO# 2016-242554 ADMINISTRATIVE CLEARANCE | | 1316-4 THREATS-OTHER |

7-8-16 0940 hours, I coordinated with USMS Fleck if Canty comes in to the US Courthouse.

7-8-16 1000 hours, I received an email from Sgt Fiorini that he actually came into OPA on Tuesday 7-5-16 and then called her on 7-6-16.

7-8-16 1032 hours, I contacted Sgt Pisconski, CIT. He stated that he Ofc Chan and MHP Andriginis are going to local shelters to see if they can obtain more information about Canty. Sgt Pisconski stated that Canty was assaulted a week ago by a female, 16-223269. In the remarks of the report he lists 1700-7th Ave. Suite 116, unit 365. A search reveals that is a UPS store by the US Courthouse.

7-8-16 1055 hours, Ofc Torres called Work Cell 206-492-9710. He stated that Canty came into the City Attorney's office on the 27th wanted to talk to Pete Holmes and was intimidating the receptionist. A case was written 16-230940.

7-8-16 1105 hours, I contacted USMS Fleck and provided him the time Canty was in front of the courthouse for the protest last night. He then sent me photos of Canty at the US Courthouse. USMS Fleck stated that they are going to review seeking charges for having weapons on the courthouse property since he admitted having ammo magazines in his box and that he was going to buy a Glock 19 next. In Violation of CFR- 41 CFR 102-74.440 Weapons. Weapons (41 CFR 102-74.440). Federal law prohibits the possession of firearms or other dangerous weapons in Federal facilities and Federal court facilities by all persons not specifically authorized by Title 18, United States Code, Section 930. Violators will be subject to fine and/or imprisonment for periods up to five (5) years. In addition, a court order also prevents persons from bringing or bearing any firearm or other dangerous weapon into the U.S. courthouse. The courthouse also includes the property adjacent and underneath.

7-8-16 1120 hours, I contacted Doug Larm, WSFC, requested they send the bulletin out on Canty to obtain any information. In an article Canty was in, he states "several outstanding charges in multiple states for things including jaywalking, issuing threats, disorderly conduct and resisting arrest."

7-8-16 1130 hours, I contacted Det Fry who talked with Canty at the Protest. Canty told her "there are 2 magazines in the box, extended, hoping to buy a Glock 19 next". "Google the state of Washington, anyone can buy a gun unless a felon or DV".

16-1-06917-3 SEA                                                          Canty_K  0034



**SEATTLE POLICE DEPARTMENT**
**NARRATIVE TEXT HARDCOPY**

GO# 2016-242554 ADMINISTRATIVE                    1316-4 THREATS-OTHER
CLEARANCE

7-8-16 1140 hours, pictures from the protest of Canty with the Box at the
Courthouse. One picture of the box has his name on it Kyle Canty. I sent
the pictures to USMS Fleck.

7-8-16 1201 hours, I received an email from Ofc Torres. It documents Canty
coming to the City Prosecutors office and his conversation.

7-8-16 1247 hours, I ran NCIC for Canty in Oregon and Canada for CCW and
Felony offender reporting system (FORS) with negative results on all.

7-8-16 1250 hours, I read the article in the paper November 11, 2015 where
Canty sought asylum in Canada and he was refused.

7-8-16 1255 hours, I requested Canty's passport information from Det
Jennings, SPD and ICE TFO.

7-8-16 1256 hours, I requested Canty be run thru Federal Databases. A/Sgt
James, SPD and FBI TFO, stated that he would do that.

7-8-16 1305 hours, I was provided SPD reports and NCIC III of Canty by Det
Jennings. It showed a state ID in Oregon and New York.

7-8-16 1330 hours, I contacted Det David Baca, CIT, Albuquerque New Mexico
PD 505-924-6000. He will research Canty and provide the information.

7-8-16 1335 hours, I received the passport information for Canty. His US
passport # is 458384386. He listed an Arizona ID card on the application.
He went outbound in September 2015 and returned Dec 2015.

7-8-16 1400 hours, I received information from Det Baca about Canty. It
lists 33 contacts with Tucson PD.

