The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SEATTLE, et. al., <br><br> Defendants. | No. 2:16-cv-01655-RAJ-JPD <br><br> NOTICE OF APPEARANCE |

TO: Kyle Lydell Canty, Plaintiff

AND TO: The Clerk of the Court

YOU AND EACH OF YOU will please take notice that Senior Deputy Prosecuting Attorney, **SAMANTHA D. KANNER**, hereby appears on behalf of defendants **King County, Melinda Hasegawa, and Gail Bonicalzi,** in the above-entitled action, without waiving the question of:

1. Lack of jurisdiction over the subject matter;
2. Lack of jurisdiction over the person;
3. Improper venue;
4. Insufficiency of process;
5. Insufficiency of service of process;
6. Failure to state a claim upon which relief may be granted;

NOTICE OF APPEARANCE
(16-cv-01655-RAJ-JPD) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

7. Failure to join a party under Rule 19; and,

8. Statute(s) of limitation.

You are hereby further notified that all further papers and pleadings herein, except for original process, shall be served upon the undersigned attorney at the address below stated.

DATED this 25 day of July, 2017.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: */s/ Samantha D. Kanner*
SAMANTHA D. KANNER, WSBA #36943
Senior Deputy Prosecuting Attorney
Attorneys for King County Defendants
500 Fourth Avenue, 9th Floor
Seattle, WA 98104
Telephone: (206) 296-8820
E-Mail: Samantha.Kanner@kingcounty.gov

### CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 25, 2017, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF E-Filing System and caused a copy of the same to be served on the following party via Regular USPS Mail:

**Kyle Lydell Canty BA #216035994**
**King County Jail**
**500 5th Ave**
**Seattle, WA 98104**

NOTICE OF APPEARANCE
(16-cv-01655-RAJ-JPD) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1  I certify under penalty of perjury under the laws of the United States and the State of
2  Washington that the foregoing is true and correct.

3  SIGNED and DATED this 25 day of July, 2017 in Seattle, Washington.

   */s/Lindsey Macalalad*
   LINDSEY MACALALAD
   Legal Secretary

NOTICE OF APPEARANCE
(16-cv-01655-RAJ-JPD) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819