The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY,

    Plaintiff,

vs.

CITY OF SEATTLE, et. al.,

    Defendants.

No. 2:16-cv-01655-RAJ-JPD

DEMAND FOR JURY OF TWELVE

Defendant King County demands this case be tried to a jury of twelve persons.

DATED this 25th day of July, 2017.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: */s/ Samantha D. Kanner*
SAMANTHA D. KANNER, WSBA #36943
Senior Deputy Prosecuting Attorney
Attorneys for King County Defendants
500 Fourth Avenue, 9th Floor
Seattle, WA 98104
Telephone: (206) 296-8820
E-Mail: Samantha.Kanner@kingcounty.gov

DEMAND FOR JURY OF TWELVE
(16-cv-01655-RAJ-JPD) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 25th, 2017, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF E-Filing System and caused a copy of the same to be served on the following party via Regular USPS Mail:

**Kyle Lydell Canty**
**BA #216035994**
**King County Jail**
**500 5th Ave**
**Seattle, WA 98104**

I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

SIGNED and DATED this 25th day of July, 2017 in Seattle, Washington.

/s/Lindsey Macalalad
LINDSEY MACALALAD
Legal Secretary

DEMAND FOR JURY OF TWELVE
(16-cv-01655-RAJ-JPD) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819