# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LODGED
RECEIVED

JUL 24 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

| | |
|---|---|
| KYLE LYDELL CANTY <br> Plaintiff, | Case No. 2:16-CV-01655-RAJ-JPD |
| VS | Plaintiff's RESPONSE TO DEFENDANTS ANSWER TO COMPLAINT FOR DAMAGES AND JURY DEMAND |
| CITY OF SEATTLE, et Al <br> Defendants. | |

COMES NOW, the Plaintiff Kyle Lydell Canty, In Propria Persona and of Sui Juris on the 14th day of the month of July year 2017, moves this Court Pursuant to a required response (FRCP)

Plaintiff Kyle Lydell Canty, in response to Defendant City of Seattle and it's officers, answer

P 1 of 17

to Complaint for Damages and
Jury demand

1.) Plaintiff and the Whole World
already Knows that this Court
has Jurisdiction over Civil actions
arising Under the Constitution
of the United States.

2.) Plaintiff and the Whole World
already Knows that the Western
District of Washington Federal
Court is a Proper venue for this
matter

3. Defendants are With Knowledge
and Sufficient information to deter-
mine Whether or not Plaintiff
Was and Still is a homeless resi-
dent of the City of Seattle,
Pursuant to LCR 16, 26 - the Plain-
tiff has Provided early discover-
for all defendants, and the
Narator of these Computer typed
documents is the City of

P2 of 17

Seattle's very own timothy Renihan, along with other involved City and County defendants and Personal. Timothy Renihan in his own Case file reports admits that the City of Seattle and it's officers went to local homeless shelters to try to locate the Plaintiff, along with King County employee's. Timothy in his own Case file reports list for the Plaintiff a address of 77 S. Washington Street, Seattle WA 98104, this address is the address that a lot of homeless people use in the City of Seattle.

4.) Plaintiff and the whole world already knows that the City of Seattle is a municipal Corportation under the laws of the State of Washington as well as Title 26 U.S.C, = The lovely legal assistant Kathie Fudge forgot to add that Part in, so the Plaintiff will help

her out by stating this fact. The City of Seattle and it's officers are a local government under State and Federal laws

5.) Plaintiff and the whole world already knows that the scumbags King County, nor it's employee's have not responded back at all, however the Plaintiff is taking care of this issue.

6.) Plaintiff and the whole world already knows what the Plaintiff has said about the scumbag Timothy Renihan is true. The defendant can't deny anything if it's his own case file reports

7.) Plaintiff and the whole world already knows what the Plaintiff has said about the scumbag Sean Culbertson is true, the posted youtube video's prove it

P 4 of 17

8.) Plaintiff and the Whole World already Knows that What the Plaintiff has Said about the Scumbag Marshall Coolige, is true

9.) Plaintiff and the Whole World already Knows What the Plaintiff has Said about the Scumbag, now Known as Andrew Hancock is true

10.) Plaintiff and the Whole World already Knows What the Plaintiff has Said about the defendant Gail Bonicalzi is true, the Plaintiff's medical records number is H3972310 from the date of 07/08/2016, the Plaintiff already reviewed the medical records last year and So did King County, and the City of Seattle, the Plaintiff's medical records lists the defendants involved, there is even a property inventory list of What Personal Property the Plaintiff Came into Harborview

P 5 of 17

Medical Center With and left
With on his Way to King County
Correctional facility in the
Custody of Timothy Renihan
Pursuant to RCW Chapter 71.
Rn Gina employeed by Haborview
medical Center did a excellent Job
taking a very detailed Personal
Property inventory list of the
Plaintiff, and it's a direct match
to the notice and declaration
of Stolen and extensive Personal
Property damage and loss items

11.) Plaintiff and the Whole World
already Knows What the Plaintiff
has Said about the defendant
Melinda Hasegawa is true, if not
then Where did the Plaintiff get
her name from, and a even better
Question is, Why is the City of
Seattle responding for King
County and it's employee's?

