UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FILED LODGED RECEIVED MAIL
JUL 25 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

| KYLE LYDELL CANTY | Case No. 2:16-CV-01655- |
| Plaintiff, | RAJ-JPD |
| VS. | MOTION PURSUANT TO "UNDER COLOR OF STATE LAW" DEFINITION |
| CITY OF SEATTLE, et al Defendants. | |
| | NOTE ON MOTION CALENDAR AUGUST 4, 2017 |

COMES NOW, the Plaintiff Kyle Lydell Canty, In Propria Persona and of Sui Juris on the 16th day of July year 2017, moves this Court and all Defendants pursuant to Rule of Law, Common Law, U.S. Constitutional Law,

P. 1 of 4
U.C.O.S.L.

U.S. Case Law, and The Blacks Law Dictionary.

I. Statement of Facts

Defendants City of Seattle, and it's officers by way of it's legal assistant Kathie Fudge has challenged the legal Definition of - "Under Color of State law." When the defendants responded back to the Plaintiff in the "Defendants Answer to Complaint for Damages and Jury Demand."

The Plaintiff clearly understands that Section 1983 allows for Civil actions taken "Under Color of State law." This means that your rights must have been violated by a State or local official.

II. Evidence Relied Upon

Defendants Answer to Complaint

P 2 of 4
U.C.O.S.L

For Damages and Jury Demand, Blacks LAW Dictionary, U.S. Case LAW, Rule of Law, U.S. Constitutional Law

## III. Argument

Is it the understanding of all U.S. Constitutional Lawyers, U.S. Federal Courts and Judges, U.S. Case Law, and the Supreme Courts of the United States of Corruption that "Under Color of State law" Would include People who work for the State, City, County, or other local government?

## IV. Relief Requested

Plaintiff Kyle Lydell Canty request that the Courts give all Defendants the legal Definition to "Under Color of State law" and who is included under

P. 3 of 4
U.C.O.S.L.

this definition. (2) Please inform all defendants especially the City of Seattle, and it's officers to stop wasting the Courts time, and the Plaintiff's time by responding back with these antics. The Plaintiff's time is very vauable and so is the time of the U.S. District Courts (Seattle) Justice Must be Served!

Prepared by:

X 07/16/2017

Kyle Lydell Canty
BA# 216035994
500 Fifth Avenue
Seattle WA 98104

P. 4 of 4
U.C.O.S.L

Name: Kyle Lydell Canty
Bkg. # 216035494
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Legal mail

JUL 25 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

Legal mail