UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUL 27 2017

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff, | Case No. 2:16-CV-01655-RAJ-JPD |
| VS.<br><br>CITY OF SEATTLE, et Al<br>Defendants | PLAINTIFF'S MEMORANDUM OF LAW RESPONSE TO DEFENDANT KING COUNTY AND IT'S EMPLOYEE'S |

COMES NOW, the Plaintiff Kyle Lydell Canty, In Propria Persona and of Sui Juris on the 21st day of the month of July year 2017, Moves this Court Pursuant to Common LAW, Rule of LAW, U.S. Constitutional LAW, and Washington State Constitutional LAW

P 1 of 10

I. Law and Argument

Pursuant to Article 1 Section 2 of the Constitution of the State of Washington, "The Constitution of the United States is the supreme law of the land" Quote

Pursuant to Article 1 Section 16 of the Constitution of the State of Washington "Private Property Shall not be taken for private use" Quote " No Private Property Shall be taken or damaged for public or private use without Just Compensation having been first made" Quote

Pursuant to Article 1 Section 3 "No Person Shall be deprived of life, liberty, or property, without due process of law" Quote

Pursuant to Article 1 Section 9 " No person shall be compelled in any Criminal Case to give

P 2 of 10

evidence against himself, or be twice put in Jeopardy for the same offense" Quote

Pursuant to Article 1 Section 4 "The right of petition and of the People Peaceaby assemble, for the Common good Shall never be abridged" Quote

Pursuant to Article 1 Section 24 "The right of the individual Citizen to bear arms in defense of himself" Quote

Pursuant to Article 1 Section 7 "No Person Shall be disturbed in his Private affairs, or his home invaded Without authority of law" Quote

The Argument and Question for the Courts and Defendants King County and it' employee's Would now be... Does the Washington

P 3 of 10

State Constitution Supersede the Revised Codes of Washington bKA RCW'S/Does the Washington State Constitution hold more Judicial legal weight than the Revised Codes of Washington or vise versa? this Question now becomes a very Controversial legal issue for the Federal Courts, this is better known as a "Question of Law".

The Second Question the Plaintiff has for the Courts is pursuant to Article 1 Section 2 of the Constitution of the state of Washington, Does the Federal Courts of Seattle agree with "The Constitution of the United States is the Supreme law of the land" Quote? and if so Wouldn't the State of Washington's own Constitution agree that the United States Constitution Supersedes the Whole State of Washington's Constitution?

P 4 of 10

## II   Statement of issues

Pursuant to RCW 71.05.012 Legislative intent and finding in Re Labelle 107 Wn. 2d 196 (1986) Case Law The Plaintiff Kyle Lydell Canty has never had a prior history or pattern of any mental health history and all of the defendants lied and falsified documentation and forwarded it to Harborview Medical Center, and since Harborview Medical Center has a partnership with all of the defendants Harborview medical Center further falsified certain documents at the direction and partnership influece of all of the defendants. if the defendants would have followed all of the proper procedures dealing with a Civil Committment then they wouldn't find themselves defending against someone in United States District Court that according to all of the

defendants has a well known prior mental history, and unfortunately for all the defendants the Plaintiff isn't to happy about what they made him indure therefore Justice must be served

Pursuant to RCW 71.05.030 Commitment laws applicable, "Persons Suffering from a mental disorder may not be involuntarily Committed for treatment of such disorder except pursuant to provisions of this chapter, and chapter 10.77 RCW The defendants never had any Court order to Kidnap the Plaintiff off of the streets of Seattle in front of hundreds of people and strap him to a gurney and Civilly Committ him to Harborview medical Center on July 8th, 2016

Pursuant to RCW 71.05.360 Rights of involuntary detained

P 6 of 10

Persons (b) No Person shall be Presumed incompetent as a Consequence of receiving an evaluation or voluntary or involuntary treatment for mental disorder, Under this Chapter or any prior laws of this State dealing with mental illness. Compentecy shall not be determined or Withdrawn except under the provisions of Chapter 10.77 (Court order) Section (a) of RCW 71.05.360, also States A Judicial hearing in a Superior Court, either by a Judge or a Court Commissioner thereof Shall be held not more than Seventy-two hours after the initial detention to determine Whether there is Probable Cause to detain the Person

The defendants never establised Probable Cause to detain, Kidnap, or arrest the Plaintiff.

P 7 of 10

# III  Conclusion

Pursuant to the Fourth amendment of the U.S. Constitution "The right of the People to be secure in their Persons, houses, Papers, and effects, against unreasonal Searches and Seizures, Shall not be violated, and no Warrants Shall be issued, but upon Probable Cause, Supported by Oath or affirmation"

Pursuant to the Fifth amendment of the U.S. Constitution "No Person Shall be Subject for the Same offence twice Put in Jepardy of life or limb, nor be deprived of life, liberty, or property, without due Process"

Pursuant to the Eighth amendment of the U.S. Constitution "Excessive bail Shall not be required, nor excessive fines

imposed, nor cruel and unusual punishments inflicted"

Pursuant to the Seventh amendment of the U.S Constitution In Suits at Common law, where the value in Controversy shall exceed twenty dollars, the right of trial by Jury shall be preserved and no fact tried by a Jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of Common law.

The Plaintiff has demonstrated how the U.S. Constitution is almost a identical match to the Washington State Constitution. The Plaintiff reserves his rights to file Civil legal action in Federal Court or in King County inferior Courts or even in both Courts at the same time if the Plaintiff really wanted to do so.

P 9 of 10

## IV. Relief Requested

The Plaintiff is requesting from the Courts for a Judge to Slap the defendants King County and Daniel T. Satterberg in the face with a copy of the Washington State Constitution, and then Slap them in the face again with the U.S. Constitution, Since they feel that they're above the law and can do whatever they want.

Prepared by:

_____ 07/21/2017

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

P 10 of 10

Name: Kyle Lydell Canty
Bkg. # 216035794
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Legal mail

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

JUL 27 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

Legal mail