The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SEATTLE, et. al., <br><br> Defendants. | No. 2:16-cv-01655-RAJ-JPD <br><br> (PROPOSED) ORDER DENYING PLAINTIFF'S PENDING MOTIONS (DKTS 47, 48, 49, 53, 61, 62, 63, 69, 70) |

THIS MATTER having come on for hearing before the undersigned court on Plaintiff Kyle Lydell Canty's Motion Pursuant to LCR 6(a) Computing and Extending Time (Dkt. 47), Motion Pursuant to LCR 5.2 (a) Redaction of Filings (Dkt. 48), Motion Pursuant to Rule 65 (FRCP) Injunctions and Restraining Orders (Dkt. 49), Motion and Declaration of Defendants [sic] Motive and Retaliation (Dkt. 53), Motion Pursuant to LCR 26 (a), (c), (f) Duty to Disclose General Provisions Governing Discovery (Dkt. 61), Motion Pursuant to LCR 16 Pretrial Conferences Scheduling Management (Dkt. 62), Motion Pursuant to Rule 5.1 (FRCP) Constitutional Challenge to a Statute (Dkt. 63), Motion Pursuant to Rule 51 (FRCP) Instructions to the Jury (Dkt. 69) and Motion Pursuant to 'Under Color of State Law' Definition (Dkt. 70), and the Court having

PROPOSED ORDER DENYING PLAINTIFF'S
PENDING MOTIONS (16-cv-01655-RAJ-JPD) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1  reviewed said motions, Defendants' Response, and Plaintiff's Reply if any, and all matters

2  submitted with these pleadings, and being otherwise fully advised,

3   NOW THEREFORE, it is ORDERED that Plaintiff's Motions are DENIED.

4

5   DONE IN OPEN COURT this _____ day of August, 2017.

6

7   _____
   HONORABLE Richard A. Jones
8   United States District Judge
   HONORABLE James P. Donohue
9   Chief United States Magistrate Judge

10

Presented by:
11
DANIEL T. SATTERBERG
12  King County Prosecuting Attorney

13
By: /s/*Samantha D. Kanner*
14  SAMANTHA D. KANNER, WSBA # 36943
   Senior Deputy Prosecuting Attorneys
15  Attorneys for King County Defendants

16
Copy received:
17

18
By: _____
19  JOHN R. NICHOLSON WSBA #30499
   Freimund Jackson & Tardif, PLLC
20  Attorneys for City of Seattle Defendants

21
By: _____
22  KYLE LYDELL CANTY
   Plaintiff, pro se
23

PROPOSED ORDER DENYING PLAINTIFF'S
PENDING MOTIONS (16-cv-01655-RAJ-JPD) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819