The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY,

        Plaintiff,

vs.

CITY OF SEATTLE, et. al.,

        Defendants.

No. 2:16-cv-01655-RAJ-JPD

DECLARATION OF SAMANTHA KANNER

I, Samantha Kanner, declare under penalty of perjury under the laws of the State of Washington as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am a Senior Deputy Prosecuting Attorney at the King County Prosecuting Attorney's Office and am counsel for King County defendants in this case.

3. Attached hereto as **Exhibit A** are true and correct Certified copies of the Information, Probable Cause Certification, Amended Information, and Notice of Sentencing Date in King County Superior Court Cause Number 16-1-06917-3 SEA.

DECLARATION OF SAMANTHA KANNER (16-cv-01655-RAJ-JPD) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

1
2
3   Signed this 28 day of July, 2017 at Seattle, Washington.
4
5                                           SAMANTHA KANNER, WSBA #36943
6
7
8
...
23

DECLARATION OF SAMANTHA KANNER (16-cv-01655-RAJ-JPD) - 2

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819