UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUL 26 2017

| KYLE LYDELL CANTY<br>Plaintiff, | Case No 2:16-CV-01655-RAJ-JPD |
|---|---|
| VS. | PLAINTIFF'S UPDATED WITNESS LIST |
| CITY OF SEATTLE et,Al<br>Defendants. | |

COMES NOW, the Plaintiff Kyle Lydell Canty, In Propria Persona and of Sui Juris on the 20th day of the month of July year 2017, moves this Court Pursuant to Common Law, and FRCP, hereby Provides the Defendant's with this Updated Witness list

P 1 of 2

as to the present moment and time, this witness list is subject to change without any given notice, due to unforeseen circumstances of the Plaintiff or Witnesses. The Witness list is as follows

(1.) FBI Supervisor- Carolyn Woodbury
(2.) Supervisory Deputy Marshal- Ray Fleck
(3.) ATF- Levi Desrosier
(4.) AMR- Wendy Benitez, 11173732 EMt
(5.) AMR- Brittney Holm, 60596540
(6) Harborview medical Center's RN Gina

Prepared by:

✗ 07/20/2017

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

P 2 of 2

Name Kyle Lydell Canty
Bkg. # 216035994
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Legal mail

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart Street, Suite 2310
Seattle WA 98101

JUL 26 2017

Legal mail

Legal mail