UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KYLE LYDELL CANTY | Case No. 2:16-CV-01655 RAJ-JPD |
| Plaintiff, | |
| VS. | PLAINTIFF'S SECOND RESPONSE TO ALL THE DEFENDANT'S RULE 12 (FRCP) DEFENSES AND OBJECTIONS |
| CITY OF SEATTLE, et Al | |
| Defendants. | |

COMES NOW, the Plaintiff Kyle Lydell CANTY, In Propria Persona and of Sui Juris on the 27th day of the month of July year 2017, moves this Court pursuant to the Plaintiff's required response (FRCP), Rule of LAW, and Common

P 1 of 5

Law, and the Plaintiff almost forgot once again for the 100th time U.S. Constitutional law

I.      Argument

For reasons that are unclear, all of the Defendants seem to think that this civil legal action that has been filed against them will be dismissed by the Courts for the following reasons

1. lack of Subject-matter Jurisdiction

2. lack of Personal Jurisdiction

3. improper Venue

4. insufficient Process

5. insufficient Service of Process

6. failure to state a claim upon

which relief can be granted;

7. failure to Join a party under Rule 19

All of the Defendants are sadly mistaken, you see the Plaintiff Perfected the amended Complaint this is the reason why it was properly viewed by the Courts and Magistrate Judge before the United States Marshal Service served it upon the defendant's, either the defendants are really not paying attention, or they are expecting for the federal Courts to continue saving them, as the federal Courts already know if they even try to save these scumbags the Plaintiff will then continue to file adverse actions against the United States. The Plaintiff has no problem with throwing this Country under the bus.

P 3 of 5

## II. Evidence relied upon

The Plaintiff Kyle Lydell Canty rely on the pleadings and the Court's file herein

## III. Statement of issues

Should the not bright paralegal's, legal assistants or attorney's be permitted to waste the Courts time as well as the Plaintiff's time filing these frivilous responses?

## IV Conclusion

1. Failure to state a claim - means that the Court could not find any cause of action in your suit, which means that the facts you included in your Complaint, even if true, do not amount to a violation of your rights  The Plaintiff's response

P 4 of 5

to this is United States magistrate Judge James P. Donohue already told the plaintiff ahead of time that he had valid claims and to pursue them and the plaintiff has done exactly that, thus the amended complaint has been served upon the defendants via U.S. Marshal Service therefore (5.) insufficient service of process doesn't apply to Plaintiff nor does (4.) insufficient Process (3.) improper venue doesn't apply to Plaintiff (2.) lack of Personal Jurisdiction doesn't apply to Plaintiff (1) lack of Subject-matter Jurisdiction doesn't apply to plaintiff (7.) failure to join a party under Rule 19 doesn't apply to Plaintiff

Prepared by:

07/27/2017

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

P 5 of 5

Name: Kyle Lydell Canty
Bkg. # 216635394
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

legal mail

Clerk, Richard A. Jones (Hon.)
U.S. District Court
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

98101344454 0028

AUG 01 2017

legal mail