UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KYLE LYDELL CANTY | Case No. 2:16-CV-01655 RAJ-JPD |
| Plaintiff, | |
| VS. | PLAINTIFF'S NOTICE TO ALL DEFENDANT'S OF U.S. CONSTITUTIONAL AMENDMENTS DEFINITIONS |
| CITY OF SEATTLE, et Al | |
| Defendants. | |

COMES NOW, the Plaintiff Kyle Lydell Canty, In Propria Persona and of Sui Juris on the 27th day of the month of July year 2017, moves this Court Pursuant to Rule of Law, Common Law, and United States Constitutional Law. This Notice is a legally binding document

P 1 of 4

I. Evidece relied upon

The Plaintiff Kyle Lydell Canty rely on The Bill of Rights and amendments to the U.S. Constitution

1. The First amendment states Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peacebly to assemble, and to petion the Government for a redress of grievances

2. The Second amendment States a well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed

3. The Fourth amendment States the right of the people to be

secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall be issue, but upon Probable Cause, supported by Oath or affirmation, and particulary descibing the place to be searched, and the persons or things to be seized.

4. The Fifth amendment states No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or navel forces, or in the Militia, when in actual service in time of War or Public danger; nor shall any person be subject for the same offence to be twice put in Jeopardy of life or limb; nor shall be compelled in any Criminal Case to be a Witness

P 3 of 4

against himself, nor be deprived of life, liberty, or property, without due process.

5. The Eighth amendment states excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted.

II.   Statement of issues

Should the Defendants be permitted to play dumb and act as if the Plaintiff's amended Complaint that was served upon them via the U.S. Marshal Service, is not about U.S. Constitutional Violations?

Prepared by:

K 07/27/2017

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

P 4 of 4