UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUG 04 2017

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff, | Case No. 2:16-CV-01655<br>RAJ-JPD |
| VS. | MOTION TO SUPPRESS DEFENDANTS EVIDENCE OF A BENCH TRIAL GUILTY VERDICT NOT PERTAINING TO CAUSE NO. 16-1-03103-6 SEA<br>"ORAL ARGUMENT REQUESTED"<br>NOTE ON MOTION CALENDAR<br>AUGUST ___ 2017 |
| CITY OF SEATTLE, et al<br>Defendants. | |

COMES NOW, the Plaintiff Kyle Lydell Canty, In Propria Persona and of

P 1 of 5

Sui Juris on the 28th day of the month of July year 2017, moves this Court pursuant to Rules of Eviedence (FRCP), Rule of Law, Common Law, and U.S. Constitutional Law.

I. Relief Requested

Plaintiff Kyle Lydell Canty request that this motion be granted, the Plaintiff opposes the defendant's tactics of trying to use a totally different Criminal Cause No. that has nothing to do with Criminal Cause. No. 16-1-03103-6 SEA, thus the Plaintiff has filed Civil action against all defendants Pertaining to U.S. Constitutional Violations Pertaining to Criminal Cause No. 16-1-03103-6 SEA, not Criminal Cause No. 16-1-06917-3 SEA the Plaintiff had a feeling that the defendants would try this tactic, thus the Plaintiff has put

P 2 of 5

Certain fail safe switches in place such as specifying right on the amended Complaint the Criminal Cause No. of 16-1-03103-6 SEA in direct correlation to this United States District Court Western district of Washington At Seattle Civil Case No of 2:16-CV-01655-RAJ-JPD

## II. Statement of Facts

Plaintiff has brought this Civil rights action against all defendants and on the amended Complaint that was filed at the direction of the Courts, the Plaintiff perfected it and, thus it was served upon all defendants, this same amended Complaint was very specific to months, dates, and Criminal Cause numbers.

## III. Evidence relied upon

The Plaintiff rely on the original amended Complaint that was served upon the defendants via U.S. Marshal Services and via Certified mail.

IV.   Statement of issues

Should defendants be permitted to use another Criminal Cause number as a unfair tactic, in order to try to escape from what they illegally did to the Plaintiff knowingly, intentionally, maliciously, willfully, and not with good faith? Should the defendants get a slap on the wrist because they're all of Caucasian descent, especially the Seattle police department officers involved?

V.   Argument

For reasons that are unclear the defendants seek to try

P 4 of 5

to introduce this evidence of a recent Bench trial guilty verdict, that the Plaintiff didn't even know about until the paperwork came in the mail from Samantha D. Kanner - Civil Division not the Criminal Judge herself Lori K. Smith, and not the Criminal Prosecutor Jennifer Peterson, this Bench trial guilty verdict pertains to Criminal Cause No. 16-1-06917-3 SEA, thus this Cause No. has nothing to do with why the defendants are being sued in U.S. District Court, also this verdict has not yet been attacked by the defendant yet. (Please see attached Exhibit O)

Note: the King County Courts are not giving MR Canty any paperwork whats so ever

Prepared by:

☒ 07/28/2017

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

P5 of 5

**CERTIFIED COPY**

**FILED 17 JUL 26 AM 11: 24 KING COUNTY SUPERIOR COURT CLERK**

# King County Superior Court of Washington
## NOTICE OF SENTENCING DATE

| JUDGE | ROOM | VERDICT DATE |
|---|---|---|
| Smith, Lori K. | W941 | 7/25/17 |

| STATE OF WASHINGTON VS. | | |
|---|---|---|
| CANTY, KYLE | | |

| CAUSE NO. | Charge(s) ☐ Felony ☐ Misd | |
|---|---|---|
| 16-1-06917-3 SEA | ASLT 2° x2 | |

| SENTENCING DATE | SENTENCING TIME |
|---|---|
| 08/10/2017 | 8:30AM |

| DEFENSE ATTORNEY | TELEPHONE |
|---|---|
| PRO SE | |
| CANTY, KYLE | |

PRESENTENCE REPORTS ARE REQUIRED FROM THE PROSECUTING ATTORNEY AND THE DEFENSE ATTORNEY PURSUANT TO CrR 7.1.

COMMENTS:

| DEFENDANT'S ADDRESS | | | |
|---|---|---|---|
| IN Custody SEA | | | |

| CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

| DATE OF BIRTH | CCN |
|---|---|
| 07/20/1985 | 1943622 |

| INTERPRETER |
|---|
| |

DISTRIBUTION: Prosecuting Attorney, Defense Attorney, Sentencing Judge, Sentencing Coordinator
ORIGINAL: Court File

Please remember to use our Security Request form for all security requests and/or to advise the KCSO Court Protection Unit of any/all upcoming high profile/security related hearings. Click on the following link to access the Security Request form: Security Request Forms.

Signed this 28 day of July, 2017 at Seattle, Washington.

SAMANTHA KANNER, WSBA #36943

DECLARATION OF SAMANTHA KANNER (16-cv-01655-RAJ-JPD) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

I BARBARA MINER Clerk of the Superior Court of the State of Washington for King County do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof IN TESTIMONY WHEREOF I have affixed this seal of said Superior Court at my office at Seattle on this date _____ JUL 2 8 2017

BARBARA MINER, Superior Court Clerk

By _____
Deputy Clerk

Name Kyle Lydell Canty
Bkg. #216035944
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Legal mail

Clerk of Judge
Hon. James P. Donohue
U.S. District Court
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Legal mail

Legal mail