# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

AUG 08 2017

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff | Case No. 2:16-CV-01655<br>RAJ-JPD |
| VS. | EMERGENCY MOTION PURSUANT TO QUALIFIED IMMUNITY PLAINTIFF'S RESPONSE TO ALL DEFENDANTS |
| CITY OF SEATTLE, et al<br>Defendants | "ORAL ARGUMENT REQUESTED"<br>NOTE ON MOTION CALENDAR<br>AUGUST ___ 2017 |

COMES NOW, the Plaintiff Kyle Lydell Canty, In Propria Persona and of Sui Juris on the 5th day

P1 of 4

of the month of August 2017, moves this Court pursuant to Plaintiff's Response to All defendants regarding Qualifed Immunity

I.   Statement of facts

The definition of Qualified Immunity is, a doctrine that protects government officals from liability for acts they couldn't have reasonably known were illegal

II.   Statement of issues

Should the defendants be permitted to claim that they're immune from liability pertaining to their involvement in the "not of good faith" Civil Commitment, when the defendants knowingly, intentionally, maliciously, and willfully didn't follow any of the Procedures, rules, and regulations of RCW Title 71, Chapter 71.05?

III. Evidence relied upon

The Plaintiff Kyle Lydell Canty rely on the rules, procedures, and regulations of State Statue RCW Title 71, Chapter 71.05 mental illness, Washington State Constitution, and The United States Constitution

IV. For reasons that are unclear, Defendants seem to think that the Federal Courts will save them? The Plaintiff has all the rules, procedures, and regulations pursuant to RCW Title 71, Chapter 71.05 mental illness, and none of the procedures were followed, therefore all of the defendants acted in "Bad faith" and are not immune The Plaintiff has already sent in the Civil Commitment State Statues, Policies, and procedures to the Courts with Exhibits.

P 3 of 4

## V. Relief Requested

The Plaintiff Kyle Lydell Canty requests a chance to see how good he really is Arguing this matter Orally-"Oral Argument Requested"; The Plaintiff clearly wants to make an example out of the defendants for what they did to him and others, Since King County thinks it's funny, well Playing with Peoples lives is not funny at all, and Justice must to be Served.


Prepared by:

X 08/05/2017

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

P 4 of 4

KC 5994

Name Kyle Lydell Canty
Bkg.# 216035994
King County Correctional Facility
500 5th Ave
Seattle, WA 98104

FOR LEGAL MAIL ONLY

Clerk, Of Judge
Hon. James P. Donohue
U.S. District Court
U.S. Courthouse
700 Stewart Street
Seattle WA 98101

Legal mail

Legal mail