# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| KYLE LYDELL CANTY Plaintiff, | Case No. 2:16-CV-01655-RAJ-JPD |
|---|---|
| VS. | MOTION PURSUANT TO QUESTION OF LAW |
| CITY OF SEATTLE, et al Defendants | "ORAL ARGUMENT REQUESTED" |
| | NOTE ON MOTION CALENDAR AUGUST ___ 2017 |

COMES NOW, the Plaintiff Kyle Lydell Canty, In Propria Persona and of Sui Juris on the 28th day of the month of July year 2017, moves this Court Pursuant to "Question of Law", Rule of Law, Common LAW, U.S. Constitutional Law, and

P1 of 5

Federal Rules of Civil Procedure (FRCP)

I. Statement of issues

Should Defendants King County and it's employee's be permitted to try to make the Plaintiff out to be the Villain when he his really the victim? recently Defendants King County filed (Proposed order Denying Plaintiff's Pending motions at the very last minute, however Plaintiff filed a default Judgment against King County, however the Clerks of the Federal Courts didn't file it on Purpose. Defendants King County failed to respond within 30 days of receiving the amended Complaint. Therefore the Plaintiff should have won against King County by default right or wrong? Should Defendants King County be

P 2 of 5

permitted to lie about what the Plaintiff was charged with relating to King County Cause No. 16-1-03103-6 SEA (Exhibit N) States that plaintiff's Criminal Cause No. of 16-1-03103-6 SEA was Count 1 Felony Harassment pursuant to RCW 9A.46.020(1), (2)(b), Count 2 Assault in the Third Degree. Defendant King County now is trying to lie about what charges were dismissed with prejudice.

II.   Evidence relied upon

The Plaintiff Kyle Lydell Canty rely on old evidence that King County was not able to alter in their Court database as they're known for doing, Hell even The HON. James P. Donohue recalls both of the Plaintiff's Dismissed With Prejudice old Criminal Charges

P 3 of 5

(Attached is exhibit N) old charge doc.

III. Argument

For reasons that are unclear Defendants King County wants to play dirty and cheat, however since the Plaintiff has the old charge document (Please see Exhibit N) This now becomes a "Question of Law" - A dispute as to what actually happened Pertaining to Cause No 16-1-03103-6 SEA. The Defendants King County Put their foot in their own mouths when they filed with the Courts the Proposed Order Denying Plaintiff's Pending Motions

IV. Relief Requested

Plaintiff Kyle Lydell Canty request that the Courts allow him to bring all defendants to

4 of 5

Justice and allow this Civil action to procede on with trial, and grant all of his motions. Also he is requesting all future motions that he makes, to be noted on the motion Calendar for "Oral Argument"

## V. Conclusion

The Plaintiff expected to lose on King County Criminal Cause No. 16-1-06917-3-SEA, If everyone recalls the Plaintiff wrote to the federal Courts in the form of a motion and said that all Courts in Seattle are Corrupt even the federal Courts, the Plaintiff still maintains his innocence on all Criminal Charges/illegal Bench trial Convictions, by Judge Lori K. Smith

Prepared by:
07/28/2017

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

P.5 of 5

(Exhibit N)

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

THE STATE OF WASHINGTON,  )
                Plaintiff,  )
    v.  )  No. 16-1-03103-6 SEA
                  )
KYLE CANTY,  )
              Defendant.  )  1st AMENDED INFORMATION

I, Daniel T. Satterberg, Prosecuting Attorney for King County in the name and by the authority of the State of Washington, do accuse KYLE CANTY of the following crime[s]: **Felony Harassment, Assault In The Third Degree**, committed as follows:

Count 1  Felony Harassment

That the defendant Kyle Canty in King County, Washington, on or about July 7, 2016, knowingly and without lawful authority, did threaten to cause bodily injury immediately or in the future to Sean Culbertson, by threatening to kill Sean Culbertson, and the words or conduct did place said person in reasonable fear that the threat would be carried out;

Contrary to RCW 9A.46.020(1), (2)(b), and against the peace and dignity of the State of Washington.

Count 2  Assault In The Third Degree

That the defendant Kyle Canty in King County, Washington, on or about July 8, 2016, did intentionally assault Officer Marshall Coolidge, a law enforcement officer or other employee of a law enforcement agency who was performing official duties at the time of the assault;

Contrary to RCW 9A.36.031(1)(g), and against the peace and dignity of the State of Washington.

DANIEL T. SATTERBERG
Prosecuting Attorney

AMENDED INFORMATION - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 296-9000  FAX (206) 296-0955

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| THE STATE OF WASHINGTON, Plaintiff, v. KYLE CANTY, Defendant. | No. 16-1-03103-6 SEA<br><br>MOTION AND ORDER PERMITTING FILING OF AN AMENDED INFORMATION |

COMES NOW the State of Washington by Daniel T. Satterberg, Prosecuting Attorney, by and through his deputy, and moves the court for an order permitting the filing of an amended information in the above entitled cause.

That Aubony G. Burns is a Deputy Prosecuting Attorney in and for King County, Washington, and is familiar with the records and files herein, and certifies that:

☐ Newly available information is set forth in the prosecutor's case summary and request for bail.

☒ The Amended Information more accurately reflects the Defendant's Conduct.

☐ The requested amendment is pursuant to Plea Negotiations with the input of the victims.

☐ _____

Under penalty of perjury under the laws of the State of Washington, I certify that the foregoing is true and correct. Signed and dated by me this __ day of September, 2016, at Seattle, Washington.

*[signature]*

Aubony G. Burns, WSBA #46544
Deputy Prosecuting Attorney

MOTION AND ORDER PERMITTING FILING OF AN
AMENDED INFORMATION - 1

Daniel T. Satterberg, Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 296-9000 FAX (206) 296-0955

KC 5994

Name Kyle Lydell Canty
Bkg.# 216035994
King County Correctional Facility
500 5th Ave
Seattle, WA 98104

Clerk of Judge
Hon. James P. Donohue
U.S. District Court
U.S. Courthouse
700 Stewart Street
Seattle WA 98101

Legal mail

Legal mail