The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SEATTLE, et. al., <br><br> Defendants. | No. 2:16-cv-01655-RAJ-JPD <br><br> (PROPOSED) ORDER GRANTING MOTION TO SEAL DOCUMENTS |

THIS MATTER came before the Court through a Motion to Seal Documents brought by King County Defendants. Having reviewed this motion and finding good cause, IT IS HEREBY ORDERED THAT the unredacted versions of the Declaration of Melinda Hasegawa and Exhibit 1 to that declaration shall remain filed under seal.

SO ORDERED.

DATED this ___ day of September, 2017.

_____
HONORABLE Richard A. Jones
United States District Judge
HONORABLE James P. Donohue
Chief United States Magistrate Judge

PROPOSED ORDER GRANTING MOTION TO SEAL
(2:16-cv01655-RAJ-JPD) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney


By: /s/*Samantha D. Kanner*
SAMANTHA D. KANNER, WSBA # 36943
Senior Deputy Prosecuting Attorneys
Attorneys for King County Defendants


Copy received:



By: _____
AMEE J. TILGER, WSBA #34613
Freimund Jackson & Tardif, PLLC
Attorneys for City of Seattle Defendants


By: _____
KYLE LYDELL CANTY
Plaintiff, pro se

PROPOSED ORDER GRANTING MOTION TO SEAL
(2:16-cv01655-RAJ-JPD) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819