The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SEATTLE, et. al., <br><br> Defendants. | No. 2:16-cv-01655-RAJ-JPD <br><br> SECOND DECLARATION OF SAMANTHA KANNER |

I, Samantha Kanner, declare under penalty of perjury under the laws of the State of Washington as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am a Senior Deputy Prosecuting Attorney at the King County Prosecuting Attorney's Office and am counsel for King County defendants in this case.

3. Since my appearance in this matter, I have received no motions, exhibits, or other pleadings from Plaintiff directly. The only documents I have received are those that have been filed with the Court as I receive the electronic alerts when anything is filed

DECLARATION OF SAMANTHA KANNER (16-cv-01655-RAJ-JPD) - 1

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

in this case. As such, I have not seen Plaintiff's "Exhibit 24" to his Motion regarding Sixth Amendment Violations (Dkt. 86) nor have I received or seen any Motion for Default from Plaintiff.

4. I have spoken with counsel for the City of Seattle Defendants regarding my motion to seal the Declaration of Melinda Hasegawa and the attached Exhibit to her declaration. Counsel indicated that she had no objection to my motion to seal.

5. I learned on Monday August 14, 2017, that Mr. Canty had been transferred into the custody of the Washington State Department of Corrections.

6. On August 16, 2017, while preparing responses to Mr. Canty's motions noted for August 25, 2017, I determined that the responses would need to include a declaration and Exhibit from Melinda Hasegawa containing mental health records of Mr. Canty.

7. On August 16, 2017, I sent Mr. Canty a letter requesting he call me to engage in a conference regarding my proposed motion to seal and also requesting updated contact information from him to use upon his release from prison. I have been unable to have a conference with Mr. Canty regarding my motion to seal because of his custodial status.

Signed this 18th day of August, 2017 at Seattle, Washington.

SAMANTHA KANNER, WSBA #36943

DECLARATION OF SAMANTHA KANNER (16-cv-01655-RAJ-JPD) - 2

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819