The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY,

    Plaintiff,

vs.

CITY OF SEATTLE, et al.,

    Defendants.

No. 2:16-cv01655-RAJ-JPD

DECLARATION OF GAIL BONICALIZI

I, Gail Bonicalzi, declare and state:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am employed as Designated Mental Health Professional ("DMHP") by King County Crises and Commitment Services. I have been a full time DMHP since September 2004.

3. I am a licensed, Independent Clinical Social Worker in the State of Washington. I have held my professional licensure since the mid-1990s. I have a 1987 Master's Degree in Social Work from Columbia University. Prior to becoming a full time DMHP, I worked part time for about a year. I also worked full time in the Harborview Emergency Room ("ER") for 11

DECLARATION OF GAIL BONICALZI (2:16-cv01655-RAJ-JPD) - 1

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

1  years. Each year I complete at least 36 hours of certified education credits in my field.

2      4.    I have reviewed DMHP Hasegawa's Declaration. I fully agree with her description of the DMHP role and the commitment process. I also concur in her description of our actions with regard to Mr. Canty in 2016, including the decision to detain Mr. Canty for a 72 hour emergent commitment under RCW 71.05.153.

3      5.    In considering Mr. Canty's detention under the ITA, I considered his case dispassionately, without any personal animus, and using my professional judgment. Mr. Canty was unknown to me prior to coming in contact with him on July 9, 2016. It was my sole desire to follow the dictates of the ITA. In accord with the purposes of the ITA, he was committed for 72 hours so that he could be fully evaluated and treated for his mental condition, and not present any further danger to himself or others. I had, and continue to have, no ill will or feeling of personal animus against Mr. Canty, nor did his commitment benefit me in any way.

I declare under penalty of perjury of the laws of the United States and the State of Washington that, to the best of my knowledge, the foregoing is true and correct.

DATED this 16th day of August, 2017.

GAIL BONICALZI

DECLARATION OF GAIL BONICALZI (2:16-cv01655-RAJ-JPD) - 2

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819