1
2

The Honorable Richard A. Jones
The Honorable James P. Donohue

3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  KYLE LYDELL CANTY,

10                                    Plaintiff,

No. 2:16-cv-01655-RAJ-JPD

11       vs.

12  CITY OF SEATTLE, et. al.,

(PROPOSED) ORDER DENYING
PLAINTIFF'S PENDING MOTIONS
(DKTS. 79, 80, 82, 85, 86)

                                    Defendants.

13

Noted: August 25, 2017

14
15
16
17

THIS MATTER having come on for hearing before the undersigned court on Plaintiff

Kyle Lydell Canty's Motion to Suppress Evidence (Dkt. 79), Motion Regarding Policies and

18 Procedures (Dkt. 80), "Emergency" Motion Pursuant to Qualified Immunity (Dkt. 82), Motion

19 Regarding Question of Law (Dkt. 85), and Motion Regarding Sixth Amendment Rights (Dkt.

20 86), and the Court having reviewed said motions, Defendants' Response, and Plaintiff's Reply if

21 any, and all matters submitted with these pleadings, and being otherwise fully advised,

NOW THEREFORE, it is ORDERED that Plaintiff's Motions are DENIED.

22
23

PROPOSED ORDER DENYING PLAINTIFF'S
PENDING MOTIONS (16-CV-01655-RAJ-JPD) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

DONE IN OPEN COURT this _____ day of August, 2017.

_____
HONORABLE Richard A. Jones
United States District Judge
HONORABLE James P. Donohue
Chief United States Magistrate Judge

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: /s/*Samantha D. Kanner*
SAMANTHA D. KANNER, WSBA # 36943
Senior Deputy Prosecuting Attorneys
Attorneys for King County Defendants

Copy received:

By: _____
JOHN R. NICHOLSON WSBA #30499
Freimund Jackson & Tardif, PLLC
Attorneys for City of Seattle Defendants

By: _____
KYLE LYDELL CANTY
Plaintiff, pro se

PROPOSED ORDER DENYING PLAINTIFF'S
PENDING MOTIONS (16-CV-01655-RAJ-JPD) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819