UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff, | Case No. 2:16-CV-01655-RAJ-JPD |
| VS. | PLAINTIFF'S NEW FELON STATUS/ HOMELESS AND LOOKING FOR EMPLOYMENT IN SEATTLE, WA WHILE BEING AFRICAN AMERICAN IN THE UNITED STATES NOTICE |
| CITY OF SEATTLE et, Al<br>Defendants. | |

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Persona and of Sui Juris on the 12th day of the month of August year

P 1 of 3

2017, herebye moves this Court Pursuant to Common Law, Rule of Law, and FRCP.

## I.      STATEMENT OF FACTS

The Plaintiff Kyle Lydell Canty is indeed a new Felon as of July 25th 2017 illegally. Convicted

The Plaintiff Kyle Lydell Canty is Homless and Looking for employment in Seattle, WA White being African American in the United States

## II.     RELIEF REQUESTED

The Plaintiff Requests no relief since this is not a motion, this legally binding document is only a notice to all defendant's, Courts, and the Public.

## III.    Conclusion

P 2 of 3

Will history repeat itself with illegally giving African American males the status of "NEW FELON" with a falsified Certification of Probable Cause Statement? Or will The Federal Courts step up to the plate and fight for justice along with African Americans/Black People of African descent?

We Shall See, Nature will take it's Course in The United States of Corruption

Prepared by:

∠ 08/12/2017

MR. Canty is innocent of all false charges

Kyle Lydell Canty
DOC # 401358, E/07
Washington Corrections Center
P.O. Box 900
Shelton WA 98584

P 3 of 3

