UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FILED
LODGED
RECEIVED
MAIL
AUG 17 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY              DEPUTY

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff, | Case No. 2:16-CV-01655-RAJ-JPD |
| VS. | PLAINTIFF'S HIGHER EDUCATION GOALS WITH THE HELP AND FINANCIAL FUNDING OF THE STATE OF WASHINGTON, KING COUNTY, AND CITY OF SEATTLE NOTICE OF INTENT |
| CITY OF SEATTLE et, Al<br>Defendants. | |

Comes Now, the Plaintiff Kyle Lydell Canty In Propria Persona and of Sui Juris on the 12th day of the month of August year 2017 herebye moves this Court Pursuant to

P 1 of 6

Common Law, Rule of Law, F.R.C.P., Title 26 U.S.C., 501(C3), and any other Federally funded programs, grants, acts, and financial money that covers United States Citizens, under the United States Constitution/Federal Law

## I. Law and Argument

Pursuant to a certain U.S.C. titled and Section "Equal Rights", in fact states that every United States Citizen shall be treated "Equally". The Plaintiff's Argument for the Courts would be, is the Plaintiff still considerd a United States Citizen with Two brand spanking new Felonies on his Criminal Record that were not on his Criminal Record prior to July 25th, 2017?

## II. Statement of Facts

The Plaintiff Kyle Lydell Canty

P 2 of 6

was illegally charged with a falsified Certification of Probable Cause Statement Prepared by the City of Seattle and it's officers (Seattle Police Department) (Please see Certification of Probable Cause, Exhibit already provided to the Courts)

The Plaintiff was then illegally convicted at a "Bench trial" by King County's ficticious Courts and Judge Lori K. Smith.

The Plaintiff now has Two Brand Spanking new Felonies of Assault in the Second Degree on his record.

The alleged Victims are two Seattle Police department officers Canek Gordillo, and Chris Scott Myers

III     Statement of issues

P 3 of 6

For reasons that are unclear all of the defendants thought that it would be in the State of Washington's "Financial Intrest" to Conspire against the Plaintiff and have him Convicted based on a falsified Certification of Probable Cause Statement.

## IV. Conclusion

Based Upon how the Revised Codes of Washington are written, Washington adminitrative Codes, Washington State Constitution, and U.S.C., along with U.S. Constitution, it would now seem that the State of Washington would be the best state to illegally be Convicted of a Felony, however one must stay clear from strikable offenses that the Seattle Police Department will lie about, and one must stay away from felony points, this, one can't avoid here in

P 4 of 6

the State of Washington when this state allows innocent People to be sentenced to a prison term based upon Points that the Person really doesn't have. If the Plaintiff Kyle Lydell Canty had no Prior felony Points or felonies Period in any state prior to July 25th, 2017, then how was he illegally Convicted and Sentenced to 14 months, when pursuant to the Sentencing Reform act S.R.A. a Person with no Past felony Convictions, if Convicted on Current Charges would only serve a County jail sentence of 3-9 months no Prison term, and no DOC#. of 401358, E107

## V.     Relief Requested

The Plaintiff Requests no relief since this is not a motion, this legally binding document is only

P 5 of 6

a notice of intent to all defendant's, Courts and the Public. furthermore, The Laws of nature along with Karma will go into back into the Universe and come back around.

Prepared by:

╳ 08/12/2017

Kyle Lydell Canty
DOC# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

MR Canty is innocent of all "false" charges

P 6 of 6

