UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff,<br><br>VS.<br><br>CITY OF SEATTLE et Al<br>Defendants. | Case No. 2:16-CV-01655-RAJ-JPD<br><br>NOTICE TO COURT OF ILLEGAL DEPARTMENT OF CORRECTIONS PRISON SENTENCE/ UPDATE OF ADDRESS |

COMES NOW, the Plaintiff Kyle Lydell Canty, In Propria Persona and In Sui Juris on this 11th day of the month of August, year 2017 informing the Courts of the Plaintiff Kyle Lydell Canty's DOC# 401358

P 1 of 4

The Plaintiff is currently being housed at Washington Corrections Center, P.O. Box 900, Shelton WA 98584. The Plaintiff's ficticious bench trial conviction is for allegedly assaulting two Seattle Police officers so severely at the same time causing them both ~~substan~~ great bodily harm, however this is not what really happend at all, In fact MR. Canty is the one who went to Swedish medical Center on December 22, 2017 with great injuries, MR. Canty the Plaintiff was punched in the face three times for talking to some one that he knew. The Seattle Police Department once again with the help of King County has lied about what really took place, the date of December 22, 2017 causing MR. Canty the Plaintiff to now become a felon. Judge Lori K. Smith would not allow

any of MR. Canty's Witnesses to attend trial, Lori K. Smith would not allow MR. Canty to submit his medical records, also Lori K. Smith tried to hide the fact that the two officers who claimed that they were assaulted by MR. Canty were under investigation with internal affairs, and Canek Gordillo admitted to in fact assaulting MR. Canty. The Plaintiff has sent the Federal Courts a lot of exhibits that further discredits King County, it's employee's along with the City of Seattle and all of it's officers. Please look at all of the exhibits that MR. Canty has been providing to the Courts. AT This time Until MR. Canty is released from his 14 month Sentence he won't be able to respond back to the Courts as Quickly.

Relief Requested

P 3 of 4

The Plaintiff Kyle Lydell Canty hereby requests for the following reasons listed a 3 month continuance, considering this disatvantage that he is faced with.

Mr. Canty has been sentenced to 14 months, in which really equals 9 months state prison time, however Mr. Canty was locked up inside King County Correctional facility since December 22, 2016 therefore he should have about 8 months credit for time ~~self~~ served but we shall see.

Prepared by:

K 08/11/2017

Mr. Canty is innocent of all crimes alleged "

Kyle Lydell Canty
DOC# 401358, E107
Washington Correctional Center
P.O. Box 900
Shelton WA 98584

P 4 of 4

Kyle Lydell Canty
DOC# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton WA 98584

This was mailed by an Offender
Confined at a Washington State
Department of Corrections facility
its contents are uncensored

Clerk, of Judge
Hon. Richard A. Jones
U.S District Court
U.S District Courthouse
700 Stewart Street
Seattle WA 98101

FILED
LODGED
RECEIVED

AUG 17 2017

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY
AT SEATTLE

MAIL

FOREVER USA

Legal mail