# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KYLE LYDELL CANTY
 Plaintiff,

VS.

CITY OF SEATTLE et, Al
 Defendants.

Case No. 2:16-CV-01655-RAJ-JPD

PLAINTIFF'S FULL COOPERATION WITH HIS NEW COMMUNITY CUSTODY OFFICER NOTICE OF INTENT

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Persona and of Sui Juris on this 14th day of the month of August year 2017, herebye moves, and files upon the Courts this legally binding Notice of intent document Pursuant to Common Law, Rule of Law, F.R.C.P, and U.S. Const-

# I. Statement of issues

For reasons that are unclear the Defendants King County and it's employee's along with City of Seattle and it's Corrupt officers seems to think that by having the Plaintiff Kyle Lydell Canty illegally Convicted with a falsified Probable Cause Statement and no real evidence on un-related alleged Crimes" that have nothing to do with why the Defendant's are Currently being Sued in U.S. District Court, Western District of Washington At Seattle, Under Civil Case No. 2:16-CV-01655-RAJ-JPD For these reasons stated above maybe the Defendants hope to sway the minds of The Hon. Richard A. Jones, and The Hon. James P. Donohue?

# II. Statement of facts

P 2 of 6

The Plaintiff Kylie Lydell Canty indeed Will be placed on Community Custody, for according to King County Prosecutor Jennifer Petersen 18 months total.

The Plaintiff Will indeed Cooperate in full with his New Community Custody Officer, thus being at the State of Washington's Financial expense. $ ☺

The Plaintiff Kyle Lydell Canty as stated many many times on the records of the Court is a "Homeless" Person in the City of Seattle, State of Washington

III.   Evidence Relied Upon

The Plaintiff rely on the "falsified" Probable Cause Statement Pertaining to the illegal Conviction that the Defendants King County Chose to

P 3 of 6

Submit to the Courts (King County's Exhibit A, the Plaintiff Kyle LYdell Canty Exhibit N), also the Plaintiff has Submitted to U.S. District Courts further documentation in the form of exhibits Signed by King County Superior Court Corrupt Judge Lori K. Smith, detailing the length of the illegal Confinement.

## IV    Law and Argument

Pursuant to Washington ADministration Code "WAC", Revised Code of Washington "RCW", Department of Corrections Washington State "WCC" "DOC", Federal Acts and or Laws, and Federal funded Programs, the State of Washington, King County, and the City of Seattle now must bear the Cost to insure the Plaintiff/new Felon Kyle LYdell Canty the tools he Will need for re-entry into Society/Community;

such as stable perminent housing, not a homeless shelter, training federally funded higher education programs intended only for felons, Food Stamps, Free health insurance, and all other free services, grants, and money set aside just for felons. The question now for the Courts is Does the State of Washington, King County, and the City of Seattle understand that they must bear the financial burden to insure the Plaintiff's/new Felon Kyle Lydell Canty all of the tools listed, or else MR. Kyle Lydell Canty by law can file civil actions again?

V.    Relief Requested

The Plaintiff requests at this time that the Courts allow the the Plaintiff Kyle Lydell Canty

P 5 of 6

to further Continue to teach all of the defendants a valuable lesson when it comes down to Corruption.

## VI    Conclusion

"You know that all of the Defendants have Dug a hole so deep for themselves, When the Washington Department of Corrections have doubts about the facts pertaing to the Plaintiff Kyle Lydell Canty's illegal Conviction/New Felon Status."

Prepared by:

_X_ 08/14/2017

MR. Canty is innocent of all Criminal illegal Convictions !!

Kyle Lydell Canty
DOC# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

6 of 6

