LODGED
RECEIVED
MAIL
AUG 29 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KYLE LYDELL CANTY
Plaintiff,

VS.

CITY OF SEATTLE et, Al
Defendants.

Case No. 2:16-CV-01655-RAJ-JPD

PLAINTIFF'S PROPOSED MOTION OF APPOINTMENT OF COUNSEL WITH WRIT "ORAL ARGUMENT REQUESTED"

NOTE ON MOTION CALENDAR AUGUST ___ 2017

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Persona and of Sui Juris on this 20th day of the month of August year 2017

herebye moves this Court Pursuant to The Sixth amendment of the United States Constitution, Common Law, Rule of Law, U.S. Const. Law, and Fed Civ. R

## I. Relief Requested

The Plaintiff Kyle Lydell Canty respectfully requests this Court to sign the "Writ" and grant him legal Counsel, legal Counsel that Won't Set him up, like Sandro Parrotta Who in fact is on King County's Payroll, and Set MR. Canty up When he Was representing MR. Canty in his Second Criminal Case, in that Criminal Case MR. Kyle Lydell Canty Was illegally Convicted and Sentenced to Serve a prison term.

## II Statement of multiple issues

1. For reasons that are unclear the defendants King County, and defendants

City of Seattle thought that it would be a great idea to illegally send the Plaintiff to Prison, for allegations with no real evidence at all, besides a falsified Certification of Probable Cause Statement in fact that was typed up by them for them via it's Police officers? "Should the defendants City of Seattle and it's officers and King County be able to be Above the Law and United State Constitution?"

2. For reasons that are unclear Department of Corrections of the State of Washington's facility WCC/Shelton is Not allowing MR. Kyle Lydell Canty Access to the LAW Pursuant to their own rules regulations, and Policies WCC 590.500 and Pursuant to U.S. Const. Law Exhibits 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, and 61 are attached as Proof of this facility's Violations of their own Policies, rules, regulations, and

Procedures Pursuant to WCC 590.500 and U.S. Const. Laws. Should the Correctional facility of WCC/Shelton be allowed to act above the Laws of the United States?

III. Evidence Relied Upon

The Plaintiff Kyle Lydell Canty rely on the Sixth amendment of the United States Constitution, The illegal Bench trial guilty verdict that the defendants Provided to the Courts even though it has nothing to do With this Civil Case No. 2:16-CV-01655-RAJ-JPD, but Proves the Plaintiff's hardships for the purpose of this motion, The Plaintiff also rely on Pursuant to WCC 590.500 - the rules regulations, and Policies governing Access to the Law, that this facitity that MR. Canty is being housed at Clearly is refusing to follow.

## IV. Statement of facts

The Plaintiff Kyle Lydell Canty is not A Lawyer and has never Passed the Washington State Bar Exam, or any other State's Bar Exam, and therefore agrees with the real "true" Attorney's for the defendants when they Pretty much Said that MR. Kyle Lydell Canty the Plaintiff has not been filing Court documents and his motions Correctly and "has been Committing great error therefore all of his motions Should be denied" Quote

## V. Legal Argument

Should the Plaintiff Kyle Lydell Canty be forced to proceed on by him-Self when Clearly he has never Pass-ed the Washington State Bar Exam, or any other State's Bar Exam?

Should the Plaintiff Kyle Lydell Canty be forced to Proceed on by himself When, Clearly he is not a "true" Attorney/Officer of the Court? Should the Plaintiff Kyle Lydell Canty be forced to Proceed on by himself. When Clearly the facility of WCC/Shelton has flat out denied him "Access to the Law"? Should the Plaintiff Kyle Lydell Canty be forced to proceed on by himself When he Can not properly serve the defendant's PaperWork, and does not have the funds to hire anyone to do it because he is indigent and homeless in Prison ‼? MR. Kyle Lydell Canty the Plaintiff Would also need Experts, Investigative Services, Transcriptions, Copies made, funds for official Court Records, how Would the Plaintiff be able to Proceed on by himself being that he is homeless, indigent, and not A "true" Attorney/officer of the Court?

## VI. Conclusion

The hardships that Plaintiff Kyle Lydell Canty is faced With are extreme and rare even by federal Court Standards therefore the Plaintiff request that this order/"Writ" is Signed. Please and Thank You

Judge's Signature

______________________

Prepared by

[signature] 08/20/2017

Executed 08/20/2017 under Penalty of PurJury

Kyle Lydell Canty
DoC# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

Exhibit 50 Access to the Law Request 2nd Shift Sergeant

Department of Corrections WASHINGTON STATE

**OFFENDER'S KITE**

***PAPELETA DE PETICIÓN DEL INTERNO***

**OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)***
Kyle Lydell Canty

DOC NUMBER/*NÚMERO DOC*: 401358

FACILITY, UNIT, CELL/FACILITY IS INSTALACIÓN/*UNIDAD, CELDA*: Shelton, E107

DATE/*FECHA*: 08/22/17

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*
2nd Shift Sergeant

☐ **Interpreter needed for__________ (language).**
☐ ***Necesito intérprete para__________ (idioma).***

**REASON/QUESTION**
***RAZÓN/PREGUNTA***

Access to the Law Request WCC 590.500, and U.S. Const. Law MR. Canty requires at least 50 Sheets of Paper per Week (legal lined Paper, at least 10 Pre franked legal envelopes per month and additonal indegent lined Paper 10 Sheets Per Week, along With indegent evelopes

SIGNATURE/*FIRMA* [signature] 08/22/2017

DAYS OFF/*DÍAS LIBRES*

**RESPONSE**
***RESPUESTA***

MR. CANTY RECIEVED HIS ANSWER ON A PREVIOUS KITE. THIS SERGEANT IS NOT RESPONSIBLE FOR LEGAL SUPPLIES AND URGES MR. CANTY TO UTILIZE THE PROPER CHANNELS.

___FILED ___LODGED ___RECEIVED MAIL

AUG 29 2017

AT SEATTLE CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON BY DEPUTY

RESPONDER/*PERSONA QUE RESPONDE*: Sgt. [signature]

DATE/*FECHA*: 8/23

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución:* ***BLANCA/AMARILLA****-Persona que responde,* ***AMARILLA****-Devuelva al interno con respuesta,* ***ROSA****-Interno*

DOC 21-473 E/S (Rev. 05/23/13) DOC 390.585, DOC 450.500

Exhibit 51

Legal Library Privileges request



Department of Corrections WASHINGTON STATE

# OFFENDER'S KITE

## PAPELETA DE PETICIÓN DEL INTERNO

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*: Kyle Lydell Canty

DOC NUMBER/*NÚMERO DOC*: 401358

FACILITY, UNIT, CELL/FACILITY IS INSTALACIÓN UNIDAD, CELDA: Shelton, E107

DATE/*FECHA*: 08/11/17

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*: Imu Sergent

☐ Interpreter needed for ______ (language).
☐ *Necesito intérprete para* ______ *(idioma).*

**REASON/QUESTION**
***RAZÓN/PREGUNTA***

MR. Canty has several pending legal matters, also MR. Canty came into this facility today with a lot of legal materials and also a law Book; MR. Canty is requesting access to these materials that are on his Property (Federal Case + State Case)

SIGNATURE/*FIRMA*: [signature] 08/11/17

DAYS OFF/*DÍAS LIBRES*:

**RESPONSE**
***RESPUESTA***

Mr. Canty should kite John Thompson.

RESPONDER/*PERSONA QUE RESPONDE*: [signature]

DATE/*FECHA*: 8-14-17

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución:* ***BLANCA/AMARILLA****-Persona que responde,* ***AMARILLA****-Devuelva al interno con respuesta,* ***ROSA****-Interno*

DOC 21-473 E/S (Rev. 05/23/13) DOC 390.585, DOC 450.500

Exhibit 52



Department of Corrections WASHINGTON STATE

**OFFENDER'S KITE**

***PAPELETA DE PETICIÓN DEL INTERNO***

| OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)* | | |
|---|---|---|
| Kyle Lydell Canty | | |
| DOC NUMBER/*NÚMERO DOC* 401358 | FACILITY, UNIT, CELL/FACILITY IS INSTALACIÓN/*UNIDAD, CELDA* Shelton, EM7 | DATE/*FECHA* 08/17/17 |
| DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE* IMU Sergeant | | |

☐ **Interpreter needed for__________ (language).**
☐ ***Necesito intérprete para__________ (idioma).***

**REASON/QUESTION**
***RAZÓN/PREGUNTA***

MR. Canty still has a emergency Legal library request - (2) A time limit of less than 14 days for filing a notice of appeal. MR Canty has so far only gotten two hours on the legal computer on Sunday. MR. Canty needs alot more time than two hours - Please + Thanks

SIGNATURE/*FIRMA* [signature] 08/19/2017 | DAYS OFF/*DÍAS LIBRES*

**RESPONSE**
***RESPUESTA***

THEN I/M CANTY NEEDS TO KITE JOHN THOMPSON TO VERIFY THE VERASITY OF HIS CLAIMS. UNTIL THEN HE CAN ATTEND LAW LIBRARY AS AVAILABLE.

RESPONDER/*PERSONA QUE RESPONDE* SGT. [signature] | DATE/*FECHA* 8-21-17

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución:* ***BLANCA/AMARILLA****-Persona que responde,* ***AMARILLA****-Devuelva al interno con respuesta,* ***ROSA****-Interno*

DOC 21-473 E/S (Rev. 05/23/13) DOC 390.585, DOC 450.500

Exhibit 53

2nd Shift IMU Sergeant

Department of Corrections WASHINGTON STATE

# OFFENDER'S KITE

# *PAPELETA DE PETICIÓN DEL INTERNO*

| OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)* | | |
|---|---|---|
| Kyle Lydell Canty | | |
| DOC NUMBER/*NÚMERO DOC* | FACILITY, UNIT, CELL/FACILITY IS INSTALACIÓN/UNIDAD, CELDA | DATE/*FECHA* |
| 401358 | Shelton, E107 | 08/22/17 |
| DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE* | | |
| 2nd Shift IMU Sergeant | | |

☐ Interpreter needed for ____________ (language).
☐ *Necesito intérprete para ____________ (idioma).*

**REASON/QUESTION**
***RAZÓN/PREGUNTA***

Since the Sergeant on 1st Shift refused to do their Job this Kite now goes to you MR. Canty next step is going to be filing a lawsuit if you think MR. Canty is Joking Try him MR. Canty is owed 50 Sheets of legal lined Paper A.S.A.P.

SIGNATURE/*FIRMA* [signature] 08/22/17

DAYS OFF/*DÍAS LIBRES*

**RESPONSE**
***RESPUESTA***

MR. CANTY IS FREE TO GRIEVE HIS LACK OF LEGAL SUPPLIES, IF HE SO WISHES.

RESPONDER/*PERSONA QUE RESPONDE* SGT. [signature]

DATE/*FECHA* 8-23-17

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución: **BLANCA/AMARILLA**-Persona que responde, **AMARILLA**-Devuelva al interno con respuesta, **ROSA**-Interno*

DOC 21-473 E/S (Rev. 05/23/13)

DOC 390.585, DOC 450.500

Exhibit SS

1st Shift
IMU
Sergeant

Department of Corrections
WASHINGTON STATE

**OFFENDER'S KITE**

***PAPELETA DE PETICIÓN DEL INTERNO***

| OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)* | | |
|---|---|---|
| Kyle Lydell Canty | | |
| DOC NUMBER/*NÚMERO DOC* | FACILITY, UNIT, CELL/FACILITY IS INSTALACIÓN*UNIDAD, CELDA* | DATE/*FECHA* |
| 401358 | Shelton, E107 | 08/16/17 |
| DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE* | | |
| 1st Shift IMU Sergeant | | |

☐ **Interpreter needed for** ______________ **(language).**
☐ ***Necesito intérprete para*** ______________ ***(idioma).***

**REASON/QUESTION**
***RAZÓN/PREGUNTA***

MR. Canty is requesting lined Paper, MR. Canty is indigent - Thanks

| SIGNATURE/*FIRMA* | DAYS OFF/*DÍAS LIBRES* |
|---|---|
| K 08/16/17 | |

**RESPONSE**
***RESPUESTA***

| RESPONDER/*PERSONA QUE RESPONDE* | DATE/*FECHA* |
|---|---|
| | |

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución:* ***BLANCA/AMARILLA****-Persona que responde,* ***AMARILLA****-Devuelva al interno con respuesta,* ***ROSA****-Interno*

DOC 21-473 E/S (Rev. 05/23/13) DOC 390.585, DOC 450.500

**Best scanned image available.**

Exhibit 56

Grievance Coordinator

Department of Corrections WASHINGTON STATE

**OFFENDER'S KITE**

***PAPELETA DE PETICIÓN DEL INTERNO***

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*
Kyle Lydell Canty

DOC NUMBER/*NÚMERO DOC*
401358

FACILITY, UNIT, CELL/FACILITY IS INSTALACIÓN*UNIDAD, CELDA*
Shelton, E107

DATE/*FECHA*
08/22/17

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*
The Grievance Coordinator

☐ **Interpreter needed for** ________ **(language)**
☐ ***Necesito intérprete para*** ________ ***(idioma)***

**REASON/QUESTION**
***RAZÓN/PREGUNTA***

MR Canty is as promised Proceding forward With legal actions therefore he is request-ing a "Staff Conduct Grievance" Quote, a "Special Grievance" Quote MR. Canty needs 3 of each forms he is request-ing - Please and Thanks

SIGNATURE/*FIRMA*
[signature] 08/22/17

DAYS OFF/*DÍAS LIBRES*

**RESPONSE**
***RESPUESTA***

RESPONDER/*PERSONA QUE RESPONDE*

DATE/*FECHA*

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución:* ***BLANCA/AMARILLA****-Persona que responde,* ***AMARILLA****-Devuelva al interno con respuesta,* ***ROSA****-Interno*

DOC 21-473 E/S (Rev. 05/23/13) DOC 390.585, DOC 450.500

**Best scanned image available.**

Exhibit 57 Notice of No Access to the LAW

Department of Corrections
WASHINGTON STATE

# OFFENDER'S KITE

# PAPELETA DE PETICIÓN DEL INTERNO

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*
Kyle Lydell Canty 7:00am

DOC NUMBER/*NÚMERO DOC*
401358

FACILITY, UNIT, CELL/FACILITY IS INSTALACIÓN *UNIDAD, CELDA*
Shelton, E107

DATE/*FECHA*
08/[illegible]/17

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*
1st Shift IMU Sergeant

☐ Interpreter needed for __________ (language).
☐ *Necesito intérprete para __________ (idioma).*

**REASON/QUESTION**
***RAZÓN/PREGUNTA***

MR. Canty has been refused Access to the LAW. The LAW includes Paper, Evelopes, Legal Computer time, LAW Books, The internet, and other legal supplies. This is this facility's 5th Notice

SIGNATURE/*FIRMA* [signature] 08/[illegible]/2017

DAYS OFF/*DÍAS LIBRES*

**RESPONSE**
***RESPUESTA***

RESPONDER/*PERSONA QUE RESPONDE*

DATE/*FECHA*

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución:* ***BLANCA/AMARILLA****-Persona que responde,* ***AMARILLA****-Devuelva al interno con respuesta,* ***ROSA****-Interno*

DOC 21-473 E/S (Rev. 05/23/13) DOC 390.585, DOC 450.500

Best scanned image available.

... Access to the Law

Department of Corrections WASHINGTON STATE

Exhibit 58

**OFFENDER'S KITE**

**PAPELETA DE PETICIÓN DEL INTERNO**

| OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)* | | |
|---|---|---|
| Kyle Lydell Canty 7:00 AM | | |
| DOC NUMBER/*NÚMERO DOC* | FACILITY, UNIT, CELL/FACILITY IS INSTALACIÓN*UNIDAD, CELDA* | DATE/*FECHA* |
| 401357 | Shelton, E107 | 08/ /17 |
| DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE* | | |
| 2nd Shift IMU Sergeant | | |

☐ **Interpreter needed for** ______ **(language).**
☐ ***Necesito intérprete para*** ______ ***(idioma).***

**REASON/QUESTION**
***RAZÓN/PREGUNTA***

MR. Canty has been refused Access to the Law. The Law includes Paper, envelopes, Legal Computer time, Law Books, The internet, and other legal supplies and services. This is this facility's 5th Notice

| SIGNATURE/*FIRMA* | DAYS OFF/*DÍAS LIBRES* |
|---|---|
| 08/23/2017 | |

**RESPONSE**
***RESPUESTA***

| RESPONDER/*PERSONA QUE RESPONDE* | DATE/*FECHA* |
|---|---|
| | |

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución:* ***BLANCA/AMARILLA****-Persona que responde,* ***AMARILLA****-Devuelva al interno con respuesta,* ***ROSA****-Interno*

DOC 21-473 E/S (Rev. 05/23/13) DOC 390.585, DOC 450.500

**Best scanned image available.**

Exhibit 57 Legal supplies request 1st Shift Sergeant 6:00 pm

Department of Corrections WASHINGTON STATE

**OFFENDER'S KITE**

***PAPELETA DE PETICIÓN DEL INTERNO***

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*: Kyle Lydell Canty 08/22/17

DOC NUMBER/*NÚMERO DOC*: 401358

FACILITY, UNIT, CELL/FACILITY IS INSTALACIÓN*UNIDAD, CELDA*: Shelton; E1c7

DATE/*FECHA*: 08/22/17

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*: 1st Shift Sergeant

☐ **Interpreter needed for** ________ **(language).**
☐ ***Necesito intérprete para*** ________ ***(idioma).***

**REASON/QUESTION**
***RAZÓN/PREGUNTA***

MR. Canty is requesting once more Legal Supplies 50 Sheets of lined Paper no Printing Paper - There is no Printer at this facility (Pg 8) of IMU handbook also (5) Pre franked envelopes Please and thanks

SIGNATURE/*FIRMA*: K 08/22/2017

DAYS OFF/*DÍAS LIBRES*:

**RESPONSE**
***RESPUESTA***

RESPONDER/*PERSONA QUE RESPONDE*:

DATE/*FECHA*:

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución:* ***BLANCA/AMARILLA****-Persona que responde,* ***AMARILLA****-Devuelva al interno con respuesta,* ***ROSA****-Interno*

DOC 21-473 E/S (Rev. 05/23/13) DOC 390.585, DOC 450.500

**Best scanned image available.**

Exhibit 60

Marcia Sanchez

Department of Corrections WASHINGTON STATE

**OFFENDER'S KITE**

***PAPELETA DE PETICIÓN DEL INTERNO***

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*
Kyle Lydell Canty

| DOC NUMBER/*NÚMERO DOC* | FACILITY, UNIT, CELL/FACILITY IS *INSTALACIÓN UNIDAD, CELDA* | DATE/*FECHA* |
|---|---|---|
| 401358 | Shelton, E107 | 02/[illegible]/17 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*
Marcia Sanchez

**REASON/QUESTION**
***RAZÓN/PREGUNTA***

☐ **Interpreter needed for** ______ **(language).**
☐ ***Necesito intérprete para*** ______ ***(idioma).***

MR Canty Will be filing a lawsuit against this facility for not following policies and Procedures according to WCC 590.500 Legal Access for offenders, and WCC 320.200 Protective Custody "PC"

SIGNATURE/*FIRMA* [signature] 02/[illegible]/17

DAYS OFF/*DÍAS LIBRES*

**RESPONSE**
***RESPUESTA***

RESPONDER/*PERSONA QUE RESPONDE*

DATE/*FECHA*

**Best scanned image available**

Exhibit 61

Legal Library Privileges request

Department of Corrections WASHINGTON STATE

**OFFENDER'S KITE**

***PAPELETA DE PETICIÓN DEL INTERNO***

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*
Kyle Lydell Canty

| DOC NUMBER/*NÚMERO DOC* | FACILITY, UNIT, CELL/FACILITY IS INSTALACIÓN*UNIDAD, CELDA* | DATE/*FECHA* |
|---|---|---|
| 401358 | Shelton; E107 | 08/11/17 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*
Imu Sergent

☐ **Interpreter needed for** ________ **(language).**
☐ ***Necesito intérprete para*** ________ ***(idioma).***

**REASON/QUESTION**
***RAZÓN/PREGUNTA***

MR. Canty has Several pending legal matters. also MR. Canty Came into this facility today With a lot of legal materials and also a law Book, MR. Canty is requesting access to these materials that are on his Property (Federal Case + State Case)

| SIGNATURE/*FIRMA* | DAYS OFF/*DÍAS LIBRES* |
|---|---|
| [signature] 08/11/17 | |

**RESPONSE**
***RESPUESTA***

| RESPONDER/*PERSONA QUE RESPONDE* | DATE/*FECHA* |
|---|---|
| | |

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución: **BLANCA/AMARILLA**-Persona que responde, **AMARILLA**-Devuelva al interno con respuesta, **ROSA**-Interno*

DOC 21-473 E/S (Rev. 05/23/13) DOC 390.585, DOC 450.500

Best scanned image available

Kyle Lydell Canty
Doc # 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584




Clerk, of Judge
Hon. James P. Donohue
U.S. District Court
U.S. District Courthouse
700 Stewart
Seattle WA

98101$4499 C028

MAIL