# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FILED / LODGED / RECEIVED — MAIL
SEP 06 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

| | |
|---|---|
| KYLE LYDELL CANTY<br>　　　　Plaintiff, <br><br>VS. <br><br>CITY OF SEATTLE et,Al<br>　　　　Defendants. | Case No. 2:16-CV-01655-RAJ-JPD<br><br>PLAINTIFF'S MOTION PURSUANT TO "ACCESS TO THE LAW" INTENTIONAL REFUSAL ON THE BEHALF OF THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS<br>"ORAL ARGUMENT REQUESTED"<br>NOTE ON CALENDAR<br>EMERGENCY MOTION |

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Persona, and of Sui Juris

P 1 of 6

On this 30th day of August year 2017, hereby moves and serves this Court With this motion Pursuant to "ACCESS TO THE LAW"(INTENTIONAL REFUSAL); Also Pursuant to Common Law, Rule of Law, United States Constitutional Law, Fed Civ P, and United States Code "U.S.C."

## Statement of Issues

1) For reasons that are Unclear the Washington State Department of Corrections by Way of WCC/Shelton Correctional facility has intentionally and repeatedly refused the Plaintiff Kyle Lydell Canty "ACCESS TO THE Law", Thus violating their own Policies, rules, Procedures and Code Pursuant to WCC 590.500?

2) For reasons that are unclear the Washington State Department of Corrections legal Person for this facility has not responded back to the Plaintiff at all? aParently this legal Person at

P. 2 of 6

this facility is named John Thompson?

(3) For reasons that are unclear the Washington State Department of Corrections are training their Correctional facilities such as Shelton/WCC to only permit access to a outdated but somewhat of use legal computer only once or maybe twice if you're worthy?

(4) Should the Washington State Department of Corrections be allowed to refuse, pick and choose, put inmates on paper retrictions when it comes down to legal access to the Law?

Evidence relied upon

Plaintiff Kyle Lydell Canty rely upon a copy with tracking number to the official grievance that he submitted to The WCC grivance Coordinator "J. Watson" is his name (Attached is Exhibit 65) Titled "Emergency legal Law library access request Permanent"

P 3 of 6

The Plaintiff Kyle Lydell Canty also rely on a letter signed and dated by the grievance Coordinator himself J. Watson Claiming that Plaintiff and inmate has Committed grievance abuse with a threat of a infraction his words not MR. Canty's (Attached is Exhibit 66)

## Relief Requested

The Plaintiff Kyle Lydell Canty hereby respectfully requests a Writ to be signed for unlimited Access to the law, Paper, envelopes, law books, his own law book and other legal supplies that were transferred over to the Washington State Department of Corrections from King County Correctional facility

## Law And Argument

Has the Supreme Courts made it Clear

2 Exhibits Attached

that no inmate in the United States of America is to be denied/refused Access to Law? Has the Federal Courts of the United States made it Crystal Clear that NO inmate is to be denied/refused Access to the Law? Has the United States Constitution, United States Code "U.S.C.", Federal Acts or Law, and Common Law made it Clear that no inmate is to be denied/refused Access to the Law? Why is the State of Washington Department of Corrections able to get away With this?

## Conclusion

The Plaintiff has Submitted to the United States District Court Western District of Washington earlier this week "A Motion for Appointment of Counsel" for these same reasons plus more.

Signature Page is P 6 of 6

P 5 of 6

Judges Signature

_____

Prepared by:

X 08/30/2017

Executed 08/30/17

Kyle Lydell Canty
Doc# 401358
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

P 6 of 6

**Confidential**
WCC Grievance Coordinator

AUG 22 2017
Received in office

EXHIBIT G5
Emergency Legal Law Library access request "Permanent"

**Department of Corrections — WASHINGTON STATE**

**OFFENDER COMPLAINT**

**LOG I.D. NUMBER:** 17639086

**CHECK ONE:** ☐ Initial ☑ Emergency ☐ Appeal ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| Canty | Kyle | Lydell | 401358 | Shelton | E107 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

MAILING ADDRESS - STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE

**COMPLAINT:** This facility of Shelton/WCC has refused Mr. Kyle Lydell Canty access to the legal Law Library.

(2) Mr. Kyle Lydell Canty even came to this facility with his own legal law books, and other legal materials. This facility has still refused him access to the law.

(3) Mr. Kyle Lydell Canty has currently pending legal matters that this facility has known about for exactly one week now = 7 days

**SUGGESTED REMEDY:** Mr. Canty has already kited John Thompson, Sergeants, and put in Emergency legal library request

Mandatory ☒  08/19/2017  Signature   Date 08/19/17

**GRIEVANCE COORDINATOR'S RESPONSE**
Your complaint is being returned because:
☐ It is not a grievable issue.
☑ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____.
☐ Administratively Withdrawn _____.
☐ The formal grievance/appeal paperwork is being prepared.
☐ Not accepted

Facility/Office: WCC-TMU
Date Received:

☑ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____.
☐ No rewrite received _____.
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** You had law library access on 08-23-17.

Not emergent, found in Grievance box

Coordinator's Name (print): J. Watson
Coordinator's Signature: [signed]
Date: 8-25-17

17639084 17639083 17639353  17639354 17639355
17639356 17639358 17639359 17639360

August 29, 2017

Exhibit 66

To: Inmate Canty, Kyle 401358

From: J. Watson, WCC Grievance Coordinator

**SUBJECT: GRIEVANCE ABUSE BY QUANTITY**

Seven complaints were picked up from you on 08/29/17. Two complaints already existed and these had been returned to you for rewrite requiring more information. Of the new complaints two were dated 08/25/2017, three dated 08/27/17 and two dated 08/28/17. With these new complaints this puts you at 9 Offender Complaints.

According to page 26 of the Offender Grievance Program Manual:

> Offenders **may not** submit more than five (5) new complaints per calendar week or **have more than five (5) ACTIVE grievances and/or appeals**. If an offender exceeds these limits, the Grievance Coordinator will return all materials, explain that the offender is over the limit and list all active log ID numbers. Offenders may not withdraw more than five (5) formal grievances/appeals per year in order to initiate new grievances. If an offender exceeds any of these limits, he or she may receive corrective action.
> **First violation**
> The Grievance Coordinator will issue a written warning documenting the abuse and stating that subsequent violations may result in the offender being issued an infraction for interfering with the duties of staff.
> **Second and subsequent violations**
> The Grievance Coordinator may submit objective documentation to the Superintendent/Work Release Supervisor and request to infract the offender for interfering with the duties of staff.

This is your written warning. If you continue to commit grievance abuse by quantity, I will infract you. You will not be permitted to pursue more than five grievances at a time, at any level of review. Furthermore, if you submit more than five in a week, I will return ALL of them without investigation until you limit grievance activity in accordance with the OGP.

Kyle Lydell Canty
Doc # 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

Clerk of Judge
Hon. James P. Donohue
U.S. District Court
U.S. District Courthouse
700 Stewart Street
Seattle, WA 98101

LEGAL MAIL