UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RECEIVED
SEP 07 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff, | Case No. 2:16-CV-01655-RAJ-JPD |
| VS. | PLAINTIFF'S SECURED RIGHTS TO FILE CIVIL ACTIONS AGAINST THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS NOTICE OF INTENT |
| CITY OF SEATTLE et,Al<br>Defendants. | |

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Persona, and of Sui Juris on this 30th day of August year 2017, hereby moves this federal venue with this legally binding document and Notice Pursuant to Common Law,

P 1 of 9

Rule of Law, Washington Constitutional Law, United States Constitutional Law, United States Code "U.S.C", and any other Federal Acts or Laws.

## Statement of issues

For reasons that are unclear the future defendants The State of Washington, it's officers, and it's Department of Corrections State agency, acting as a "local government" chooses to not follow it's own policies, procedures, rules, codes and other laws that was established by them Should the Plaintiff Kyle Lydell Canty pursue his secured Rights to file civil actions?

## Statement of facts

(A) The Plaintiff Kyle Lydell Canty was illegally convicted of two felonies and sent to prison (King County inferior Court)

(B) The Department of Corrections

P 2 of 9

for the State of Washington claims that they give all the tools needed for a person with a felony to become a productive member of society.

(C) The Washington State Department of Corrections calls these tools re-entry programs for the offender/alleged felon

(D) The Washington State Department of Corrections have even signed contracts with the Federal Bureau of Prisons in order to get Federal funds such as grants and other kickbacks, in order to keep the prison system a float.

(E) Under Contract Law The Washington State Department of Corrections have to introduce it's own codes, rules, policies procedures, and rentry programs for the alleged felon/offender.

Evidence relied upon

The Plaintiff Kyle Lydell Canty rely on The Washington State Department of Corrections very own Codes, rules, Policies, Procedures, and rentry programs for the alleged felon/offender
The Plaintiff Kyle Lydell Canty also rely on United States Code "U.S.C.", U.S. Const. Law, Washington Administrative Code "WAC", and other Federal Acts or Laws

(B)   The Codes are as follows:

Pursuant to DOC 880.130 - Tuition reimbursement for felons/offenders

Pursuant to WCC 500.000 - Education and Vocational programs for felons/offenders

Pursuant to DOC 690.400 - Notice of rights for offenders/felons with disabilities "ADA" accommodations

Pursuant to DOC 590.350 - offender/felon Change Programs

P 4 of 9

Pursuant to WCC 560.200 - Religious Programs and Services for felons/offenders

Pursuant to WCC 590.500 - Legal access to the law for felons/offenders

Pursuant to WCC 320.200 - Protective Custody for felons/offenders "upon inmate request"

Pursuant to WCC 400.025 - Identification Cards/Identification for the felon/offender

Pursuant to WCC 350.240 - Ten day release for felons/offenders

Pursuant to WCC 120.500 - Tort Claim request forms for felons/offenders "SF 210"

(c) The rentry in to society programs includes but is not limited to are as follows:

(1) Funds for housing

P 5 of 9

(2) Funds to pay exsisting Legal financial obligations "L.F.O." and Cost of Supervision "C.O.S"/supervision intake fees

(3) Funds to pay for Warrants or traffic offenses that must be cleared up upon release

(4) Funds in lieu of a Community Service revolving Fund (CSRF) loan

(5) Funds for Court ordered Classes

(6) Funds for Approved educational Courses and programs

(7) ~~the~~ Funds to pay for vocational Classes, tools and equipment

(8) Funds to pay Class fee's or tuition for upcoming Classes that must be paid before release or before the semester begins

# Future relief requested

The Plaintiff Kyle Lydell Canty requests that the future defendants The Washington State Department of Corrections provide him with the following

(1) Funds for housing

(2) Funds to pay ~~existi~~ exsisting legal financial obligations "L.F.O." and Cost of Supervision "C.O.S."/ supervision intake fees

(3) Funds to pay for warrants or traffic offenses that must be cleared up upon release

(4) Funds in lieu of a Community Service revolving Fund (C.S.R.F) loan

(5) Funds to pay for Court ordered Classes

(6) Funds to pay for Approved educational Courses and programs

(7) Funds to pay for vocational Classes, tools and equipment

(8) Funds to pay for Class fee's or tuition for upcoming Classes that must be paid before release or before the semester begins

## Legal Argument

Has the United States Code "U.S.C.", United States Constitution, and any other Federal Acts or Laws made it clear that every United States Citizen has a Secured right to enJoy the federally funded, State funded, County funded, and City funded rentry into Society Programs for felons/offenders?
Has the Federal Courts made it clear that Racial Discrimination in this Country is prohibited and illegally sad?

P 8 of 9

## Conclusion

In order for Black/African descent male; alleged felons/offenders to become productive members in society then they must have the same opportunities especially housing and educational. The Plaintiff Kyle Lydell Canty is interested in these educational "Higher" fields of study

(1) Eastern Medicine
(2) Photography
(3) Videography
(4) Buddhism
(5) Interior Design
(6) Graphic Design
(7) Specialty Carpentry

Prepared by:

X 08/30/2017

Executed 08/30/2017

P 9 of 9

Kyle Lydell Canty
DOC# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

Kyle Lydell Canty
Doc # 401358, E107
Washington Corrections
Center
P.O. Box 900
Shelton, WA 98584

Clerk, U.S. District Court
U.S. District Courthouse
700 Stewart Street, Suite 2310
Seattle WA 98101

LEGAL MAIL

TACOMA WA 980
OLYMPIA WA
05 SEP 2017 PM 3 L

98101-444265