The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, et. al.,<br><br>        Defendants. | No. 2:16-cv-01655-RAJ-JPD<br><br>(PROPOSED) ORDER STRIKING PLAINTIFF'S MOTION PROHIBITING RETALIATION (DKT. 102) AND DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL (DKT. 103) |

  THIS MATTER having come on for hearing before the undersigned court on Plaintiff Kyle Lydell Canty's "Emergency Motion Pursuant to 42 USC 1997d Prohibition of Retaliation" (Dkt. 102) and "Proposed Motion to Appoint Counsel with Writ" (Dkt. 103), and the Court having reviewed said motion, Defendants' Responses, and Plaintiff's Reply if any, and all matters submitted with these pleadings, and being otherwise fully advised,

  NOW THEREFORE, it is ORDERED that Plaintiff's Motion Regarding Retaliation is STRICKEN and Plaintiff's Motion to Appoint Counsel is DENIED.

PROPOSED ORDER DENYING PLAINTIFF'S
PENDING MOTIONS (16-cv-01655-RAJ-JPD) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1
2
3         DONE IN OPEN COURT this _____ day of September, 2017.
4
5                                          _____
                                           HONORABLE Richard A. Jones
6                                          United States District Judge
                                           HONORABLE James P. Donohue
7                                          Chief United States Magistrate Judge
8
   Presented by:
9
   DANIEL T. SATTERBERG
10 King County Prosecuting Attorney

11
   By: /s/*Samantha D. Kanner*
12 SAMANTHA D. KANNER, WSBA # 36943
   Senior Deputy Prosecuting Attorney
13 Attorneys for King County Defendants

14
   Copy received:
15

16
   By: _____
17 AMEE TILGER WSBA #34613
   Freimund Jackson & Tardif, PLLC
18 Attorneys for City of Seattle Defendants

19
   By: _____
20 KYLE LYDELL CANTY
   Plaintiff, pro se
21

22

23

PROPOSED ORDER DENYING PLAINTIFF'S
PENDING MOTIONS (16-cv-01655-RAJ-JPD) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819