Hon. Richard Jones
Hon. James P. Donohue

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>                Plaintiff,<br><br>    vs.<br><br>CITY OF SEATTLE, et al.,<br><br>                Defendants. | NO. 2:16-CV-01655-RAJ-JPD<br><br>CITY OF SEATTLE DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION PURSUANT TO 42 U.S.C. 1997(d) PROHIBITION OF RETALIATION<br><br>NOTED FOR SEPTEMBER 15, 2017 |

## I. RELIEF REQUESTED

Defendants City of Seattle, Officer Marshall Coolidge, Sean Culbertson, Timothy Renihan and Officer Hancock (City of Seattle Defendants) request the Court deny Plaintiff's Motion and Declaration of Defendants Motive and Retaliation for failure to comply with Fed. R. Civ. P. 7(b)(1). Additionally, the City of Seattle Defendants join in the response in opposition to Plaintiff's motion filed by King County. Dkt. 106.

## II. FACTS RELEVANT TO MOTION

Plaintiff originally filed his 42 U.S.C. § 1983 Prisoner Civil Rights Complaint naming the City of Seattle and the Seattle Police Department as defendants on November 5, 2016. Dkt. 5. Plaintiff eventually filed a Second Amended Civil Rights Complaint naming the City of Seattle and individual officers Coolidge, Culbertson, Renihan, and Hancock on June 1,

CITY OF SEATTLE DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO 42 U.S.C. 1997 (d) PROHIBITION OF RETALIATION
NO. 2:16-CV-01655-RAJ-JPD

1

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

2017. Dkt. 38. Plaintiff's Complaint alleges the City of Seattle Defendants violated his rights under the Fourth, Fifth, and Eighth Amendments to the United States Constitution during his detention on a civil commitment warrant. *Id.*

Among the numerous motions Plaintiff has filed since commencing this action, on July 10, 2017 he filed a motion entitled, "motion and declaration of defendants [sic] retaliation." Dkt. 53. On August 7, 2017, the court denied the motion, stating "nowhere in this motion does plaintiff identify what relief he is seeking . . ." Dkt. 81. Plaintiff never sought reconsideration of this ruling. Plaintiff has now filed another similarly labeled motion, "emergency motion pursuant to 42 U.S.C. 1997(d) prohibition of retaliation." Dkt. 102. Other than the cover page with the case caption, the motion appears to consist exclusively of a copy of a transcript from one of Plaintiff's criminal matters in King County Superior Court. *Id.*

### III. ARGUMENT

**Plaintiff's Motion Should Be Denied Because It Does Not State Any Particular Grounds For Seeking An Order, Or What Relief Is Sought**

The Rules of Civil Procedure require that requests for court orders be made by motion. Fed. R. Civ. P. 7(b)(1). Motions must: 1) be in writing; 2) state with particularity the ground for seeking the order; and 3) state the relief sought. *Id.* Courts have generally given liberal interpretation to Rule 7(b)'s requirement that motions "state with particularity the grounds therefor." *Harkins v. Ford Motor Co.*, 437 F2d 276 n.1 (3d Cir. Pa. 1970). However, Rule 7(b)'s requirement that moving party state with particularity grounds for his motion is not intended to be merely a matter of form but real and substantial. *Steingut v. National City Bank*, 36 F. Supp. 486, 487 (D.N.Y. 1941). "[M]otions giving no reasons have no effect" and should be denied. *Stephenson v. Deutsche Bank AG*, 282 F. Supp. 2d 1032, 1041 n.7 (D. Minn. 2003), quoting *Lac Du Flambeau Band of Lake Superior Chippewa Indians v. Wisconsin*, 957 F.2d 515, 516 (7th Cir. 1992). Courts have usually interpreted Fed. R. Civ. P. 7(b) strictly, refusing

CITY OF SEATTLE DEFENDANTS'
RESPONSE TO PLAINTIFF'S EMERGENCY
MOTION TO 42 U.S.C. 1997 (d) PROHIBITION
OF RETALIATION
NO. 2:16-CV-01655-RAJ-JPD

2

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

to recognize requests for relief not specified in the moving papers.  *De Lorenzo v. Fed. Deposit Ins. Corp.*, 268 F. Supp. 378, 381 (S.D.N.Y. 1967).

Plaintiff's "motion" again does not state what, if any, relief he is seeking by filing this document.  Nor has he filed a proposed order with his motion as required by local rule that might enlighten the City of Seattle Defendants as to his motion's purpose.  *See* W.D. Wash. LCR 7(b)(1).  Plaintiff states no legal basis whatsoever for his motion, let alone the particular grounds required by Fed. R. Civ. P. 7(b) for filing a motion.  The lack of grounds and request for relief are fatal to Plaintiff's motion and the Court should therefore deny it.

## IV.    CONCLUSION

Plaintiff's "emergency motion pursuant to 42 U.S.C. 1997(d) prohibition of retaliation" states no legal grounds for seeking an order, nor includes any request for relief as required by the Federal Civil Rules.  The Court should therefore deny Plaintiff's motion.

DATED this 11th day of September, 2017.

                    s/ John R. Nicholson
                    JOHN R. NICHOLSON WSBA #30499
                    Freimund Jackson & Tardif, PLLC
                    701 5th Avenue, Suite 3545
                    Seattle, WA  98104
                    Telephone:  (206) 582-6001
                    Facsimile:  (206) 466-6085
                    Johnn@fjtlaw.com
                    Attorneys for Defendants City of Seattle,
                    Officer Marshall Coolidge, Sean Culbertson,
                    Timothy Renihan and Officer Hancock

CITY OF SEATTLE DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO 42 U.S.C. 1997 (d) PROHIBITION OF RETALIATION
NO. 2:16-CV-01655-RAJ-JPD

3

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA  98104
TEL: (206) 582-6001
FAX: (206) 466-6085

# CERTIFICATE OF SERVICE

I certify that on the 11th day of September, 2017, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF E-Filing Systems, and notifying of such filing to the following:

| | |
|---|---|
| Pro se Plaintiff,<br><br>Kyle Lydell Canty<br>DOC #401358<br>Washington Corrections Center<br>P.O. Box 900<br>Shelton, WA  98584<br>DOCWCCInmateFederal@DOC1.WA.GOv | ( X )  ECF Electronic Filing |
| Samantha D. Kanner, WSBA #36943<br>Deputy Prosecuting Attorney<br>King County Prosecuting Attorney's Office<br>500 Fourth Avenue, 9th Floor<br>Seattle, WA  98104<br>(206) 296-8820<br>SamanthaKanner@kingcounty.gov<br><br>Attorney for King County | ( X )  ECF Electronic Filing |

I certify under the penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 11th day of September, 2017, in Seattle, Washington.

                                                  s/Kathie Fudge
                                                KATHIE FUDGE, Legal Assistant
                                                kathief@fjtlaw.com

CITY OF SEATTLE DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO 42 U.S.C. 1997 (d) PROHIBITION OF RETALIATION
NO. 2:16-CV-01655-RAJ-JPD

4

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA  98104
TEL: (206) 582-6001
FAX: (206) 466-6085