UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff, | Case No. 2:16-CV-01655-RAJ-JPD |
| VS. | PLAINTIFF'S SECURED RIGHTS TO FILE CIVIL ACTIONS AGAINST THE GOVERNER AND ATTORNEY GENERAL OF THE STATE OF WASHINGTON NOTICE OF INTENT "SPECIAL SEPT. 11th EDITION" |
| CITY OF SEATTLE, et al<br>Defendants. | |

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Persona, and of Sui Juris on this 5th day of September Year

P 1 of 4

2017, hereby moves this Court with this legally binding document and notice of intent pursuant to Common Law, U.S. Const. Law, United States Code "U.S.C., Fed Civ P, and any other Federal Acts or Laws.

## Statement of issues

For reasons that are unclear, but clearly "not wise" The Governer and Attorney General of the State of Washington allowed it's Courts, officers of it's Courts, it's City of Seattle, and it's County of King to falsify the "Certification of Probable Cause Statement", hide multiple Security Camara video's from department stores that clears one's name, and remove evidence from the alleged victims medical records that proves that the alleged victims are clearly lying. Sadly The Governer and Attorney General of the State of Washington's actions caused the Plaintiff Kyle Lydell

Canty to be illegally Convicted and sent to prison. Should the Plaintiff pursue his secured rights to file Civil Actions against the Governer and Attorney General of The State of Washington? Will the Federal Courts try to protect the Governer and Attorney General of The State of Washington?

## Statement of facts

The Plaintiff's DOC# 401358, E107. The alleged victims are the City of Seattle and it's officers Canek Gordillo, and Chris Scott Myers.

## Evidence relied upon

The Plaintiff Kyle Lydell Canty rely on the Completely falsified "Certification of Probable Cause Statement" and other documents that clears his name and proves his innocence, including the alleged victims own medical Records and the Plaintiff's medical Records.

P. 3 of 4

## Relief Requested

The Plaintiff Kyle Lydell Canty requests that his name is Completely Cleared of all charges and a legislative Bill passed in his name in order to fight against this type of terrorizism/Corruption

## Legal Argument

Has the Supreme and Federal Courts already Said that Corruption on a government level is Unconstitutional? IS it the Job of the Governer and Attorney General of the State to prevent and help fight against official government Corruption according to United States Code U.S.C. and other Federal Acts or Laws?

Prepared by:

K 09/05/2017

Kyle Lydell Canty
DOC# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

P 4 of 4

Eric Lihen
Doc# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

THIS WAS MAILED BY AN INCARCERATED INDIVIDUAL CONFINED AT A WASHINGTON STATE DEPARTMENT OF CORRECTIONS FACILITY. ITS CONTENTS MAY BE UNCENSORED.

TACOMA WA 983
OLYMPIA WA
06 SEP 2017 PM 2 L

SEP 08 2017

Clerk of Judge
Hon. James P. Donohue
U.S. District Court
U.S. District Courthouse
700 Stewart Street
Seattle, WA 98101

98101-444357

Legal Mail