UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FILED LODGED RECEIVED MAIL
SEP 11 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY            DEPUTY

KYLE LYDELL CANTY
  Plaintiff,

vs.

CITY OF SEATTLE et,Al
  Defendants.

Case No. 2:16-CV-01655-RAJ-JPD

SECRETS, TACTICS, AND STRATEGIES OF KING COUNTY, IT'S OFFICERS OF THE COURTS, AND IT'S EMPLOYEE'S REVEALED (PART I) NOTICE OF INTENT "SPECIAL SEPT. 11th EDITION" ™®

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Persona, and of Sui Juris on this 5th day of September year 2017, hereby moves this Court with this legally binding document and notice

P 1 of 11

of intent pursuant to U.S. Const. Law Common Law, United States Code "U.S.C." and any other Federal Acts or Laws

## Statement of issues

For reasons that are unclear, but clearly "not wise" the defendants King County chose to illegally convict and send to prison the Plaintiff Kyle Lydell Canty just as he knew they would. The defendants were able to send the Plaintiff to prison by simply falsifying the "Certification of Probable Cause Statement" and also not allowing any of the Plaintiff's seven witnesses to attend the bench trial and give testimony on his behalf in his favor. Should the Plaintiff Kyle Lydell Canty pursuant to the First Amendment of the United States Constitution be allowed to "Reveal" Secrets, Tactics, and Strategies of King County, It's officers of the Courts, and It's Employee's? or Will the Federal Courts try to protect King County?

P 2 of 11

# Evidence Relied Upon

The Plaintiff Kyle Lydell Canty rely on his first hand knowledge, thus he represented himself &in King County Superior oops he ment to say inferior Court only once, and went head to head with it's officers of the Courts and beat them all, "Officers of the Courts" would include Judges, Attorney, Prosecutor, Public Pretenders, Clerks, bailif's, King County Correctional officers, ect ect. The Plaintiff Kyle Lydell Canty also relies on the Evidence of Dismissal with Prejudice official Court Document "minutes of the Court" of the only Case in King County Superior Courts that he really represented himself on. The Plaintiff Kyle Lydell Canty last but not least rely on his own experiences thus they're all truthful experiences and all very current and up to date.

P 3 of 11

(1) Statement of facts / secrets

A) William "Rufus" King and his family were slave owners

B) King County "the local government chose to name it's County after William "Rufus" King and his family to pay respects to this kind/type of Racism.

C) King County "the local government" didn't choose to change it's name until about thirty years ago, back in the 1980's

D) King County "the local government" in a effort to brainwash/fool the public especially blacks living in Seattle, King County "the local government" names it's County after the great DR. Martin Luther King JR., this name change aparently took place back in the 1980's

(E) 42 U.S.C. 1983 - Civil rights litigation, is only possible because

of the Civil Rights movement of Blacks/People of African descent

(F) Blacks/People of African descent that were apart of the Civil Rights movement back then includes, DR. Martin Luther King JR., Rosa Parks, Malcom X, Asata Shakur, Afenie Shakur, Tupac Shakur, Fiedel Castro, Mohammed Ali, and so many others

(2) Statement of facts/secrets

(A) Newly appointed Chief Judge Sean P. O'Donnel gladly releases Caucasian already convicted sex offenders when they fail to register as sex offenders, but this same Judge has no problem with keeping Blacks in jail who have no criminal convictions, or warrant history on file, and to top it all off this same Judge will completely lie on the record at your Pr/C-cap/bail hearing and say that you're a violent

offender even though you have no past criminal convictions in any state in the United States of America. Judge Sean P. O'Donnel works for King County and he is Caucasian.

(B) Judge Lori K. Smith is a King County employee who on the outside looks Black but on the inside is racist against Blacks. This Judge hides evidence that clears ones name of all criminal charges, falsifies all official Court documents, helps the prosecutor hide evidence that clears ones name, lies on the Court record about whats on video. ~~Commets~~ "Security video footage" from department stores on the outside has no audio sound. This Judge will also say to you "I control your fate" Quote, and then illegally sends you to prison, not to mention this Judge also will switch court rooms so that you're not able to get the Digital recordings - This Judge in fact is a real piece of crap, that refuses to follow "C.J.C."

P 6 of 11

(C) Judge Julie A. Spector used to be the assistant Chief Judge, but is still employed by King County and still is a Judge She has a girlfriend who works for the City of Seattle and it's Police department, This Judge knows that black males are being falsely charged with harassment and or Domestic violence, She also knows that the "Certification of Probable Cause" statements are falsified by the Seattle Police department officers who write them, most of the time the Certification of Probable Cause statements don't even match up with the Revised Codes of Washington "RCW" or the "information" charge documents, MR. Kyle Lydell Canty and Judge Julie A. Spector have had multiple arguments on the official Court records regarding this issue

(D) Judge Morine Spearman is a King County employee who will illegally order pursuant to RCW 10.77 a mental

exam by a Western State hospital (M.D.) When the King County Prosecutor is about to lose to a "Pro Se" litigant, also all Judges who work for King County have been taught to lie and say the alleged Criminal especially if he is homeless has some type of mental illness, even when this is clearly not the case

(3.) Statement of facts/Tactics

(A) King County "Head" Prosecutor Daniel T. Satterberg for the Criminal division and Civil division, has obtained all of his wins by cheating and purposely mis-calculating the Washington Sentencing Reform Act's Point System "S.R.A." This has been going on for years now.

(B) The King County Prosecutors office will use spies better known as Confidential informants, intercept mail in the Correctional facilities, violate one's

right's to a speedy trial, even if you don't sign a Continuance.

(C) King County Prosecutor Jennifer Petersen will lie and say the witnesses for the State are on vacation, She's going on vacation, the Judge is on vacation, the alleged victims have been shot, there has been a death in the family of the alleged victims

(D) King County Prosecutor Aubony G. Burns will try to bribe you into pleading guilty to crimes you didn't commit by taking holidays away from you and not allowing you to spend time with your loved ones, This Prosecutor will also try to play like she is the victim if you want to go to trial on the alleged crimes, She will come to you right before trial and offer to take away one of the made up ficticious charges if you plead guilty

to the other ficticious charges and when you tell her no, she then starts shaking really bad in fear, and then she will almost start crying it is this prosecutors left hand that always trembles really bad in fear. After this prosecutor lost against MR. Kyle Lydell Canty, she then tried to falsify the signed order from the Judge on that case, the "Pro se" litigant/defendant was Kyle Lydell Canty he moved the Courts with a motion to dismiss with prejudice pursuant to 8.3 CrR it was granted, however Aubony G. Burns falsified this official Court document by claiming and checking that the State of Washington moved to dismiss the case, MR. Canty then went to the Courthouse and found the Clerk's minutes document which also had that the "Pro se" litigant/defendant moved the Courts for the 8.3 CrR motion to Dismiss with prejudice and it was granted.

P 10 of 11

To BE CONTINUED....

Prepared by:

X 09/05/2017

All Rights Reserved

"SPECIAL Sept. 11th Edition"

Executed on September 5th 2017

Kyle Lydell Canty
DOC# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

...gton Corrections
...r
Box 900
...n, WA 98584

Legal Mail

Clerk, U.S. District Court
U.S. District Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

FILED ___ LODGED ___ RECEIVED ___  MAIL
SEP 11 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEP