UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY,

         Plaintiff,

v.

KING COUNTY, *et al.*,

         Defendants.

Case No. C16-1655-RAJ-JPD

ORDER TO SHOW CAUSE

This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff filed this action in October 24, 2016 while he was confined at the King County Jail in Seattle, Washington. (*See* Dkt. 1.) Plaintiff was subsequently transferred into the custody of the Washington Department of Corrections and he is currently confined at the Washington Corrections Center in Shelton, Washington. (*See* Dkt. 98.) Because plaintiff is now in Washington Department of Corrections custody, he is subject to mandatory e-filing pursuant to General Order 06-16.

On August 22, 2017, plaintiff submitted to the Court via U.S. Mail a document entitled "Plaintiff's Full Cooperation with his New Community Corrections Officer Notice of Intent." (Dkt. 99.) On August 23, 2017, plaintiff was advised that his compliance with the Court's E-

ORDER TO SHOW CAUSE
PAGE - 1

Filing Initiative is mandatory. Plaintiff was advised four additional times of the mandatory nature of the Court's E-Filing Initiative, and yet he continues to submit documents via U.S. Mail. (*See* Dkts. 100, 102, 103, 104, 105, 109 and 112.) Plaintiff has provided no explanation for ignoring the Court's warnings that compliance with the Court's E-Filing Initiative is mandatory.

Accordingly, this Court hereby ORDERS as follows:

(1) Plaintiff shall explain to the Court in writing, not later than *September 28, 2017*, why he is failing to comply with the mandatory E-Filing Initiative. If plaintiff fails to provide a meaningful response to this Order, all future filings submitted by plaintiff after the date of this Order that are not in compliance with the E-Filing Initiative will be returned to him *unfiled*.

(2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Richard A. Jones.

Dated this 15th day of September, 2017.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge