UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY,

                   Plaintiff,

v.

CITY OF SEATTLE, *et al.*,

                   Defendants.

Case No. C16-1655-RAJ

ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

The Court, having reviewed plaintiff's second amended complaint (Dkt. 38), plaintiff's motion for preliminary injunctive relief (Dkt. 49), defendants' responses to plaintiff's motion for preliminary injunctive relief (Dkts. 72, 74), the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)     The Report and Recommendation is approved and adopted.

(2)     Plaintiff's motion for preliminary injunctive relief (Dkt. 49) is DENIED.

ORDER DENYING PLAINTIFF'S
MOTION FOR PRELIMINARY
INJUNCTIVE RELIEF - 1

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 20th day of September, 2017.

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR PRELIMINARY
INJUNCTIVE RELIEF - 2