UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FILED
RECEIVED
MAIL
SEP 21 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, et al<br>Defendants. | Case No. 2:16-CV-01655-RAJ-JPD<br><br>MOTION<br>PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATIONS<br>"ORAL ARGUMENT REQUESTED"<br>NOTE ON MOTION CALENDAR<br>SEPTEMBER __ 2017 |

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Persona, and of Sui Juris on this 15th day of September year 2017, hereby moves this Court with the Plaintiff's OBJECTIONS TO REPORT AND RECOMMEND.

P 1 of 8

Pursuant to United States Code "U.S.C.", Fed Civ. R. P - Rule 46, LCR, Rule of Law, and Common Law

## Relief Requested

The Plaintiff Kyle Lydell Canty requests Appointment of Counsel, a Continuance/Tolling period of six months from todays date, due to the Plaintiff not previously being granted Access to the law here at the facility of WCC/Shelton (department of Corrections of the State of Washington, a new due date for all Court fillings that were due between the months of August and September of year 2017, last but not least the plaintiff Kyle Lydell Canty requests a Second chance to file restraining orders against the defendants due to a change of circumstance, and Full physical access to the U.S. District Courthouse "All locations in the United States"

(A)     Statement of issues

For reasons that are unclear the defendants had the Plaintiff Kyle Lydell Canty illegally convicted without him even knowing, and then lied to the U.S. District Courts and said that the Plaintiff was convicted in King County Superior Court back in the month of July year of 2017, the defendants King County further falsified and altered their own official court documents to reflect exactly what they lied to the U.S. District Courts about. Should the defendants be allowed to get away with so much corruption on a high scale such as this?

(B)     Statement of issues

For reasons that are unclear the department of Corrections "WCC/Shelton" for the State of Washington, Would not give the Plaintiff Kyle Lydell Canty

P. 3 of 8

Access to the law (full) until way after 30=thirty days of him being at it's facility, the Plaintiff Kyle Lydell Canty ahead of time filed with the U.S. District Courts a document titled Plaintiff's Secured Rights to file Civil actions against The Washington State department of Corrections, after this document was filed through U.S. mail, The Washington department of Corrections "WCC/Shelton" retaliated by taking the Plaintiff Kyle Lydell Canty's good time away affecting the status of the outcome of this Current Civil actions of Case No. 2:16-CV-01655-RAJ-JPI Should the future defendants The Washington State department of Corrections be able to block, refuse, play games, put inmates on paper restrictions, and then lie and say that the Plaintiff Kyle Lydell Canty refused legal mail, Access to the law, refused legal supplies?

(C)      Statement of issues

P 4 of 8

For reasons that are unclear the U.S. District Courts are attempting to hide the Plaintiff Kyle Lydell Canty's Exhibits/Evidence that he plans on using at trial, MR. Canty's Exhibits are numbered and lettered, and also the U.S. District Courts are not filling the Plaintiff's Motions, such as the most recent Motion for Appointment of Counsel. Should the U.S. District Courts be allowed to participate in this high level Corruption?

## Evidence Relied Upon

The Plaintiff Kyle Lydell Canty relies upon the statements and declarations just received on September 15th year 2017 "Exhibit P" was filed on September 11, year 2017 - Dated and stamped, MR. Canty did not receive this document via U.S. mail, and does not have access to any e-file device, thus MR. Canty uses U.S. Postal "U.S.P.S",

P 5 of 8

The lies of Samantha Kanner, WSBA# 36943, and the true statements and declarations of the Plaintiff Kyle Lydell Canty ("Exhibit P" is attached with this document)

## Statement of facts

(A) The Plaintiff Kyle Lydell Canty does not and has never had any access to any e-file device, internet, intranet, hell this facility of WCC/Shelton just granted MR. Canty access to his own legal books and material that he came into the facility with, on September 15 year 2017 give or take 1/2 days

(B) Samantha Kanner WSBA# 36943 is a compulsive liar and she couldn't tell the truth to save her life, MR. Canty has her just where he wants her, she is to clueless to understand ☺

P. 6 of 8

(C) The Plaintiff Kyle Lydell Canty already had filed a Tort Claim against WCC/Shelton for slander, libel, retaliation, ruiend reputaion ect ect (Tort Claim # 31085407 Conformation letter dated Sept. 5th, 2017)

(D) The U.S. District Courts are Choosing to ignore that the two Cell Phones that were destroyed intentionally by the defendants showed video footage of the stalking, harassment, assault, however the video footage of police officer Sean Culbertson still exsists and can't be destroyed, this video has been seen by several witnesses and was posted on youtube a long time ago. This video clearly shows interactions between the Plaintiff Kyle Lydell Canty, the defendant Sean Culbertson, and a witness. This video shows Sean Culbertson stalking, harassing, assault, and Sean Culbertson trying to kill the Plaintiff by trying to run him over in the alley.

P 7 of 8

## Legal Argument

Should the defendants be allowed to cheat, lie, falsify documents, and obtain medical records from harborview medical center without written or verbal consent of The Plaintiff Kyle Lydell Canty? Has United States Code "U.S.C.", Federal Courts, and the Supreme Courts said that it is illegal and against Federal law to particpate in this type of behavior? Should the U.S. District Courts Seattle, be allowed to particpate in it's corruption of not filling the Plaintiffs Proposed Motion of Appointment of Counsel?

("Exhibit P" attached)

Prepared by:

K 09/15/2017

Kyle Lydell Canty
Doc# 401358, E107
Washington Correction Center
P.O. Box 900
Shelton, WA 98584

P 8 of 8

Case 2:16-cv-01655-RAJ-JPD   Document 107   Filed 09/11/17   Page 1 of 2

The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY,

    Plaintiff,

vs.

CITY OF SEATTLE, et. al.,

    Defendants.

No. 2:16-cv-01655-RAJ-JPD

THIRD DECLARATION OF SAMANTHA KANNER

I, Samantha Kanner, declare under penalty of perjury under the laws of the State of Washington as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am a Senior Deputy Prosecuting Attorney at the King County Prosecuting Attorney's Office and am counsel for King County Defendants in this case.

3. Since my appearance in this matter, I have continued to only receive documents drafted by Plaintiff through the Court's efiling notification system. As such, I have not seen Plaintiff's "Exhibits 44-49" of Docket 102 (Plaintiff's Motion re: Prohibition

DECLARATION OF SAMANTHA KANNER (16-cv-01655-RAJ-JPD) - 1

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

of Retaliation). Additionally, the only substantive portion of this "Motion" I have seen is the caption page, the other pages contain only exhibits. I have also not seen Plaintiff's "Exhibit 54" of Docket 103 (Plaintiff's Motion to Appoint Counsel) as those pages were not filed by the court due to a notation indicating they contain personal information.

4. On August 29, 2017, I received an un-opened envelope marked return to sender containing a letter I sent Mr. Canty requesting a telephonic conference regarding my motion to seal his mental health records. The envelope indicates that Mr. Canty refused to accept this mail at the Washington State Correction Center where he is housed. My legal assistant re-sent the envelope to Mr. Canty at my request that same day.

5. On September 5, 2017, I received an envelope marked return to sender containing my response to Mr. Canty's motions that were noted for August 25, 2017 as well as my motion to seal. The envelope indicates that Mr. Canty refused to accept this mail at the Washington State Correction Center where he is housed. Given that Mr. Canty had access to these efiled documents I did not resend these documents via regular mail.

Signed this 11th day of September, 2017 at Seattle, Washington.

SAMANTHA KANNER, WSBA #36943

DECLARATION OF SAMANTHA KANNER (16-cv-01655-RAJ-JPD) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

Kyle Lydell Canty
Doc # 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

This was mailed by an Offender Certified at a Washington State Department of Corrections facility, its contents are uncensored

Clerk, of Judge
Hon. Richard A. Jones
U.S. District Court
U.S. District Courthouse
700 Stewart Street
Seattle WA 98101

98101-444778

TACOMA WA 985
OLYMPIA WA
19 SEP 2017 PM 1 L

SEP 21 2017

LEGAL MAIL

FOREVER USA