UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FILED
LODGED
RECEIVED

**MAIL**

SEP 21 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

KYLE LYDELL CANTY
                    Plaintiff,

VS.

CITY OF SEATTLE, et Al
                    Defendants.

Case No. 2:16-CV-01655-RAJ-JPD

PLAINTIFF'S PROPOSED MOTION PURSUANT TO LCR 79 RECORDS KEPT BY THE CLERK

"ORAL ARGUMENT REQUESTED"

NOTE ON MOTION CALENDAR OCTOBER ___ 2017

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Persona, and of Sui Juris on this 15th day of September Year 2017, hereby moves this Court Pursuant

P 1 of 5

to  LCR  79(F),(G)

## Statement of issues

For reasons that are very clear the Plaintiff Kyle Lydell Canty has submitted a voluminous amount of evidence, exhibits, and other documents that he wants to be public. Should the U.S. District Court Western district of Seattle respect his wishes?

## Relief Requested

The Plaintiff Kyle Lydell Canty requests are the following:

(A)   The U.S. District Court Clerk to keep the Plaintiff Kyle Lydell Canty's lettered and numbered exhibits, evidence, and other documents that he has submitted to the Courts for the past year and a half pertaining to Case No. 2:16-cv-01655-RAJ-JPD for a period no less

P 2 of 5

than a Eleven years. after disposition

(B)   The U.S. District Court Clerk not lie about Which attorney has submitted the exhibits, evidence and other non sensitive materials.

(C) The U.S. District Courts not charge the Plaintiff Kyle Lydell Canty any fee What so ever to obtain any of the Court exhibits, evidence and other sensitive or non sensitive materials relating to Civil Case No. 2:16-cv-01655- RAJ-JPD, Thus everybody Knows The Plaintiff is homeless in the County of King City of Seattle

## Statement of facts

(A) The Plaintiff Kyle Lydell Canty has never signed or consented verbally or in Writting to release Protected health information Pertaining to his alleged mental health records.

(B) The defendants King County, it's employees Samantha Kanner WSBA# 36943, and the City of Seattle once again forged the Plaintiff Kyle Lydell Canty's signature on a ficticious Patient Authorization form.

## Legal Argument

According to the U.S. District Courts Western District of Washington, LCR 79(F) the Plaintiff Kyle Lydell Canty needs a special order of the court or Judge (G) States the Plaintiff Kyle Lydell Canty needs a special order signed

## Conclusion

The Plaintiff Kyle Lydell Canty has worked very hard trying to adapt this Civil Case, as the Courts are fully aware of, there are lots of twists and turns to this novel in the making, Thus the

P 4 of 5

Plaintiff Kyle Lydell Canty respectfully
request that the Courts or officer
of the ~~the~~ Courts Sign this proposed
order, as Well as show a little Compasion
despite What has been said about the
Plaintiff, Everything that is done in the
dark must Come to the light right?


Judges Signature

X _____

Prepared by:

ℒ 09/15/2017
_____

                    Kyle Lydell Canty
                    Doc# 401358, E107
                    Washington Corrections
                    Center
                    P.O. Box 900
                    Shelton, WA 98584


P 5 of 5

Kyle Lydell Canty
Doc# 401358 E167
Washington Corrections
Center
P.O. Box 900
Shelton, WA 98584

TACOMA WA 983
OLYMPIA WA
19 SEP 2017 PM 3 L

THIS WAS MAILED BY AN OFFENDER CINFUNED AT A
WASHINGTON STATE DEPARTMENT OF CORRECTIONS FACILITY.
IS CONTENTS MAY BE UNCENSORED

Clerk U.S. District Court
U.S. District Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

98101-444285

LEGAL MAIL

USA

FOREVER

C/O PEARSALL 9/18/17

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org