UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY
    Plaintiff,

VS.

CITY OF SEATTLE, et al
    Defendants.

Case No. 2:16-CV-01655-RAJ-JPD

FIRST DECLARATION OF PLAINTIFF KYLE LYDELL CANTY

MR. Kyle Lydell Canty hereby declares:

I was illegally held against my own free will at Harborview Medical Center from the date of July 8, 2016 to July 13, 2016 a total of five days, which equals 72 hours according to King County and the City of Seattle.

I was housed in the Psychiatric Unit of Harborview Medical Center for the whole duration of my stay under false and made up accusations.

P1 of 5

During my very frightful, frustrating, and very awkward stay I came in contact with numerous witnesses who will confirm everything that I declare in this legally binding document.

My Primary witnesses and assigned Registered nurses were Gina and Nancy, Mack was my assigned Patient Care tech. and Joe Richards was my Attorney assigned to me, Joe Richards was working for and employeed by King County's assigned Counsel for the accused "ACA".

EMT Brittney Holm, and EMT Wendy Benitez were the transporting assigned EMT's who I came in direct contact with.

(A) Registered Primary nurse Gina is required by law to inventory all of her patients personal belongings that comes into the unit, this Registered Primary Care nurse did a wonderful Job doing Just that for me. This nurse also was very Compassionate, Sincere, Profusely apologetic, showed sympathy, and told me "I don't agree

P 2 of 5

with this at all" Quote. As the Courts and all the readers of this document can tell MR. Canty loves him some Gina, and will always remember her for life, and many lives to come this nurse is such a wonderful being.

(B) I have already viewed Primary Care Registered nurse Gina's inventory list in which is very detailed she documented every single item that I came into her Unit with.

(C) I simply wrote Harborview medical Center over one and a half years ago give or take, I requested all of my medical files via signed and dated consent form that I signed and dated for myself and no one else, I requested paper format, and Harborview medical center sent directly to me my medical files, free of charge.

(D) I never gave Harborview medical center any personal information at any point and time such as my Social Security number, blood

draws, no DNA, no STD status, I was forced to pee in a cup, but tested negative for all drugs and acohol, this is because I have never done a drug in my life and I have never drank acohol in my life.

(E) I Provided to the City of Seattle's Clerk's office a copy of the inventory list, not a copy of protected health information such as H.i.v. status, immunization Records, STD Status. MR. Canty clearly orderd paper form of his records because he knew the King County Prosecutors office would be dumb enough to order cd/DVD format in order to alter the records, and then say that they're authentic, and this will be King County's downfall. I clearly have a spare set of original untamperd medical files from Harborview medical Center that the defendants will never find

(F) I never signed any Consent of release of protected health information for King County, it's employee's or city of Seattle and it's officers.

P4 of 5

Kyle Lydell Canty declares under penalty of perjury pursuant to United States Code "U.S.C.", Code of federal regulations "C.F.R.", United States Constitution, Common law, Rule of law, furthermore this is a United States District Civil Court Case therefore the Plaintiff does not recognize Washington State RCW'S, CrR'S, Supoena's, and Acts thus Federal Court is not the correct Venue, King County Superior Courts would be the proper court Venue to cite RCW's regarding Supoena's.

Prepared by:
X 09/19/2017

Note: Mr Canty still doesn't have access to e-file and someone opened U.S. outgoing mail and filed a document and said he filed it W.T.F.?

Kyle Lydell Canty
DOC# 401358
Washington Corrections Center
P.O. Box 900

P 5 of 5

Kyle Lydell Lanty
Doc # 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

This was mailed by an Offender Confined at a Washington State Department of Corrections facility. Its contents are uncensored.

TACOMA WA 983
OLYMPIA WA
21 SEP 2017 PM 4 L

98101-444205

Clerk, U.S District Court
U.S. District Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

LEGAL MAIL

SEP 25 2017

FOREVER USA