# FREIMUND JACKSON & TARDIF, PLLC

ATTORNEYS AT LAW

COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: 206-582-6001
FAX: 206-466-6085

EVERGREEN PLAZA BUILDING
711 CAPITOL WAY SOUTH, SUITE 602
OLYMPIA, WA 98501
TEL: 360-534-9960
FAX: 360-534-9959

GREGORY E. JACKSON
JOHN R. NICHOLSON
AMEE J. TILGER

MICHAEL E. TARDIF
JEFFREY A. O. FREIMUND
AMANDA C. BLEY

August 16, 2017

Kyle Lydell Canty, Inmate #401358
WA State Department of Corrections
P.O. Box 900
Shelton, WA 98584

**RE: Kyle Lydell Canty v. City of Seattle, et al.**
**USDC Western District No. 2:16-cv-01655 RAJ-JPD**

Dear Mr. Canty:

Enclosed please find the following Authorizations and Stipulations which we are requesting your signature so that we can forward to the providers:

1. Harborview Medical Center;
2. King County Adult Detention;
3. Western State Hospital.

We have also enclosed four blank Authorization and Stipulations for you to fill out providing the providers contact information in the blank area on the first page, signing and returning to our office for further processing.

Also enclosed are Defendants City of Seattle, Officer Marshall Coolidge; Officer Sean Culbertson, Officer Timothy Renihan and Officer Andrew Hancock's First Interrogatories and Requests for Production to Plaintiff Kyle Lydell Canty.

Sincerely,

Kathie Fudge

KATHIE FUDGE, Legal Assistant to
GREGORY E. JACKSON
206-582-6001

GEJ:kpf
Enclosures

cc: Samantha D. Kanner, w/Enclosures

Honorable Richard Jones

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, et al.,<br><br>Defendants. | NO. 2:16-CV-01655-RAJ-JPD<br><br>DEFENDANTS CITY OF SEATTLE, OFFICER MARSHALL COOLIDGE, OFFICER SEAN CULBERTSON, OFFICER TIMOTHY RENIHAN AND OFFICER ANDREW HANCOCK'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF KYLE LYDELL CANTY |

TO: KYLE LYDELL CANTY, Plaintiff Pro Se

In accordance with Fed. R. Civ. P. 33, you are required to answer the following interrogatories, separately and fully, under oath, within thirty (30) days of the date of service of these interrogatories upon you.

Also contained herein are requests for production pursuant to Fed. R. Civ. P. 34. Please produce the requested material for inspection and copying by defendant's attorney at the address stated below by no later than thirty (30) days from the date of service. These discovery requests are continuing in nature and you must supplement your responses pursuant to Fed. R. Civ. P. 26(e).

///

///

///

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

## INTERROGATORIES AND REQUESTS FOR PRODUCTION

**INTERROGATORY NO. 1:** Please identify each person with knowledge of any of the allegations and/or averments of fact contained in Plaintiff's Complaint. Please include a summary of the facts known as well as the current address and telephone number for each person identified.

**ANSWER:**

**REQUEST FOR PRODUCTION A:** Please produce for inspection and copying any document, recording, or electronic data that supports any of the allegations and/or averments of fact identified in Plaintiff's Complaint.

**RESPONSE:**

CITY DEFENDANTS' FIRST
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF KYLE
LYDELL CANTY --
NO. 2:16-CV-01655-RAJ-JPD

2

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

Exhibit 1
007

**INTERROGATORY NO. 2:** Please identify and provide a detailed computation of each and every category of damages that you claim to have suffered as a result of Defendants' alleged actions. Defendants specifically request that you provide an explanation of damages for the calculation of each dollar amount in each category.

**ANSWER:**

**INTERROGATORY NO. 3:** Identify any statements, correspondence, letters, emails, blogs, social media posting (i.e., Facebook, MySpace, Twitter, Instagram, Tumblr), videos (i.e., YouTube, Vimeo) or other documents sent to any individual or received from any individual (other than attorney/client privilege) related to this litigation or any of the incidents described in Plaintiff's Complaint.

**ANSWER:**

CITY DEFENDANTS' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF KYLE LYDELL CANTY -- NO. 2:16-CV-01655-RAJ-JPD

3

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

Exhibit 1
008

**REQUEST FOR PRODUCTION B:** Please produce for inspection and copying any and all statements, correspondence, letters, emails, blogs, social media postings, tweets, videos or other documents sent to any individual or received from any individual (other than attorney/client privilege) relating to this litigation or any of the incidents described in Plaintiff's Complaint.

**RESPONSE:**

**INTERROGATORY NO. 4:** Please state the name, address and telephone number of each health care provider, including mental health care, who has treated or examined you during the ten (10) years preceding the incidents alleged in Plaintiff's Complaint.

**ANSWER:**

CITY DEFENDANTS' FIRST
INTERROGATORIES AND REQUESTS FOR
PRODUCTION TO PLAINTIFF KYLE
LYDELL CANTY --
NO. 2:16-CV-01655-RAJ-JPD

4

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

Exhibit 1
009

**REQUEST FOR PRODUCTION C:** Please produce for inspection and copying all medical, hospital, and other health care records from treatment providers listed in the preceding interrogatory. This request can be satisfied by completing and signing the attached authorizations allowing defense counsel to obtain health care records.

**RESPONSE:**

**INTERROGATORY NO. 5**: Have you ever been convicted of or pled guilty to a felony? And, have you ever been convicted of or pled guilty to a misdemeanor involving dishonesty or false statement? If so, state for each:

(a) The name of the crime charged and the crime convicted of;
(b) The date of the charge and conviction;
(c) The date and place of the conviction and sentence imposed; and
(d) The court and case number.

**ANSWER:**

CITY DEFENDANTS' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF KYLE LYDELL CANTY -- NO. 2:16-CV-01655-RAJ-JPD

5

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

Exhibit 1
010

**INTERROGATORY NO. 6:** Have you been a party to any lawsuits, including bankruptcy and/or divorce proceedings, in the past ten (10) years? If so, provide:

(a) A description of the nature of lawsuit;
(b) The names of parties (or case name);
(c) The court and cause number;
(d) The outcome of lawsuit.

**ANSWER:**

**INTERROGATORY NO. 7:** Please state your educational history beginning with high school, including the name of each institution attended, any degrees and honors received, and dates of attendance.

**ANSWER:**

CITY DEFENDANTS' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF KYLE LYDELL CANTY -- NO. 2:16-CV-01655-RAJ-JPD

6

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

Exhibit 1
011

**INTERROGATORY NO. 8:** Please list the name and address of each of your employers for the past ten (10) years (including yourself if you were self-employed).

**ANSWER:**

**INTERROGATORY NO. 9:** Did you drink any alcoholic beverages within 24 hours prior to the incident referred to in the Complaint? If so, state:

(a) When and where;
(b) Names and addresses of persons present;
(c) Amount consumed.

**ANSWER:**

CITY DEFENDANTS' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF KYLE LYDELL CANTY -- NO. 2:16-CV-01655-RAJ-JPD

7

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

Exhibit 1
012

**INTERROGATORY NO. 10:** Did you take any drug, narcotic, sedative, tranquilizer or other form of medication within 24 hours before the incident referred to in the Complaint? If so, for each preparation please state the identity of the preparation, the date taken, the amount taken, the reason for taking it, and if procured under a prescription, the name and address of the person prescribing it.

**ANSWER:**

**INTERROGATORY NO. 11:** Have you ever been involuntarily committed in Washington state or in any other jurisdiction prior to the incidents alleged in Plaintiff's Complaint? If so, please state:

    (a)    The name of the county and state of the commitment;
    (b)    The date of the commitment;
    (c)    The place of the commitment; and
    (d)    The court and case number.

**ANSWER:**

CITY DEFENDANTS' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF KYLE LYDELL CANTY --
NO. 2:16-CV-01655-RAJ-JPD

8

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

Exhibit 1
013

**INTERROGATORY NO. 12:** Were you ever evaluated, diagnosed or treated for a mental health condition prior to the incidents alleged in Plaintiff's complaint? If so, please state:

(a) The date of the evaluation, diagnosis or treatment;
(b) The name and address of the mental health professional evaluating, diagnosing or treating you for the mental health condition; and
(c) The mental health conditions you were diagnosed with, if any.

**ANSWER:**

DATED this 15 day of August, 2017.

GREGORY E. JACKSON, WSBA #17541
JOHN R. NICHOLSON WSBA #30499
AMEE J. TILGER, WSBA #34613
Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA 98104
Telephone: (206) 582-6001
Facsimile: (206) 466-6085
gregj@fjtlaw.com
Attorneys for Defendants City of Seattle, Officer Marshall Coolidge, Sean Culbertson, Timothy Renihan and Officer Hancock

CITY DEFENDANTS' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF KYLE LYDELL CANTY -- NO. 2:16-CV-01655-RAJ-JPD

9

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

Exhibit 1
014

**DECLARATION OF RESPONDING PARTY**

I declare under the penalty of perjury under the laws of the State of Washington that I am the Plaintiff in this action and am authorized to make the foregoing answers. I declare under penalty of perjury that that have read the foregoing answers, know the contents thereof, and believe them to be true and correct.

DATED this _______ day of ________________, _____ at ______________, Washington.

______________________________________
KYLE LYDELL CANTY

CITY DEFENDANTS' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF KYLE LYDELL CANTY -- NO. 2:16-CV-01655-RAJ-JPD

10

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

Exhibit 1
015

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of August, 2017, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| | |
|---|---|
| Pro se Plaintiff,<br><br>Kyle Lydell Canty, #401358<br>WA State Department of Corrections<br>P.O. Box 900<br>Shelton, WA 98584 | ( X ) U.S. Mail |
| Samantha D. Kanner, WSBA #36943<br>Deputy Prosecuting Attorney<br>King County Prosecuting Attorney's Office<br>500 Fourth Avenue, 9th Floor<br>Seattle, WA 98104 | ( X ) U.S. Mail |

DATED this 16th day of August, 2017, in Seattle, Washington.

KATHIE FUDGE, Legal Assistant to
GREGORY E. JACKSON
701 5TH Avenue, Suite 3545
Seattle, WA 98104
kathief@fjtlaw.com

CITY DEFENDANTS' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF KYLE LYDELL CANTY -- NO. 2:16-CV-01655-RAJ-JPD

11

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

Exhibit 1
016

UNITED STATES POSTAGE
PITNEY BOWES
$002.06
02 1R
0000620086 AUG 16 2017
MAILED FROM ZIP CODE 98104

Seattle P&DC 981
WED 16 AUG 2017 PM

E107

Freimund Jackson & Tardif P.L.L.C.
Attorneys at Law
701 Fifth Avenue, Suite 3545, Seattle, WA 98104 | fjtlaw.com

Kyle Lydell Canty, Inmate #401358
WA State Department of Corrections
P.O. Box 900
Shelton, WA 98584

Refused by offender

NIXIE 980 40 1 0109/01/17
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 98104701595 0127N244213-01373

Legal mail