Honorable Richard Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, | NO. 2:16-CV-01655-RAJ-JPD |
| Plaintiff, | |
| vs. | NOTICE OF DEPOSITION UPON ORAL EXAMINATION OF KYLE LYDELL CANTY |
| CITY OF SEATTLE, et al., | |
| Defendants. | |

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE That the testimony of the witness named above will be taken upon oral examination at the request of Defendant State of Washington.

Date:       Thursday, September 14, 2017

Time:       1 p.m.

Location:   Shelton Correctional Center
            2321 W. Dayton Airport Road
            Shelton, WA 98584
            360-426-4433

Reporter:   Dixie Cattell & Associates, Notary Public, 360-352-2506, or some other Notary Public

NOTICE OF DEPOSITION UPON
ORAL EXAMINATION OF
KYLE LYDELL CANTY
NO. 2:16-CV-01655-RAJ-JPD

Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA 98104
Tel: 206-464-7352
Fax: 206-466-6085

1

Exhibit 2
018

Case 2:16-cv-01655-RAJ   Document 122-2   Filed 09/29/17   Page 2 of 7

The deposition shall be taken pursuant to Federal Rules of Civil Procedure and shall be subject to continuance until completed.

DATED this 6th day of September, 2017.

*[signature]*

GREGORY E. JACKSON, WSBA #17541
Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA 98104
Telephone: (206) 582-6001
Facsimile: (206) 466-6085
gregj@fjtlaw.com
Attorneys for Defendants City of Seattle,
Officer Marshall Coolidge, Sean Culbertson,
Timothy Renihan and Officer Hancock

NOTICE OF DEPOSITION UPON
ORAL EXAMINATION OF
KYLE LYDELL CANTY
NO. 2:16-CV-01655-RAJ-JPD

Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA 98104
Tel: 206-464-7352
Fax: 206-466-6085

Exhibit 2
019

## CERTIFICATE OF SERVICE

I certify that on the ___6___ day of September, 2017, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| | |
|---|---|
| Kyle Lydell Canty, Inmate No. 401358<br>c/o Washington State Corrections Center<br>2331 West Dayton Airport Road<br>Shelton, WA 98584 | ( X ) Hand Delivered |

DATED this ___6___ day of September, 2017, in Seattle, Washington.

*Forrest Buckallew*
Representative Providing Service

NOTICE OF DEPOSITION UPON
ORAL EXAMINATION OF
KYLE LYDELL CANTY
NO. 2:16-CV-01655-RAJ-MPD

Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA 98104
Tel: 206-464-7352
Fax: 206-466-6085

3

Exhibit 2
020

)
)

Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, | NO. 2:16-CV-01655-RAJ-JPD |
| Plaintiff, | |
| vs. | SUBPOENA TO: KYLE LYDELL CANTY |
| CITY OF SEATTLE, et al., | |
| Defendants. | |

GREETINGS TO:

Kyle Lydell Canty, Inmate No. 401358
c/o Washington State Corrections Center
2331 West Dayton Airport Road
Shelton, WA 98584

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case, said method of recording the testimony to be by a:

☒ Court Reporter via stenography       ☐ Videographer

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. CR 30(b)(6).

SUBPOENA TO KYLE LYDELL CANTY
NO. 2:16-CV-01655-RAJ-JPD

Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA 98104
Tel: 206-464-7352
Fax: 206-466-6085

1

Exhibit 2
021

| PLACE OF DEPOSITION<br>Washington State Corrections Center<br>2331 West Dayton Airport Road<br>Shelton, WA 98584 | DATE AND TIME<br>Thursday, September 14, 2017<br>1 p.m. |
|---|---|

☐ YOU ARE COMMANDED to produce the following documents or tangible things at the place, date, and time specified below:

| PLACE | DATE AND TIME |
|---|---|
| | |

| ISSUING OFFICER SIGNATURE AND TITLE:<br>*Annie Galen* #34673 | DATE<br>*September 6, 2017* |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:
GREGORY E. JACKSON
Freimund, Jackson & Tardif, PLLC
701 Fifth Avenue, Suite 3545
Seattle, WA 98104
(206) 582-6001

## PROOF OF SERVICE

| NAME OF PERSON SERVED<br>Kyle Lydell Canty, Inmate No. 401358<br>c/o Washington State Corrections Center<br>2331 West Dayton Airport Road<br>Shelton, WA 98584 | MANNER OF SERVICE<br>Served via Washington State Department of Corrections<br><br>9-6-17 |
|---|---|
| PLACE OF SERVICE<br>Washington State Corrections Center<br>2331 West Dayton Airport Road<br>Shelton, WA 98584<br><br>*Forrest Buckallew*<br>SERVED BY | DATE OF SERVICE<br><br><br><br><br>*Correctional Records Tech 1*<br>TITLE OF PERSON SERVING |

SUBPOENA TO KYLE LYDELL CANTY
NO. 2:16-CV-01655-RAJ-JPD

Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA 98104
Tel: 206-464-7352
Fax: 206-466-6085

2

Exhibit 2
022

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the State of Washington that I am a suitable person over the age of 18, that the foregoing information contained in the Proof of Service is true and correct.

| EXECUTED ON THE DATE OF | PLACE |
|---|---|
| SIGNATURE OF SERVER | |
| PRINTED NAME AND ADDRESS OF SERVER | PHONE |

Pursuant to CR 45, Sections (c) & (d):

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce and all other parties, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it:
  (i) fails to allow reasonable time for compliance;
  (ii) fails to comply with RCW 5.56.010 or subsection (c)(2) of this rule;
  (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

SUBPOENA TO KYLE LYDELL CANTY  
NO. 2:16-CV-01655-RAJ-JPD

Freimund Jackson & Tardif, PLLC  
701 5th Avenue, Suite 3545  
Seattle, WA 98104  
Tel: 206-464-7352  
Fax: 206-466-6085

3

Exhibit 2  
023

1  (iv) subjects a person to undue burden, provided that, the court may condition denial of the motion upon a requirement that the subpoenaing party advance the reasonable cost of producing the books, papers, documents, or tangible things.

(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

SUBPOENA TO KYLE LYDELL CANTY
NO. 2:16-CV-01655-RAJ-JPD

Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA 98104
Tel: 206-464-7352
Fax: 206-466-6085

4

Exhibit 2
024