# FREIMUND JACKSON & TARDIF, PLLC
ATTORNEYS AT LAW

COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: 206-582-6001
FAX: 206-466-6085

EVERGREEN PLAZA BUILDING
711 CAPITOL WAY SOUTH, SUITE 602
OLYMPIA, WA 98501
TEL: 360-534-9960
FAX: 360-534-9959

GREGORY E. JACKSON
JOHN R. NICHOLSON
AMEE J. TILGER

MICHAEL E. TARDIF
JEFFREY A. O. FREIMUND
AMANDA C. BLEY

September 8, 2017

Kyle Lydell Canty, Inmate #401358
WA State Department of Corrections
P.O. Box 900
Shelton, WA 98584

**RE:** *Kyle Lydell Canty v. City of Seattle, et al.*
USDC Western District No. 2:16-cv-01655 RAJ-JPD

Dear Mr. Canty:

On August 16, 2017, our office sent to you the City of Seattle Defendants' First Interrogatories and Requests for Production, along with Authorizations and Stipulations to receive records from three health care providers. These documents were returned to our office unopened on September 1, 2017. The envelope indicated that you refused delivery. As you are aware because you have sent the City of Seattle Defendants discovery requests, all parties to a lawsuit are able to request through discovery any information relevant to their claims and defenses from any other party. *See* Fed. R. Civ. P. 26(b). Your refusal to participate in the discovery process violates the Federal Rules of Civil Procedure and may subject you to an order compelling discovery and/or imposing sanctions, up to and including dismissal of your lawsuit. *See* Fed. R. Civ. P. 37(a),(d).

Our office would like to obtain the requested discovery without having to resort to court intervention. To that end, attorney Gregory Jackson will confer with you during your deposition on September 14, 2017 at 1:00 p.m. about completing the City of Seattle Defendants' interrogatories and requests for production as well as signing Authorizations and Stipulations for health care records. Please be advised that if you refuse to confer with Mr. Jackson and/or fail to respond to the City of Seattle Defendants' discovery requests, our office will have no choice but to file a motion to compel discovery with the Court.

Exhibit 3
025

Kyle Lydell Canty
September 8, 2017
Page 2


We look forward to resolving this discovery issue with you without court intervention.

Sincerely,

*[signature]*

AMEE J. TILGER
Attorney at Law
206-582-6001

AJT:kpf

cc:   Samantha Kanner

Exhibit 3
026

Freimund Jackson & Tardif PLLC
Attorneys at Law
701 Fifth Avenue, Suite 3545
Seattle, WA 98104
fjtlaw.com

RTS

Legal Mail

Refused by offender

Kyle Lydell Canty, Inmate #401358

Exhibit 3
027