```
                UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE
```

KYLE LYDELL CANTY,

        Plaintiff,

  vs.                 NO. 2:16-CV-01655-RAJ-JPD

CITY OF SEATTLE, et al.,

        Defendants.

STATEMENT ON RECORD

September 14, 2017

Shelton, Washington

DIXIE CATTELL & ASSOCIATES
COURT REPORTERS & VIDEOCONFERENCING
(360) 352-2506

KYLE LYDELL CANTY vs CITY OF SEATTLE, 09/14/2017

Page 1

```
                UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE

KYLE LYDELL CANTY,        )
                          )
          Plaintiff,      )
                          )
     vs.                  )  NO. 2:16-CV-01655-RAJ-JPD
                          )
CITY OF SEATTLE, et al.,  )
                          )
          Defendants.     )

                   STATEMENT ON RECORD




                   September 14, 2017
                   Shelton, Washington





                DIXIE CATTELL & ASSOCIATES
             COURT REPORTERS & VIDEOCONFERENCING
                      (360) 352-2506
```

Page 2

```
APPEARANCES:

     FOR THE DEFENDANTS
     CITY OF SEATTLE:         MR. GREG JACKSON
                              FREIMUND JACKSON TARDIF
                              701 Fifth Avenue, Suite 3545
                              Seattle, WA  98104

     FOR THE DEFENDANTS
     KING COUNTY:             MS. SAMANTHA KANNER
                              SENIOR DEPUTY PROSECUTING
                              ATTORNEY
                              900 King County Admin. Bldg.
                              500 Fourth Avenue
                              Seattle, WA  98104
```

Page 3

```
                         EXHIBITS
EXHIBIT    DESCRIPTION                              PAGE
   1       Notice of deposition; 3 pgs.               4
   2       Subpoena; 4 pgs.                           4
   3       Video recording on CD.                     4
```

Page 4

1  BE IT REMEMBERED that on Thursday, September 14,
2  2017, at 1:11 p.m., at 2321 W. Dayton Airport Road, Shelton,
3  Washington, before REBECCA S. LINDAUER, Certified Court
4  Reporter, in and for the State of Washington, the following
5  proceedings were had, to wit:
6
7       MR. JACKSON: This is Greg Jackson. We're on the
8  record, and it is 1:20 on September 14, 2017. We are here
9  for the deposition of Mr. Canty.
10      One exhibit to the deposition would be the notice of
11 deposition to Mr. Canty for Thursday, September 14, 2017, at
12 1:00. The next is the subpoena to Mr. Canty for the same
13 date and the same time at the correctional center.
14      I spoke to Mr. Canty inside his cell. He refused to
15 speak to me. He refused to come out. He told one of the
16 officers earlier in the day that he was not going to
17 participate in the deposition, and we are now at 1:20
18 something and he has not appeared, and we are going to
19 conclude the deposition.
20      The third exhibit will be a videotape of my
21 interaction with Mr. Canty in his cell to demonstrate his
22 refusal to participate in the deposition.
23      MS. KANNER: For the record, I'm Samantha Kanner.
24 I'm here on behalf of King County defendants. I've seen the
25 video of Mr. Canty's refusal to come out of his cell for a

KYLE LYDELL CANTY vs CITY OF SEATTLE, 09/14/2017

Page 5

1  deposition, and we were unable to make a deposition happen
2  in any alternative fashion, as he's refusing to come out of
3  his cell.
4              (Concluded at 1:13 p.m.)

Page 6

1                    C E R T I F I C A T E
2       I, REBECCA S. LINDAUER, a Certified Court Reporter in and
3  for the State of Washington, residing at Lacey, do hereby
4  certify:
5       That the foregoing statement on record was taken before me
6  and completed on the 14th day of September, 2017, and thereafter
7  transcribed by me by means of computer-aided transcription; that
8  the statement on record is a full, true, and complete transcript;
9       That I am not a relative, employee, attorney, or counsel of
10 any party to this action or relative or employee of any such
11 attorney or counsel, and I am not financially interested in the
12 said action or the outcome thereof;
13      That I am herewith securely sealing the statement on record
14 and promptly mailing the same to MR. GREG JACKSON.
15      IN WITNESS HEREOF, I have hereunto set my hand this 21st day
16 of September, 2017.

24           Rebecca S. Lindauer, CSR#2402
             Certified Court Reporter, in and for the
25           State of Washington, residing at Lacey.

| Exhibits | D | M | time 4:13 |
|---|---|---|---|
| Canty Exhibit 1 - 091417 | date 4:13 | make 5:1 | told 4:15 |
| Canty Exhibit 2 - 091417 | day 4:16 | | |
| | Dayton 4:2 | **N** | **U** |
| **1** | defendants 4:24 | notice 4:10 | unable 5:1 |
| 14 4:1,8,11 | demonstrate 4:21 | | |
| 1:00 4:12 | deposition 4:9,10,11,17, 19,22 5:1 | **O** | **V** |
| 1:11 4:2 | | officers 4:16 | video 4:25 |
| 1:13 5:4 | **E** | | videotape 4:20 |
| 1:20 4:8,17 | earlier 4:16 | **P** | **W** |
| **2** | exhibit 4:10,20 | p.m. 4:2 5:4 | Washington 4:3,4 |
| 2017 4:2,8,11 | | participate 4:17,22 | wit 4:5 |
| 2321 4:2 | **F** | proceedings 4:5 | |
| | fashion 5:2 | | |
| **A** | | **R** | |
| Airport 4:2 | **G** | REBECCA 4:3 | |
| alternative 5:2 | Greg 4:7 | record 4:8,23 | |
| appeared 4:18 | | refusal 4:22,25 | |
| | **H** | refused 4:14,15 | |
| **B** | happen 5:1 | refusing 5:2 | |
| behalf 4:24 | | REMEMBERED 4:1 | |
| | **I** | Reporter 4:4 | |
| **C** | inside 4:14 | Road 4:2 | |
| Canty 4:9,11,12,14,21 | interaction 4:21 | | |
| Canty's 4:25 | | **S** | |
| cell 4:14,21,25 5:3 | **J** | Samantha 4:23 | |
| center 4:13 | Jackson 4:7 | September 4:1,8,11 | |
| Certified 4:3 | | Shelton 4:2 | |
| conclude 4:19 | **K** | speak 4:15 | |
| concluded 5:4 | Kanner 4:23 | spoke 4:14 | |
| correctional 4:13 | King 4:24 | State 4:4 | |
| County 4:24 | | subpoena 4:12 | |
| Court 4:3 | **L** | **T** | |
| | LINDAUER 4:3 | Thursday 4:1,11 | |