The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, <br>                     Plaintiff, <br> vs. <br> CITY OF SEATTLE, et. al., <br>                     Defendants. | No. 2:16-cv-01655-RAJ-JPD <br><br> (PROPOSED) ORDER GRANTING KING COUNTY DEFENDANTS' MOTION FOR DISMISSAL UNDER FRCP 37(d) AND LCR 41(b) AND SUMMARY JUDGMENT |

THIS MATTER, having come before the Court on the King County Defendants' Motions to Dismiss and Motion for Summary Judgment, pursuant to FRCP 37, 41 and 56, and the Court having considered the pleadings filed and the follow evidence filed herein, including:

1. King County Defendants' Motion;

2. Fourth Declaration of Samantha Kanner;

3. Plaintiffs Opposition to Summary Judgment, if any;

4. King County Defendants' Reply, if any;

5. And the records and pleadings filed in this matter.

PROPOSED ORDER GRANTING KING COUNTY DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

Based on the evidence presented, the Court finds that the appropriate sanction for Plaintiff's failure to appear at his deposition is dismissal. Alternatively, the Court finds that there is no genuine issue of any material fact and the King County Defendants are entitled to judgment as a matter of law.

NOW, THEREFORE, IT IS HEREBY ORDERED that King County Defendants' Motions to Dismiss and for Summary Judgment are GRANTED and all of plaintiff's claims are dismissed with prejudice.

DONE this _____ day of _____, 2017.

_____
Honorable Richard A. Jones
Honorable James P. Donohue

Presented by:

Daniel T. Satterberg
King County Prosecuting Attorney

By: /s/*Samantha D. Kanner*
SAMANTHA D. KANNER, WSBA # 36943
Senior Deputy Prosecuting Attorney
Attorneys for King County Defendants

Copy received:

By: _____
AMEE TILGER WSBA #34613
Freimund Jackson & Tardif, PLLC
Attorneys for City of Seattle Defendants

By: _____
KYLE LYDELL CANTY
Plaintiff, pro se

PROPOSED ORDER  GRANTING KING COUNTY DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819