The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF SEATTLE, et. al., ) <br> ) <br> Defendants. ) <br> ) | No. 2:16-cv-01655-RAJ-JPD <br><br> (PROPOSED) ORDER DENYING PLAINTIFF'S MOTION PURSUANT TO 42 CFR §2.23 (DKT. 119) |

THIS MATTER having come on for hearing before the undersigned court on Plaintiff Kyle Lydell Canty's Motion Pursuant to 42 CFR §2.23 and the Court having reviewed said motion, Defendants' Response, and Plaintiff's Reply, if any, and all matters submitted with these pleadings, and being otherwise fully advised,

NOW THEREFORE, it is ORDERED that Plaintiff's Motion is DENIED.

DONE IN OPEN COURT this _____ day of October, 2017.

_____
HONORABLE Richard A. Jones
United States District Judge
HONORABLE James P. Donohue
Chief United States Magistrate Judge

PROPOSED ORDER DENYING PLAINTIFF'S
MOTION PURSUANT TO 42 CFR §2.23 (16-cv-
01655-RAJ-JPD) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1

2  Presented by:

3  DANIEL T. SATTERBERG
   King County Prosecuting Attorney
4

5  By: /s/*Samantha D. Kanner*
   SAMANTHA D. KANNER, WSBA # 36943
6  Senior Deputy Prosecuting Attorneys
   Attorneys for King County Defendants
7

8  Copy received:

9

10 By: _____
   JOHN R. NICHOLSON WSBA #30499
11 Freimund Jackson & Tardif, PLLC
   Attorneys for City of Seattle Defendants
12

13 By: _____
   KYLE LYDELL CANTY
14 Plaintiff, pro se

15

16

17

18

19

20

21

22

23

PROPOSED ORDER DENYING PLAINTIFF'S
MOTION PURSUANT TO 42 CFR §2.23 (16-cv-
01655-RAJ-JPD) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819