UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY
  Plaintiff,

VS.

CITY OF SEATTLE, et al
  Defendants.

Case No. 2:16-CV-01655-RAJ-JPD

SECOND DECLARATION OF PLAINTIFF KYLE LYDELL CANTY

Plaintiff KYLE LYDELL CANTY hereby declares:

I indeed was at the "Black Live's matter" protest Not on July the eighth or ninth, but on an earlier date, I was there. "question of law"

I never had any conversation with anybody regarding guns, bullets, or extended 30 round magazines, as I put on the record in Court

P 1 of 3

I am a photographer and videographer and I was at the "Black lives matter" protest filming with my Samsung Galaxy note cell phone, I also was apart of this very peaceful march, pursuant to my secured rights under the First amendment of the United States Constitution.

After I got a good amount of video footage and pictures I decided to leave the march, besides this fact I knew I was being followed again by undercover agents.

When I walked to Third Ave and Pike known as the blade, I was approached by undercover agent "Sonja Fry" of the Seattle Police department

Detective and undercover, plain clothes Caucasian female named "Sonja Fry" of the Seattle Police department asked me several questions such as "hey what's going on"(Quote) I responded with "Oh nothing just coming from the protest" (Quote)

P 2 of 3

I was getting tired of this woman that I didn't even know asking me questions about a protest, so I pulled out my phone and showed her photography pictures that I had taken, and in order to get rid of this woman I on purpose showed her a X-rated picture of another woman, and then I started laughing and told her "I have to go" (Quote) "Sonja Fry" tried to follow me from a distance but I broke fast and lost her. I was thinking to myself "She's Kind of Cute but more than likely a cop", based upon all of the baseless questions she asked.

Later on that night while at a local Homeless Shelter, I showed a lot of people the video footage from the Peaceful march, and then I went to bed., In Conclusion I have been facing Chronic homelessness in Seattle WA, for about Four years now.

Under Penalty of Purjury

Prepared by: K 09/25/2017

Kyle Lydell Canty
DOC# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

P3 of 3

Jsie Eden Cains
Doc# 401358, E167
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

SEP 29 2017

TACOMA WA 983
OLYMPIA WA
25 SEP 2017 PM 4 L

Clerk, U.S. District Court
U.S. District Courthouse
700 Stewart Street, Suite 2310
Seattle WA 98101

98101-444257

LEGAL MAIL

USA FOREVER