UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY
    Plaintiff,

VS

CITY OF SEATTLE, et Al
    Defendants.

Case No. 2:16-CV-01655-RAJ-JPD

THIRD DECLARATION OF PLAINTIFF KYLE LYDELL CANTY

Plaintiff Kyle Lydell Canty hereby declares:

I arrived at Harborview medical Center on July 8th 2016 via a.m.R and departed July 13th 2016 via a.m.R. Emt's Brittney holm, and Wendy Benitez transported me to Harborview Medical Center and both were told that I had "known mental" history, by the City of Seattle

I was wearing on my back a black mission

P 1 of 6

workshop backpack, this backpack was ripped off of my back when I was tackled to the ground very violently by S.P.D. officer Andrew Hancock and Marshall Coolidge also a S.P.D officer, the date was July 8th 2016, the location was Fourth avenue and Pine directly in front of the Att store in downtown Seattle WA. This violent act of the city of Seattle and it's officers took place in front of hundreds of people before I was transported to Harborview medical Center on the date of July 8th 2016.

In my black backpack were these following items.

(1) a United States passport - "only one" no others
(2) a Social Security card - "only one" no others
(3) a Samsung Galaxy note cell phone with S-Pen along with white hard shell case
(4) a Z.T.E. flip cell phone
(5) an Apple "mac-book" pro laptop computer
(6) Two external hardrives
(7) multiple Sd cards, flash drives

P 2 of 5

(8) multiple CD's and DVD's
(9) birth Certificate
(10) High school diploma
(11) Computer software
(12) Photography equipment
(13) Citizen black watch
(14) Northface coat
(15) Sneakers
(16) Cloths
(17) hairbrush, Toothbrush, Toothpaste
(18) Power strip, laptop Cords, Phone Cords
(19) Protected Health information documents
(20) Black mission workshop backpack
(21) Hundreds of photograpy pictures from all around the world including Countries such as Japan, and Canada, including States such as Texas, New York, Arizona, North Carolina, Nevada, Washington, New Mexico,

When I departed from Harborview medical Center on July 13, 2016 Timothy Renihan Seattle police detective had all of my Property, he never took it to King County

Jail as he wrote in his reports, I seen him with my own eye's while looking out of the window of A.M.R. first put in the trunk of a car, and then another detective drove off, Timothy Renihan then got into the A.M.R. vehicle with me while I'm laying on the gurney and started asking me where did I lived at, and I remained silent the whole time.

I noticed a solid gold wedding band on his finger, Timothy Renihan also is very short, odd shaped body, greyish hair and not good at lying on case file reports.

The chain of custody as documents will later prove goes in this order City of Seattle and it's officers, Harborview Medical Center, back to City of Seattle and it's officers. The black backpack never saw King County Jail at all. "Question of law"

Pursuant to my secured Fifth, Fourth, and Eighth amendments of the United States

P 4 of 5

Constitution - all my Personal Property was destroyed intentionally (Fifth amendment), I was in Jail from July 13 to November 29, 2016 (Eighth amendment), (Fourth amendment) not to mention the City of Seattle and it's officers keep trying to cite RCW's that they didn't even follow pertaining to the destruction of property. "RCW 63.32.010"

In Conclusion it is a "Brady Violation" when you destroy Personal Property that is to be used at trial, furthermore why would the City of Seattle and it's officers destroy a United States Passport and United States Social Security Card, or did they? hmm I find it very hard to belive that the City of Seattle and it's officers destroyed my United States Government issued Identification. The Federal Breau of investigation, A.T.F., and I.C.E agents will have to answer these questions.

Under Penalty
of PurJury
Prepared by: K 09/25/2017
P 5 of 5

Kyle Lydell Canty
Doc# 401358, E/07
Washington Corrections Cen
P.O. Box 900
Shelton, WA 98584

Kyle Lydell Canty
Doc# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

Clerk of Judge
Hon. Richard A. Jones
U.S. District Court
U.S. District Courthouse
700 Stewart Street
Seattle, WA 98101

98101-444778

LEGAL MAIL

TACOMA WA 983
OLYMPIA WA
25 SEP 2017 PM 4 L

SEP 29 2017

FOREVER USA