The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, | ) |
| Plaintiff, | ) No. 2:16-cv-01655-RAJ-JPD |
| vs. | ) |
| CITY OF SEATTLE, et. al., | ) NOTICE OF UNAVAILABILITY |
| Defendants. | ) |

TO:     Kyle Lydell Canty, Plaintiff

AND TO:    The Clerk of the Court

PLEASE TAKE NOTICE that **Samantha Kanner**, Attorney for Defendants King County, Melina Hasegawa, and Gail Bonicalzi, will be out of the office and unavailable to respond to motions, depositions or other formal actions in the above entitled case from October 16, 2017 through October 20, 2017.

During the aforementioned absence, said attorney shall not be available for any hearings, trials, motions, or any other required court appearance, and shall be additionally unavailable to actively respond to any proposals or motions that may be filed within said period of absence.

NOTICE OF UNAVAILABILITY - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

1  It is respectfully requested that no formal action in the above captioned case be taken
2  and/or noted during this time or one week prior and one week immediately thereafter so as to
3  allow adequate preparation.

4
   DATED this 3rd day of October, 2017.
5
                                    DANIEL T. SATTERBERG
6                                   King County Prosecuting Attorney

7
                                    By: */s/ Samantha D. Kanner*
8                                   SAMANTHA D. KANNER, WSBA #36943
                                    Senior Deputy Prosecuting Attorney
9                                   Attorneys for King County Defendants
                                    500 Fourth Avenue, 9th Floor
10                                  Seattle, WA 98104
                                    Telephone: (206) 296-8820
11                                  E-Mail: Samantha.Kanner@kingcounty.gov

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF UNAVAILABILITY - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

## **CERTIFICATE OF FILING AND E-SERVICE**

I hereby certify that on October 3rd, 2017, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF E-Filing System, thus electronically serving counsel for City of Seattle Defendants, and notifying of such filing to the following:

**Kyle Lydell Canty**
**DOC #401358**
**Washington Corrections Center**
**P.O. Box 900**
**Shelton, WA 98584**
DOCWCCInmateFederal@DOC1.WA.GOV

I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 3rd day of October, 2017.

*/s/Lindsey Macalalad*
LINDSEY MACALALAD
Legal Secretary

NOTICE OF UNAVAILABILITY - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819