UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY
    Plaintiff,

VS.

CITY OF SEATTLE
    Defendants.

Case No. 2:16-CV-01655-RAJ-JPD

PLAINTIFF'S (PROPOSED) ORDER PURSUANT TO 42 C.F.R. 2.31 VIOLATIONS
"ORAL ARGUMENT REQUESTED"
NOTE ON MOTION CALENDAR
OCTOBER 6, 2017

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Persona, and of Sui Juris on this 25th day of September year 2017 hereby moves this Court Pursuant to 42 C.F.R. 2.31 Violations (Propsed Order)

P 1 of 7

# Relief Requested

The Plaintiff Kyle Lydell Canty requests the following

(A) The defendants King County and the City of Seattle pay a sum of money in the amount of "300,000"= three hundred dollars "U.S.D"-(Jointly).

(B) The defendants King County and the City of Seattle apologise to the Plaintiff via time stamped, dated, and signed letter, this must be done via a high ranking official from both local governments.

(C) The Honorable Richard A. Jones, The Honorable James P. Donohue, or the Chief United States Judge for the Western district of Washington to sign this "Writ".

P 2 of 7

## Statement of issues

(First), For reasons that are very clear and frankly flat out disturbing Samantha Kanner WSBA# 36943, forged the Plaintiff Kyle Lydell Canty's Signa- in order to obtain protected health information yet again, should the United States district Courts Continue to allow King County and the City of Seattle to get away with violating Several Codes of the United States?

(Second), For reasons that are Unclear the United States District Court Western District of Washington is allowing the defendants King County and City of Seattle to Cite RCW'S in Federal Court. Should the United States District Court Western District, Continue to allow the defendants to Cite RCW's and State laws in Federal Court, but not allow the Plaintiff Kyle Lydell Canty to do the Same?

P 3 of 7

## Statement of facts

(A) The Plaintiff Kyle Lydell Canty has never signed any protected health information consent form for the defendants King County, Samantha Kanner WSBA # 36943, City of Seattle, or attorney at law Freimund Jackson and Tardif P.L.L.C.

(B) The Plaintiff Kyle Lydell Canty still has in his possesion the ficticious patient authorization form already filled out by King County, and Samantha Kanner WSBA # 36943, "the original"

(C) The Plaintiff Kyle Lydell Canty does not have any H.i.v. Status, S.t.d. Status, or immunization status records on file in the State of Washington, King County, or the City of Seattle.

P 4 of 7

(D) The Plaintiff Kyle Lydell Canty has never had any blood work done at any hospital, clinic, or any other facility in the State of Washington, King County, or City of Seattle

(E) It's against the Plaintiff's religion to even go to hospitals, therefore the only way that the defendants would be able to obtain H.i.v. status, St.D. status, immunization status records, is if they have stolen protected health documents that the Plaintiff claims was in his personal property in which was in a folder that King County last had possesion of.

## Evidence Relied Upon

The Plaintiff Kyle Lydell Canty relies on the following undisputed documents

(A) Samantha Kanner's Third Declaration

P 5 of 7

(B) The official Harborview medical center's records already in the Plaintiff's possesion since a very long time ago, over one year ago pertaining to the illegal involuntary civil commitment.

(C) The official receipts from King County Jail of the stolen protected health information documents

(D) The testimony of King County Prosecutor Jennifer Petersen regarding the documents.

(E) The sworn testimony of the City of Seattle and it's officers.

(F) Exhibits already sent in to the United States District Court Clerk of the Western District of Washington At Seattle.

# Legal Argument

The Plaintiff Kyle Lydell Canty would like for the Courts to answer the Question of.... "is 42 C.F.R. 2.31 a myth, Hoax, apart of the Plaintiff's imagination? The Plaintiff Kyle Lydell Canty would also like for the Courts to answer the Question of " Does the United States District Courts Western district of Washington recognize 42 C.F.R 2.31 (a) through (I)? Does the United States District Courts Western district of Washington recognize any Codes of Federal Regulations " C.F.R.?

Judges Signature
X _____

Prepared by: X 09/25/2017

Kyle lydell Canty
DOC# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

P 7 of 7

Kyle Lyden [illegible]
DOC # 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

FILE ___
LODGE ___
RECEIVED ___

MAIL

OCT 02 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

TACOMA WA 983
OLYMPIA WA
25 SEP 2017 PM 4 L

Clerk U.S. District Court
U.S. District Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

LEGAL MAIL

98101-444297

FOREVER / USA