UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SEATTLE, et. al., <br><br> Defendants. | No. 2:16-cv-01655-RAJ-JPD <br><br> ORDER GRANTING MOTION TO SEAL DOCUMENTS |

THIS MATTER came before the Court through a Motion to Seal Documents brought by King County Defendants. Having reviewed this motion and finding good cause, IT IS HEREBY ORDERED THAT the unredacted versions of the Declaration of Melinda Hasegawa and Exhibit 1 to that declaration shall remain filed under seal.

SO ORDERED.

DATED this 5th day of October, 2017.

_James P. Donohue_
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER GRANTING MOTION TO SEAL
(2:16-cv01655-RAJ-JPD) - 1