UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY
             Plaintiff,

VS.

CITY OF SEATTLE, et al
             Defendants.

Case No. 2:16-CV-01655-RAJ-JPD

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE "ORAL ARGUMENT REQUESTED"
NOTE ON MOTION CALENDAR
OCTOBER 6, 2017

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Persona, and of Sui Juris on this 20th day of September year 2017 hereby moves this Court with his Response to order to show Cause, "oral Argument hereby is also requested just as multiple other fillings are indicated.

P 1 of 8

## Statement of issues

(First), For reasons that are unclear and shocking the U.S. District Courts Western District of Washington At Seattle appear to be upset with the Plaintiff and four time victim Kyle Lydell Canty. The Courts appear to take issue with the Plaintiff filing mandatory civil litigation legally binding official Court documents via the United States Post office "U.S.P.S" regular Mail. Should the U.S. District Courts Western District of Washington At Seattle be permitted to further badger and victimize the Plaintiff and allegedly "new first time Felon" Kyle Lydell Canty?

(Second), For reasons that are unclear and shocking the U.S. District Courts Western District of Washington At Seattle are e-mailing all of their outgoing Corresponding legally binding official Court documents to some email

P 2 of 8

address that the Plaintiff and four time Victim Kyle Lydell Canty clearly does not have access to. Should the U.S. District Courts Western District of Washington At Seattle be permitted to assume that the Plaintiff and four time Victim Kyle Lydell Canty has or has had any access to whatever electric filing device they're referencing to?

(Third), For reasons that are unclear and shocking the U.S. District Courts Western District of Washington At Seattle seem to be intentionally and knowingly misconstruing a document that the Plaintiff Kyle Lydell Canty filed titled "Plaintiff's Full Cooperation With His New Community Custody Officer" Notice of intent. Should the U.S. District Courts Western District of Washington At Seattle be permitted to intentionally and knowingly misconstrue Mr. Canty's Court filings?

Statement of facts

P. 3 of 8

(First), The Plaintiff Kyle Lydell Canty does not have an agreement with the United States District Courts regarding "General order 06-16." in fact the Washington State department of Corrections has a Contract agreement with the United States District Courts regarding "General order 06-16."

(Second), The Plaintiff Kyle Lydell Canty has never seen, or signed any documents regarding "General order 06-16."

(Third), The Plaintiff Kyle Lydell Canty assumes no liability for the department of Corrections, or WCC/Shelton negligence.

(Fourth), The Plaintiff Kyle Lydell Canty's filed document titled "Plaintiff's Full Cooperation With His New Community Custody Officer" is not an agreement, signed contract, or acknowledgement pertaining to "General order 06-16."

(Fifth) The Plaintiff Kyle Lydell Canty can not make WCC/Shelton give him access to

P 4 of 8

any e-filing device, internet access, or any other services in order to file electronic.

(Sixth), The Plaintiff Kyle Lydell Canty has always filed all of his documents via in person or regular Postal mail.

## Evidence relied Upon

The Plaintiff Kyle Lydell Canty relies on Records Kept by the Clerk-Pursuant to "LCR 79" ☺

## Relief Requested

The Plaintiff Kyle Lydell Canty requests the following effective immediately;

(1.) The U.S. District Courts Western district of Washington Continue allowing the Plaintiff to file documents via regular mail until he is released from prison whenever that will be.

(2.) The U.S. District Court Clerks not pick and choose what documents they will file of the Plaintiff Kyle Lydell Canty all documents must be filed, this is not optional, furthermore MR. Canty's Motion for appointment must be filed immediately, it's already in the possession of the U.S. District Courts Western District of Washington At Seattle, Pursuant to LCR(19)

(3.) The U.S. District Courts Security and U.S. Marshal Ray Fleck stop harassing MR Canty the Plaintiff regarding identification that the Plaintiff no longer has. Such as his United States passport and United States Social Security card. Everyone knows the City of Seattle, it's officers and the F.B.I. Stole and then intentionally destroyed, in order to get rid of evidence the Plaintiff clearly was plaining on using.

(4.) The U.S. District Courts Western district of Washington At Seattle, allow the plaintiff physical access to the building

Whenever he is released from prison so that he can file documents, as a matter of fact an order should be signed!

## Legal Argument

The Plaintiff Kyle Lydell Canty would like for the United States district Courts Western district of Washington to answer these Questions very precise;

So since when can court clerks try to sabotage civil court cases by not filing Motions for appointment of Counsel?

So since when does a contract that is between the United States Courts and the Washington State department of Corrections facility's... WCC/Shelton become the Plaintiff's Contract, especially when the plaintiff Kyle Lydell Canty has never seen or signed "General Order 06-16"?

So what does common law state on this issue?

P 7 of 8

So since when has the Federal Courts or Supreme Courts said that a plaintiff who is trying to gain access into the building of the United States district Courthouse in order to file Court documents can be followed around and Questioned by the U.S. Marshal Service, Security, F.B.I, or any other federal agents undercover or not.?

## Conclusion

The United States District Courts Western District At Seattle is starting to remind the Plaintiff of the Circus there seems to be a whole bunch of Clowns working at and for this Courthouse.

Prepared by:
_9/20/2017_

Kyle Lydell Canty
DOC# 401358
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

Kyle Lydell Canty
Doc# 401358, E107
Washington Corrections
Center
P.O. Box 900
Shelton, WA 98584

FILED
LODGED
RECEIVED
OCT 04 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY ____ DEPUTY

Clerk, U.S District Court
U.S District Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

98101-444265

TACOMA WA 983
OLYMPIA WA
02 OCT 2017 PM 4 L



LEGAL MAIL

USA FOREVER