UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OCT 12 2017

KYLE LYDELL CANTY
    Plaintiff,

VS.

CITY OF SEATTLE, et al
    Defendants.

Case No. 2:16-CV-01655-RAJ-JPD

PLAINTIFF'S MOTION AND NOTICE PURSUANT TO 42 U.S.C. 1982 PROPERTY RIGHTS OF CITIZENS
"ORAL ARGUMENT REQUESTED"
NOTE ON MOTION CALENDAR
OCTOBER __ 2017

COMES NOW, the Plaintiff and property owner Kyle Lydell Canty, IN Propria Persona and of Sui Juris on this 2nd day of October year 2017, hereby moves

P 1 of 6

this Court and the future Courts of the U.S. Court of appeals for the ninth Curcuit, With this motion pursuant to 42 U.S.C. 1982, in conjunction with and pursuant to the Fifth amendment of the United States Constitution, and also pursuant to the Universal Declaration of Human Rights Article 17.

## Relief Requested

(A) The Plaintiff Kyle Lydell Canty "Demands" that this Court Signs a Writ after trial ordering defendants City of Seattle, it's officers, and defendants King County, and it's employee's to Pay With "U.S.D", Just as Stated in the amended Complaint that Was served upon the defendants, "Via U.S Marshal."

(B) The Plaintiff Kyle Lydell Canty "Demands" that this Court Signs a Writ before trial ordering the U.S. Attorney General to Conduct a full investigation on all of the defendants in order to determine

P 2 of 6

how many other victims of stolen personal property exist.

(c) The Plaintiff Kyle Lydell Canty Demands that this Court drafts and signs Writ's ordering all defendants to financially compensate "U.S.D" all victims that exist regarding stolen personal property.

## Statement of Facts

(1) The Plaintiff Kyle Lydell Canty's Personal Property was intentionally, knowingly, maliciously and willfully stolen and then destroyed in order to further cover up/hide official City of Seattle, Seattle Police department, and King County Corruption/official misconduct.

(2) The Plaintiff Kyle Lydell Canty's United States Passport, United States Social Security Card, United States birth Certificate, Samsung Galaxy note Cell Phone, Zte Flip Cell Phone, Apple "macbook pro"

P 3 of 6

Laptop Computer, Software, Two external hard drives, multiple Sd Cards/Flash drives mission Workshop black backpack, black Watch, Two Northface Coats, Sneakers, Cloths, Four pair of headphones- Audio Technica, multiple Serge strips, cords, adapter, multiple Cd/DVD's, Toothbrush, Toothpaste, hairbrush, Colored pencils, highschool deploma, Protected health information documents, White cell phone Case, grey hardshell LAptop Case, black Laptop Softshell Case, Cell phone Cords, hat, gloves, multiple Celeberity Pictures, Photography equiptment.

## Evidence Relied Upon

The Plaintiff KYle LYdell Canty relies upon his reipts from the apple store, amazon.com, mission WorkShop San Francisco, Wal-mart, Other department retail Stores and Witness Statements.

The Plaintiff KYle LYdell Canty relies upon

P 4 of 6

the written testimony of the City of Seattle, it's officer, and King County.

The Plaintiff Kyle Lydell Canty relies upon written testimony of Harborview Medical Center.

The Plaintiff Kyle Lydell Canty relies on the official King County Superior Court records and Superior Court Judge the very beautiful Catherine Shaffer.

## Legal Argument

The Plaintiff's Questions is directed towards the Corrupt U.S. District Courts Western District of Washington at Seattle;

Is 42 U.S.C. 1982, a myth?; conspiracy theory?; all in the plaintiff Kyle Lydell Canty's head?; Some made up Code that the Plaintiff pulled out of his butt?

P 5 of 6

## Statement of issues

For reasons that are very clear, the U.S. District Court, Western District of Washington, at Seattle does not want this Civil Case to Continue on for Jury trial. Should the Courts Continue to protect the defendants?

## Conclusion

In this Conclusion the Plaintiff Kyle Lydell Canty has realized and has proof that the Clerks at the U.S. District Courthouse at Seattle are sabotaging this Civil Case by not filing documents, and altering documents that are being filed, Some Clerks are even going back into their System and changing filing dates in order to give the defendants the advantage.("SWT")

Prepared by:
X 10/02/2017

Kyle Lydell Canty
DOC# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

P 6 of 6

TACOMA WA 983
OLYMPIA WA
10 OCT 2017 PM 2 L

Kyle Lydell Canty
DOC# 401358, E167
Washington Corrections
Center
P.O. Box 900
Shelton, WA 98584

Clerk, of Judge
Hon. Richard A. Jones
U.S. District Court
U.S. District Courthouse
700 Stewart Street
Seattle, WA 98101

98101-443820

LEGAL MAIL



10-8-17 To Daddy
Legal mail