# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

OCT 12 2017

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff,<br><br>VS.<br><br>CITY OF SEATTLE, et al<br>Defendants. | Case No. 2:16-CV-01655-RAJ-JPD<br><br>PLAINTIFF'S MOTION AND NOTICE TO CHALLENGE, PURSUANT TO LCR 77(c) CLERK'S AUTHORITY<br>"ORAL ARGUMENT REQUESTED"<br>NOTE ON MOTION CALENDAR<br>OCTOBER __ 2017 |

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Persona and of Sui Juris on this 6th day of October, year 2017 hereby moves this court with this motion to challenge

P 1 of 5

Pursuant to LCR 77(c)

## Relief Requested

The Plaintiff Kyle Lydell Canty Demands the following;

(1) "No text only docket orders, or electronic filings."

(2) electronic docket orders, or electronic filings with his attached document/original filings only.

## Statement of issues

For reasons that are Clear, the U.S. District Courts Western District of Washington at Seattle's Clerk's are Sabotaging the Plaintiff's Civil Case, by purposely not filing Court documents, altering Court filings, and going back into the Courts database filing system and Changing text only filings to reflect not

P 2 of 5

accurate information, the Corrupt U.S. District Courts at Seattle has been doing this for decades. Should the U.S. District Courts Western District of Washington at Seattle be allowed to Continue this type of high level Corruption?

## Statement of Facts

The U.S. District Court Clerk who has the name initials "S.W.T." Clearly went back into the Courts database and refiled a Court document that was already filed day's earlier, When this document was refiled the Clerk purposely ~~left~~ out the words "oral Argument".

The U.S. District Court Clerk who has the initials "S.W.T." clearly altered multiple Court filings of the Plaintiff Kyle Lydell Canty, therefore this is no accident

## Evidence Relied Upon

P 3 of 5

The Plaintiff Kyle Lydell Canty relies upon the official Court record, his paper generated CM/ECF that Debra L. Dobson gave him, and the document numbers 109, 119, 131, and god knows whatever else documents were not filed at all, or severly butchered/alterd.

## Legal Argument

The Plaintiff Kyle Lydell Canty's questions directed towards James P. Donohue-HON, and HON. Richard A. Jones are; Who oversees the clerks of the U.S. District Courts at Seattle? Is the Plaintiff Kyle Lydell Canty really a conspiracy theorist even though he has concrete proof in his possession? Why is the U.S. District Court Western District of Washington really not allowing this case to proceed on to jury trial? Has the Supreme Courts ruled that this type of high level misconduct in Judicial Proceedings is illegal?

P 4 of 5

## Conclusion

The Plaintiff Kyle Lydell Canty predicts that if the U.S. District Courts Western District of Washington at Seattle does not allow this Civil Case to proceed on to Jury trial, all information will still be released anyways, the Plaintiff has more evidence of Corruption floating around in multiple Cities, States, Countries it's only a matter of time until the truth comes out..."unfortunately the U.S. District Courts Western District of Washington at Seattle will also be exposed" The Plaintiff Promises this!

Prepared by:
X  10/06/2017

Kyle Lydell Canty
DOC# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

P 5 of 5

Lyle Lydell Canty
Doc# 401358 E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

Clerk of Judge
Hon. Richard A. Jones
U.S. District Court
U.S. District Courthouse
700 Stewart Street
Seattle, WA 98101

98101-443807

LEGAL MAIL

TACOMA WA 983
OLYMPIA WA
25 OCT 2017 PM 3 L



USA FOREVER