UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FILED
LODGED
RECEIVED

MAIL

OCT 12 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

| | |
|---|---|
| KYLE LYDELL CANTY <br> Plaintiff, <br><br> VS. <br><br> CITY OF SEATTLE, et Al <br> Defendants. | Case No. 2:16-CV-01655-RAJ-JPD <br><br> PLAINTIFF'S MOTION AND NOTICE PURSUANT TO LCR 43 TAKING TESTIMONY MARKING EXHIBITS "ORAL ARGUMENT REQUESTED" NOTE ON MOTION CALENDAR OCTOBER __ 2017 |

Comes Now, the Plaintiff Kyle Lydell Canty In Propria Persona and of Sui Juris on this 5th day of October moves this

P 1 of 5

Court with this motion and notice pursuant to LcR 43.

## Relief Requested

The Plaintiff Kyle Lydell Canty requests Pursuant to LcR 43 (G), that no electronic exhibits or evidence be used ever.

The Plaintiff Kyle Lydell Canty requests that only paper exhibits or evidence be used unless it's for video purposes

The Plaintiff Kyle Lydell Canty requests Pursuant to LCR 43 (I) that he is present for ORAL ARGUMENT "Pretrial and Jury trial" it's my right"!

The Plaintiff Kyle Lydell Canty Demands Pursuant to LCR 43 (J) his expert Witnesses to be present at Pre trial and Jury trial in order to give statements - Written and Oral

P 2 of 5

The Plaintiff Kyle Lydell Canty Demands Pursuant to LCR 43(I) to Cross-examine all of the defendants Witnesses.

The Plaintiff Kyle Lydell Canty Demands that the fifteen Witnesses that he has be allowed to give Written Statements now in the Pre trial Phase and Jury trial Phase "oral testimony.

## Statement of Facts

The Plaintiff Kyle Lydell Canty has over fifteen Witnesses ready to give testimony on his behalf, in regards to this Civil Case 2:16-CV-01655-RAJ-JPD.

## Statement of issues

For reasons that are very Clear the U.S. District Courts Western District of Washington at Seattle is Purposely Sabotaging this Civil Case by not filing the Plaintiff's

P3 of 5

Court documents, Should the U.S. District Courts Western District of Washington be allowed to continue to give the defendants the upper hand?

## Evidence relied Upon

The Plaintiff Kyle Lydell Canty relies on the documents and statements of Samantha Kanner. Samantha clearly states in her court filings that the Clerk of the U.S. District Court chose not to file the Plaintiff's motion for appointment of Counsel W.T.F. ?

## Legal ARGument

Does the Supreme Court say that district Courts of the U.S. Can Sabotage Civil Cases even though there is Cleary a "Question of Law"? Pregarding the defendants Fake documents that they Produced, Fake Statements, Fake emails and Just flat out altering documents.

# Conclusion

The Plaintiff has Three sets of different Seattle police department case file reports all saying different things this is because the City of seattle and it's officers, along With King County and it's employee's are cleary lying and altering their documents, however Kyle Lydell Canty has scatterd these documents and other evidence all around the City, State, other States, and the World, the truth Will be revealed real real soon even if the plaintiff loses this civil case, all the defendants Will lose, the real question now becomes Who has more to lose the Plaintiff, defendants, or the FBI, ATF, and ICE?

"Lets Play A Game"

Prepared by:
__Ƶ 10/05/2017__

Kyle Lydell Canty
Doc# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

P5 of 5

Kyle Lydell Canty
Doc # 401358 EID7
Washington Corrections
Center
P.O. Box 900
Shelton, WA 98584

TACOMA WA 983
OLYMPIA WA
10 OCT 2017 PM 4 L

FOREVER
USA

Clerk of Judge
Hon. James P. Donohue
U.S. District Court
U.S. District Courthouse
700 Stewart Street
Seattle, WA 98101

98101-444778

LEGAL MAIL.