UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 1ᵒ 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

| | |
|---|---|
| KYLE LYDELL CANTY <br> Plaintiff, | Case No. 2:16-CV-01655 <br> RAJ-JPD |
| VS. | PLAINTIFF'S (PROPOSED) MOTION AND ORDER PURSUANT TO LCR 6 |
| CITY OF SEATTLE <br> Defendants. | "ORAL ARGUMENT REQUESTED" <br> NOTE ON MOTION CALENDAR OCTOBER 13, 2017 |

COMES NOW, once again for the second time, the Plaintiff Kyle Lydell Canty In Propria Persona and of Sui Juris on this 2nd day of October year 2017, hereby moves this Court Pursuant to LCR 6

P 1 of 5

"Extention of time request"

Relief Requested

The Plaintiff Kyle lydell Canty for the third time in a row is requesting;

(A) Appointment of Counsel, there are material disputes, meaning the defendants half way discovery and evidence differs from the Plaintiff's documents, evidence discovery, witness statements, facts, mental health records already in the plaintiffs possession ("Question of law)

(B) Extention of time to argue every motion and response to motions filed orally, meaning the plaintiff wants to be in front of the Judge, The defendants have filed a motion for summary Judgement because they know they would lose at trial The Plaintiff does not have enough time to defeat the Summary Judgment locked up at Shelton Correctional facility

P 2 of 5

(c) The Plaintiff Kyle Lydell Canty is scheduled to be released from Shelton Correctional facility November 1, 2017 and he requests an extention of time to at least try to defeat the motion of Summary Judgement that all defendants have Submitted to the Courts, it's Kind of odd that the deadline for the response to the motion for Summary Judgment is October 29, 2017 ?

## Statement of issues

(1) The U.S. District Courts Western district of Washington Knowingly and intentionally have not been filing all of the Plaintiff's motions, one in Particular titled "motion of appointment of Counsel Should the U.S. district Courts Western district of Washington be allowed to Sabotage the Plaintiff Kyle Lydell Canty's Civil Case ?

(2) The defendants all have filed motions

P3 of 5

for summary Judgments, and motions
to dismiss knowing that the Plaintiff
is due to be released from prison "set
date November 1, 2017, in less than thirty
days knowing already that the plaintiff
does not have full access to the law, as
noted already in the official court records
Should the U.S. district courts Western
district of Washington Continue to allow
this type of Cheating?

## Evidence Relied Upon

The Plaintiff Kyle lYdell Canty relies on
the official Court record, and also the
official inmate release look-up, in which is
a U.S. government ran Website ".gov"

## Legal Argument

The Question now becomes..."is the U.S. District
Courts Western District of Washington, more
Concernd With Saving money by not allow-
ing the Plaintiff KYle LYdell Canty to have

P 4 of 5

a trial by Jury? or is the U.S. District Courts Western District of Washington going to up-hold the United States Constitution and let nature take it's Course in a United States District Court-house While the Plaintiff Kyle Lydell Canty is Present along With Twelve members of the Jury?

Judges Signature
X _____

Kyle Lydell Canty
X _____

Prepared by:
X 10/02/2017

Parham v. Johnson 126 F.3d 454, 461 (3d Cir. 1997)

Greeno v. Daley, 414 F.3d 645 (7th Cir 2005)

Farmer v. Haas, 990 F.2d 319, 322 (7th Cir 1993

P 5 of 5

Kyle Lydell Canty
Doc# 401358
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

Kyle Lydell Canty
Doc# 401358, E107
Washington Corrections
Center
P.O. Box 900
Shelton, WA 98584

Clerk of Judge
Hon. Richard A. Jones
U.S. District Court
U.S. District Courthouse
700 Stewart Street
Seattle, WA 98101

LEGAL MAIL.

FOREVER
USA



RECEIVED
OCT 0 6 REC'D
NCC MAILROOM

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

LEGAL MAIL

© USPS 2013