# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FILED
LODGED
RECEIVED
MAIL

OCT 16 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

| | |
|---|---|
| KYLE LYDELL CANTY <br> Plaintiff, <br><br> vs. <br><br> CITY OF SEATTLE, et Al <br> Defendants. | Case No. 2:16-CV-01655-RAJ-JPD <br><br> PLAINTIFF'S MOTION AND NOTICE OF EXTENSION OF TIME <br> "ORAL ARGUMENT REQUESTED" <br> NOTE ON MOTION CALENDAR <br> OCTOBER-20, 2017 |

COMES NOW, the Victim and Plaintiff Kyle Lydell Canty on this 6th day of the month of october Year, 2017 hereby moves this Court With an extension of time motion

## Relief Requested

P 1 of 5

The Plaintiff and four time Victim
Kyle Lydell Canty hereby requests;

(1) That an extension of two months
be permitted, in order to properly defend
against the defendants motions to dismiss,
summary Judgement motions, and other
filings the defendants have made.

## Statement of facts

(1) The Plaintiff Kyle Lydell Canty Will
apparently be released from Prison on
November the first = November 1, 2017

(2) The Courts of the United States
Western District of Washington at Seattle
have been fully aware of this fact
for two months now.

(3) All defendants and furture defendants
have been also fully aware of the
Plaintiff Kyle Lydell Canty's set release
date, they have been aware for two

P 2 of 5

months also, Just as the U.S. District Courts Western district of Washington at Seattle have been aware.

## Statement of issues

For reasons that are very Clear the U.S. District Courts Western District of Washington At Seattle is intentionally Sabotaging the Plaintiff's Civil Case. Should the U.S. District Courts Western District of Washington Continue to try to Save money by not allowing this Case to not Proceed on to a Jury trial, even though there are material disputes "Questions of Law?

For reasons that are very Clear the defendants have asked the Courts for dismissals, and Summary Judgments before the Plaintiff's release date from Prison on November 1, 2017. Should the defendants be allowed to run from Justice and Cheat?

P. 3 of 5

# Evidence Relied Upon

The Plaintiff Kyle Lydell Canty relies upon Official Washington State inmate lookup that he has no access to, Statements from Douglas French "Custody Superviser" here at WCC/Shelton Correctional facility.

The Plaintiff Kyle Lydell Canty also rely on the Statements made by Samantha Kanner- the Attorney that King County hired, Samantha Kanner made Comments in her declarations regarding the Plaintiff's release.

# Legal Argument

If there are material disputes regarding Fake emails, discovery, Case file reports, missing Case file reports, added in Case file reports, and four different bulletins Should the Plaintiff be granted an extension of time in order to properly defend himself?

P 4 of 5

# Conclusion

There is no reason that the Plaintiff Kyle Lydell Canty Would Want to harm Police, "Maybe file legal actions not Kill the idiots", We all Know Who's behind this don't We? "There are Way to many documents floating around out there Know this U.S. District Courts Western District of Washington At Seattle."

"We Can do this the hard Way, or the easy Way, however Choosing the hard Way Option Will expose everyone, do not blame the Plaintiff When the Shhh hits the fan."

Prepared by:
*X* 10/06/2017

Kyle Lydell Canty
Doc# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

P 5 of 5



Kyle Lydell Canty
Doc# 461358/E167
Washington Corrections
Center
P.O. Box 900
Shelton, WA 98584

Clerk, of Judge Jones
Hon. Richard A. Jones
U.S. District Court
U.S. District Courthouse
700 Stewart Street
Seattle, WA 98101

TACOMA WA 983
OLYMPIA WA
13 OCT 2017 PM 4 L

OCT 16 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY

LEGAL MAIL

FOREVER   USA

98101-443607