# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FILED
LODGED
RECEIVED
MAIL

OCT 16 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                     DEPUTY

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff, | Case No. 2:16-CV-01655-RAJ-JPD |
| VS. | PLAINTIFF'S NOTICE OF APPRECIATION FOR JUDGE HON. CATHERINE SHAFFER AND HER STAFF |
| CITY OF SEATTLE, et Al<br>Defendants. | |

COMES NOW, the Plaintiff and victim Kyle Lydell Canty In Propria Persona and of Sui Juris on this 10th day of october year 2017, hereby Submits this Notice of appreciation that is long overdue.

## Relief Requested

The Plaintiff and victim Kyle Lydell Canty

P 1 of 5

Demands the United States District Courts Western District of Washington at Seattle file this notice.

## Statement of facts

(1) On November the 28th, 2016 Superior Court trial Judge Catherine Shaffer of King County was assigned to King County Cause No 16-1-03103-6 SEA.

(2) On November the 29th, 2016 Plaintiff Kyle Lydell Canty moved the courts and filed a motion to dismiss pursuant to 8.3 CrR with Prejudice and it was granted.

(3) In reality the Plaintiff's documents of the courts show's and proves that he in fact filed offical court documents with the Superior Court Clerk Several months prior, "a motion to dismiss with prejudice due to official police misconduct" (Prior means about two to three months before November 28th 2016.)

(4) Scumbag Timothy Renihan admited in Court that there were no guns, bullets, extended 30 round Magazines, he admited he had no proof for why the Plaintiff Kyle Lydell Canty was locked up for five months. "November 28th, 2016" ← (start of trial)

(5) Timothy Renihan also admited to the Judge that all of the Plaintiff's Personal Property had been destroyed.

(6) The Plaintiff weeks prior had been asking for his evidence he planned on using at trial, video of the Seattle Police department and it's officers Stalking, harassing and trying to kill the plaintiff, months and months of video footage, (intentionally destroyed.)

(7) On November 28th, and 29th, 2016 the Plaintiff informed Judge Catherine Shaffer to what was on the Phone and Laptop, end result = Case dismissed with Prejudice, also several Witnesses saw the video's of the Stalking, harassment,

Western District of Washington At Seattle is Whats a Brady Violation?

## Conclusion

The Plaintiff Kyle Lydell Canty is the Hon. Catherine Shaffer's biggest number one fan, She has elevated the Plaintiff to the next level in his life, this Judge in her own words said "Black lives Matter and so does Blue lives" This Judge was not wrong! The Plaintiff also has the biggest crush on this Judge, She is a very beautiful older woman.

Prepared by:
X 10/10/2017

Kyle Lydell Canty
Doc# 401358, E107
Washington Corrections cen
P.O. Box 900
Shelton, WA 98584

P 5 of 5

and the Seattle Police department officers saying on video that they were going to continue to follow the plaintiff.

## Evidence Relied Upon

The Plaintiff Kyle Lydell Canty relies upon Catherine Shaffer and her staff that were in the courtroom at trial, also the plaintiff relies on his witnesses from Harborview Medical Center- staff.

## Statement of issues

For reasons that are clear King County and City of Seattle the defendants are not happy with Catherine Shaffer and have turned against her. Should the Plaintiff Kyle Lydell Canty defend Catherine Shaffer?
Hell Yeah! ☺

## Legal Argument

The Plaintiff Kyle Lydell Canty's question for the United States District Courts

P 4 of 5