UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

OCT 17 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

| | |
|---|---|
| KYLE LYDELL CANTY<br>Plaintiff,<br><br>VS.<br><br>CITY OF SEATTLE, et Al<br>Defendants. | Case No 2:16-CV-01655-RAJ-JPD<br><br>PLAINTIFF'S FOURTH DECLARATION TO HONORABLE RICHARD A. JONES |

Kyle Lydell Canty hereby declares:

I have been incarcerated at Shelton Prison only since August 11, 2017.

Since my incarceration here at this facility from the very begining Shelton would not give me access to my own legal materials example: "My legal book,

P 1 of 3

legal preprinted documents. pertaining to this case, legal box that came from King County Jail to the facility of Shelton.

Shelton held my legal Box and supplies for this current civil case for over one month at the direction of Samantha D. Kanner, King County, and Attorneys Freimund Jackson and Tardif P.L.L.C.

Shelton would not allow me to even go to the legal computer workstation, for over one month of me first arriving.

Shelton eventually decided to give me my legal box after I started filing tort claims and documents in federal court regarding the interference.

Shelton of course retaliated back by pushing my release date back until November 1, 2017.

## Conclusion

For reasons that are very clear, Samantha D. Kanner, King County, and Attorneys Freimund Jackson and Tardif P.L.L.C are trying to obtain a Win by Cheating because they Know they Will lose at "Jury Trial" reason being is Simply "all" the Case file reports are Fakes and not the originals that Attorneys Freimund Jackson and Tardif P.L.L.C have Produced for inspection, I Should Know I have the originals. "material dispute" "Question of law". The Police bulletin is also a Fake, I have the original first one produced, The emails are Fake, Case file reports have been added and Subtracted, and We have major differeces in documents, evidence, discovery.

Prepared by:
K 10/07/2017
Under Penalty
of Purjury (U.S.)

Kyle Lydell Canty
Doc# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

P. 3 of 3