# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KYLE LYDELL CANTY
  Plaintiff,

VS.

CITY OF SEATTLE, et al
  Defendants.

Case No. 2:16-CV-01655-RAJ-JPD

PLAINTIFF'S OBJECTIONS RE: D.N.A TESTING "ORAL ARGUMENT REQUESTED"

NOTE ON MOTION CALENDAR OCTOBER 20, 2017

COMES NOW, the Plaintiff Kyle Lydell Canty In Propria Prosona and of Sui Juris on this 7th day of October year 2017, hereby moves this Court with objections RE: DNA Testing pursuant to the Fourth, First, and Fifth amendments of the United States Constitution and in Conjunction with Article 3 of the

P 1 of 6

Universal Declaration of Human Rights

Relief Requested

The Plaintiff and victim Kyle Lydell Canty Demands the United States District Courts Western District of Washington recognize and respect the United States Constitution, and Universal Declaration of Human Rights.

The Plaintiff Kyle Lydell Canty Demands the defendants King County pay a sum of money "U.S.D." in the amount of 5,000,000 = Five million dollars.

The Plaintiff Kyle Lydell Canty Demands the Hon. Richard A. Jones to sign and draft up a writ prohibiting King County, the State of Washington, the City of Seattle, or anyone else from forcing the Plaintiff to submitt to Biological testing "also Known as D.N.A. Testing.

## Statement of Facts

The Plaintiff Kyle Lydell Canty has never been convicted of any crime involving sex, or domestic violence.

The Plaintiff Kyle Lydell Canty was indeed illegally convicted for two counts of assault in the second degree, allegedly the Plaintiff beat up two White male Seattle Police officers up at the same time while Twenty other officers just stood around and watched.

## Evidence relied upon

The Plaintiff Kyle Lydell Canty relies upon the official King County Superior Court records. The Plaintiff, the U.S. District Courts Western District of Washington at Seattle, and King County is in possession of the case file reports, and discovery, and also the falsified "statements of Certification of Probable Cause."

P. 3 of 6

## Statement of issues

For reasons that are unclear the defendants King County and maybe the State of Washington wants the Plaintiff Kyle Lydell Canty by force. Should any of the defendants be able to obtain the Plaintiff's D.N.A. by force?

## Legal Argument

The Plaintiff Kyle Lydell Canty would like the U.S. District Courts Western District of Washington at Seattle to answer the following Questions;

(1) Is the Universal Declaration of Human Rights "Article 3" a Conspiracy? Article Three states "Everyone has the right to life, liberty and security of person.

(2) Is the Universal Declaration of Human Rights "Article Five" a myth?

(Article 5) States "No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment."

Is the First Amendment of the United States Constitution all in the Plaintiff's head? "The 1st Amendment states Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Is the Fifth Amendment of the United States Constitution all in the Plaintiff's head, a hoax, myth, or is the plaintiff a conspiracy theorist? "The 5th Amendment states No person shall be deprived of life, liberty, or property, without due process

Is the Fourth Amendment of the United States Constitution all in the Plaintiff's head,

P 5 of 6

a hoax, myth, or is the Plaintiff a Conspiracy theorist? The 4th Amendment states "The right of the people to be Secure in their person" Pause.... houses, papers, and effects, against unreasonable searches and seizures."

## Conclusion

It's against the plaintiff's religion for him to be forced or submitt to Biological testing/ D.N.A testing

There is no logical legal reason that King County, The State of Washington, The F.B.I, or anyone else needs the Plaintiff Kyle Lydell Canty's D.N.A.

Prepared by:
X 10/07/2017

Kyle Lydell Canty
DOC# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton WA 98584

P 6 of 6

Kyle Lydell Canty
Doc # 401358, E167
Washington Corrections
Center
P.O. Box 900
Shelton, WA 98584

Clerk, of Judge
Hon. Richard A. Jones
U.S. District Court
U.S. District Courthouse
700 Stewart Street
Seattle, WA 98101

98101-443807

LEGAL MAIL



Legal mail

FSC MIX Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 

© USPS 2013