# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FILED ___ ENTERED ___ LODGED ___ RECEIVED
OCT 17 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

| | |
|---|---|
| KYLE LYDELL CANTY, Plaintiff, vs. CITY OF SEATTLE, et al Defendants. | Case No. 2:16-CV-01655-RAJ-JPD<br><br>PLAINTIFF'S MOTION AND NOTICE PURSUANT TO LCR 40(B) SCHEDULING CASES FOR TRIAL<br>"ORAL ARGUMENT REQUESTED"<br>NOTE ON MOTION CALENDAR OCTOBER 20, 2017 |

COMES NOW, the Plaintiff and Victim Kyle Lydell Canty, In Propria Persona and of Sui Juris on this 7th day of October Year 2017, hereby moves this Court Pursuant

P 1 of 5

to LCR 40(B), and also pursuant to LCR 38 "Jury TRial

## Relief Requested

(1) The Plaintiff and four time Victim Kyle LYdell Canty "Demands a Jury TRial" for the Tenth Time in writing.

(2) The Plaintiff Kyle LYdell Canty Will "Demand" all fifteen of his Witnesses to be Present, therefore the Courts must Stop Playing games, and grant this Jury trial, and allow Witness testimony.

(3) The Plaintiff Kyle LYdell Canty "Demands" the U.S. District Courts Western District of Washington at Seattle to Stop being Corrupt and file all of the damn Court filings, there is no more picking and Choosing what documents/motions you want to file. (S.W.T.)

(4) The Plaintiff Kyle LYdell Canty anticipates

P 2 of 5

the trial "Jury TRial" Will last about Two months, due to the fact of the complex issues of this Civil Case, therefore the plaintiff requests an extention of deadlines responses, objections to Court orders, and objections to the defendants motions to dismiss and Summary Judgment.

## Statement of Facts

The Plaintiff and Victim KYle LYdell Canty Will be released from Prison November 1st, 2017.

The defendants are fully aware that the Plaintiff and victim Kyle LYdell Canty will be released from prison on November 1st, 2017, this is Why all of a Sudden they're asking for dismissals and Summary Judgments

The Plaintiff and Victim KYle LYdell Canty Say's that there is multiple

material disputes "Question of law", specifically with the defendants Fake emails, Fake discovery, missing case file reports added in case file reports, about four different police bulltins.

## Evidence Relied Upon

The Plaintiff Kyle Lydell Canty relies upon his own medical records, in his possession

The Plaintiff Kyle Lydell Canty relies upon case file reports "the original" case file reports from over one year ago.

The Plaintiff Kyle Lydell Canty relies upon the original bulletin produced by detective Timothy Renihan, that is clearly different from the bulletin that the City of Seattle and King County submitted to the U.S. District Courts Western District of Washington at Seattle.

## Statement of issues

For reasons that are very clear the defendants are now very very scared to proceed on to "Jury TRial" Should the U.S. District Courts Western District of Washington at Seattle save them?

## Legal ARgument

The Plaintiff Kyle Lydell Canty's Questions are for the Hon. Richard A. Jones;

Has the Supreme Courts ruled that when there is a genuine "material dispute" Question of Law, dispute of the facts, Fake documents, Left out Case file reports, added in Case file reports, alterd emails, Fake emails, Fake bulletins - "the Case must Proceed to Jury TRial"?

Prepared by:
K 10/07/2017

Kyle Lydell Canty
DOC# 401358, E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

P 5 of 5




Kyle Lydell Canty
Doc # 401358; E107
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

Clerk of Judge
Hon. Richard A. Jones
U.S. District Court
U.S. District Courthouse
700 Stewart Street
Seattle WA 98101

LEGAL MAIL



Legal mail

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013