The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CITY OF SEATTLE, et. al.,<br><br>                    Defendants. | No. 2:16-cv-01655-RAJ-JPD<br><br>KING COUNTY DEFENDANTS'<br>RESPONSE TO PLAINTIFF'S<br>MOTIONS |

## I.   RELIEF REQUESTED

Defendants King County, Gail Bonicalzi, and Melinda Hasegawa (King County Defendants) request the Court deny Plaintiff Canty's Second Motion for Appointment of Counsel (Dkt. 138) and Plaintiff's Motion for Extension of Time (Dkt. 139).

## II.   FACTS RELEVANT TO MOTION

Plaintiff has filed an amended civil rights complaint naming King County and Designated Mental Health Providers Gail Bonicalzi and Melinda Hasegawa.  (Dkt. 38) Plaintiff alleges that King County Defendants violated his rights under the Fourth, Fifth and Eighth Amendments by having him civilly committed at Harborview Medical Center for 72 hours.  (Dkt. 38).  Plaintiff has since filed various motions with this Court.

## III.   ARGUMENT

KING COUNTY DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTIONS- 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

Rather than repeating their previously made arguments, King County Defendants rely on their Response to Plaintiff's First Motion to Appoint Counsel (Dkt. 106) and their Reply in Support of their Motion to Dismiss and Motion for Summary Judgment (Dkt. 146) (addressing Plaintiff's request for an extension of time) to respond to these current pending motions.

### IV.     CONCLUSION

For the foregoing reasons, King County Defendants request that Plaintiff's motions be denied.

DATED this 30th day of October, 2017.

>     DANIEL T. SATTERBERG
>     King County Prosecuting Attorney
>
>     By: */s/ Samantha D. Kanner*
>     SAMANTHA D. KANNER, WSBA #36943
>     Senior Deputy Prosecuting Attorney
>     Attorneys for King County Defendants
>     500 Fourth Avenue, 9th Floor
>     Seattle, WA 98104
>     Telephone: (206) 296-8820
>     E-Mail: Samantha.Kanner@kingcounty.gov

### CERTIFICATE OF FILING AND SERVICE

I hereby certify that on October 30, 2017, I electronically filed the foregoing document(s) along with the Proposed Order Denying Plaintiff's Motions with the Clerk of the Court using the CM/ECF E-Filing System, thus electronically serving counsel for City of Seattle Defendants, and notifying of such filing to the following:

> **Kyle Lydell Canty**
> **DOC #401358**
> **Washington Corrections Center**
> **P.O. Box 900**
> **Shelton, WA 98584**
> **DOCWCCInmateFederal@DOC1.WA.GOV**

KING COUNTY DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTIONS- 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 30th day of October, 2017.

*/s/Lindsey Macalalad*
LINDSEY MACALALAD
Legal Secretary

KING COUNTY DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTIONS- 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819