The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KYLE LYDELL CANTY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:16-cv-01655-RAJ-JPD |
| | ) | |
| vs. | ) | |
| | ) | (PROPOSED) ORDER DENYING |
| CITY OF SEATTLE, et. al., | ) | PLAINTIFF'S SECOND MOTION TO |
| | ) | APPOINT COUNSEL (DKT. 138) AND |
| Defendants. | ) | PLAINTIFF'S MOTION FOR |
| | ) | EXTENSION OF TIME (DKT. 139) |

THIS MATTER having come on for hearing before the undersigned court on Plaintiff Kyle Lydell Canty's "Motion Pursuant to LCR 6" (Dkt. 138) and "Motion for Extension of Time" (Dkt. 139), and the Court having reviewed said motions, Defendants' Responses, and Plaintiff's Reply if any, and all matters submitted with these pleadings, and being otherwise fully advised,

NOW THEREFORE, it is ORDERED that Plaintiff's Motions are DENIED.

PROPOSED ORDER DENYING PLAINTIFF'S
PENDING MOTIONS (16-cv-01655-RAJ-JPD) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

DONE IN OPEN COURT this _____ day of November, 2017.

_____
HONORABLE Richard A. Jones
United States District Judge
HONORABLE James P. Donohue
Chief United States Magistrate Judge

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney


By: /s/*Samantha D. Kanner*
SAMANTHA D. KANNER, WSBA # 36943
Senior Deputy Prosecuting Attorney
Attorneys for King County Defendants


Copy received:



By: _____
AMEE TILGER WSBA #34613
Freimund Jackson & Tardif, PLLC
Attorneys for City of Seattle Defendants


By: _____
KYLE LYDELL CANTY
Plaintiff, pro se

PROPOSED ORDER DENYING PLAINTIFF'S
PENDING MOTIONS (16-cv-01655-RAJ-JPD) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819