The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>         Plaintiff,<br><br> vs.<br><br>CITY OF SEATTLE, et. al.,<br><br>         Defendants. | No. 2:16-cv-01655-RAJ-JPD<br><br>NOTICE OF UNAVAILABILITY |

TO:  Kyle Lydell Canty, Plaintiff

AND TO: The Clerk of the Court

  PLEASE TAKE NOTICE that **Samantha Kanner**, Attorney for Defendants King County, Melina Hasegawa, and Gail Bonicalzi, will be out of the office and unavailable to respond to motions, depositions or other formal actions in the above entitled case from January 12, 2018 through January 22, 2018.

  During the aforementioned absence, said attorney shall not be available for any hearings, trials, motions, or any other required court appearance, and shall be additionally unavailable to actively respond to any proposals or motions that may be filed within said period of absence.

NOTICE OF UNAVAILABILITY - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

It is respectfully requested that no formal action in the above captioned case be taken and/or noted during this time or one week prior and one week immediately thereafter so as to allow adequate preparation.

DATED this 29th day of November, 2017.

                                      DANIEL T. SATTERBERG
                                      King County Prosecuting Attorney

                                      By: */s/ Samantha D. Kanner*
                                      SAMANTHA D. KANNER, WSBA #36943
                                      Senior Deputy Prosecuting Attorney
                                      Attorneys for King County Defendants
                                      500 Fourth Avenue, 9th Floor
                                      Seattle, WA 98104
                                      Telephone: (206) 296-8820
                                      E-Mail: Samantha.Kanner@kingcounty.gov

NOTICE OF UNAVAILABILITY - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

## CERTIFICATE OF FILING AND E-SERVICE

I hereby certify that on November 29, 2017, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF E-Filing System, thus electronically serving counsel for City of Seattle Defendants, and notifying of such filing to the following:

**Kyle Lydell Canty**
**DOC #401358**
**Washington Corrections Center**
**P.O. Box 900**
**Shelton, WA 98584**
DOCWCCInmateFederal@DOC1.WA.GOV

I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 29th day of November, 2017.

*/s/Lindsey Macalalad*
LINDSEY MACALALAD
Legal Secretary

NOTICE OF UNAVAILABILITY - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819