Hon. Richard Jones
Hon. James P. Donohue

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, et al.,<br><br>                    Defendants. | NO. 2:16-CV-01655-RAJ-JPD<br><br>CITY OF SEATTLE DEFENDANTS' SUPPLEMENTAL REPLY IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE TO COMPEL DISCOVERY<br><br>NOTED ON MOTIONS CALENDAR: DECEMBER 1, 2017 |

## I. INTRODUCTION

Defendants City of Seattle, Officer Marshall Coolidge, Sean Culbertson, Timothy Renihan and Officer Hancock (hereinafter collectively "the City") submit this supplemental reply memorandum in support of their motion to dismiss or in the alternative to compel discovery.

## II. ARGUMENT

The City timely filed and served Plaintiff with a motion to dismiss based on his willful discovery violations, or in the alternative to compel discovery, having noted it for consideration on October 27, 2017. The Court re-noted the City's motion on December 1, 2017 to allow Plaintiff a final opportunity to respond to this dispositive motion. Dkt. 149.

CITY OF SEATTLE DEFENDANTS' SUPPLEMENTAL REPLY IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE TO COMPEL DISCOVERY
NO. 2:16-CV-01655-RAJ-JPD

1

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

1    Any response in opposition to the motion was due to be filed and served no later than
2    November 27, 2017. *Id.*

3    City Defendants' counsel was advised that Plaintiff was released from the Washington
4    Corrections Center on October 30, 2017, with no forwarding address. Declaration of Amee J.
5    Tilger (Tilger Decl.), Ex. A and Ex. B. Counsel sent by certified mail a letter to Plaintiff to his
6    last known addresses, asking Plaintiff to provide the court and counsel his current contact
7    information. Tilger Decl., Ex. C. Enclosed with the letter was a copy of the Court's Order
8    Striking Plaintiff's Submissions and Re-Noting Dispositive Motions [Dkt. 149]; City of
9    Seattle's Interrogatories and Requests for Production to Plaintiff; and authorizations and
10   stipulations for Plaintiff's medical records. Tilger Decl., Ex. C. Both certified letters were
11   claimed and signed for by someone on Plaintiff's behalf. Tilger Decl., Ex. D. To date, counsel
12   has had no contact with Plaintiff, and Plaintiff has filed no response to the City's motion.
13   Tilger Decl., ¶ 7.

14   "Except for motions for summary judgment, if a party fails to file papers in opposition
15   to a motion, such failure may be considered by the court as an admission that the motion has
16   merit." LCR 7(b)(2). Here, the City's motion should be granted because Plaintiff has failed to
17   file any opposition to the City's motion, despite being afforded additional time to do so. This
18   case should be dismissed based on Plaintiff's wilfull discovery violations, which include
19   refusing to appear at a duly noted deposition, failing to respond to written discovery requests,
20   failing to sign authorizations for relevant medical records, refusing to accept documents that
21   are mailed to him, and refusing even to discuss these matters with counsel. Plaintiff has failed
22   to demonstrate even the most minimal intention of prosecuting this action by updating his

1  address with the court and counsel upon his release from custody.  In light of these recent

2  events, the City simply asks the Court to dismiss the matter.

### III.   CONCLUSION

For all the forgoing reasons, the court should dismiss this matter with prejudice.

DATED this 1st day of December, 2017.

        s/ Amee J. Tilger_____
AMEE J. TILGER, WSBA #34613
Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA  98104
Telephone:  (206) 582-6001
Facsimile:  (206) 466-6085
ameet@fjtlaw.com
Attorneys for Defendants City of Seattle,
Officer Marshall Coolidge, Sean Culbertson,
Timothy Renihan and Officer Hancock

# CERTIFICATE OF SERVICE

I certify that on the 1st day of December, 2017, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF E-Filing Systems, and notifying of such filing to the following:

| | |
|---|---|
| Pro se Plaintiff,<br><br>Kyle Lydell Canty<br>1700 7th Avenue<br>Suite 116, Unit 365<br>Seattle, WA  98101 | ( X )  U.S. Mail |
| Samantha D. Kanner, WSBA #36943<br>Deputy Prosecuting Attorney<br>King County Prosecuting Attorney's Office<br>500 Fourth Avenue, 9th Floor<br>Seattle, WA  98104<br>(206) 296-8820<br>SamanthaKanner@kingcounty.gov<br><br>Attorney for King County | ( X )  ECF Electronic Filing |

I certify under the penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 1st day of December, 2017, in Seattle, Washington.

s/Courtney Grubb_____
COURTNEY GRUBB, Legal Assistant
courtneyg@fjtlaw.com

CITY OF SEATTLE DEFENDANTS'
SUPPLEMENTAL REPLY IN SUPPORT OF
MOTION TO DISMISS OR IN THE ALTERNATIVE
TO COMPEL DISCOVERY
NO. 2:16-CV-01655-RAJ-JPD

4

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA  98104
TEL: (206) 582-6001
FAX:  (206) 466-6085