| | |
|---|---|
| From: | The VINE Service |
| To: | Amee Tilger |
| Subject: | A message from VINE |
| Date: | Monday, October 30, 2017 2:43:31 PM |

10/30/2017

This e-mail is to inform you that there has been a change in the custody status of the offender KYLE CANTY. This offender has been released from custody as of 10/30/2017. If you have any concerns about your immediate safety, contact your local law enforcement agency or call 911.

For more information, contact the Washington Department of Corrections Victim Services. The telephone number is (800) 322-2201.

This notification is sponsored by the Washington Statewide Automated Victim Information and Notification Service.

Washington VINE values your feedback and comments.

Please click the link below to take part in a very brief survey regarding your Washington VINE awareness and experience.

Web Site:
https://waspc.formstack.com/forms/wasavinsurvey

Exhibit A
005