| | |
|---|---|
| **From:** | Johnson, Julie (DOC) |
| **To:** | Amee Tilger |
| **Cc:** | Luck, Heather N. (DOC) |
| **Subject:** | FW: K. Canty, DOC # 401358 |
| **Date:** | Monday, October 30, 2017 2:43:12 PM |
| **Attachments:** | image001.png |

Hi Amee,

Mr. Canty released from the Washington Corrections Center today 10/30/2017. He doesn't have any community custody with the Department of Corrections following his release. Today, he released homeless to King County. We don't have a forwarding address for him as he has no reporting requirements.

*Julie Johnson,*
*Correctional Records Technician 1*
*Washington Corrections Center*
*Phone: 360-426-4433 ext.5264*
*Fax: 360-427-4581*

**From:** Luck, Heather N. (DOC)
**Sent:** Monday, October 30, 2017 2:07 PM
**To:** Johnson, Julie (DOC) <jjohnson3@DOC1.WA.GOV>
**Subject:** FW: K. Canty, DOC # 401358

Do you have any idea about this?

Heather Luck
IIU OA3
Washington Corrections Center
(360)427-4627- Desk

**From:** Amee Tilger [mailto:Ameet@fjtlaw.com]
**Sent:** Monday, October 30, 2017 2:06 PM
**To:** Luck, Heather N. (DOC) <hnluck@DOC1.WA.GOV>
**Subject:** K. Canty, DOC # 401358

Hi, Heather:

We received VINE notification that Mr. Canty will be released on November 1, 2017. We have documents to send Mr. Canty that likely won't reach him before Wednesday. Has Mr. Canty provided a forwarding address and if so, is there a way for us to obtain it? Thanks.

Amee J. Tilger



**www.fjtlaw.com**
701 Fifth Avenue, Suite 3545 • Seattle, WA 98104
**206.582.6001**
ameet@fjtlaw.com

The Washington Department of Corrections is increasing the security level for email messages containing confidential or restricted data. A new Secure Email Portal is being implemented. Outbound email messages from DOC staff that contain confidential or restricted data will be routed to the portal. A notification of the secured message will be delivered to the recipient.

Click on the following web link for more information. http://doc.wa.gov/information/secure-email.htm