

FW: Activity in Case 2:16-cv-01655-RAJ-JPD Canty v. King County et al Docket Annotation
DOC WCC Inmate Federal
to:
'DOCfilings@wawd.uscourts.gov'
12/06/2017 01:05 PM
Cc:
"Murphy, Laura M. (DOC)"
Hide Details
From: DOC WCC Inmate Federal <docwccinmatefederal@DOC1.WA.GOV>
To: "'DOCfilings@wawd.uscourts.gov'" <DOCfilings@wawd.uscourts.gov>
Cc: "Murphy, Laura M. (DOC)" <lmmurphy@DOC1.WA.GOV>
Follow Up:
High Priority.

Not deliverable. Offender was released on 10/30/2017.

**From:** ECF@wawd.uscourts.gov [mailto:ECF@wawd.uscourts.gov]
**Sent:** Wednesday, December 06, 2017 10:55 AM
**To:** ECF@wawd.uscourts.gov
**Subject:** Activity in Case 2:16-cv-01655-RAJ-JPD Canty v. King County et al Docket Annotation

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

United States District Court for the Western District of Washington

## Notice of Electronic Filing

The following transaction was entered on 12/6/2017 at 10:55 AM PST and filed on 12/6/2017
**Case Name:**      Canty v. King County et al
**Case Number:**    2:16-cv-01655-RAJ-JPD
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*NOTE\*\* Plaintiff Kyle Lydell Canty contacted Clerk's Office and indicated he will be filing documents in person to ensure they are filed correctly as well as utilizing the public terminal to access his case information. \*\*DO NOT PRINT\*\*(Kyle Canty, Prisoner ID: 401358)(ST)**

**2:16-cv-01655-RAJ-JPD Notice has been electronically mailed to:**

Gregory E Jackson    gregj@fjtlaw.com, CourtneyG@fjtlaw.com, jennys@fjtlaw.com, kathief@fjtlaw.com, kathrines@fjtlaw.com

John R Nicholson    johnn@fjtlaw.com, courtneyg@fjtlaw.com, jennys@fjtlaw.com, kathief@fjtlaw.com, kathrines@fjtlaw.com

Samantha Kanner    samantha.kanner@kingcounty.gov, lmacalalad@kingcounty.gov, sarah.cranfill@kingcounty.gov

Amee Jean Tilger    Ameet@fjtlaw.com, CourtneyG@fjtlaw.com, kathief@fjtlaw.com, kathrines@fjtlaw.com

Kyle Lydell Canty    DOCWCCInmateFederal@DOC1.WA.GOV

**2:16-cv-01655-RAJ-JPD Notice will not be electronically mailed to:**

The Washington Department of Corrections is increasing the security level for email messages containing confidential or restricted data. A new Secure Email Portal is being implemented. Outbound email messages from DOC staff that contain confidential or restricted data will be routed to the portal. A notification of the secured message will be delivered to the recipient.

Click on the following web link for more information. http://doc.wa.gov/information/secure-email.htm