\_\_\_ FILED  \_\_\_ ENTERED
\_\_\_ LODGED  \_\_\_ RECEIVED

DEC 07 2017   JMG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

United States District Court

Western District Court Of Washington

AT Seattle

\_\_\_ FILED  \_\_\_ ENTERED
\_\_\_ LODGED  \_\_\_ RECEIVED

DEC 07 2017   JMG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Kyle Lydell Canty,

         Plaintiff,

VS.

City Of Seattle, et al

         Defendants.

NO. 2:16-cv-01655-RAJ-JPD

Plaintiffs Change of Address notice

### Statement of facts

Plaintiff Kyle Lydell canty hereby serves the corrupt United States District Court Western district Of Washington AT Seattle with this change of address Notice on this 7th day of the month of December year 2017. The Plaintiff is changing his address to the previous address of 77 S. Washington St. Seattle WA 98104. This address will once again be the plaintiff's permanent address.

Prepared by:

*[signature]* 12/07/2017

Kyle Lydell Canty

77 S. Washington ST.

Seattle WA 98104