**United States District Court**

**Western District Court Of Washington**

**AT Seattle**



FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 07 2017 JMG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Kyle Lydell Canty,                    NO. 2:16-cv-01655-RAJ-JPD

        Plaintiff,

                               Plaintiffs Notice Of Unavailability with exhibits → X 2

VS.

City Of Seattle, et al

        Defendants.

Statement of facts

Plaintiff Kyle Lydell canty will be unavailable due to The Washington State Department of Corrections Officers breaking his Tibia bone before his release from Shelton Correctional Facility. According to the Declaration of the Surgeon Mia Hagan and medical records, the Plaintiff Kyle Lydell Canty will require Surgery.

Prepared by:
X 12/07/2017

                                     Kyle Lydell Canty

                                     77 S. Washington ST.

                                     Seattle WA 98104