# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF SEATTLE, *et al*.,<br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C16-1655-RAJ |

\_\_     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**  X  **     **Decision by Court**. This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

     The Report and Recommendation is approved and adopted.  Defendants' motions to dismiss this action as a discovery sanction are granted.  Plaintiff's second amended complaint and this action are dismissed, with prejudice, for failure of plaintiff to comply with the rules of discovery as set forth in the Federal Rules of Civil Procedure.

     Dated this _____ day of _____, 2018.

                                                                                          WILLIAM M. McCOOL
                                                                                               Clerk

Deputy Clerk