```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED       HON. Richard A. Jones

       MAR 08 2018   ST             HON. James P. Donohue
              AT SEATTLE
       CLERK U.S. DISTRICT COURT
    BY WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

        Plaintiff,

Case NO. 2: 16-cv-01655-RAJ-JPD

Motion to unseal

All Sealed Documents

Vs.

CITY OF SEATTLE, et al

        Defendants.

Relief requested

The Plaintiff requests that all previous sealed documents and declarations pertaining to this case be unsealed, think of it this way the documents are going to be released anyways as the plaintiff promised. The plaintiff says let's see who is telling the truth and who is not!

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

P 1 of 2

## Statement of Issues

For reasons that are very clear the defendants and the United States District Courts Western district of Washington decided to seal declarations and medical records that hide the truth. Should the defendants or the courts be allowed to get away with this? Should the defendants and the United States district courts be allowed to forge fake documents and then seal them?

## Statement of Facts

The plaintiff Kyle Lydell Canty has had the original documents for two years now just waiting for the right time to release the material and that time is now! The plaintiff has notified the courts via documents, phone, and email that there is major discrepancies with forged documents this becomes a question of law once again but the plaintiff sees that the courts are in collusion with the defendants. The plaintiff now will start strategically releasing a mass amount of material and this will hurt the United States of corruption.

## Conclusion

The plaintiff says this is chess not checkers, the plaintiff warned everyone ahead of time, and with over three thousand documents from an unidentified inside source the plaintiff can't go wrong. Good luck!

Prepared by:

X 03/07/2018
Kyle Lydell Canty

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104