```
_____ FILED       _____ ENTERED
_____ LODGED      _____ RECEIVED
```

MAR 08 2018   ST

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

HON. Richard A. Jones

HON. James P. Donohue

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

    Plaintiff,

Vs.

CITY OF SEATTLE, et al

    Defendants.

Case NO. 2: 16-cv-~~0155~~-RAJ-JPD (01655 KC)

Book Deal notice

(Notice)

## Statement of issues

Should the defendants be able to continue to commit the framing of the plaintiff Kyle Lydell Canty? Should the U.S. District Court of Western Washington continue to be in collusion with the city of Seattle and the county of King?

## Statement of Facts

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

The plaintiff as promised has started releasing your unreleased confidential documents, unreleased pictures, unreleased physical addresses, unreleased medical records, and unreleased videos via third party.

## Conclusion

The plaintiff says this is chess not checkers, the plaintiff warned everyone ahead of time, and with over three thousand documents from an unidentified inside source the plaintiff can't go wrong. The plaintiff owns all rights (All Rights Reserved)

Prepared by:

_X_ 03/07/2018
Kyle Lydell Canty

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

P 2 of 2