

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 08 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

HON. Richard A. Jones

HON. James P. Donohue

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

  Plaintiff,

Case NO. 2: 16-cv-01655-RAJ-JPD  *(01655 KC)*

Sale of Confidential Documents

(Notice)

Vs.

CITY OF SEATTLE, et al

  Defendants.

## Statement of issues

Should the defendants be able to continue to commit the framing of the plaintiff Kyle Lydell Canty? Should the U.S. District Court of Western Washington continue to be in collusion with the city of Seattle and the county of King?

## Statement of Facts

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

The plaintiff as promised has started releasing your confidential documents, pictures, physical addresses, medical records, and unreleased videos via third party.

## Conclusion

The plaintiff says this is chess not checkers, the plaintiff warned everyone ahead of time, and with over three thousand documents from an unidentified inside source the plaintiff can't go wrong. Good luck!

Prepared by:

_____ 03/07/2018
Kyle Lydell Canty

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104