```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED
```

HON. Richard A. Jones

MAR 08 2018

HON. James P. Donohue

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

KYLE LYDELL CANTY,

    Plaintiff,

Case NO. 2: 16-cv-01655-RAJ-JPD *(01655 KC)*

Reditt.com submittal

Vs.

(Notice)

CITY OF SEATTLE, et al

    Defendants.

## Statement of issues

Should the defendants be able to continue to commit the framing of the plaintiff Kyle Lydell Canty? Should the U.S. District Court of Western Washington continue to be in collusion with the city of Seattle and the county of King?

## Statement of Facts

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

The plaintiff as promised has started releasing your unreleased confidential documents, unreleased pictures, unreleased physical addresses, unreleased medical records, and unreleased videos via third party.

## Conclusion

The plaintiff says this is chess not checkers, the plaintiff warned everyone ahead of time, and with over three thousand documents from an unidentified inside source the plaintiff can't go wrong. Good luck!

Prepared by:

*K* 03/07/2018
Kyle Lydell Canty

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104