Case 2:16-cv-01655-RAJ  Document 159-5  Filed 03/08/18  Page 1 of 2



```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED
        MAR 08 2018   ST
          AT SEATTLE
     CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
```

HON. Richard A. Jones

HON. James P. Donohue

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KYLE LYDELL CANTY,

        Plaintiff,

Case NO. 2: 16-cv-01655-RAJ-JPD

International Press Conference

(Notice)

Vs.

CITY OF SEATTLE, et al

        Defendants.

## Statement of issues

Should the defendants be able to continue to commit the framing of the plaintiff Kyle Lydell Canty? Should the U.S. District Court of Western Washington continue to be in collusion with the city of Seattle and the county of King?

## Statement of Facts

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

P 1 of 2

The plaintiff as promised has started releasing your unreleased confidential documents, unreleased pictures, unreleased physical addresses, unreleased medical records, and unreleased videos via third party.

## Conclusion

The plaintiff says this is chess not checkers, the plaintiff warned everyone ahead of time, and with over three thousand documents from an unidentified inside source the plaintiff can't go wrong. Good luck!

Prepared by:

X  03/07/2018
Kyle Lydell Canty

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104