The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SEATTLE, et. al., <br><br> Defendants. | No. 2:16-cv-01655-RAJ-JPD <br><br> KING COUNTY DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO UNSEAL ALL SEALED DOCUMENTS (DKT. 158) |

## I.   RELIEF REQUESTED

Defendants King County, Gail Bonicalzi, and Melinda Hasegawa (King County Defendants) request the Court deny, Plaintiff's Motion to Unseal all Sealed Documents (Dkt 158).

## II.   FACTS RELEVANT TO MOTION

Plaintiff has filed an amended civil right complaint naming King County and Designated Mental Health Providers Gail Bonicalzi and Melinda Hasegawa.  (Dkt. 38) Plaintiff alleges that King County Defendants violated his rights under the Fourth, Fifth and Eighth Amendments by having him civilly committed at Harborview Medical Center for 72 hours.  (Dkt. 38).

## III.   ARGUMENT

King County Defendants join in the City of Seattle Defendants' response to Plaintiff's Motion to Publish and adopt the City of Seattle Defendants' earlier brief regarding Plaintiff's

KING COUNTY DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION TO UNSEAL ALL SEALED
DOCUMENTS (DKT. 158) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

Motion Regarding Un-redacted Filings (Dkt. 55). King County Defendants agree with the City of Seattle Defendants that LCR 5.2(a) is meant to prevent personal identifiers and other confidential information of parties, witnesses or others from being distributed and violating their rights to privacy.

King County Defendants have no objection to Plaintiff filing un-redacted documents with the court that contain only his own personal identifiers. However, Plaintiff has not demonstrated any justifiable reason to retroactively unseal such un-redacted documents which contain identifiers that relate to any other party, witness, or person. It is because of this that King County Defendants request that Plaintiff's motion be denied.

### IV. CONCLUSION

For the foregoing reasons, King County defendants request that Plaintiff's motion be denied.

DATED this 16th day of March, 2018.

        DANIEL T. SATTERBERG
        King County Prosecuting Attorney

        By: */s/ Samantha D. Kanner*
        SAMANTHA D. KANNER, WSBA #36943
        Senior Deputy Prosecuting Attorney
        Attorneys for King County Defendants
        500 Fourth Avenue, 9th Floor
        Seattle, WA 98104
        Telephone: (206) 296-8820
        E-Mail: Samantha.Kanner@kingcounty.gov

KING COUNTY DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO UNSEAL ALL SEALED DOCUMENTS (DKT. 158) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on March 16, 2018, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF E-Filing System thereby serving co-defendants counsel electronically and sent a copy of the same via USPS mail to:

**Kyle Lydell Canty**
**77 S Washington Street**
**Seattle, WA 98104**

I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 16th day of March, 2018.

*/s/Lindsey Macalalad*
LINDSEY MACALALAD
Legal Secretary

KING COUNTY DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO UNSEAL ALL SEALED DOCUMENTS (DKT. 158) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819