The Honorable Richard A. Jones
The Honorable James P. Donohue

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, et al.,<br><br>　　　　　Defendants. | NO. 2:16-CV-01655-RAJ-JPD<br><br>CITY OF SEATTLE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO UNSEAL ALL SEALED DOCUMENTS (DKT. 158)<br><br>NOTED: MARCH 23, 2018 |

## I.    RELIEF REQUESTED

Defendants City of Seattle, Seattle Police Officers Coolidge, Culbertson, Renihan, and Hancock ("City Defendants"), respectfully ask the Court to deny Plaintiff's motion to unseal the sealed and redacted records and documents filed in this case.

## II.    EVIDENCE

Defendants rely upon the records already filed in this case and the evidence and authorities cited herein.

/././/

/././/

CITY OF SEATTLE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO UNSEAL ALL SEALED DOCUMENTS (DKT. 158) - NO. 2:16-CV-01655-RAJ-JPD

1

**Freimund Jackson & Tardif, PLLC**
**701 5th Avenue, Suite 3545**
**Seattle, WA  98104**
**Tel: 206-464-7352**
**Fax: 206-466-6085**

### III.     ARGUMENT

A seminal purpose of LCR 5.2(a) is to prevent the dissemination of personal identifiers and other confidential information of parties, witnesses, and others touched by civil litigation and this purpose, just like the right to privacy, survives the life of the litigation.  The City Defendants therefore oppose Plaintiff's motion to unseal or publish all records previously sealed by this court pursuant to LCR 5.2(a).  Plaintiff fails to demonstrate good cause to unseal these records and absent good cause, Plaintiff's motion should be denied.

### IV.     CONCLUSION

For all the above reasons, the City of Seattle Defendants ask this Court to deny Plaintiff's motion to unseal the previously sealed documents in this case.

DATED this 16th day of March, 2018.

                                    s/ Gregory E. Jackson
                                    GREGORY E. JACKSON, WSBA #17541
                                    Freimund Jackson & Tardif, PLLC
                                    701 5th Avenue, Suite 3545
                                    Seattle, WA  98104
                                    Telephone:  (206) 582-6001
                                    Facsimile:  (206) 466-6085
                                    gregj@fjtlaw.com
                                    Attorneys for Defendants City of Seattle,
                                    Officer Marshall Coolidge, Sean Culbertson,
                                    Timothy Renihan and Officer Hancock

CITY OF SEATTLE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO UNSEAL ALL SEALED DOCUMENTS (DKT. 158) - NO. 2:16-CV-01655-RAJ-JPD     2

Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA  98104
Tel: 206-464-7352
Fax: 206-466-6085

# CERTIFICATE OF SERVICE

I certify that on the 16th day of March, 2018, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| | |
|---|---|
| Kyle Lydell Canty<br>77 Washington Street<br>Seattle, WA  98104<br><br>Pro Se Plaintiff | ( X )  U.S. Mail |
| Samantha D. Kanner, WSBA #36943<br>Deputy Prosecuting Attorney<br>King County Prosecuting Attorney's Office<br>500 Fourth Avenue, 9th Floor<br>Seattle, WA  98104<br>(206) 296-8820<br>SamanthaKanner@kingcounty.gov<br><br>Attorney for King County | ( X )  Electronic Service |

DATED this 16th day of March, 2018, in Olympia, Washington.

                                     s/ Jenny Singleton
                                     Jenny Singleton, Paralegal to
                                     GREGORY E. JACKSON
                                     711 Capitol Way South, Suite 602
                                     Olympia, WA 98501
                                     JennyS@fjtlaw.com

CITY OF SEATTLE DEFENDANTS'
RESPONSE TO PLAINTIFF'S MOTION TO
UNSEAL ALL SEALED DOCUMENTS (DKT.
158) - NO. 2:16-CV-01655-RAJ-JPD

3

**Freimund Jackson & Tardif, PLLC**
**701 5th Avenue, Suite 3545**
**Seattle, WA  98104**
**Tel: 206-464-7352**
**Fax: 206-466-6085**