```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

       MAR 19 2018        RE

          AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY
```

HON. Richard A. Jones

HON. James P. Donohue

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

        Plaintiff,

Case NO. 2: 16-cv-01655-RAJ-JPD

Key Witness Declaration of

Elizabeth H. Bedford

Vs.

CITY OF SEATTLE, et al

        Defendants.

Certification of oath

I Kyle Lydell Canty does certify and stand by this original declaration of Elizabeth H. Bedford

Elizabeth H. Bedford is above the age of 18 years old, has common sense and is a logical thinker. Attached is the original Witness Deposition that all of the defendants were fully aware of before they tried to illegally convict me and frame me the first time, it is dated for 07/08/2016

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

## Relief Requested

The Plaintiff Kyle Lydell Canty says/requests this key witness statement must come in as material evidence, and let's proceed to trial by a jury of twelve.

## Statement of Issues

Should the defendants be able to intentionally, knowingly, willfully, and maliciously frame the plaintiff Kyle Lydell Canty with the bogus story that he wanted to kill Seattle Police Department officer Sean Culbertson, but wait didn't they change their story a million times already? Men lie women lie but your own documents don't lie or do they? The plaintiff and the whole world now has multiple conflicting statements from all of the defendants. Should the United States district court western district of Washington continue to be in collusion with King County and the city of Seattle?

## Statement of Facts

All of the Defendants knew that this document was in existence while the plaintiff illegally sat in King County Jail for 6 months before he moved the courts for a ~~dismal~~ dismissal with prejudice, and it was granted

## Conclusion

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

The plaintiff has had the time to have a long phone conversation with this key witness and Elizabeth H. Bedford stands by her original statements and she is ready for jury trial , Attached is her original statement made on the date of July/08/2016

Prepared by:

*X* 03/19/2018
Kyle Lydell Canty

Exhibit Q
Attached

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

EXhibit Q

state: WA
Zipcode: 98103
homephone: 2063536376
workphone:
Email: efbedford@gmail.com
Location: 4th Ave. and Pine St., Seattle
incidentDate: 07/08/16
incidentTime: 7
incidenttime2: PM
employee:
witnesses: Myself.
witnessphone:
relevant_media: video
Description: I witnessed the arrest/ involuntary committal of a mid-30s (?) black man who seemed to be peacefully recording police activity on the street. I did not see the first part of the interaction, but was there when the officers were first restraining the man - while he was standing. He was speaking loudly the entire time, asking why they were restraining him. The officers repeatedly said he was under arrest, but when he asked why they did not give a reason and did not begin reading him his rights. Eventually the officers threw him to the ground, at which point they began searching him and his bag. The officers began to tell him that he needed help and that they were going to involuntarily commit him - he vigorously denied that he needed that kind of help and said they were doing this because he had been filming them. The man was clearly angry, but was totally lucid and was not making any kind of threats. Eventually an ambulance came, and he was strapped to a gurney and put inside - all the while vigorously objecting and saying he did not consent. Afterwards an officer approached the crowd that had gathered around and said that the man had been making threats on people's lives, which is why he had been committed. Again, I did not witness the first part of the interaction, but at no point did I hear the man make any kind of a threat to anyone - he simply asked to be let go, asked why the officers were holding him, objected to medical attention, and asked for a lawyer. The police response seemed extraordinarily out of proportion to the man's actions.
gender: female
ethnic: White
discloseName: yes
certification: certification