```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED
```

**MAR 1 9 2018**    RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

HON. Richard A. Jones

HON. James P. Donohue

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

KYLE LYDELL CANTY,

     Plaintiff,       Case NO.  2: 16-cv-01655-RAJ-JPD

                Key Witness Declaration of

                Kareem McLaurin

Vs.

CITY OF SEATTLE, et al

     Defendants.

### Certification of oath

I Kyle Lydell Canty does certify and stand by this original declaration of Kareem McLaurin

Kareem McLaurin is above the age of 18 years old, has common sense and is a logical thinker. Attached is the original Witness Deposition that all of the defendants were fully aware of before they illegally framed me for the second time and then illegally convicted me of a felony for the first time in my life, the attached witness deposition is dated for May 11, 2017

            Kyle Lydell Canty
            77 S. Washington St.
            Seattle WA, 98104

### Relief Requested

The Plaintiff Kyle Lydell Canty says/requests this key witness statement must come in as material evidence, and let's proceed to trial by a jury of twelve.

### Statement of Issues

Should the defendants be able to intentionally, knowingly, willfully, and maliciously frame the plaintiff Kyle Lydell Canty with the bogus story that he assaulted two Seattle Police Department officers at the same time on video while 19 other officers stood there and watched lol?, but wait didn't they change their story a million times already?  Men lie women lie but your own documents don't lie or do they? The plaintiff and the whole world now has multiple conflicting statements from all of the defendants. Should the United States district court western district of Washington continue to be in collusion with King County and the city of Seattle?

### Statement of Facts

All of the Defendants knew that this document was in existence while the plaintiff illegally sat in King County Jail for 7.5 months, and then was sent to prison for another 3 months.

### Conclusion

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

### Conclusion

The plaintiff has had the time to have a long in person face to face conversation with this star key witness Kareem McLaurin, attached is the original deposition dated May 11, 2017 and a photo of the plaintiff Kyle Lydell canty and the star witness Kareem McLaurin. Last but not least Sandro Parotta is a compulsive liar the key witness never told Sandro Parotta that he didn't want to come to trial to testify against the Seattle police Department in Superior court. Like the plaintiff said before this was all a setup, Sandro Parotta's checks are cut by king county and he is a public pretender as we all know!

Prepared by:

Kyle Lydell Canty

Exhibits R and S
Attached

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

Exhibit R

Canty

McLaurin interview - not recorded - Latourette took notes - may 11, 2017 telephonic interview

Does not know Canty by name only by sight
saw him approximately 20 minutes before incident
Canty getting his phone number to help him
Says Canty had a phone
Witness says he does not want to go to court to testify
Recalls police using bicycles to assault Canty
Says Canty being polite
Police angry at him
Insists police use bikes to assault Canty
Police audio interview transcribed in discovery

20180307_184305.jpg

