_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

MAR 20 2018      RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

HON. Richard A. Jones

HON. James P. Donohue

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

                    Plaintiff,                    Case NO.  2: 16-cv-01655-RAJ-JPD

                                                  Declaration of R.N. Gina,

                                                  Along with property inventory list

                                                  And receipts of stolen Property as

Vs.                                               Requested by the Defendants

CITY OF SEATTLE, et al

                    Defendants.

Certification of oath

I Kyle Lydell Canty does certify and stand by this original declaration/property inventory list of
Harborview Medical Center's employee who goes by the name Gina.  Gina is above the age of
18 years old, has common sense and is a logical thinker, she is employed at Harborview Medical
Center as of July 8, 2016

                                                  Kyle Lydell Canty
                                                  77 S. Washington St.
                                                  Seattle WA, 98104

Do Not Seal any documents!

### Relief Requested

The plaintiff Kyle Lydell Canty is requesting that the United States District courts Western District of Washington at Seattle cut the crap, Stop trying to hide and seal documents that don't need to be sealed.  Think of it this way there is nothing you can do about the releasing of these documents the plaintiff has already given them to America's enemies, well let's just face it America has a lot of them including the black community's

### Statement of Issues

The plaintiff does take issue with his property being retrieved by specifically detective Timothy Renihan, and then knowingly, intentionally, willfully, and maliciously destroyed in order to get rid of all of the evidence.  Should the Defendants be able to get away with this type of corruption?

### Statement of Facts

The attached inventory documents and declaration from the employee "Gina" who received the property does not lie.

### Conclusion

It would seem that Judge James P. Donohue is getting paid off by the city of Seattle and King County or he has gone senile, did this judge actually think that the plaintiff was joking when he said justice must be served?  Three thousand plus documents don't lie, but the defendants do.

Prepared by:

_X___ 03/20/2018

Kyle Lydell Canty

Exhibit U Attached
3 Pages + a lot of
Receipts

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

Requested :)

Do Not Seal any documents

Exhibit U

Do Not Seal any documents!

## Inpatient Psychiatry Patient Property Inventory

| Inventory Completed By: (Please sign/print Name) | | | Date: 7/9/15 | | |
|---|---|---|---|---|---|
| | YES | NO | | YES | NO |
| 1. Cash in HMC Admit Safe | ☑ | ☐ | 3. HMC Tracking Sheet (signed & dated) | ☑ | ☐ |
| 2. Property/Cash in Unit Safe | ☑ | ☐ | 4. Property Waiver (signed & dated) | ☐ | ☐ |

Circle items, if present:

Glasses/Contacts    Driver's License

Hearing Aid    (Social Security Card)

Dentures    (Bus Pass)

Circle items, if present:

Credit/Debit cards: (Visa)  MasterCard  Amex

Quest  X4

Other credit/debit cards  Other credit/debit cards

Other credit/debit cards  Other credit/debit cards

| List of Valuables | Unit Safe | | Storage Bin | | Returned to Patient | |
|---|---|---|---|---|---|---|
| | Initials | Date | Initials | Date | Initials | Date |
| Sphere iLaptop(2) / digital | | | | | | |
| Rhdha cell phone/case | | | | | | |
| Keys & lanyard | | | | | | |
| LG flip phone | | | | | | |
| Citizen watch | | | | | | |
| U.S. passport | | | | | | |
| Zip case: thumb drives memory cards | | | | | | |
| Wallet | | | | | | |
| 2 loose keys | | | | | | |

## Medications

| Name of Medication | Quantity (If Schedule II Drug) | Date | RN Signature Schedule II requires 2 signatures |
|---|---|---|---|
| | | | Schedule II Requires 2 Signatures |
| | | | Schedule II Requires 2 Signatures |
| | | | Schedule II Requires 2 Signatures |
| | | | Schedule II Requires 2 Signatures |
| | | | Schedule II Requires 2 Signatures |
| | | | Schedule II Requires 2 Signatures |
| | | | Schedule II Requires 2 Signatures |
| | | | Schedule II Requires 2 Signatures |

| Initials | Signature | Print Name | Initials | Signature | Print Name |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

PT.NO

H3972310  JUL 20, 1985  30Y M

NAME  CANTY
KYLE

H-5MB
DOS:07/08/16  ROMM MD, SHARON
Enc: I806805415  UPIN:#C62830

DOB

**UW Medicine**
Harborview Medical Center – Northwest Hospital & Medical Center
Valley Medical Center – UW Medical Center
University of Washington Physicians    Seattle, Washington
**INPT PSYCH PAT PROPERTY INVENTORY**
Page 1 of 4


*H1617*

WHITE - MEDICAL RECORD

HMC1617 REV MAY 15    PMM ITEM#80298

## Inpatient Psychiatry Patient Property Inventory

| Property Items | Unit Safe | | Storage Bin | | Returned to Patient | |
|---|---|---|---|---|---|---|
| | Initials | Date | Initials | Date | Initials | Date |
| Blanket/crayons/envelope/shirt | | | | | | |
| Universal bus "Eastbay" | | | | | | |
| Black NorthFace windbreaker | | | | | | |
| Black baseball cap "NY" | | | | | | |
| Black belt | | | | | | |
| Black/red Asics shoes | | | | | | CA | 7/11/16 |
| Hairbrush | | | | | | |
| Headphones | | | | | | |
| Black Backpack | | | | | | |
| Padlock | | | | | | |
| Toothbrush, toothpaste, soap | | | | | | CA | 7/11/16 |
| Blue zip bag: adowicht's airbuds | | | | | | |
| Case with CD's | | | | | | |
| Laptop with case | | | | | | |
| Sunglasses w/case | | | | | | |
| Eyeglasses hard shell case | | | | | | |
| Atlas, notebook, newspaper | | | | | | |
| Poucel stuff | | | | | | |
| Black zip bag: pencils | | | | | | |
| Black zip bag: phone cords | | | | | | |
| Sketch book, notebook | | | | | | Notebook Ba | 7/11/16 |
| Head phones, eraser | | | | | | |
| | | | | | | |
| | | | | | | |

**Large Bags, Suitcases, Backpacks, etc. NOT inventoried:**
**Should be sealed and marked "DO NOT RETURN TO PATIENT UNTIL DISCHARGE"** ⬇

| Initials | Signature | Print Name | Initials | Signature | Print Name |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

PT.NO

H3972310    1985  30Y M

NAME
CANTY
KYLE

H-5MB
DOS:07/08/16  ROMM MD, SHARON
Enc:1806805415  UPIN:#C62830

DOB

**UW Medicine**
Harborview Medical Center – Northwest Hospital & Medical Center
Valley Medical Center – UW Medical Center
University of Washington Physicians    Seattle, Washington
**INPT PSYCH PAT PROPERTY INVENTORY**
Page 2 of 4

*H1617*

WHITE - MEDICAL RECORD

HMC1617 REV MAY 16

7/26/2016 5:06:22 AM

| PCS **ADMIT** <br> ED / ADMITTING <br> (circle one) <br> Date 7 / 8 / 16 <br> Time 1940 | Date/Time 1000 <br> 7/9/16 <br> Dept/Room 186 | Date/Time <br> Dept/Room | Date/Time <br> Dept/Room | Date/Time <br> Dept/Room | Date/Time <br> Dept/Room | Date/Time <br> Dept/Room |
|---|---|---|---|---|---|---|
| **VALUABLES** | | | | | | |
| # of envelopes: 1 2 3 | All removed | | | | | |
| **MEDICAL DEVICES** | place and | | | | | |
| ☐ Dentures/partials | placed it | | | | | |
| ☐ Hearing Aid | in a safe | | | | | |
| ☐ Eyeglasses/contacts | Bag. | | | | | |
| ☐ | | | | | | |
| **Verified by:** | | | | | | |
| **Delivered by:** | | | | | | |
| **CLOTHING/OTHER** | | | | | | |
| # of bags: 1 2 3 | | | | | | |
| **OTHER** | | | | | | |
| ☐ Wheelchair | Backpack | | | | | |
| ☐ Walker/cane | | | | | | |
| ☐ | | | | | | |
| **Verified by:** RN | Verified by: Coghlton | Verified by: | Verified by: | Verified by: | Verified by: | Verified by: |
| **Transporter's Signature:** | | | | | | |
| **Patient/PAR Signature:** (for returned property) | | | | | | |

**BIOHAZARDOUS**

Clothing Disposal      Date _____

Reason:

Searched by: _____

Witnessed by: _____

* Legend: A = Admitting    C + Clothing Room    F = Family

**PATIENT REFUSES TO SECURE VALUABLES**

Items Not Secured

Patient/PAR Signature _____ Date _____

Staff Signature _____ Date _____

Staff Signature witnessing verbal refusal _____ Date _____

∅ = Not with Patient    P = Patient    S = ED/OR Safe

**UW Medicine**
Harborview Medical Center - UW Medical Center
University of Washington Physicians
Seattle, Washington

**PATIENT PROPERTY TRACKING**

PT. NO. H3972310 BD: 1985 30YM

NAME CANTY KYLE

H EMERGENCY DEPARTMENT
DOB:7/8/2016    RE6:
Enc:1806805415

"H0796"

rsargent : 09/19/16 13:50:4

 GENIUS BAR



Please retain this document for your records.

---

12-Dec-16

Apple Store Southcenter
Tel: (206) 288-4400

## Genius Bar Work Confirmation



Repair No : R177248211

### Customer Information

Kyle Canty
CAN

### Product Information

Warranty Status : Variable Warranty
Repeat(VW)
Model : MACBOOK PRO (15-INCH, EARLY 2011)
Date of Purchase: 14-Oct-11

Serial No : C02GJ7F2DRJC

### Parts and Services

| Item Number | Description | Price | Amount Due | Customer KBB |
|---|---|---|---|---|
| 661-6080 | Board, Logic, 2.0 GHz | $ 487.50 | $ 0.00 | |
| S1490LL/A | Hardware Repair Labor | $ 79.00 | $ 0.00 | |
| | Total (Tax not included) | $ 566.50 | $ 0.00 | |

Thank you for choosing AppleCare for the repair of your Apple Product. To ensure the highest level of quality and reliability, all work is performed by AppleCare certified technicians using genuine Apple parts.

If you need any future technical or administrative assistance, please contact AppleCare Support by calling 800-APL-CARE (800-275-2273). Also, answers to many questions regarding the operation of your Apple Product can be found at: http://www.apple.com/support.

All Apple products come with a one-year limited warranty and up to 90 days of complimentary telephone technical support. To extend your coverage further, purchase the AppleCare Protection Plan. Because Apple makes the hardware, the operating system, and many applications, only the AppleCare Protection Plan gives you one - stop service and support from Apple experts, so most issues can be resolved in a single call. For more details, talk to a Specialist at your local Apple Store or visit www.apple.com/applecare.

Except when service is covered under Apple's one year limited warranty, an AppleCare service contract, or statutory consumer rights, the service of your product, as described above, is governed by the Apple Repair Terms

Note: The items identified above have been exchanged by Apple for new or refurbished parts or products. Any applicable cost is indicated adjacent to the the part(s) or product description. Service parts are subject to tax.

### Customer Pickup

Customer Name: _____     Signature: _____     Date: _____

---

**Important! See Terms and Conditions on the back.**
**800-APL-CARE, www.apple.com/support**
© 2013 Apple Computer, Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple Computer, Inc., registered in the U.S. and other countries. AppleCare and Genius Bar are service marks of Apple Computer, Inc., registered in the U.S. and other countries. 1448A-US.

Bag - Apple                                                                                    12/12/16, 7:02 PM

Free shipping and free returns.

## Items in Your Bag

**USB-C to USB Adapter**                                      $9.00          1          **$9.00**

Order today, delivers: Wed Dec 14 – Fastest | Thu Dec 15 – Free                    Remove
Pickup: Today at Apple Store, Southcenter                            Part number: MJ1M2AM/A

    Show Gift Options



**Apple USB SuperDrive**                                      $79.00         1          **$79.00**

Order today, delivers: Wed Dec 14 – Fastest | Thu Dec 15 – Free                    Remove
Pickup: Today at Apple Store, Southcenter                            Part number: MD564LL/A

    Show Gift Options

**15-inch MacBook Pro – Space Gray**                          $4,299.00       1          **$4,299.00**

Ships: 2–3 weeks                                                           Remove
Pickup: Ships to Apple Store, Southcenter                          Part number: Z0SH

Hardware                                         Software
• Touch Bar and Touch ID                         • macOS Sierra
• 2.9GHz quad-core Intel Core i7 processor, Turbo • Photos, iMovie, GarageBand
  Boost up to 3.8GHz                              • Pages, Numbers, Keynote
• 16GB 2133MHz memory
• 2TB PCIe-based SSD
• Radeon Pro 460 with 4GB memory
• Four Thunderbolt 3 ports
• Force Touch trackpad
• Accessory Kit
• Backlit Keyboard (English) & User's Guide

    Show Gift Options

※ Shipping and pickup options can be selected in Checkout.

|  |  |
|---|---|
| Bag Subtotal | $4,387.00 |
| Free Shipping | $0.00 |
| ? Estimated Tax : Edit | $421.15 |

**Total  $4,808.15**

# ✕✕✕✕  MISSION WORKSHOP

| Tracking Num... | 1Z6W185Y0390900544 |
| E-mail | dreamcatchers20.0@gmail.com |
| Phone | 9197948498 |

**PAID**
**05/12/2016**

## Order #
## phone

| Date | Bill To | Ship To |
| --- | --- | --- |
| 5/12/2016 | Canty Kyle<br>1700 7th Ave ste 116<br>#365<br>Seattle, WA 98101 | Kyle Canty<br>1700 7th Ave ste 116<br>#365<br>Seattle, WA 98101 |

| Quantity | Description | Price Each | Amount |
| --- | --- | --- | --- |
| 1 | FITZROY RUCK - BLACK - CORDURA | 245.00 | 245.00T |
|  | ORE / UTILITY/ BLACK / CORDURA | 28.00 | 28.00T |
|  | Outbound freight UPS/ UPS GROUND | 0.00 | 0.00 |
|  | UPS Package 1 Tracking #: 1Z6W185Y0390900544 |  |  |
|  | Sales Tax | 0.00% | 0.00 |

| | Ship Date | 5/12/2016 | **Total** | USD 273.00 |
| --- | --- | --- | --- | --- |

| Invoice # | Order Status |
| --- | --- |
| 57640 | COMPLETED |

Thank you for your order!
If you have any questions or concerns about what you have received, please give us a call: 415-864-7225 ext. 1
or email us at info@missionworkshop.com with your invoice # shown above and a short note about your concern.

# Office DEPOT.

**\* \* \* PACKING LIST \* \* \***

Order Number    1283887-1078

## Order Summary

**Shipping Address**

KYLE CANTY
NONE
1700 7TH AVE STE 116
SEATTLE, WA  981011323
USA

**Carton Counts**

| | |
|---|---|
| Repack / Split Case | 0 |
| Full Case | 1 |
| Bulk | 0 |
| Bulk | 1 |

**Customer Information**

Customer#:   1283887-1078
Contact:      NONE
Phone#:       9197948498

**Additional Information**

PO #    75456508
REL
COST
DESK
Route/Stop/Door:
Order Date:    05/29/16
Delivery Date: 05/31/16

## Item Details

| Line | Quantity | | | Item Number Mfgr Code Customer Code | Description | Units | Carton ID |
|---|---|---|---|---|---|---|---|
| | Ord | Shipped | Back Ord | | | | |
| 1 | 1 | | | 0284930 | SAM NOTE 4 N910A 32GB AT&T PHONE BLACK | EA | 1Z2V351V0306739511 |

*Thank you for your order. If you have any questions about your order please call us toll free at (888) 263-3423.*

*Cost Saving Solutions from Office Depot.*

*Did you know consolidating your orders saves your organization time and money?*

12/16/2016          Samsung Galaxy Note 4 N910A Unlocked GSM Cell Phone 32GB Black PSN100588 by Office Depot & OfficeMax

# Office **DEPOT**
# OfficeMax

## Samsung Galaxy Note 4 N910A Unlocked GSM Cell Phone, 32GB, Black, PSN100588 Item # 284930



$ **739** .99 / each

Out of stock for delivery

## Description

Watch videos and share photos with 4G LTE speeds and a spacious Quad HD display

- Dual-band Wi-Fi 802.11a/b/g/n/ac network allows you to connect to most wireless networks for fast Web access. Mobile hotspot capability lets you share your wireless connection with enabled devices.
- Bluetooth® 4.1 interface enables wireless pairing with a variety of devices.
- Android 4.4.4 KitKat operating system lets you stay connected and productive.
- Enjoy fast, easy streaming and downloads. 4G LTE speed ensures reliable network connectivity.
- 32GB internal memory provides plenty of space for your photos, apps, contacts and music.
- Built-in camera lets you capture crisp photos and videos.
- 5.7" Quad HD Super AMOLED display showcases your photos and videos in vivid color and detail.
- GPS provides simple navigational assistance.

## Product Details

| | |
|---|---|
| Item # | 284930 |
| Manufacturer # | PSN100588 |
| average charging time | 8 hours |
| battery type | lithium-ion |
| brand name | Samsung |
| built-in Bluetooth | yes |
| built-in calendar | yes |
| built-in camera | yes |
| color | black |
| dimensions | 5.63"H x 2.88"W x 0.39"D |
| Eco-conscious | Rechargeable |
| external color screen | yes |
| games | yes |
| international calling | yes |
| Internet and e-mail feature | yes |
| manufacturer | Samsung |
| model | PSN100588 |


SAVE UP TO $200 ON SELECT COMPUTERS    Shop Now    Windows intel

**Save Big on Samsung**  TVs, phones, tablets, appliances and more. Ends Saturday.

Shop now › (/site/clp/samsung-event/pcmcat1479296382931.c?id=pcmcat1479296382931)

## WD - My Cloud 6TB External Hard Drive (NAS) - White

**Model:** WDBCTL0060HWT-NESN   **SKU:** 8305003    4.2 (306)

19 Questions, 46 Answers (http://www.bestbuy.com/site/external-portable-hard-drives/questions-answers/pcmcat748300707091.c?id=pcmcat748300707091&skuId



Click or tap to enlarge

Images                    Interactive Features

Enjoy the diverse utility of having 6TB of Cloud storage with this WD My Cloud external Gigabit Ethernet hard drive, which features auto network discovery for easy setup. Password protection helps keep your Cloud data secure.

**Drives and Storage Buying Guide ›**

🛒 Add to Cart

# $249.99

Included Free: 1 Item

**FREE 2-DAY SHIPPING**
See details

**WE FIX IT OR REPLACE IT**
Normal Wear & Tear · Power Surges
Plan Details

○ No Protection ⌄

Add to List        Add to Registry

**Hard Drive Capacity:**

2TB   (/site/products/1766059.p)

3TB   (/site/products/1766022.p)

4TB   (/site/products/2832018.p)

🚚 **Shipping: FREE Two Day**
Get it by 12/21/2016 for 98001  Change
*Order by 12:00 p.m. on 12/19/2016*

🏬 **Store Pickup: FEDERAL WAY WA**
Check nearby stores
**Pick Up Today**

**Cardholder Offers**

6-Month Financing (/site/olspage.jsp?
id=pcat17098&skuId=8305003&type=page&fCode=11&t

Get 5% Back in Rewards (/site/olspage.jsp?
id=pcat17098&skuId=8305003&type=page&Index3=inde

QUESTIONS?

## Complete Your Purchase

Item you are
currently viewing
$249.99



SanDisk - Cruzer 8GB USB 2.0
Flash Drive - Black (/site/sandisk-
cruzer-8gb-usb-2-0-flash-drive-
black/9226777.p?skuId=9226777)
$4.99

Price for both items
**$254.98**

🛒 Add Items to Cart

PNY Turbo 256GB USB 3.0 Flash Drive Multi P-FD256TBOP-GE | P-FD256TBAT4-G...    Page 1 of 3



**SAVE $50** ON SONY EXTRA BASS WIRELESS SPEAKERS    SONY   Shop Now

**Save Big on Samsung** TVs, phones, tablets, appliances and more. Ends Saturday.

Shop now › (/site/clp/samsung-event/pcmcat1479296382931.c?id=pcmcat1479296382931)

## PNY - Turbo 256GB USB 3.0 Flash Drive - Black/Gray

Model: P-FD256TBOP-GE | P-FD256TBAT4-GE   SKU: 8052124    4.7 (785)

17 Questions, 79 Answers (http://www.bestbuy.com/site/usb-flash-drives/questions-answers/pcmcat748300707091.c?id=pcmcat748300707091&skuId=8052124)

🛒 **Add to Cart**

## $149.99

FREE 2-DAY SHIPPING
See details

**Add to List**      **Add to Registry**

Storage Capacity:

16GB    (/site/products/3055058.p)

32GB    (/site/products/1498843.p)

64GB    (/site/products/1876003.p)

🚚 **Shipping: FREE Two Day**
Get it by 12/21/2016 for 98001   Change
*Order by 12:00 p.m. on 12/19/2016*

🏬 **Store Pickup: FEDERAL WAY WA**
Check nearby stores
**Pick Up Today**

**QUESTIONS?**

### Special Offers

25% Off Three or More Select Accessories
(/site/offer/188416/pcmcat748302047123.c?
id=pcmcat748302047123)

### Cardholder Offers

Get 5% Back in Rewards (/site/olspage.jsp?
id=pcat17098&skuId=8052124&type=page&index3=inde

Click or tap to enlarge

  

Images    Interactive Features

Keep your data with you while you're on the move with this PNY Turbo USB 3.0 flash drive that features a
256GB capacity to hold your music, movies and more. The capless design features a sliding collar to help keep
your information safe.

### Complete Your Purchase

 Item you are currently viewing
$149.99

**+**



Case Logic - USB Flash Drive Case - Black

See details (/site/case-logic-usb-flash-drive-case-
black/9757757.p?id=1218185061052&skuId=9757757)

$3.99

Price for both items
## $153.98

🛒 **Add Items to Cart**

Offer disclaimer

 

**CAPTURE DIFFERENT**

**50% OF PEOPLE OVERPAY FOR THEIR CELL PHONE BILL** Are you one of them?

Learn more » (/site/clp/in-store-cell-phone-bill-review/pcmcat748301678686.c?id=pcmcat748301678686)

## Sony - SF-M Series SF-M128 128GB SDXC UHS-II Class 10 Memory Card

**Add to Cart**

Model: SFM128T   SKU: 5219700          Be the first to write a review.

Be the first to ask a question. (http://www.bestbuy.com/site/micro-sdxc%20cards/questions-answers/pcmcat748300707091.c?id=pcmcat748300707091&skuId=521

**$183.69**

Included Free: 1 Item

**FREE 2-DAY SHIPPING**
See details





Click or tap to enlarge

**Add to List**    **Add to Registry**

🚚 **Shipping:** FREE Two Day
    · Get it by 12/21/2016 for 98001  Change
    · Order by 8:30 a.m. on 12/19/2016

🏬 **Store Pickup:** FEDERAL WAY WA
    Check nearby stores
    Get it by 12/29/2016

**Special Offers**

25% Off 3 or More Select Accessories
(/site/offer/192737/pcmcat1477072171347.c?
id=pcmcat1477072171347)

**Cardholder Offers**

Get 5% Back in Rewards (/site/olspage.jsp?
id=pcat17098&skuId=5219700&type=page&index3=inde

**QUESTIONS?**

Keep this Sony UHS-LL memory card in your bag with your camera to ensure safe storage of professional and personal pictures. Fast data transfer rates ensure your media uploads swiftly, and File Rescue ensures your media isn't lost. This Sony UHS-LL memory card offers 64GB of memory to keep up with your camera.

### Best-Selling Related Products



 SanDisk - Extreme PLUS 64GB microSDXC UHS-1 Cl... (/site/sandisk-extreme-plus-64gb-microsdxc-uhs-i-class-u-1-memory-card-

 SanDisk - Ultra Plus 64GB microSDXC Class 10 UHS-1 Me... (/site/sandisk-ultra-plus-64gb-microsdxc-class-10-uhs-1-memory-card-red-

 SanDisk - Ultra Plus 128GB microSDXC Class 10 UHS-1 Me... (/site/sandisk-ultra-plus-128gb-microsdxc-class-10-uhs-1-memory-card-



## Overview


Eco-Drive.

OVERVIEW

FEATURES

SETTING INSTRUCTIONS

SERVICE

FAQS

WATCH REGISTRATION



SHARE THIS:

[Like 459] [Share]                    G+1  22

# NAVIHAWK A-T

JY8037-50E

~~$750~~ $760    IN STOCK

FREE SHIPPING | FREE WATCH SIZING

BUY NOW

CAN'T DECIDE? BUY A GIFT CARD!

GIFT CARD

800-321-1023
HOURS: 7:00AM TO 3:45PM
PACIFIC TIME, MONDAY - FRIDAY
QUESTIONS? CONTACT US

Go where the wind takes you with the Citizen Navih
A-T. With atomic clock synchronization for superior
accuracy, this perpetual calendar chronograph rece
radio signals both automatically and on-demand in
America, the United Kingdom, Europe, Japan and C
The Navihawk A-T ensures you are always on time, r
matter where your journey takes you. The black-ton
stainless steel case and mesh bracelet with black dis
features world time in 43 cities, 2 alarms, 1/100-sec
chronograph, 99-minute countdown timer, UTC disp
power reserve indicator, hand correction and shock
function.



## SIMILAR WATCHES











NIGHTHAWK.          NIGHTHAWK           NIGHTHAWK           NIGHTHAWK           NAVIHAWK A-T
$395.00 | BJ7000-52E   $475.00 | CA0295-58E   $495.00 | FB3002-53P   $495.00 | FB3005-55E   $695.00 | JY8030-(

# MEN'S HAUSER TRICLIMATE® JACKET

$329.00

☆ ☆ ☆ ☆ ☆   1 REVIEWS



FREE 2-DAY SHIPPING

ADD TO CART

Reset        Click For Fullscreen        FIND IN A TNF STORE

12/16/2016

Dolce & Gabbana DG2099 61 Grey & Gold Sunglasses | Sunglass Hut USA

**FREE $50 GIFT CARD WITH FULL-PRICE $175+ ORDER | USE CODE: GIFT50**

 sunglass hut

MENU

**GET IT BEFORE CHRISTMAS! FREE 2-DAY SHIPPING**
+ FREE 90 DAY RETURNS (IN STORE OR BY MAIL)

SEARCH

0

## DOLCE & GABBANA

DG2099

★★★★☆ (2 REVIEWS)

SEE SIMILAR STYLES ↗

**DOLCE & GABBANA**



**COLORS 1**

○

GOLD / GREY
UPC# 679420425702

### $315.00

ADD TO BAG

OR

+ TRY IT FREE

ADD TO FAVORITES

**ALWAYS FREE**
2-DAY SHIPPING, FITTINGS & RETURNS

## PRODUCT DETAILS

STYLE: AVIATOR/PILOT
FRAME MATERIAL: METAL
LENS MATERIAL: POLYCARBONATE
CASE TYPE: NO CASE

FIT: STANDARD
EYE SIZE: 61
BRIDGE/TEMPLE SIZE: 11/135
HOW DO I FIND MY SIZE?

LOOKS BEST ON THESE FACE SHAPES:
HEART, OVAL, SQUARE



JUST FOR YOU

1/4

http://www.sunglasshut.com/us/679420425702

FIND A STORE     COUNTRY  US     SIGN IN I REGISTER     SHOPPING BAG (0)

Free shipping with code FREESHIP        Wallets          Subr
Plus, free gift boxes

Girls     MEN     WOMEN     BOYS     GIRLS     BABY     HOME     PERSONALIZATION     STYLE GUIDE     SALE

BURNISHED LEATHER WALLET





  

# BURNISHED LEATHER WALLET

STYLE NUMBER: 103457756

~~$148.00~~ | $102.99

## TAKE 40% OFF
WHEN YOU SPEND $125 OR MORE
USE CODE TAKE40 | SEE DETAILS

This Italian vachetta leather wallet is a sleek and simple take on an essential.

COLOR:  BLACK

SIZE:

IF SOLD OUT, SELECT SIZE TO ADD TO WAITLIST.

ONE SIZE

QTY.

−     1     +

ADD TO SHOPPING BAG                     ADD TO WISHLIST

FREE 2-DAY SHIPPING          RESERVE IN STORE

GiftNow                      • What is GiftNow?

DETAILS

Slim design.
Single-needle–stitched edges.
Debossed "Polo Ralph Lauren" at the interior.
Pockets are lined with faille.
Eight interior card slots, one full currency pocket, and two slip pockets.
Presented in our signature "Polo Ralph Lauren"–embossed box.
4" H x 4¼" L x ½" D.
Leather, silk, polyester.
Imported. Italian leather.



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
KC PROSECUTOR RELEASE COPY
(1312-0 ASSLT-AGG-POLICE-BODYFORCE)

GO# 2016-458826
OPEN

## Related Attachment - DOCUMENT

**Description** DETAINEE PROPERTY FORM – CANTY, KYLE
**Reference Number**

---

SEATTLE POLICE DEPARTMENT

**DETAINEE PROPERTY FORM**
USE ADDITIONAL SHEETS IF NECESSARY

GO #: 2016-458826

Date: 12/22/2016    Time of inventory: 2224    Location where inventory took place: W. PCT

Detainee's Name: Canty, Kyle L    Date of Birth: [ ] 1985

| | | |
|---|---|---|
| 1 | 2 buddhism books | ☐ Detention Facility ☒ SKO ☐ Discarded Perishable ☐ Other: |
| 2 | 1 pair audio-technica headphones | ☐ Detention Facility ☒ SKO ☐ Discarded Perishable ☐ Other: |
| 3 | 1 notepad | ☐ Detention Facility ☒ SKO ☐ Discarded Perishable ☐ Other: |
| 4 | 1 envelope w paperwork | ☐ Detention Facility ☒ SKO ☐ Discarded Perishable ☐ Other: |
| 5 | 1 folder w. paperwork | ☐ Detention Facility ☒ SKO ☐ Discarded Perishable ☐ Other: |
| 6 | 3 plastic bags | ☐ Detention Facility ☒ SKO ☐ Discarded Perishable ☐ Other: |
| 7 | | ☐ Detention Facility ☐ SKO ☐ Discarded Perishable ☐ Other: |
| 8 | | ☐ Detention Facility ☐ SKO ☐ Discarded Perishable ☐ Other: |
| 9 | | ☐ Detention Facility ☐ SKO ☐ Discarded Perishable ☐ Other: |
| 10 | | ☐ Detention Facility ☐ SKO ☐ Discarded Perishable ☐ Other: |
| 11 | | ☐ Detention Facility ☐ SKO ☐ Discarded Perishable ☐ Other: |
| 12 | | ☐ Detention Facility ☐ SKO ☐ Discarded Perishable ☐ Other: |
| 13 | | ☐ Detention Facility ☐ SKO ☐ Discarded Perishable ☐ Other: |
| 14 | | ☐ Detention Facility ☐ SKO ☐ Discarded Perishable ☐ Other: |
| 15 | | ☐ Detention Facility ☐ SKO ☐ Discarded Perishable ☐ Other: |
| 16 | | ☐ Detention Facility ☐ SKO ☐ Discarded Perishable ☐ Other: |
| 17 | | ☐ Detention Facility ☐ SKO ☐ Discarded Perishable ☐ Other: |

☐ Inventorying officer reviewed this form with the detainee.

Name of officer performing inventory: J. Beekon    Serial No: 7716

Name of witness officer: R. Beecroft    Serial No: 7722

Approved by: Sgt. Fleck Bruy    Serial No: 5670

Form 26.4  Rev 9-14    DISTRIBUTION: (Original-Data Center  Yellow- Detainee's Copy)

---

For 5327    Printed On Dec-26-2016 (Mon.)    Page 98 of 99

12/7/2016                                  Gmail - Your Eastbay Shipment Confirmation

 Gmail                                  My personal information <dreamcatchers20.0@gmail.com>

---

## Your Eastbay Shipment Confirmation

Eastbay <transactions@e.eastbay.com>                              Sat, Jul 2, 2016 at 5:59 AM
Reply-To: Customer Care <support-b8wr9cybftstu8au68y66qd0xjvrhz@e.eastbay.com>
To: dreamcatchers20.0@gmail.com

View Online
Customer Service - 1.800.826.2205



SHOES     CLOTHING     EQUIPMENT     SALE

THANK YOU! YOUR EASTBAY.COM ORDER IS ON ITS WAY.

Hello Valued Eastbay Customer,

Thank you for shopping at eastbay.com! You'll be excited to know your order is on its way. We
hope your shopping experience was a great one and we look forward to your next visit with us.

For your convenience, your order information is listed below. Please visit us again soon!

**Tracking Number:** 1Z5771400326608782

**Customer Number:** 52972315
**Order Number:** 52303669
**Shipping Date:** 07/01/2016
**Ship Method:** UPS Full Service Tracking
*Excludes emailed gift cards and expedited return label orders*

**Shipping Address:**
KYLE CANTY
STE 116 365
1700 7TH AVE
SEATTLE, WASHINGTON 98101-1323

## Order Details

| Item Number | SKU | Description | Size | Qty | Price | Subtotal |
|---|---|---|---|---|---|---|
| 2 | 10048925 | N ERA 5950 BLK | | 1 | $22.50 | $22.50 |
| 1 | 10047322 | N ERA MLB BLK ON BLK CP-NY | 7 1/8 | 1 | $22.49 | $22.49 |
| | | | | | Subtotal: | $44.99 |
| | | | | | Miscellaneous Charges: | $0.00 |
| | | | | | Tax: | $4.31 |

12/7/2016                                    Amazon.com - Order 113-4468788-5870611

**amazon.com**

# Final Details for Order #113-4468788-5870611
Print this page for your records.

**Order Placed:** June 7, 2016
**Amazon.com order number:** 113-4468788-5870611
**Order Total: $0.00**

## Shipped on June 13, 2016

| Items Ordered | Price |
|---|---|
| 1 of: *Galaxy Note 4 Screen Protector,Yootech Galaxy Note 4 Tempered Glass Screen Protector,0.3mm 9H Hardness Featuring Anti-Scratch,Lifetime Warranty*<br>Sold by: YooTech (seller profile)<br><br>Condition: New | $7.95 |
| 1 of: *The Wrath of Vajra*, David Kurata<br>Sold by: West Coast Film Buffs (seller profile)<br><br>Condition: New | $7.07 |
| 1 of: *OtterBox Samsung Galaxy Note 4 Case Commuter Series - Frustration-Free Packaging - Glacier (White/Gunmetal Grey)*<br>Sold by: Amazon.com LLC<br><br>Condition: New | $19.76 |

**Shipping Address:**
Amazon Locker - Caldera Map
600 Pine St
Located in Pacific Place
Seattle, WA 98101-3780
United States

**Shipping Speed:**
Standard Pickup

| | |
|---|---|
| Item(s) Subtotal: | $34.78 |
| Shipping & Handling: | $6.21 |
| | ----- |
| Total before tax: | $40.99 |
| Sales Tax: | $2.12 |
| Gift Card Amount: | -$43.11 |
| | ----- |
| **Total for This Shipment:** | **$0.00** |
| **Total paid by Gift Card:** | **-$43.11** |
| | ----- |

## Payment information

**Payment Method:**
Gift Card

| | |
|---|---|
| Item(s) Subtotal: | $34.78 |
| Shipping & Handling: | $6.21 |
| | ----- |
| Total before tax: | $40.99 |
| Estimated tax to be collected: | $2.12 |
| Gift Card Amount: | -$43.11 |
| | ----- |
| **Grand Total:** | **$0.00** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

12/7/2016                                         Amazon.com: Digital Order Summary

**amazon**.com·

# Details for Order # D01-5630414-4740119
### Print this page for your records.

**Amazon.com order number:** D01-5630414-4740119
**Order Total: $31.67**

| Digital Order: May 14, 2015 | |
|---|---|
| **Items Ordered** | **Price** |
| **The Inspiration [Explicit]**[Music Download]<br>By: Young Jeezy<br>Sold By: Amazon Digital Services LLC | $5.99 |
| **The Reunion [Explicit]**[Music Download]<br>By: Capone-N-Noreaga<br>Sold By: Amazon Digital Services LLC | $9.49 |
| **The Hunger For More**[Music Download]<br>By: Lloyd Banks<br>Sold By: Amazon Digital Services LLC | $5.99 |
| **The Dynasty**[Music Download]<br>By: Jay-Z<br>Sold By: Amazon Digital Services LLC | $7.99 |

Item(s) Subtotal: $29.46
----
Total Before Tax: $29.46
Tax Collected: $2.21
----
**Total for this Order: $31.67**

## Payment Information

**Payment Method**
VISA | Last 4 digits: 3318

**Billing Address**
Kyle Canty
410 LIBERTY ST
DURHAM, NC 27701-3408
United States

Item(s) Subtotal: $29.46
----
Total Before Tax: $29.46
Tax Collected: $2.21
----
**Grand Total: $31.67**

Return to the Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

12/7/2016                                                    Amazon.com: Digital Order Summary

# amazon.com

## Details for Order # D01-3409367-8282510
### Print this page for your records.

**Amazon.com order number:** D01-3409367-8282510
**Order Total: $10.40**

| Digital Order: May 12, 2016 | |
|---|---|
| **Items Ordered** | **Price** |
| TM:103 Hustlerz Ambition (Deluxe Version) [Explicit][Music Download] | $9.49 |
| By: Young Jeezy | |
| Sold By: Amazon Digital Services LLC | |
| | Item(s) Subtotal: $9.49 |
| | ---- |
| | Total Before Tax: $9.49 |
| | Tax Collected: $0.91 |
| | ---- |
| | **Total for this Order: $10.40** |

| Payment Information | |
|---|---|
| **Payment Methods** | Item(s) Subtotal: $9.49 |
| Amazon Gift Cards | |
| | Total Before Tax: $9.49 |
| | Tax Collected: $0.91 |
| | Amazon Gift Cards: - $10.40 |
| | **Grand Total: $0.00** |

Return to the Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

12/7/2016                                                    Amazon.com: Digital Order Summary

**amazon**.com

## Details for Order # D01-0851819-5957705
<u>Print this page for your records.</u>

**Amazon.com order number:** D01-0851819-5957705

**Order Total: $7.58**

---

### Digital Order: January 27, 2015

| Items Ordered | Price |
|---|---|
| **Drunk in Love [Explicit]**[Music Download]<br>From the album Beyoncé [Explicit]<br>By: Beyoncé feat. Jay-Z<br>Sold By: SONY Music Entertainment Downloads LLC. | $1.29 |
| **Destiny Fulfilled**[Music Download]<br>By: Destiny's Child<br>Sold By: SONY Music Entertainment Downloads LLC. | $5.00 |
| **Upgrade U (Album Version)**[Music Download]<br>From the album B'Day<br>By: Beyoncé feat. Jay-Z<br>Sold By: SONY Music Entertainment Downloads LLC. | $1.29 |

Item(s) Subtotal: $7.58
----
Total Before Tax: $7.58
Tax Collected: $0.00
----
**Total for this Order: $7.58**

---

### Payment Information

**Payment Method**
VISA | Last 4 digits: 3828

**Billing Address**
Kyle Canty
1718 E. Speedway Blvd
Tucson, Az 85719
United States

Item(s) Subtotal: $7.58
----
Total Before Tax: $7.58
Tax Collected: $0.00
Gift Card: -$7.58
----
**Grand Total: $0.00**

---

Return to the <u>Order Summary</u>.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

https://www.amazon.com/gp/digital/your-account/order-summary.html/ref=oh_aui_doi_o01_?ie=UTF8&orderID=D01-0851819-5957705&print=1                1/1

12/7/2016

Amazon.com: Digital Order Summary

# amazon.com

## Details for Order # D01-2518467-0741723
### Print this page for your records.

**Amazon.com order number:** D01-2518467-0741723
**Order Total: $8.64**

| Digital Order: January 26, 2015 | |
|---|---|
| **Items Ordered** | **Price** |
| **Venni Vetti Vecci** [Music Download] | $8.99 |
| By: Ja Rule | |
| Sold By: Amazon Digital Services LLC | |
| | Item(s) Subtotal: $8.99 |
| | Promotions: -$1.00 |
| | ---- |
| | Total Before Tax: $7.99 |
| | Tax Collected: $0.65 |
| | ---- |
| | **Total for this Order: $8.64** |

| Payment Information | |
|---|---|
| **Payment Method** | Item(s) Subtotal: $8.99 |
| VISA | Last 4 digits: 3828 | Promotions: -$1.00 |
| | ---- |
| **Billing Address** | Total Before Tax: $7.99 |
| Kyle Canty | Tax Collected: $0.65 |
| 1718 E. Speedway Blvd | Gift Card: -$8.64 |
| Tucson, Az 85719 | ---- |
| United States | **Grand Total: $0.00** |

Return to the Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

12/7/2016                                Amazon.com: Digital Order Summary

**amazon**.com

# Details for Order # D01-6306459-9037754
Print this page for your records.

**Amazon.com order number:** D01-6306459-9037754
**Order Total: $5.48**

| Digital Order: June 11, 2016 | |
|---|---:|
| **Items Ordered** | **Price** |
| **Precious**[Music Download] | $5.00 |
| By: Chanté Moore | |
| Sold By: Amazon Digital Services LLC | |
| | Item(s) Subtotal: $5.00 |
| | ---- |
| | Total Before Tax: $5.00 |
| | Tax Collected: $0.48 |
| | ---- |
| | **Total for this Order: $5.48** |

| Payment Information | |
|---|---:|
| | Item(s) Subtotal: $5.00 |
| **Payment Methods** | |
| Amazon Gift Cards | |
| | Total Before Tax: $5.00 |
| | Tax Collected: $0.48 |
| | Amazon Gift Cards: - $5.48 |
| | **Grand Total: $0.00** |

Return to the Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

https://www.amazon.com/gp/digital/your-account/order-summary.html/ref=oh_aui_doi_o00_?ie=UTF8&orderID=D01-6306459-9037754&print=1          1/1

Amazon.com: Digital Order Summary

12/7/2016

**amazon**.com

## Details for Order # D01-6095720-8429738
Print this page for your records.

**Amazon.com order number:** D01-6095720-8429738

**Order Total: $11.50**

| Digital Order: June 8, 2016 | |
| --- | --: |
| **Items Ordered** | **Price** |
| **Top 5 Dead Or Alive [Explicit]**[Music Download] | $10.49 |
| By: Jadakiss | |
| Sold By: Amazon Digital Services LLC | |

Item(s) Subtotal: $10.49
----
Total Before Tax: $10.49
Tax Collected: $1.01
----
**Total for this Order: $11.50**

## Payment Information

| **Payment Methods** | Item(s) Subtotal: | $10.49 |
| --- | --- | --: |
| Amazon Gift Cards | | |
| | Total Before Tax: | $10.49 |
| | Tax Collected: | $1.01 |
| | Amazon Gift Cards: | - $11.50 |
| | **Grand Total:** | **$0.00** |

Return to the Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

Amazon.com: Digital Order Summary

**amazon**.com

# Details for Order # D01-7706096-5767310
Print this page for your records.

**Amazon.com order number:** D01-7706096-5767310

**Order Total: $13.14**

| Digital Order: May 31, 2016 | |
|---|---|
| **Items Ordered** | **Price** |
| The Beast Is G Unit [Explicit][Music Download] | $5.99 |
| By: G-Unit | |
| Sold By: Amazon Digital Services LLC | |
| The Beauty Of Independence [Explicit][Music Download] | $5.99 |
| By: G-Unit | |
| Sold By: Amazon Digital Services LLC | |
| Item(s) Subtotal: | $11.98 |
| ---- | |
| Total Before Tax: | $11.98 |
| Tax Collected: | $1.16 |
| ---- | |
| **Total for this Order:** | **$13.14** |

| Payment Information | |
|---|---|
| **Payment Methods** | |
| Amazon Gift Cards | Item(s) Subtotal: $11.98 |
| | Total Before Tax: $11.98 |
| | Tax Collected: $1.16 |
| | Amazon Gift Cards: - $13.14 |
| | **Grand Total:   $0.00** |

Return to the Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

12/7/2016                                        Amazon.com: Digital Order Summary

# amazon.com

## Details for Order # D01-6151976-9428118
Print this page for your records.

**Amazon.com order number:** D01-6151976-9428118
**Order Total: $13.14**

| Digital Order: May 14, 2016 | |
| --- | --- |
| **Items Ordered** | **Price** |
| The Art of Hustle (Deluxe) [Explicit][Music Download] | $11.99 |
| By: Yo Gotti | |
| Sold By: Amazon Digital Services LLC | |
| | Item(s) Subtotal: $11.99 |
| | ---- |
| | Total Before Tax: $11.99 |
| | Tax Collected: $1.15 |
| | ---- |
| | **Total for this Order: $13.14** |

| Payment Information | |
| --- | --- |
| **Payment Methods** | Item(s) Subtotal:          $11.99 |
| Amazon Gift Cards | |
| | Total Before Tax:          $11.99 |
| | Tax Collected:              $1.15 |
| | Amazon Gift Cards:       - $13.14 |
| | **Grand Total:              $0.00** |

Return to the Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

https://www.amazon.com/gp/digital/your-account/order-summary.html?ie=UTF8&orderID=D01-6151976-9428118&print=1&ref=oh_aui_dpi_o03_&...   1/1

12/7/2016                                                     Amazon.com - Order 104-5252986-0633855

**amazon**.com

## Final Details for Order #104-5252986-0633855
_Print this page for your records._

**Order Placed:** November 13, 2013
**Amazon.com order number:** 104-5252986-0633855
**Order Total:** $19.99

## Shipped on November 14, 2013

| Items Ordered | Price |
|---|---|
| 1 of: _Snugg iPhone 4 / 4S Leather Case in Tan Suede - Pouch with Card Slot, Elastic Pull Strap and Premium Nubuck Fibre Interior for the Apple iPhone 4 / 4S_<br>Sold by: TheSnugg (seller profile)<br><br>Condition: New | $19.99 |

**Shipping Address:**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

**Shipping Speed:**
Two-Day Shipping

Item(s) Subtotal: $19.99
Shipping & Handling:   $0.00
-----
Total before tax: $19.99
Sales Tax:   $0.00
-----
**Total for This Shipment:$19.99**
-----

## Payment information

**Payment Method:**
Debit Card | Last digits: 4509

**Billing address**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

Item(s) Subtotal: $19.99
Shipping & Handling:   $0.00
-----
Total before tax: $19.99
Estimated tax to be collected:   $0.00
-----
**Grand Total:$19.99**

**Credit Card transactions**          Visa ending in 4509: November 14, 2013: $19.99

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

12/7/2016                                          Amazon.com: Digital Order Summary

**amazon**.com

# Details for Order # D01-2114006-3868148
Print this page for your records.

**Amazon.com order number:** D01-2114006-3868148
**Order Total: $10.26**

| Digital Order: January 27, 2015 | |
|---|---|
| **Items Ordered** | **Price** |
| Vol.2 ... Hard Knock Life [Explicit][Music Download] | $9.49 |
| By: Jay-Z | |
| Sold By: Amazon Digital Services LLC | |
| | Item(s) Subtotal: $9.49 |
| | ---- |
| | Total Before Tax: $9.49 |
| | Tax Collected: $0.77 |
| | ---- |
| | **Total for this Order: $10.26** |

| Payment Information | |
|---|---|
| **Payment Method** | Item(s) Subtotal: $9.49 |
| VISA \| Last 4 digits: 3828 | ---- |
| | Total Before Tax: $9.49 |
| **Billing Address** | Tax Collected: $0.77 |
| Kyle Canty | Gift Card:-$10.26 |
| 1718 E. Speedway Blvd | ---- |
| Tucson, Az 85719 | **Grand Total: $0.00** |
| United States | |

Return to the Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

https://www.amazon.com/gp/digital/your-account/order-summary.html/ref=oh_aui_doi_o02_?ie=UTF8&orderID=D01-2114006-3868148&print=1          1/1

12/7/2016                                              Amazon.com - Order 107-5415095-5441845

**amazon**.com·

# Final Details for Order #107-5415095-5441845
Print this page for your records.

**Order Placed:** August 18, 2013
**Amazon.com order number:** 107-5415095-5441845
**Order Total:** $26.87

## Shipped on August 22, 2013

| Items Ordered | Price |
|---|---|
| 1 of: *Revenge of the Ninja*, Shô Kosugi | $22.88 |
| Sold by: Work and Wishees (seller profile) | |

Condition: New
Factory sealed. Ships worldwide. Item D10

**Shipping Address:**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

**Shipping Speed:**
Standard Shipping

Item(s) Subtotal: $22.88
Shipping & Handling: $3.99
-----
Total before tax: $26.87
Sales Tax: $0.00
-----
**Total for This Shipment:$26.87**
-----

## Payment information

**Payment Method:**
Debit Card | Last digits: 9258

**Billing address**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

**Credit Card transactions**

Item(s) Subtotal: $22.88
Shipping & Handling: $3.99
-----
Total before tax: $26.87
Estimated tax to be collected: $0.00
-----
**Grand Total:$26.87**

Visa ending in 9258: August 23, 2013: $26.87

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

https://www.amazon.com/gp/css/summary/print.html/ref=oh_aui_pi_o05_?ie=UTF8&orderID=107-5415095-5441845                    1/1

12/7/2016        Gmail - UPS Ship Notification, Tracking Number 1Z6W185Y0390900544

 Gmail       My personal information <dreamcatchers20.0@gmail.com>

## UPS Ship Notification, Tracking Number 1Z6W185Y0390900544

**UPS Quantum View** <pkginfo@ups.com>       Thu, May 12, 2016 at 10:22 AM
To: dreamcatchers20.0@gmail.com



**You have a package coming.**

**Scheduled Delivery Date:**       Monday, 05/16/2016

This message was sent to you at the request of Mission Workshop to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

## Shipment Details

| | |
|---|---|
| **From:** | MISSION WORKSHOP |
| **Tracking Number:** | 1Z6W185Y0390900544 |
| **Ship To:** | KYLE CANTY |
| | Kyle Canty |
| | 1700 7TH AVE STE 116 |
| | #365 |
| | SEATTLE, WA 98101 |
| | US |
| **Number of Packages:** | 1 |
| **Scheduled Delivery:** | 05/16/2016 |
| **Weight:** | 4.0 LBS |
| **Reference Number 1:** | UPS00000000000000001 |
| **Reference Number 2:** | Invoice #57640 |

 Get the UPS My Choice app for Facebook

 Download the UPS mobile app

© 2016 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

https://mail.google.com/mail/u/0/?ui=2&ik=3c766cac68&view=pt&q=mission%20workshop&qs=true&search=query&msg=154a5fd80be697d4&siml=154a5fd80    1/2

Gmail - Lids.com - Order #43796263

| | |
|---|---|
| Shipping & Handling: | $0.00 |
| Tax: | $6.72 |
| **Total:** | **$76.70** |

If the information in your order is incorrect, or if you have any questions or concerns, please visit our Help Desk or email us at contactus@lids.com.

If you prefer to speak to someone, please give us a call.

**Customer Care:**
1-888-564-4287 - Open 24 hours a day, 7 days a week

To protect our customers from the high price of fraud, we reserve the right to verify any order for fraud prevention purposes. This may result in delays to Express and Next Day Air orders. We will contact you if a delay occurs.

Thank You for Being a Fan,
**The Lids.com Team**

### We thought you might also like:









Penguins Penguins Headwear XP 5 BLK

$34.99

Nike Men's All Day Polo

$35.00

CWS 8x24 panoramic Ast

$15.00

Arizona Diamondbacks MLB Men's Player Replica CB Jersey - Zach Greinke

$120.00

12/7/2016                          Amazon.com - Order 112-2100408-9559416

amazon.com

## Final Details for Order #112-2100408-9559416

Print this page for your records.

**Order Placed:** October 20, 2013
**Amazon.com order number:** 112-2100408-9559416
**Order Total:** $112.27

### Shipped on October 21, 2013

| Items Ordered | Price |
|---|---|
| 1 of: *The Descent: Part 2*, Michael J. Reynolds<br>Sold by: PrimeTime Merchants (seller profile)<br><br>Condition: New<br>BRAND NEW! Guaranteed Delivery by Amazon FBA! Save Money! Get Better Service! Get Free Tracking, Get Free Insurance. | $8.59 |
| 1 of: *30 Days of Night*, Josh Hartnett<br>Sold by: Amazon.com LLC<br><br>Condition: New | $5.49 |
| 1 of: *Friday the 13th: The Complete Collection [Blu-ray]*, Kane Hodder<br>Sold by: Amazon.com LLC<br><br>Condition: New | $84.99 |
| 1 of: *30 Days of Night: Dark Days*, Kiele Sanchez<br>Sold by: Media Favorites (seller profile)<br><br>Condition: New<br>NEW, Factory Sealed, FREE Shipping w/ Prime & Super Saver Shipping, 24/7 Customer Service w/ Amazon, FREE Tracking & Insurance, 100% Guaranteed! | $6.32 |

**Shipping Address:**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

**Shipping Speed:**
Two-Day Shipping

|  |  |
|---|---|
| Item(s) Subtotal: | $105.39 |
| Shipping & Handling: | $0.00 |
|  | ----- |
| Total before tax: | $105.39 |
| Sales Tax: | $6.88 |
|  | ----- |
| **Total for This Shipment:** | **$112.27** |
|  | ----- |

### Payment information

**Payment Method:**
Debit Card | Last digits: 4509

**Billing address**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

**Credit Card transactions**

|  |  |
|---|---|
| Item(s) Subtotal: | $105.39 |
| Shipping & Handling: | $0.00 |
|  | ----- |
| Total before tax: | $105.39 |
| Estimated tax to be collected: | $6.88 |
|  | ----- |
| **Grand Total:** | **$112.27** |

Visa ending in 4509: October 21, 2013: $112.27

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

https://www.amazon.com/gp/css/summary/print.html/ref=oh_aui_pi_o02_?ie=UTF8&orderID=112-2100408-9559416                1/1

12/7/2016
Amazon.com - Order 102-5508899-7184243

**amazon**.com

# Final Details for Order #102-5508899-7184243

<u>Print this page for your records.</u>

**Order Placed:** November 14, 2011
**Amazon.com order number:** 102-5508899-7184243
**Order Total:** $81.87

## Shipped on November 17, 2011

| Items Ordered | Price |
|---|---|
| 1 of: *Schaum's Outline of College Algebra, Third Edition (Schaum's Outline Series)*, Murray Spiegel, Robert Moyer<br>Sold by: Amazon.com LLC<br><br>Condition: New | $12.13 |
| 1 of: *Schaum's Outline of Geometry, 4ed (Schaum's Outline Series)*, Barnett Rich, Christopher Thomas<br>Sold by: Amazon.com LLC<br><br>Condition: New | $10.74 |
| 1 of: *Schaum's Outline of Elementary Algebra, 3ed (Schaum's Outline Series)*, Barnett Rich, Philip Schmidt<br>Sold by: Amazon.com LLC<br><br>Condition: New | $11.13 |
| 1 of: *Algebra Survival Guide: A Conversational Guide for the Thoroughly Befuddled*, Josh Rappaport, Sally Blakemore<br>Sold by: Amazon.com LLC<br><br>Condition: New | $13.01 |
| 1 of: *Practical Algebra: A Self-Teaching Guide, Second Edition*, Peter H. Selby, Steve Slavin<br>Sold by: Amazon.com LLC<br><br>Condition: New | $11.79 |
| 1 of: *Secrets Of The Ninja*, Ashida Kim<br>Sold by: Amazon.com LLC<br><br>Condition: New | $11.66 |
| 1 of: *Shoninki: The Secret Teachings of the Ninja: The 17th-Century Manual on the Art of Concealment*, Master Natori Masazumi, Axel Mazuer<br>Sold by: Amazon.com LLC<br><br>Condition: New | $11.41 |

**Shipping Address:**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

**Shipping Speed:**
FREE Shipping

Item(s) Subtotal: $81.87
Shipping & Handling: $9.93
Super Saver Discount: -$9.93
-----
Total before tax: $81.87
Sales Tax: $0.00
-----
**Total for This Shipment:** **$81.87**
-----

## Payment information

**Payment Method:**
Debit Card | Last digits: 0483

Item(s) Subtotal: $81.87
Shipping & Handling: $9.93

12/7/2016

Amazon.com - Order 102-5508899-7184243

|  | Super Saver Discount: | -$9.93 |
|---|---|---|
|  |  | ----- |
|  | Total before tax: | $81.87 |
|  | Estimated tax to be collected: | $0.00 |
|  |  | ----- |
|  | **Grand Total:** | **$81.87** |

**Billing address**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

**Credit Card transactions**

Visa ending in 0483: November 17, 2011: $81.87

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

12/7/2016                                          Gmail - Lids.com - Order #43796263

 Gmail                       My personal information <dreamcatchers20.0@gmail.com>

## Lids.com - Order #43796263

LIDS <email@et.lids.com>                                          Fri, Jul 1, 2016 at 6:14 AM
Reply-To: Lids <reply-fec0167973660c79-503_HTML-110962182-7201515-107808@et.lids.com>
To: dreamcatchers20.0@gmail.com

                                     CUSTOMER SERVICE 
                                                         ENG - 1.888.564.4287
                                                         ESP - 1.866.791.0118

### Your Order Confirmation

Hello KYLE!

Thank you for your order!

This email confirms that your order is being processed. Save this email for future reference as it
contains important information regarding your purchase. You will receive your shipping confirmation
shortly.

Thanks again!

### Order Number 43796263

**Date Ordered:** Fri Jul 1, 2016 08:58:30 AM
**Shipping Method:** Standard Ground

**Billed To:**                                  **Shipped To:**
KYLE CANTY                                      KYLE CANTY
1700 7th ave ste 116 #365                       1700 7th ave ste 116 #365
seattle WA 98101                                seattle WA 98101
UNITED STATES                                   UNITED STATES
(919) 794-8498                                  (919) 794-8498

Gift Card 6006492900031974832 $26.70
Visa xxxxxxxxxxxx7537 04/25 $50.00

| Order Summary | | PRICE | QTY | TOTAL |
|---|---|---|---|---|
| | SKU: 20141140 - Size: 7 1/8<br>New York Yankees<br>New Era "MLB White And Black 59FIFTY Cap" | $34.99 | 1 | **$34.99** |
| | SKU: 20823389 - Size: 7 1/8<br>New York Yankees<br>New Era "MLB C-Dub Patch 59FIFTY Cap" | $34.99 | 1 | **$34.99** |

Merchandise Subtotal:          $69.98

https://mail.google.com/mail/u/0?ui=2&ik=3c766cac68&view=pt&search=inbox&msg=155a6902798e36f3&siml=155a6902798e36f3          1/2

Gmail - Your Eastbay Shipment Confirmation

12/7/2016

| | |
|---|---|
| **Shipping & Handling:** | $0.00 |
| **Discounts:** | $0.00 |
| **Gift Cert/Cards Redeemed:** | $0.00 |
| **Total:** | $49.30 |

 **SHOP NOW** ▶    **EASTBAY WISH LIST**   **FREE CATALOG** **REQUEST A CATALOG**

## DID YOU REMEMBER TO SIGN UP TO RECEIVE OUR OFFER EMAILS WHEN YOU CHECKED OUT? IF NOT...

**SIGN UP TO RECEIVE OUR EMAILS** ▶

      

### We also recommend these great products



Eastbay EVAPOR
Performance ...
Original: $19.99
Sale: $14.99



Eastbay EVAPOR
Performance ...
Original: $19.99
Sale: $14.99



adidas Originals
Tubular X ...
$159.99



New Era NFL
59Fifty Sideline ...
$34.99

**Questions about your order?**
No problem! To track your order, go to Eastbay.com and click on 'order status'.

**Shipping Information**
Business days are Monday - Friday, excluding U.S. Holidays. The first business day begins the day after your order leaves our distribution center. For more details, please review our Shipping Policy. Weather delays or other factors beyond our control may impact delivery times and are non-refundable. *Emailed gift cards and expedited return label orders that are sent via email will be delivered to your inbox within 24 hours from the time of order.

**Returns Information**
Just complete the return form on the back of your invoice and we will happily process your return and/or exchange. For more details, please review our Returns Policy.

**More questions?**
We've got an amazing team of customer service associates ready to answer any of your questions! Domestic customers, please call 1.800.826.2205. International customers, please call 1.715.261.9588. You can also email us.

Our Privacy Policy.

We want to make sure you stay in the loop! To ensure that you receive Eastbay notifications, please add transactions@e.eastbay.com to your email address book. Thank you!

Eastbay

12/7/2016                                          Amazon.com - Order 110-8096252-3161048

 **amazon**.com

# Final Details for Order #110-8096252-3161048
### Print this page for your records.

**Order Placed:** May 13, 2016
**Amazon.com order number:** 110-8096252-3161048
**Order Total: $0.00**

## Shipped on May 14, 2016

| Items Ordered | Price |
|---|---|
| 1 of: *Plemo Water-Resistant Laptop Sleeve Case Bag for 15 - 15.6 Inch Laptops / MacBook / Notebook / Ultrabook with Soft Neoprene, Black*<br>Sold by: Avantek (seller profile) | Product question? Ask Seller | $15.99 |

Condition: New

**Shipping Address:**
Kyle Canty
1700 7TH AVE STE 116 # 365
SEATTLE, WA 98101-1300
United States

| | |
|---|---|
| Item(s) Subtotal: | $15.99 |
| Shipping & Handling: | $4.49 |
| Free Shipping: | -$4.49 |
| | ----- |
| Total before tax: | $15.99 |
| Sales Tax: | $0.00 |
| Gift Card Amount: | -$15.99 |
| | ----- |

**Shipping Speed:**
FREE Shipping

**Total for This Shipment:   $0.00**
**Total paid by Gift Card: -$15.99**
                                    -----

## Shipped on May 13, 2016

| Items Ordered | Price |
|---|---|
| 1 of: *Corsair Apple Certified 16GB (2x8GB) DDR3 1333 MHz (PC3 10666) Laptop Memory*<br>Sold by: Amazon.com LLC | $67.99 |

Condition: New

**Shipping Address:**
Kyle Canty
1700 7TH AVE STE 116 # 365
SEATTLE, WA 98101-1300
United States

| | |
|---|---|
| Item(s) Subtotal: | $67.99 |
| Shipping & Handling: | $4.00 |
| Free Shipping: | -$4.00 |
| | ----- |
| Total before tax: | $67.99 |
| Sales Tax: | $6.53 |
| Gift Card Amount: | -$74.52 |
| | ----- |

**Shipping Speed:**
FREE Shipping

**Total for This Shipment:   $0.00**
**Total paid by Gift Card: -$74.52**
                                    -----

## Payment information

12/7/2016                                      Amazon.com - Order 110-8096252-3161048

**Payment Method:**
Gift Card

**Billing address**
Kyle Canty
1700 7TH AVE STE 116 # 365
SEATTLE, WA 98101-1300
United States

Item(s) Subtotal: $83.98
Shipping & Handling: $8.49
Free Shipping: -$8.49
-----
Total before tax: $83.98
Estimated tax to be collected: $6.53
Gift Card Amount: -$90.51
-----
**Grand Total: $0.00**

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

12/7/2016                                    Amazon.com - Order 107-6745527-7541062



### Final Details for Order #107-6745527-7541062
#### Print this page for your records.

**Order Placed:** August 18, 2013
**Amazon.com order number:** 107-6745527-7541062
**Order Total:** $16.29

## Shipped on August 21, 2013

| Items Ordered | Price |
|---|---|
| 1 of: *Rage of Honor*, Shô Kosugi<br>Sold by: West Coast Film Buffs (seller profile)<br><br>Condition: New | $12.31 |

**Shipping Address:**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

Item(s) Subtotal: $12.31
Shipping & Handling: $3.98
-----
Total before tax: $16.29
Sales Tax: $0.00
-----
**Total for This Shipment:** $16.29
-----

**Shipping Speed:**
Standard Shipping

## Payment information

**Payment Method:**
Debit Card | Last digits: 9258

**Billing address**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

Item(s) Subtotal: $12.31
Shipping & Handling: $3.98
-----
Total before tax: $16.29
Estimated tax to be collected: $0.00
-----
**Grand Total:** $16.29

**Credit Card transactions**               Visa ending in 9258: August 21, 2013: $16.29

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

Amazon.com - Order 111-6752592-4877053

12/7/2016



# Final Details for Order #111-6752592-4877053

Print this page for your records.

**Order Placed:** October 14, 2013
**Amazon.com order number:** 111-6752592-4877053
**Order Total:** $36.69

## Shipped on October 16, 2013

| Items Ordered | Price |
|---|---|
| 1 of: *Battle Royale*, Chiaki Kuriyama<br>Sold by: Amazon.com LLC | $6.97 |
| Condition: New | |
| 1 of: *Halloween H20: 20 Years Later [Blu-ray]*, Jamie Lee Curtis<br>Sold by: Amazon.com LLC | $6.49 |
| Condition: New | |
| 1 of: *Halloween: Resurrection [Blu-ray]*, Thomas Ian Nicholas<br>Sold by: Amazon.com LLC | $6.49 |
| Condition: New | |
| 1 of: *Halloween VI: The Curse of Michael Myers [Blu-ray]*, Donald Pleasence<br>Sold by: Amazon.com LLC | $6.99 |
| Condition: New | |

**Shipping Address:**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

**Shipping Speed:**
Standard Shipping

| | |
|---|---|
| Item(s) Subtotal: | $26.94 |
| Shipping & Handling: | $6.95 |
| | ----- |
| Total before tax: | $33.89 |
| Sales Tax: | $2.80 |
| | ----- |
| **Total for This Shipment:** | **$36.69** |
| | ----- |

## Payment information

**Payment Method:**
Debit Card | Last digits: 9828

**Billing address**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

**Credit Card transactions**

| | |
|---|---|
| Item(s) Subtotal: | $26.94 |
| Shipping & Handling: | $6.95 |
| | ----- |
| Total before tax: | $33.89 |
| Estimated tax to be collected: | $2.80 |
| | ----- |
| **Grand Total:** | **$36.69** |

Visa ending in 9828: October 16, 2013: $36.69

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

12/7/2016

Amazon.com - Order 110-7201790-4236212

**amazon**.com

## Final Details for Order #110-7201790-4236212
Print this page for your records.

**Order Placed:** May 13, 2016
**Amazon.com order number:** 110-7201790-4236212
**Order Total:** $0.00

### Shipped on May 13, 2016

| Items Ordered | Price |
|---|---|
| 1 of: *TopCase 2 in 1 Rubberized Hard Case Cover and Keyboard Cover for Macbook Pro 15" A1286 (Case NOT for Retina Display) with TopCase Mouse Pad (Macbook P* <br> Sold by: Top Case (seller profile) | $12.99 |

Condition: New
FAST SHIPPING! Ship out same day before 2pm. Arrive 2-3 days with tracking number !!!

**Shipping Address:**
Kyle Canty
1700 7TH AVE STE 116 # 365
SEATTLE, WA 98101-1300
United States

**Shipping Speed:**
Standard Shipping

| | |
|---|---|
| Item(s) Subtotal: | $12.99 |
| Shipping & Handling: | $3.94 |
| | ----- |
| Total before tax: | $16.93 |
| Sales Tax: | $0.00 |
| Gift Card Amount: | -$16.93 |
| | ----- |
| **Total for This Shipment:** | **$0.00** |
| **Total paid by Gift Card:** | **-$16.93** |
| | ----- |

### Payment information

**Payment Method:**
Gift Card

**Billing address**
Kyle Canty
1700 7TH AVE STE 116 # 365
SEATTLE, WA 98101-1300
United States

| | |
|---|---|
| Item(s) Subtotal: | $12.99 |
| Shipping & Handling: | $3.94 |
| | ----- |
| Total before tax: | $16.93 |
| Estimated tax to be collected: | $0.00 |
| Gift Card Amount: | -$16.93 |
| | ----- |
| **Grand Total:** | **$0.00** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

Amazon.com - Order 104-0178241-7769076

12/7/2016



# Final Details for Order #104-0178241-7769076
<u>Print this page for your records.</u>

**Order Placed:** November 17, 2013
**Amazon.com order number:** 104-0178241-7769076
**Order Total:** $51.64

## Shipped on November 18, 2013

| Items Ordered | Price |
|---|---|
| 1 of: *Kensington 33117 International All-in-One Travel Plug Adapter* <br> Sold by: Amazon.com LLC <br><br> Condition: New | $18.39 |
| 1 of: *ZAGG invisibleSHIELD for Apple iPhone 4 - Full Body* <br> Sold by: TheBestInClass (<u>seller profile</u>) <br><br> Condition: New | $10.49 |
| 1 of: *Sony 32GB SDHC Class 10 UHS-1 R40 Memory Card (SF32UY/TQMN)*, SONY <br> Sold by: Amazon.com LLC <br><br> Condition: New | $19.85 |

**Shipping Address:**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

**Shipping Speed:**
Two-Day Shipping

Item(s) Subtotal: $48.73
Shipping & Handling:  $0.00
-----
Total before tax: $48.73
Sales Tax:  $2.91
-----
Total for This Shipment:$51.64
-----

## Payment information

**Payment Method:**
Debit Card | Last digits: 4509

**Billing address**
Kyle Canty
1718 E SPEEDWAY BLVD # 219
TUCSON, AZ 85719-4515
United States

Item(s) Subtotal: $48.73
Shipping & Handling:  $0.00
-----
Total before tax: $48.73
Estimated tax to be collected:  $2.91
-----
**Grand Total:$51.64**

**Credit Card transactions**

Visa ending in 4509: November 18, 2013:$51.64

To view the status of your order, return to <u>Order Summary</u>.

<u>Conditions of Use</u> | <u>Privacy Notice</u> © 1996-2016, Amazon.com, Inc. or its affiliates

Amazon.com - Order 107-5231941-9419444

12/17/2016

# amazon.com

## Final Details for Order #107-5231941-9419444
### Print this page for your records.

**Order Placed:** January 24, 2015
**Amazon.com order number:** 107-5231941-9419444
**Order Total:** $0.00

## Shipped on January 26, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Audio-Technica ATH-M50x Professional Studio Monitor Headphones*<br>Sold by: Quality Photo (seller profile)<br><br>Condition: New | $166.61 |

|  |  |
|---|---|
| Item(s) Subtotal: | $166.61 |
| Shipping & Handling: | $0.00 |
|  | ----- |
| Total before tax: | $166.61 |
| Sales Tax: | $0.00 |
| Gift Card Amount: | -$166.61 |
|  | ----- |
| **Total for This Shipment:** | **$0.00** |
| **Total paid by Gift Card:** | **-$166.61** |
|  | ----- |

**Shipping Address:**
Amazon Locker - Pearl Map
1522 E Madison St
Located in 7-Eleven
Seattle, WA 98122-4014
United States

**Shipping Speed:**
Two-Day Pickup

## Payment information

**Payment Method:**
Debit Card | Last digits: 3828
Gift Card

**Billing address**
Kyle Canty
1718 E. Speedway Blvd
Tucson, Az 85719
United States

|  |  |
|---|---|
| Item(s) Subtotal: | $166.61 |
| Shipping & Handling: | $0.00 |
|  | ----- |
| Total before tax: | $166.61 |
| Estimated tax to be collected: | $0.00 |
| Gift Card Amount: | -$166.61 |
|  | ----- |
| **Grand Total:** | **$0.00** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

**amazon**.com

## Final Details for Order #107-8749859-8144227
Print this page for your records.

**Order Placed:** January 24, 2015
**Amazon.com order number:** 107-8749859-8144227
**Order Total:** $0.00

### Order #1: January 24, 2015

| | Price |
|---|---|
| **Items Ordered** | $19.99 |
| 1 of: *Batman: Arkham Asylum [Mac Download]* | |
| Sold by: Amazon Digital Services LLC | |
| | |
| Condition: New | |

### Payment information

**Payment Method:**
Debit Card | Last digits: 3828
Gift Card

**Billing address**
Kyle Canty
1718 E. Speedway Blvd
Tucson, Az 85719
United States

| | |
|---|---|
| Item(s) Subtotal: | $19.99 |
| | ----- |
| Total before tax: | $19.99 |
| Estimated tax to be collected: | $1.62 |
| Gift Card Amount: | -$21.61 |
| | ----- |
| **Grand Total:** | **$0.00** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

12/7/2016                                              Amazon.com: Digital Order Summary

# amazon.com

## Details for Order # D01-2114006-3868148
### Print this page for your records.

**Amazon.com order number:** D01-2114006-3868148
**Order Total: $10.26**

---

### Digital Order: January 27, 2015

| Items Ordered | Price |
|---|---|
| **Vol.2 ... Hard Knock Life [Explicit]**[Music Download] | $9.49 |
| By: Jay-Z | |
| Sold By: Amazon Digital Services LLC | |

Item(s) Subtotal: $9.49
----
Total Before Tax: $9.49
Tax Collected: $0.77
----
**Total for this Order: $10.26**

---

### Payment Information

**Payment Method**
VISA | Last 4 digits: 3828

**Billing Address**
Kyle Canty
1718 E. Speedway Blvd
Tucson, Az 85719
United States

Item(s) Subtotal: $9.49
----
Total Before Tax: $9.49
Tax Collected: $0.77
Gift Card:-$10.26
----
**Grand Total: $0.00**

---

Return to the Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

12/7/2016                                Amazon.com: Digital Order Summary

**amazon**.com

# Details for Order # D01-3000212-5903368
## Print this page for your records.

**Amazon.com order number:** D01-3000212-5903368
**Order Total: $3.52**

---

### Digital Order: January 26, 2015

| Items Ordered | Price |
|---|---|
| **The Pledge Remix (Album Version (Explicit)) [feat. Ashanti] [Explicit]**[Music Download]<br>From the album The Last Temptation (Explicit Version)<br>By: Irv Gotti<br>Sold By: Amazon Digital Services LLC | $0.99 |
| **Thug Lovin' (Album Version (Explicit)) [feat. Bobby Brown] [Explicit]**[Music Download]<br>From the album The Last Temptation (Explicit Version)<br>By: Ja Rule<br>Sold By: Amazon Digital Services LLC | $1.29 |
| **Mesmerize (Album Version (Explicit)) [feat. Ashanti] [Explicit]**[Music Download]<br>From the album The Last Temptation (Explicit Version)<br>By: Ja Rule<br>Sold By: Amazon Digital Services LLC | $1.29 |
| **Pop N****s (Album Version (Explicit)) [Explicit]**[Music Download]<br>From the album The Last Temptation (Explicit Version)<br>By: Ja Rule<br>Sold By: Amazon Digital Services LLC | $0.69 |

Item(s) Subtotal: $4.26
Promotions: -$1.00
----
Total Before Tax: $3.26
Tax Collected: $0.26
----
**Total for this Order: $3.52**

---

### Payment Information

**Payment Method**
VISA | Last 4 digits: 3828

**Billing Address**
Kyle Canty
1718 E. Speedway Blvd
Tucson, Az 85719
United States

Item(s) Subtotal: $4.26
Promotions: -$1.00
----
Total Before Tax: $3.26
Tax Collected: $0.26
Gift Card: -$3.52
----
**Grand Total: $0.00**

12/7/2015                                    Amazon.com - Order 105-9112303-8488263

 **amazon**.com

# Final Details for Order #105-9112303-8488263
### Print this page for your records.

**Order Placed:** May 14, 2015
**Amazon.com order number:** 105-9112303-8488263
**Order Total:** $26.92

## Shipped on May 16, 2015

| Items Ordered | Price |
|---|---|
| 1 of: *Fundamentals of Photography: The Essential Handbook for Both Digital and Film Cameras*, Ang, Tom<br>Sold by: Amazon.com LLC<br><br>Condition: New | $20.46 |

**Shipping Address:**
Kyle Canty
410 LIBERTY ST
DURHAM, NC 27701-3408
United States

**Shipping Speed:**
Standard Shipping

| | |
|---|---|
| Item(s) Subtotal: | $20.46 |
| Shipping & Handling: | $4.98 |
| | ----- |
| Total before tax: | $25.44 |
| Sales Tax: | $1.90 |
| Gift Card Amount: | -$0.42 |
| | ----- |
| **Total for This Shipment:** | **$26.92** |
| **Total paid by Gift Card:** | **-$0.42** |
| | ----- |

## Payment information

**Payment Method:**
Visa | Last digits: 3318
Gift Card

**Billing address**
Kyle Canty
410 LIBERTY ST
DURHAM, NC 27701-3408
United States

**Credit Card transactions**

| | |
|---|---|
| Item(s) Subtotal: | $20.46 |
| Shipping & Handling: | $4.98 |
| | ----- |
| Total before tax: | $25.44 |
| Estimated tax to be collected: | $1.90 |
| Gift Card Amount: | -$0.42 |
| | ----- |
| **Grand Total:** | **$26.92** |

Visa ending in 3318: May 16, 2015: $26.92

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates