

HON. Richard A. Jones

HON. James P. Donohue

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

        Plaintiff,

Case NO. 2: 16-cv-01655-RAJ-JPD

Declaration of U.S. Department

Of State employee (Jill)

Vs.

CITY OF SEATTLE, et al

        Defendants.

Certification of oath

I Kyle Lydell Canty does certify and stand by this original declaration/email of U.S. Department of State employee who goes by the name Jill. Jill is above the age of 18 years old, has common sense and is a logical thinker, she is also employed by the United States Department of State. Attached is the original email and declaration.

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

Do Not Seal any documents!

Exhibit T Attached

### Relief Requested

The Plaintiff Kyle Lydell Canty says/requests that the courts stop trying to hide the evidence that he is submitting to the courts, don't seal, don't lie and say that something was not filed correctly, the courts antics are boring us already!! Can we proceed to trial by jury already?

### Statement of Issues

Should the defendants be rewarded for not following policies and procedures of the U.S. Department of States regarding the Surrender of a United States Passport?

### Statement of Facts

The Plaintiff Kyle Lydell Canty has had correspondence via email with U.S. Department of State employee Jill regarding policies and procedures regarding Government issued Identification "U.S. Passports, These emails are attached to this document, and clearly the defendants did not follow policies and procedures according to this U. S. department of State employee when turning over a surrendered passport back to them.

### Conclusion

It would seem that Judge James P. Donohue is getting paid off by the city of Seattle and King County or he has gone senile, did this judge actually think that the plaintiff was joking when he said justice must be served? Three thousand plus documents don't lie, but the defendants do.

Prepared by:

X_____ 03/20/2018
Kyle Lydell Canty

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

3/19/2018  Mail - knowledgeborn858@hotmail.com

UNCLASSIFIED

Exhibit "T" p1-3

**From:** knowledge born [mailto:knowledgeborn858@hotmail.com]
**Sent:** Saturday, February 03, 2018 3:25 PM
**To:** PPTReturnRequests
**Subject:** Kyle Lydell Canty's Stolen passport, was it returned

Hello My name is Kyle Lydell Canty and my United states passport was stolen and apparently destroyed by detective Timothy Renihan of the Seattle Police Department. This was done intentionally on the behalf of the City of Seattle and their department in order to get rid of evidence. Now if the passport was not destroyed then it should have been returned back to the United Stated department of state, this would be the correct procedure right ? I Kyle Lydell Canty have in my possession that the City of Seattle's very own Detective Renihan along with the seattle police department was directly involved in major corruption, so since when can a police department destroy United States government property that I kyle Lydell canty paid for with my own money? I Kyle Lydell Canty now would like to know was my passport ever returned back to the department of state back in 2016 or 2017 or 2018?

- Please respond back to this official legally binding email as soon as possible

3/19/2018                                       Mail - knowledgeborn858@hotmail.com

Jill I am the victim here, we have a police department by the name of the Seattle Police department who stole my passport and then came to court in front of a county judge and then said that the passport was destroyed, all I would like to know is this correct procedure regarding United States passports? Please tell me the correct procedure regarding Passports coming into the hands of Police Departments? This is not complicated so please don't try to make this complicated

https://dockets.justia.com/docket/washington/wawdce/2:2016cv01655/237942

## Canty v. King County et al :: Justia Dockets & Filings

dockets.justia.com

Civil Rights case filed on October 24, 2016 in the Washington Western District Court

---

**From:** PPTReturnRequests <PPTReturnRequests@state.gov>
**Sent:** Monday, February 5, 2018 5:14 AM
**To:** 'knowledge born'; PPTReturnRequests
**Subject:** RE: Kyle Lydell Canty's Stolen passport, was it returned

Good morning,

This e-mail address is for individuals who have a criminal case before a U.S. court or law enforcement agency. If your passport was surrendered as part of a criminal case, please send the name of your Probation Officer or the court to which you surrendered your passport, along with their contact information and your date of birth.

We do not have information about lost or stolen passports or their disposition. Please contact 202-485-6550 and state that you have a question about your passport, which was reported stolen.

Sincerely,

Bureau of Consular Affairs
Passport Services
Office of Legal Affairs
(202) 485-6400

**Official - Privacy/PII**

## RE: Kyle Lydell Canty's Stolen passport, was it returned

PPTReturnRequests <PPTReturnRequests@state.gov>

Mon 2/5/2018 2:08 PM

To: 'knowledge born' <knowledgeborn858@hotmail.com>; PPTReturnRequests <PPTReturnRequests@state.gov>;

Mr. Lydell,

If your passport was surrendered to a U.S. Court or law enforcement as part of a <u>criminal</u> case in which <u>you are or were the Defendant</u>, please consult this page on how to request it:

http://travel.state.gov/returns

If your case fits the criteria listed in the above link, please complete your documents and send them to us by e-mail, fax, or regular U.S. mail (contact details are in the link). This is the <u>only</u> type of passport case that this return unit can assist with.

Again, we do not have any information about lost or stolen passports, so if your passport was reported lost or stolen by anyone, we will not be able to assist you. You will need to call 202-485-6550 and state clearly that you are requesting information about the disposition of a lost or stolen passport. This number is for the Law Enforcement Liaison section. It is an entirely different section and we do not have access to their records.

If you are concerned about your passport and fraud or that it was mishandled by anyone, please send a letter describing the circumstances to our fax: 202-485-6496. Please put in to the attention of PPT/S/L/LA-Attorneys. They will review your request. I cannot assist with any legal concerns or allegations.

Sincerely,

Jill

Bureau of Consular Affairs
Passport Services
Office of Legal Affairs
(202) 485-6400


**Official - Privacy/PII**
**UNCLASSIFIED**

---

**From:** knowledge born [mailto:knowledgeborn858@hotmail.com]
**Sent:** Monday, February 05, 2018 3:36 PM
**To:** PPTReturnRequests
**Subject:** Re: Kyle Lydell Canty's Stolen passport, was it returned