7-8-16 1430 hours, I contacted Tucson PD warrant section, TP#520-791-4645.
Canty does have warrants, but they will not extradite.

7-8-16 1450 hours, I received Information form FBI supervisor Carolyn
Woodbury. Canty has gone into numerous FBI offices to include the Seattle
FBI office.

7-8-16 1500 hours, US Marshal's Supervisor Fleck stated that Canty stating
he had gun magazines in his box on the US Courthouse property will not
warrant Federal Charges.

7-8-16 1535 hours, A/Lt Allen, A/Sgt James and I conference call Sgt
Pisconski. I provided the known facts and that we had enough for an

16-1-06917-3 SEA                                                Canty_K  0035



**SEATTLE POLICE DEPARTMENT**
**NARRATIVE TEXT HARDCOPY**

GO# 2016-242554 ADMINISTRATIVE                    1316-4 THREATS-OTHER
CLEARANCE

emergent detention to protect Canty from himself and others. Sgt Pisconski agreed with that assessment.

7-8-16 1600 hours, I was told to contact the receptionist at the Seattle Police Chiefs office in regards to Canty calling. I talked with Jill Paderes, Admin. She stated that he called from a blocked number, but he identified himself as Kyle Canty. She talked to him at least 3 times. 1st call he stated that he wanted to talk to the Chief about police brutality and said if police officers come toward me I will shoot them. People are getting tired and that is why officers are getting shot. 2nd call- he said he was going to record the call and she hung up. 3rd call-He was going to release something to the media. He was transferred to Brenda Gilmore, Sr. Executive Assistant to the Chief. Gilmore stated that Canty talked about his videos on You Tube, officers have violated him, if they come towards him he is going to shoot them and defend himself. He called 5 more times. He called 3 times while I was there and would hang up.

7-8-16 1628 hours, I received a 2015 bulletin from the Monroe Crime Analysis Center, New York which was an officer safety bulletin on Canty. It listed several contacts with Canty. One report 09-400792 stated "Canty showed pistol permits for the state of Arizona and stated he still has access to guns". 07-328739 Canty was wearing a bullet proof vest when he entered Rochester New York Police department.

7-8-16 1748 hours, I contacted DMHP Gail Bonicalzi, TP#263-9202. I explained to her the behavior that Canty was displaying and that we were going to do an emergent detention on him.

7-8-16 1800 hours, I was told to contact KOMO news, TP#206-404-4145, because Canty had threatened them.

7-8-16 1805 hours, I reviewed SPD report 16-219276 where Canty resigned at Office Max and then called the corporate office and stated "that is how people get shot". I called the Loss Prevention office on the report, Logan Brown, 425-891-9441. He stated that the report was informational only. I requested a TP#, but he did not have one. I asked him if Canty ever had a gun while working at Office Max and he said he did not know.

7-8-16 1810 hours, I called KOMO news and talked to Cathy Rollins, TP#206-404-4145. She stated Canty called at 1651 and 1655 hours and was talking about video of SPD. He stated his name was Kyle Lydell Canty. He alleged murder charges, wanted him to watch videos. Canty mentioned "killing cops". She had someone else listen to the call on speaker phone. Canty said he was trying to tell the police department that he is going to buy a gun and if police pull a gun he will shoot them. He gave a TP# of



**SEATTLE POLICE DEPARTMENT**
**NARRATIVE TEXT HARDCOPY**

GO# 2016-242554 ADMINISTRATIVE
CLEARANCE

1316-4 THREATS-OTHER

206-861-5293 which turned out to be a landline.

7-8-16 1829 hours, I sent out the Emergent Detention bulletin on Canty. The Emergent Detention is SPD case #16-244744.

7-8-16 1835 hours, Det Carma Clark called and stated she saw Canty at 5th and Pine St. right before the bulletin came out. He was wearing a Black baseball cap, black jacket and black backpack.

7-8-16 1853 hours, I briefed SWAT and provided a bulletin. Canty was videotaping some members of SWAT in the previous 30 minutes.

7-8-16 1900 hours, SWAT detained Canty at 4th ave and Pike St. I responded to the scene with A/Sgt James. Canty was on the ground and was upset, struggling and would not listen. There were 2 officers holding him down on his side and he was handcuffed. He was not in distress or injured. I tried to deescalate the situation. I told Canty my name was Detective Renihan with SPD. He was being taken to the hospital for a mental health assessment and it was involuntary. He stated he didn't need help and talked over me.

7-8-16 1909 hours, AMR employee #909, Brittany, arrived. I briefed her on the situation that Canty was to be taken to HMC for a mental health evaluation. She asked if I wanted restraints on him and I said yes. Canty was placed on the Gurney and kneed Ofc Coolidge in the side of the head as they put him on the Gurney. It knocked Ofc Coolidge off balance and to the ground, he then held his head. After several minutes of struggling and officers trying to deescalate Canty he was secure in the gurney. Due to his hostile and struggling behavior a SWAT officer rode in the back of the AMR with Canty and a SWAT vehicle followed.

7-8-16 1918 hours, Canty was transported to HMC.

7-8-16 1920 hours, I called the DMHP's and briefed her on Canty.

7-8-16 1925 hours, (+-)we arrived at HMC. Canty was taken inside the ER. He was loud and still struggling. He was taken back to the mental health section. I took photos of his black bag, contents in his hat, the brown box he was carrying. I went thru the black bag for safety reasons and located no weapons. I looked at the contents of his hat and there were no weapons. I provided all the items to a HMC security guard who took them back to where Canty was. I then filled out the SPD Emergent Evaluation Card.
I provided the Emergent Evaluation card and the SPD Officer Safety bulletin on Canty to the HMC Social Worker.



**SEATTLE POLICE DEPARTMENT**
**NARRATIVE TEXT HARDCOPY**

GO# 2016-242554 ADMINISTRATIVE
CLEARANCE

1316-4 THREATS-OTHER

7-9-16 1145 hours, I was contacted by DMHP Bonicalzi, King County Crisis and Commitment and told that they are placing a Psychiatric hold on Canty. He will have Mental Health Court on Wednesday, July 13th.

7-11-6 I contacted Brittany Cirienio, US Attorney's office. She stated that when Canty called on 7-7-16 he stated that he believes police are trying to get him. He sought refugee status in Canada because police are trying to murder him. He talked about see an SPD patrol car with the keys in it and running. He saw the officers in a Starbucks and stomped in and screamed that they are wasting taxpayer money. He became loud and angry with Cirienio and called her stupid. Canty stated he is suing FBI, DOJ for mishandling cases. He stated if Police come towards him he will start shooting up SPD officers.

7-12-16 0930 hours, I called Tucson PD Records, TP#520-791-4462, Fax-520-791-5418. I talked with Police Records Supervisor Laura Hodgson. She would review TPD records for Canty and fax them. CCW's are handled by Arizona Department of Public Safety, TP#602-223-2233. I faxed a request to Hodgson for information on Canty.

7-12-16 0942 hours, I emailed Dennis Andrews, Tactical Analyst, MCAC, New York and requested all Rochester PD reports and a search for a CCW for Canty.

7-12-16 1051 hours, I called Donna Street, Supervisor, CCW, Arizona DPS, TP#602-223-2704. She stated that a court order is needed to obtain CCW information per Arizona Revised Code 13-3102, subsection J. She stated you can do an NLETS search in the gun file that will tell you if a person has one.

7-12-16 1100 hours, I received numerous reports from TPD.
Case #1311170312, Threats, where Canty called and stated "I'm going to go in shoot you do you understand".
Case #1402180493, Threats, At Walmart he told a female he was going to punch her in the head. Later took a swing at a male and hit a female.
Case #1407090314, Threats, made a phone threat to a bus employee. "You deserve to be killed", "I am putting a hit out on her", "you deserve to get shot in the fucking head". He was arrested.
Case #1511040403, Threats, called Mayor of Tucson's office talked to receptionist "I'm going to kill you".

7-12-16 1110 hours, I requested an open source search for when Canty was detained for the Emergent Detention. 2 videos were located on Twitter. I was provided the videos.



**SEATTLE POLICE DEPARTMENT**
**NARRATIVE TEXT HARDCOPY**

GO# 2016-242554 ADMINISTRATIVE                              1316-4 THREATS-OTHER
CLEARANCE

7-12-16 1122 hours, I conducted an NCIC, NLETS check for Canty in Arizona.
I was provided with an Arizona ID for Canty.

7-12-16 1130 hours, I went to SPD Data and requested an NLETS search for
Canty CCW in Arizona. The NLETS message stated that the search is not
allowed. No results.

7-12-16 1225 hours, I filled out a NICS card with Canty's information and
narrative about his mental health. I sent it to Levi Desrosier, ATF. Canty
can still buy a gun; this allows me to be notified if he does.

7-12-16 1345 hours, I Googled "East Bay" which is where Canty's Box is from
that he says he ordered 2 extended handgun magazines. It is a sporting
goods store. I searched for Handgun magazines and it stated there were 0
results.

7-12-16 1442 hours, Analyst Andres sent me 9 Rochester PD reports and FIR's
for Canty. He further stated that a CCW check for Canty was negative in
New York and Monroe County.
RPD #07-292151 Canty wore a bullet proof vest into the Police HQ's and
caused a disturbance. He was arrest.
RPD #07-328739 Canty went to Police HQ's with a bullet proof vest again to
a hearing about the denial for his pistol permit with the county judge.
RPD#09-400792 Canty was telling a police officer how he was the one that
harassed the Police Chief in the past. He showed cards stated that he was
an armed security guard in Arizona and an Arizona Concealed Pistol Permit.

7-12-16 1656 hours, I was called by KCDPA Stephanie Brown. We will
coordinate in the morning.

7-12-16 1800 hours, Levi Desrosier, ATF called me and stated he submitted
the NICS form I submitted to the FBI and he will know on 7-13-16 what the
status is.

7-13-16 0930 hours, I coordinated with KCDPA Brennan and KCPA ITR
Supervisor Ann Mizuta. I briefed them on the detention of Canty. We
discussed Canty and some of the cases. I believed that one of the cases
16-242554 there was probable cause for his arrest, but the officer did not
arrest him or file charges. I stated that I would contact him.

7-13-16 1000 hours, I emailed information I had on the case to KCDPA
Brennan.

7-13-16 7-7-16 1045 hours, Detective Renihan contacted Ofc Culbertson
#7662 and interviewed him about SPD case #16-242554 which occurred on

16-1-06917-3 SEA                                              Canty_K  0039



**SEATTLE POLICE DEPARTMENT**
**NARRATIVE TEXT HARDCOPY**

GO# 2016-242554 ADMINISTRATIVE
CLEARANCE

1316-4 THREATS-OTHER

7-2-16. Ofc Culbertson stated that he was leaving 3 Ave and Dilling way and saw Suspect/Kyle L. Canty, B/M/█████-85. Ofc Culbertson has contacted S/Canty previously and was familiar with S/Canty. Ofc Culbertson stopped his vehicle and S/Canty was 30 to 40 feet away. Ofc Culbertson stayed in his vehicle, put down his window and said "Hi" to S/Canty. S/Canty started yelling about perceived harassment by police. S/Canty told Ofc Culbertson that he "was not afraid to throw bullets at him". Ofc Culbertson asked him "what do you mean?" and S/Canty responded "you know what I mean". Ofc Culbertson believed based on his training, knowledge and experience that he meant that "Throwing bullets" meant shooting. S/Canty then told the officer "you going to sit in your car and talk shit" and told him to get out of his car to see what would happen. Ofc Culbertson believed S/Canty was attempting to antagonize and bait Ofc Culbertson into getting out of the car. Ofc Culbertson believed that if he would have gotten out of the car he may have been assaulted by S/Canty. Ofc Culbertson believes S/Canty's behavior was shocking and that he wanted to fight him or other officers. S/Canty stated again that he would assault officers if they tried to put hands on him. S/Canty continued to try and get Ofc Culbertson to get out of his vehicle and Ofc Culbertson refused. Ofc Culbertson stated that he did not turn on his ICV because he was hyper focused on S/Canty's threatening words and making sure that Canty did not reach for a gun. Ofc Culbertson then left the area for another call. Ofc Culbertson completed an SPD report on the incident and requested a Hazard was posted in the NCIC database to alert other officers of the words and actions of S/Canty and that he may assault or shoot them. Ofc Culbertson believed he had probable cause to arrest S/Canty at the time of the incident, but did not arrest him due to officer safety considerations. Ofc Culbertson stated that he "legitimately believes S/Canty could be the next Christopher Monfort" and could kill an officer.

7-13-16 1129 hours, I sent the statement I took from Ofc Culbertson so he could review it.

7-13-16 1220 hours, Levi Desrosier, ATF called and stated that if Canty tried to buy a firearm he would be denied because he has outstanding arrest warrants in New York and Arizona.

7-13-16 1320 hours, I provided Documents to the King County Prosecutors office for Felony Charges of Harassment against Canty.

7-13-16 1343 hours, I was notified by Stephen A. Herschokowitz, Senior DPA, KCPAU that the Felony Harassment case against Canty was rush filed, State V. Kyle Canty (16-1-04902-4) and they are asking for a $50,000 warrant. 7-13-16 1435 hours, I picked up the warrant and walked it to SPD Data and it was entered into the NCIC system.



**SEATTLE POLICE DEPARTMENT**
**NARRATIVE TEXT HARDCOPY**

GO# 2016-242554 ADMINISTRATIVE                              1316-4 THREATS-OTHER
CLEARANCE

7-13-16 1520 hours, I coordinated with CIT that I have a warrant for
S/Canty and I will be booking him into KCJ. I requested assistance in
coordination with the Mental Health side in this matter.

7-13-16 1600 hours, Sgt Anderson and I coordinated with Gene Gonzalez,
Charge Nurse, HMC, 5th floor, Maleng building, 410 9th Ave., Seattle, WA
TP#206-744-5856

7-13-16 1700 hours, Sgt Anderson and I coordinated with Gene Gonzalez,
Charge Nurse, HMC, 5th and Maleng building, 410 9th Ave., Seattle, WA
TP#206-744-5856. AMR 915B, Staff-Kevin and Kenzie, arrived to transport
S/Canty. AMR went into the HMC unit and we did not assist.

7-13-16 1727 hours, S/Canty was brought out of the HMC unit on a gurney. He
had property of a black backpack, clear plastic bag with a sealed gray
envelope that was said to have his phone, brown sealed box and other
personal effects. S/Canty was transported down to the AMR vehicle. I
followed and carried his property. When we got down to the AMR I placed his
property in the trunk of a police vehicle. At 1730 hours I logged out on
West Radio that I was riding in AMR from HMC to the KCJ. 1731 hours AMR
started the transport. S/Canty was calm during the transport and did not
respond when I asked him for his address. 1737 hours AMR arrived at KCJ.
When being booked into KCJ I explained the property S/Canty had and they
said they would not accept it at the jail it would have to go to
Safekeeping. S/Canty's transport was under SPD #16-251200. I cleared it
with Harassment A. I put in the notes "arrest for spd case 16-242554,
transport".

When S/Canty was booked I left the jail in a police vehicle and when we
arrived at SPD HQ's I took S/Canty's property into SPD HQ's to prepare it
for the property room. I took photographs of S/Canty's black backpack,
clear HMC bag which had the sealed gray envelope, brown box and personal
items. I then separated the Brown box from the other items and placed it
into a brown bag because I was going to turn it in as "evidence". I placed
the clear HMC bag and contents into a brown bag as it was going to be for
safekeeping as well as the black backpack. I entered the items into the
electronic system for evidence at 1946 hours.

7-13-16 2025 hours, I placed all items with appropriate evidence tags and
markings in locker #18. I secured the locker and made sure it could not be
opened. I put safekeeping tags on the backpack and brown bag containing
the HMC bag and contents. I took the owner portion of the tag with me to
drop off at KCJ to put in S/Canty's property so he knows where he can get
his items when released from KCJ.



**SEATTLE POLICE DEPARTMENT**
**NARRATIVE TEXT HARDCOPY**

GO# 2016-242554 ADMINISTRATIVE
CLEARANCE

1316-4 THREATS-OTHER

7-14-16 1200 hours, prepared Rush File packet for King County Prosecutors
Office.

Author:**RENIHAN, TIMOTHY W**
Related date:**Jul-14-2016  (Thu.) 1250**

I hereby declare (certify) under penalty of perjury under the laws of the
State of Washington that this report is true and correct to the best of
my knowledge and belief (RCW 9A.72.085)

Electronically signed:
RENIHAN, TIMOTHY W          Date: Jul-14-2016        Place: Seattle, WA

**\*\*\* END OF HARDCOPY \*\*\***

16-1-06917-3 SEA                                    Canty_K  0042

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

THE STATE OF WASHINGTON,                    )
                              Plaintiff,     )
                                             )   No. 16-1-03103-6 SEA
        v.                                   )
                                             )
KYLE CANTY,                                  )
                              Defendant.     )   2nd AMENDED INFORMATION
                                             )
                                             )
                                             )
                                             )

        I, Daniel T. Satterberg, Prosecuting Attorney for King County in the name and by the authority of the State of Washington, do accuse KYLE CANTY of the following crime[s]: **Felony Harassment, Assault In The Third Degree**, committed as follows:

### Count 1  Felony Harassment

        That the defendant Kyle Canty in King County, Washington, on or about July 2, 2016, knowingly and without lawful authority, did threaten to cause bodily injury immediately or in the future to Sean Culbertson, by threatening to kill Sean Culbertson, and the words or conduct did place said person in reasonable fear that the threat would be carried out;

        Contrary to RCW 9A.46.020(1), (2)(b), and against the peace and dignity of the State of Washington.

### Count 2  Assault In The Third Degree

        That the defendant Kyle Canty in King County, Washington, on or about July 8, 2016, did intentionally assault Officer Marshall Coolidge, a law enforcement officer or other employee of a law enforcement agency who was performing official duties at the time of the assault;

        Contrary to RCW 9A.36.031(1)(g), and against the peace and dignity of the State of Washington.

                              DANIEL T. SATTERBERG
                              Prosecuting Attorney

**Daniel T. Satterberg**, Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 296-9000  FAX (206) 296-0955

CAUSE NO.   16-1-03103-6 SEA

<u>PROSECUTING ATTORNEY CASE SUMMARY AND REQUEST FOR BAIL AND/OR
CONDITIONS OF RELEASE</u>

The State incorporates by reference the Certification for Determination of Probable Cause

prepared by Detective Timothy William Renihan of the Seattle Police Department for case

number 2016-242554.


Pursuant to CrR 2.2(b)(2)(i, iv), the State requests bail be set in the amount of $50,000, as the

defendant presents a serious threat to the safety of the community. In the immediate case, the

defendant relayed to a police officer who was in full uniform and seated in a fully marked patrol

car that he "was not afraid to throw bullets" at him. The defendant then repeatedly attempted to

lure the officer out of his vehicle by using fighting words, causing the officer to ultimately leave

the area, in part to diffuse the contact, though the officer took the immediate steps of making

note in a national criminal database of the threat posed to law enforcement by the defendant. The

defendant has made contact with other officers on at least two other occasions within 48 hours of

this incident, and on both occasions he has intimated an interest in purchasing a firearm in

response to police contacts. The defendant was involuntarily detained the day after this incident,

pursuant to RCW 71.05.153, for the combination of his escalating behavior and mental disorders

presenting an imminent likelihood of serious harm to himself or others. The defendant continues

to pose a significant risk to the safety of the community, if he were to be released while this

charge is pending.


Prosecuting Attorney Case
Summary and Request for Bail
and/or Conditions of Release - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 296-9000  FAX (206) 296-0955

FOR LEGAL MAIL ONLY

Name: Kyle Lydell Canty
Bkg. # 2116035994
King County Correctional Facility
500 5th Ave
Seattle, WA 98104

Clerk U.S. District Court
U.S. Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

MAIL
RECEIVED
LODGED
FILED
JUL 19 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

Legal Mai