12.) Plaintiff and the early discovery, exhibits, and material evidence that has already been provided to all defendants pursuant to LCR 16,26 and Rule 29 (FRCP) prove by facts that the Scumbag defendants, oops officers were working in their "official capacity and acted "under Color of State law" uniforms, badge, Guns, (Glocks, AR 15 assault riffles, bullet proof vests worn on the outside of the body, Gi Jo battle gear) hmm the Plaintiff would say the City of Seattle and it's officers were working in their "official capacity and acted "under color of State law, also the Plaintiff has provided what's known in the State of Washington as the information charge sheet, because of course Washington state is the only state in America that don't use or need indict-ments they use what's called

P7 of 17

information (Refer to the Washington State Screwed up Constitution for further details)

13.) Plaintiff, the whole world, and the defendants are with knowledge and sufficient factual basis to determine whether the Plaintiff proclaimed his innocence defendants Timothy Renihan, Sean Culbertson, and Marshall Coolidge all were in King County Superior Court (Seattle) and witnessed the Plaintiff, at that time he was the defendant representing himself better known as "Pro Se" to defend against the charges of felony harassing Police officer Sean Culbertson, and felony assaulting Police officer Marshall Coolidge - State of Washington vs. Kyle Canty - Cause No 16-1-03103-6 SEA, this case was dimissed with prejudice because of a brady violation

P 8 of 17

intentionally destroying MR. Canty's Cell Phone in Which had multiple video's of the Seattle Police department and it's officers Stalking, harassing, and threatening MR. Canty for months and months on the streets of downtown Seattle Wa, also detective Timothy came on the official Court record and admitted that all of MR. Canty's Personal Property had been destroyed in order for the evidence not to be seen by the Jury

14.) Timothy Renihan the defendant is unable to deny what he typed and Signed in his own case file reports (Please See early discovery that Plaintiff Provided to the defendants and Courts Pursuant to LCR 16,26 and Rule 29 (FRCP)

15. Defendants King County and

P 9 of 17

it's employees failed to respond
back at all, and the City of
Seattle's attorney's are not
representing King County and
it's employee's not to the
Plaintiff's Knowledge or the
Courts Knowledge.

16.) The Plaintiff's medical records
from Harborview medical Center
Prove true to what he says

17.) The No Probable Cause State-
ment for MR. Canty was already
Provided to the Courts in the
form of a exhibit and is apart
of the early discovery.

18.) The Plaintiff has provided
early discovery, Timothy Renihan
tells on himself and the whole
Police force in his own narative

19.) The Plaintiff was able to
tell his outside Sources to

P 10 of 17

Upload and release the video's on youtube of Police officer Sean Culbertson Stalking, and attempting to kill Plaintiff by trying to run him over in the alley, also video of a witness giving her accounts to what she witnessed Sean Culbertson doing.

20.) The Plaintiff left a paper-trail of the real and true internal affairs complaint that he filed with that department, and then he filed the same complaint with the City clerks office and with the Mayor's office regarding the now known Police officer Sean Culbertson.

21.) The defendant Timothy Renihan told on himself when he produced the no Probable Cause bulletin, but still aressted the Plaintiff twice? WTF

P11 of 17

22.) The Defendants are not able to deny that the Plaintiff was arrested and incarcerated without Probable Cause. When The Worlds dumbest Criminal Timothy Renihan Produced a "No Probable Cause Arrest" bulletin for the Plaintiff and then turns around and arrests the Plaintiff twice, and also this scumbag left this bulletin in the Plaintiff's medical records on accident and when the Plaintiff requested his own medical records the bulletin was in the medical records.

23.) Plaintiff reassert responses to Paragraph 1-22

24.) The Plaintiff now introduces by name Sgt. Fiorini, she is the internal affairs police officer who chose not to investigate and take the Plaintiffs

internal affairs Complaint serio-
us and then sent Plaintiff a
email saying the investigation
Was closed, she made sure the
Plaintiff was in the King County
Jail first.

25.) The Defendants own written
testimony prove the allegations

26.) City of Seattle and it's
officers Can't answer for King
County and it's employee's.

27.) Timothy Renihan's own written
testimony proves that he is
guilty as Charged.

28.) Defendant King County nor
it's employee's have responded
back as directed by the Courts.

29.) Defendant King County nor
it's employee's have responded
back as directed by the Courts.

P 13 of 17

30.) The Jury Will decide.

31.) The Jury Will decide.

32.) The Jury Will decide.

33.) The Courts and Jury Will decide.

34.) The Hon. James P. Donohue and Richard A. Jones Will decide.

35.) The Jury and Courts Will decide.

36.) The Jury and Courts Will decide.

37.) LCR 38 and Courts Will decide.

38.) FRCP RULES and Courts Will decide.

39.) The Courts Will decide.

P 14 of 17

# IV. Defendants Prayer for relief

The Plaintiff is the one Who has Suffered here, not any of the defendants. all of the defendants Should Stop forcing human beings to go through all of the Pain, extreme fear, Suffering, loss of liberty, intentional infliction of emotional distress, and neglect The Defendant Should not be entitled to any fee's even if the Jury makes the Wrong decision.

## Defendants Affirmative Defenses

1. Plaintiff, the Whole World, and the defendants Knows the Plaintiff's inJuries Were Caused by the defendant's according to the defendant's own Written testimony.

2. The Defendants, Plaintiff, and Courts already Know that if the Plaintiff had failed to State

a Claim upon Which relief may be granted, then the amended Complaint Would not have been Served at all, the Complaints are Screened by the Courts very Well.

3. The Jury decides this!

4. The Jury decides this!

5. Plaintiff has done legal research, and Constitutional law and Washington State law Clearly Points out the defendants are not immune, the Plaintiff needs to make an example out of the defendants Since they Seem to think that they're above the laws of the United States

6. Plaintiff once again has studied the United States Constitution

7. Lets Let the Jury Decide!

P16 of 17

(Attached Exhibits 1-7 pgs medical recs)
Attached Exhibits K 1-4 pgs, and L 1-2 pgs

8. The Defendants did not act in good faith performance of their official duties and did not follow specific U.S. Constitutional laws nor did they follow procedures pertaining to the Plaintiff's personal property, Civil Commitment, thus causing Plaintiff to be illegally arrested twice, and spending about five months in King County Correctional facility. This was done intentionally to the Plaintiff because he is Black and of African descent. The defendants are not immune from the matters in this suit, nor are the defendants above U.S. Constitutional law

Prepared by:

X 07/14/2017

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

P 17 of 17

Exhibit K 1-4 pgs



## SEATTLE POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### KC PROSECUTOR RELEASE COPY
#### (1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

Follow Up Report #   1

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | SUPPLEMENTAL |
| **Author** | 6293 - RENIHAN, TIMOTHY W |
| **Subject** | FOLLOW UP DETECTIVE RENIHAN |
| **Related Date/Time** | JUL-14-2016 (THU.) 1250 |

```
Suspect- CANTY, Kyle Lydell B/M/7-20-1985
77 S.Washington St., Seattle, WA 98104
No TP#
CCN:1943622
$50,000.00 Bail

Victim- Culbertson, Sean (SPD)
810 Virgina St, Seattle, WA 98101
TP# 206-625-5011


Investigation:
7-7-16 1330 hours, I was assigned this case in the possible threats made by
Kyle L. Canty 7-20-85. I was given an email from Sgt Fiorini, OPA. Canty
had come into the office today and complained about SPD Officers and that
he was going to buy a gun to defend himself.

7-7-16 1335 hours, I called Supervisory Deputy Marshal Ray Fleck,
TP#370-8604. He stated Brittany Cirineo, US Courthouse, Civil Rights
Division, Admin received a call today about 1230 hours. He stated his name
was Kyle Canty. He was upset and stated he would shoot SPD officers if he
doesn't get what he wants. He then called back and left a voice mail for
Michael Diaz, TP#553-4358. Fleck forwarded me the voicemail and the email
that Cirineo sent to her boss describing the call she had with Canty. I
listened to the call. There were no threats.

7-7-16 1400 hours, I conducted Law Enforcement checks for Canty. He has no
DOL photo, No booking photo at KCJ, LINX-the latest report was 1-9-15,
15-9025, Disturbance. There is no vehicle or cell phone associated with
Canty. NCIC revealed a hazard for threatening officers and 2 contacts with
SPD officers on 7-2-16 and 7-5-16.

7-7-16 1600 hours, I created an Officer Safety Bulletin and Lt Barden
approved it and it was sent to SPD SWORN.

7-7-16 1800 hours, There was a protest in Seattle about the police
shootings. I was working the protest. Canty was at the protest wearing a
Black baseball cap, dark jacket, red t-shirt, gray sweat bottoms and
```



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
KC PROSECUTOR RELEASE COPY
(1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

Follow Up Report #   1

holding a brown box. He was videotaping officers. During the protest he told SPD officers that in the box were 30 round extended magazines and he was going to buy a Glock 19.

7-8-16 0940 hours, I coordinated with USMS Fleck if Canty comes in to the US Courthouse.

7-8-16 1000 hours, I received an email from Sgt Fiorini that he actually came into OPA on Tuesday 7-5-16 and then called her on 7-6-16.

7-8-16 1032 hours, I contacted Sgt Pisconski, CIT. He stated that he Ofc Chan and MHP Andriginis are going to local shelters to see if they can obtain more information about Canty. Sgt Pisconski stated that Canty was assaulted a week ago by a female, 16-223269. In the remarks of the report he lists 1700-7th Ave. Suite 116, unit 365. A search reveals that is a UPS store by the US Courthouse.

7-8-16 1055 hours, Ofc Torres called Work Cell 206-492-9710. He stated that Canty came into the City Attorney's office on the 27th wanted to talk to Pete Holmes and was intimidating the receptionist. A case was written 16-230940.

7-8-16 1105 hours, I contacted USMS Fleck and provided him the time Canty was in front of the courthouse for the protest last night. He then sent me photos of Canty at the US Courthouse. USMS Fleck stated that they are going to review seeking charges for having weapons on the courthouse property since he admitted having ammo magazines in his box and that he was going to buy a Glock 19 next. In Violation of CFR- 41 CFR 102-74.440 Weapons. Weapons (41 CFR 102-74.440). Federal law prohibits the possession of firearms or other dangerous weapons in Federal facilities and Federal court facilities by all persons not specifically authorized by Title 18, United States Code, Section 930. Violators will be subject to fine and/or imprisonment for periods up to five (5) years. In addition, a court order also prevents persons from bringing or bearing any firearm or other dangerous weapon into the U.S. courthouse. The courthouse also includes the property adjacent and underneath.

7-8-16 1120 hours, I contacted Doug Larm, WSFC, requested they send the bulletin out on Canty to obtain any information. In an article Canty was in, he states "several outstanding charges in multiple states for things including jaywalking, issuing threats, disorderly conduct and resisting arrest."

7-8-16 1130 hours, I contacted Det Fry who talked with Canty at the Protest. Canty told her "there are 2 magazines in the box, extended, hoping to buy a Glock 19 next". "Google the state of Washington, anyone can buy a gun unless a felon or DV".

7-8-16 1140 hours, pictures from the protest of Canty with the Box at the Courthouse. One picture of the box has his name on it Kyle Canty. I sent



the pictures to USMS Fleck.

7-8-16 1201 hours, I received an email from Ofc Torres. It documents Canty coming to the City Prosecutors office and his conversation.

7-8-16 1247 hours, I ran NCIC for Canty in Oregon and Canada for CCW and Felony offender reporting system (FORS) with negative results on all.

7-8-16 1250 hours, I read the article in the paper November 11, 2015 where Canty sought asylum in Canada and he was refused.

7-8-16 1255 hours, I requested Canty's passport information from Det Jennings, SPD and ICE TFO.

7-8-16 1256 hours, I requested Canty be run thru Federal Databases. A/Sgt James, SPD and FBI TFO, stated that he would do that.

7-8-16 1305 hours, I was provided SPD reports and NCIC III of Canty by Det Jennings. It showed a state ID in Oregon and New York.

7-8-16 1330 hours, I contacted Det David Baca, CIT, Albuquerque New Mexico PD 505-924-6000. He will research Canty and provide the information.

7-8-16 1335 hours, I received the passport information for Canty. His US passport # is 458384386. He listed an Arizona ID card on the application. He went outbound in September 2015 and returned Dec 2015.

7-8-16 1400 hours, I received information from Det Baca about Canty. It lists 33 contacts with Tucson PD.

7-8-16 1430 hours, I contacted Tucson PD warrant section, TP#520-791-4645. Canty does have warrants, but they will not extradite.

7-8-16 1450 hours, I received Information form FBI supervisor Carolyn Woodbury. Canty has gone into numerous FBI offices to include the Seattle FBI office.

7-8-16 1500 hours, US Marshal's Supervisor Fleck stated that Canty stating he had gun magazines in his box on the US Courthouse property will not warrant Federal Charges.

7-8-16 1535 hours, A/Lt Allen, A/Sgt James and I conference call Sgt Pisconski. I provided the known facts and that we had enough for an emergent detention to protect Canty from himself and others. Sgt Pisconski agreed with that assessment.

7-8-16 1600 hours, I was told to contact the receptionist at the Seattle Police Chiefs office in regards to Canty calling. I talked with Jill Paderes, Admin. She stated that he called from a blocked number, but he identified himself as Kyle Canty. She talked to him at least 3 times. 1st

## SEATTLE POLICE DEPARTMENT
### GENERAL OFFENSE HARDCOPY
#### KC PROSECUTOR RELEASE COPY
#### (1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

**Follow Up Report #  1**

7-8-16 1900 hours, SWAT detained Canty at 4th ave and Pike St. I responded
to the scene with A/Sgt James. Canty was on the ground and was upset,
struggling and would not listen. There were 2 officers holding him down on
his side and he was handcuffed. He was not in distress or injured. I tried
to deescalate the situation. I told Canty my name was Detective Renihan
with SPD. He was being taken to the hospital for a mental health assessment
and it was involuntary. He stated he didn't need help and talked over me.

7-8-16 1909 hours, AMR employee #909, Brittany, arrived. I briefed her on
the situation that Canty was to be taken to HMC for a mental health
evaluation. She asked if I wanted restraints on him and I said yes. Canty
was placed on the Gurney and kneed Ofc Coolidge in the side of the head as
they put him on the Gurney. It knocked Ofc Coolidge off balance and to the
ground, he then held his head. After several minutes of struggling and
officers trying to deescalate Canty he was secure in the gurney. Due to
his hostile and struggling behavior a SWAT officer rode in the back of the
AMR with Canty and a SWAT vehicle followed.

7-8-16 1918 hours, Canty was transported to HMC.

7-8-16 1920 hours, I called the DMHP's and briefed her on Canty.

7-8-16 1925 hours, (+-)we arrived at HMC. Canty was taken inside the ER.
He was loud and still struggling. He was taken back to the mental health
section. I took photos of his black bag, contents in his hat, the brown
box he was carrying. I went thru the black bag for safety reasons and
located no weapons. I looked at the contents of his hat and there were no
weapons. I provided all the items to a HMC security guard who took them
back to where Canty was. I then filled out the SPD Emergent Evaluation
Card.
I provided the Emergent Evaluation card and the SPD Officer Safety
bulletin on Canty to the HMC Social Worker.

7-9-16 1145 hours, I was contacted by DMHP Bonicalzi, King County Crisis
and Commitment and told that they are placing a Psychiatric hold on Canty.
He will have Mental Health Court on Wednesday, July 13th.

7-11-6 I contacted Brittany Cirienio, US Attorney's office. She stated
that when Canty called on 7-7-16 he stated that he believes police are
trying to get him. He sought refugee status in Canada because police are
trying to murder him. He talked about see an SPD patrol car with the keys
in it and running. He saw the officers in a Starbucks and stomped in and
screamed that they are wasting taxpayer money. He became loud and angry
with Cirienio and called her stupid. Canty stated he is suing FBI, DOJ for
mishandling cases. He stated if Police come towards him he will start
shooting up SPD officers.

7-12-16 0930 hours, I called Tucson PD Records, TP#520-791-4462,
Fax-520-791-5418. I talked with Police Records Supervisor Laura Hodgson.
She would review TPD records for Canty and fax them. CCW's are handled by

Exhibit L 1-2 Pgs



**SEATTLE POLICE DEPARTMENT**

**STREET CHECK / FIELD INTERVIEW HARDCOPY**

SC# 2016-2778

---

## Related Text Page(s)

| | |
|---|---|
| **Document** | NOTES |
| **Author** | 7662 - CULBERTSON, SEAN D |
| **Subject** | NOTES |
| **Related Date/Time** | JUL-02-2016 (SAT.) 0601 |

---

ICV was not used.

On 7/2/16 at approximately 0510, I volunteered to back an officer on a down
subject at 6 Ave / Yesler Way. Prior to volunteering I was on routine
patrol in the 300 Block of Dilling Way, in a fully marked patrol vehicle
and full uniform.

After being dispatched to the call I turned my patrol vehicle around as the
intersection at 3 Ave / Dilling Way is currently partially closed for
construction. As I began to proceed out of the parking lot I saw a male
that I recognized as CANTY. He was walking WB on the side walk. It appeared
that he was looking at me and saying something. I rolled down my window and
said "Hi Kyle." CANTY proceeded to yell about perceived harassment by
police. He told me that he was not afraid to "throw bullets" at me and
other officers, referring to shooting police officers. CANTY stated that he
knew who we were and proceeded to take a picture of me in my patrol
vehicle. CANTY was yelling obscenities as well, including "FUCKER" and
"MOTHERFUCKER". Since I was dispatched to another call I began to move
forward slightly. CANTY stated that that was all I was going to do, "Sit in
your car and talk shit." He said that I should get out of my car and see
what happens. I laughed as it appeared that CANTY was attempting to
antagonize me into a fight with him and I was shocked at his behavior. It
appeared to me that he wanted to fight with me and/or other officers. CANTY
also stated that he would assault officers if they tried to put hands on
him for any reason. Towards the end of the contact, as CANTY was trying to
antagonize me into getting out of my patrol vehicle, I told CANTY that "he
was not worth it, that it was not worth it." Meaning to get out of my
patrol vehicle and escalate a situation with him was not worth it. {er
descalation training I left the area.

I remained in my vehicle during the entire contact, which lasted about 30
seconds. After which I proceeded to finish the call at 6 Ave / Yesler Way
and then ran a records check of CANTY. Since 6/20/16 he has had 3 RMS
entries. One as the victim of an assault. One in which he contacted the
corporate offices for "Office Max" in Florida and left a threatening
message in which he stated "situations like this gets people shot." CANTY
had recently resigned from the local "Office Max" in Seattle. The last RMS
entry was on 6/29/16 in which CANTY was involved in a disturbance with the
reception staff at the Seattle City Attorney's Office. The report for the

16-1-06917-3 SEA                                          Canty_K 0289



## SEATTLE POLICE DEPARTMENT
### STREET CHECK / FIELD INTERVIEW HARDCOPY

SC# 2016-2778

disturbance listed CANTY as confrontational, aggressive, and hostile toward the reception staff causing them to be fearful and alarmed.

I did not activate my ICV as I was focused on CANTY and the threatening statements he was making towards me and did not know if he truly possessed a firearm with which to carry out his threats. At the time of the contact and this report I was not aware if CANTY suffered from any type of mental illness.

I made a hazard report about CANTY to be entered in as officer safety information for the threats that were made.

Screened by SGT Sather 6855.

I hereby declare (certify) under penalty of perjury under the laws of the State of Washington that this report is true and correct to the best of my knowledge and belief (RCW 9A.72.085)

Electronically signed:
CULBERTSON, SEAN D          Date:      Jul-02-2016      Place: Seattle, WA

Exhibit 1-7 past medical records

(Exhibit 1)

H 3972310
E 7/8/2016
T# 119665198

**RECEIVED**

SEP 14 2016

**58356**

RELEASE OF INFORMATION

Hello,

Wonderful staff of Harborview medical Center, the reason for this letter is a records-request pursuant to RCW 71.05.620(C). MR. Kyle Canty that being me is in need of the medical records and whole file pursuant to RCW 71.05.153 (Emergent detention of persons with mental disorders, or what some might call involuntary commit-ment. The time and date of the incident was July 8th 2016, around 7p.m-8pm, MR. Canty's release was on July 13th 2016, 72 hour period not including Sat, or Sun, July 8th 2016 was on a Friday.

Whole file in this letter means, but is not limited to: names of MR. Canty's RN's, doctors, all written reports, names of dmhp's, police officers names involved, attorney's, Judges, Court findings ect ect, MR. Canty was only at Harborview medical center for a short period of time harborview released MR. Canty, therefore this records request is with good intentions.

( Exhibit 1 )

58356

also, MR. Canty enjoyed the wonderful
staff at harborview medical center
for the most part. the RN'S were
really nice to MR. Canty.
The food wasn't bad either!!

MR. Canty needs this file rush delivered
Thanks ☺
Prepared by:

2
KYLE Canty

Booking number: 216020036

2  09/10/2016

DOB 07/20/1985
There was very
little information
given by MR. Canty
MR. Canty never
gave harborview
his "SSN".
MR. Cany was provided
With a blue wristband
and he had a phone
Conversation with
risk management (Jeff)

KYLE Canty
500 5th AVE
Seattle WA
98104

King County Jail

This is not
haborview
medical
centers
fault!!

H3972310

(Exhibit) filed in federal Court 7/26/2016 5:06:22 AM



## *Criminal Information Bulletin* 58356
### Criminal Intelligence Section

| Headquarters | Date: 7/8/2016 |
|---|---|

Bulletin prepared by: Detective Renihan — Phone: (206) 684-8770

# OFFICER SAFETY BULLETIN

## THREATS TO SHOOT POLICE OFFICERS/CRISIS



H3972310 BD:7/20/1985 30YH
CANTY
KYLE
H EMERGENCY DEPARTMENT
DOS:7/9/2016
Enc:1806805415   RES:

KYLE L. CANTY  B/M/7-20-85  5'07/160
LKA: 77 S.Washington
NO Known vehicles

### *There is no probable Cause for his Arrest.*

THERE IS A HAZARD IN NCIC RECORD IN NCIC FOR THREATENING TO SHOOT OFFICERS.

THIS INFORMATION IS PROVIDED FOR OFFICER SAFETY DUE TO HIS ACTIONS/WORDS AND ESCALATING ANGER AND FOCUS ON THE POLICE.

**On 7-2-16** — Canty approached an SPD officer on a call and yelled obscenities. Canty stated that he would assault officers if they tried to put hands on him for any reason.

**On 7-5-16** — Canty approached SPD Officers at a Starbucks and was videotaping them. Canty made the statements "you want a war with me, you don't want a war with me", " I know where you guys hang out stop harassing me" "do you know about the gun laws in the state of Washington", "It's in your best interest to stop harassing me".

**On 7-6-16** — Canty went to the Seattle Police Department OPA office saying he was feeling harassed and threatened by police. He stated that he planned to purchase a firearm to defend himself. He said he would shoot officers if they pulled a gun or taser on him without a warrant.

**On 7-7-16** — Canty called the US Attorney's office in Seattle and became upset with the receptionist and stated that he would "start shooting SPD officers if he doesn't get the help he wants". He then called back and left a message that he feels his life has been threatened by the police department and he will protect himself by using deadly force".

CONFIDENTIAL - POLICE USE ONLY - DISPOSE OF IN SHREDDER ONLY

NOT FOR PUBLIC DISPLAY OR DISTRIBUTION — DO NOT FORWARD OR COPY

Page 1 of 1

| HMC | Patient: CANTY, KYLE (H3972310) | Doc pg 4 of 7 | Job pg 102 of 148 | Req Id: | rsargent : 09/29/16 17:59:09 |

# AMR SEATTLE OPERATIONS
## PRE-HOSPITAL CARE REPORT SIGNATURES
### SEATTLE

Case #: 839504                    Unit ID: 909C                         Date: 7/8/2016

**AMR CREW MEMBERS**

CREW 1
NAME:  HOLM, BRITTNEY, AMR
NUMBER:  60596540
CERTIFICATION:  EMT

CREW 2
NAME:  BENITEZ, WENDY, AMR
NUMBER:  1173732
CERTIFICATION:  EMT

**DESTINATION**

TURNED OVER TO:  KATIE, RN

🕐 07/08/2016 8:55 PM          AMR                    → HARBORVIEW MEDICAL CTR

## NARRATIVE

RESPONDED TO A 911 CALL FOR A 30 YR OLD M

S
PER SPD OFFICERS CALLED AMR TO TRANSPORT THE PT DUE TO THE PT MAKING VERBAL THREATS TO SHOOT AND KILL OFFICERS. PER SPD DETECTIVE THE PT HAS BEEN UNDER THEIR RADAR FOR NUMEROUS MONTHS AND DURING THIS TIME PERIOD THE PT HAS MADE THREATS TOWARDS THE POLICE AND FBI THREATENING TO SHOOT AND KILL THEM. PER SPD AND US MARSHALLS THE PT STATED HE WAS TRYING TO FIND A HAND GUN TODAY. PER SPD THE PT WAS WALKING AROUND WITH A BOX OF MAGAZINES IN SEARCH OF A GUN. THE PT DENIED ANY MEDICAL CARE. THE PT DENIED TO SPEAK TO MYSELF AND OR MY PARTNER. THE PT DENIED TO ANSWER ANY OF THE QUESTIONS I HAD FOR HIM.

PER OFFICERS THE PT HAS A KNOWN MENTAL HEALTH MEDICAL HX
O
UPON ARRIVAL THE PT IS SEEN LYING DOWN ON HIS STOMACH WITH SPD OFFICERS RESTRAINING HIM WITH SPD OFFICERS HOLDING HIM DOWN. THE PT'S HANDS ARE IN CUFFS AND BEHIND HIS BACK. THE PT IS OBSERVED SHOUTING "I WANT A LAWYER, I WANT A LAWYER, ETC". THE PT IS OBSERVED ABLE TO SPEAK/ SHOUT IN FULL SENTENCES. THE PT IS OBSERVED ABLE TO BREATH ADEQUATELY WITH EQUAL CHEST RISE AND FALL. THE PT IS AT THIS TIME PLACED ON THE GURNEY BY SPD AND AMR PERSONNEL. THE PT'S LEGS ARE PUT INTO RESTRAINTS AND THE PT'S ARMS REMAIN IN HANDCUFFS. THE PT IS SEAT BELTED TO THE GURNEY AND PLACED INTO THE AMBULANCE. THE PT DID NOT LET ME TAKE A SET OF VITALS. THE PT WAS UNCOOPERATIVE TO UNCUFF AND TAKE HIS JACKET OFF TO TAKE A SET OF VITALS. SPD WOULD NOT ALLOW THE CUFFS TO BE REMOVED. HEAD TO TOE EXAM (COMPLLETED VISUALLY) DID NOT REVEAL ANY ABNORMALITIES OR DEFORMITIES AT THIS TIME.

PLEASE SEE OBJECTIVE FINDINGS FOR FURTHER INFORMATION.

LUNG SOUNDS CLEAR AND EQUAL BI LAT GCS 15 GOOD CMS PUPILS PERRL

A
INVOL BY SPD AND MARSHALLS

P
LOADED THE PT ONTO THE GURNEY
PLACED LEG RESTRAINTS ON THE PT AND THE PT'S ARMS REMAINED HANDCUFFED BEHIND HIS BACK
LOADED THE PT INTO THE AMBULANCE
HEAD TO TOE EXAM COMPLETED VISUALLY
TRANSPORTED THE PT TO HMC ED
TRANSFERRED CARE TO THE RN IN ED PEZ
GAVE VERBAL REPORT

TWO OFFICERS RODE WITH IN THE AMBULANCE TO THE HOSPITAL

*ALL COMPLETED W/O INCIDENT

## FOLLOW-UP-CARE

FOLLOW-UP:  |                    FOLLOW-UP-DATE:              FOLLOW-UP-TIME:

FOLLOW-UP CARE:

## RUN COMPLETION

PRIVACY PRACTICES: DUE TO THE PATIENT'S MEDICAL CONDITION, A PAPER VERSION OF THE NOTICE WAS LEFT AT THE HOSPITAL FOR T.

( Exhibit 3 )

7/26/2016 3:06:22 AM

**CERTIFICATION FOR PATIENT TRANSFER**

58356

**N U R S I N G**

**P A T I E N T**

**TO BE COMPLETED BY NURSING**

Medical records and other documents sent:
☑ with patient   ☐ via fax   ☐ other

Vitals prior to transfer: time: _____
Pulse: 13   Temp 36.1   R: _____   BP: _____
Pain scale 1-10 (high): _____

Report given to: NA (name)   (dept.)
Time of transfer: _____

_Fallen Faille_   7/13/16   1635
Nurse's Signature        Date/Time

**TO BE COMPLETED BY PATIENT**

☐ I CONSENT to transfer to another facility.
My physician has explained the risks and
benefits of this transfer and his/her opinion
that the potential benefits to me outweigh the
risks.

**OR**

☐ I REFUSE transfer. My physician has
explained the risks and benefits of this
transfer and his/her opinion that the potential
benefits to me outweigh the risks. I refuse
transfer because:

_Pt unable to sign_
The patient or patient representative refused
transfer/treatment after being fully informed
of the medical risks/benefits of the proposed
transfer/treatment including the effect of
nontreatment for the medical condition.

Patient/Patient Representative Signature & Date
☐ Parent   ☑ Guardian
☐ Spouse/Registered Domestic Partner
☑ Healthcare Power of Attorney

**Other Notes:**

D/C to Jail via
AMR

PT.NO.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖
H3972310   JUL 20, 1985   30Y M
NAME
CANTY
KYLE

H-5MB
DOS:07/08/16   ROMM MD, SHARON
Enc:1806805415   UPIN:#C62830

DOB

**UW Medicine**
Harborview Medical Center – UW Medical Center
Northwest Hospital & Medical Center – University of Washington Physicians
Seattle, Washington
**CERTIFICATION FOR PATIENT TRANSFER
TO ACUTE CARE / ALTERNATE FACILITY (PG 2 OF 2)**


*U2096*

WHITE – MEDICAL RECORD
CANARY – TRANSFERS WITH PATIENT

UH2096 REV OCT 07

CANTY, KYLE H3972310
Psychiatry Emergency Svcs Note Modified
Service Date: Jul-08-2016
Dictated by Morrison, Andrea Monique on Jul-08-2016

(Exhibit 2)

 58356

## ED RN PES Admit HMC

### GENERAL INFORMATION:
PES arrival
   Date/Time: 7/8/2016 19:40:00.
HMC MHP Evaluation
   Date/Time: 7/8/2016 19:40:00.
   Name: Andrea M.
KCD MHP Referral
Date/Time: 7/9/2016 07:55:00 .
Searched by
   Date/Time: 7/8/2016 19:40:00.
   Name: Ray, MHS and DPS.

### VITAL SIGNS:
Vital Signs Data

| 7/8/2016 19:29 | | |
|---|---|---|
| Temperature - C | 36.8 degC | |
| Temperature Source | Temporal Artery | |
| Heart Rate | 105 bpm | High |
| Respiratory Rate | 14 br/min | |
| SBP - Noninvasive | 148 mmHg | High |
| DBP - Noninvasive | 96 mmHg | High |

### ALLERGIES:

No Allergies Documented.

### MEDICATIONS:

Pt denies taking medications

### MEDICAL CONDITIONS:
Pt denies medical conditions

### ASSESSMENT:
Suicidal Ideation: No.
Homicidal Ideation: No.
Auditory/Visual Hallucinations: No.
Command Auditory Hallucinations: No.
Alcohol: No.



Name Kyle Odell Canty

Bkg.# 216038994

King County Correctional Facility

500 5th Ave

Seattle, WA 98104

Clerk, U.S. DISTRICT Court

U.S. Courthouse

700 Stewart Street, Suite 2310

Seattle WA, 98101

FILED

LODGED

RECEIVED

JUL 24 2017

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY