```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

      MAR 21 2018   DJ
         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

HON. Richard A. Jones

HON. James P. Donohue

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

        Plaintiff,

Case NO. 2: 16-cv-01655-RAJ-JPD

Objection to Report

And Recommendations/

Vs.

Defendants Motion to Dismiss

With Prejudice

CITY OF SEATTLE, et al

        Defendants.

## Statement of issues

The Plaintiff Kyle Lydell Canty absolutely takes issue with the cowardly Greggory Jackson along with the other coward Samantha Kanner attempting to escape their fate to lose at a jury trial of twelve.

                                                Kyle Lydell Canty
                                                77 S. Washington St.
                                                Seattle WA, 98104

The defendants and the United States Court Western District of Washington at Seattle Seem to take issue at the plaintiff having a broken tibia for 5 months without surgery, they also seem to take issue with the plaintiff being homeless in Seattle Washington. Should the plaintiff's broken tibia be a legitimate reason why a court case should be dismissed with Prejudice? The defendants and The United States District Court Western District of Washington at Seattle also seem to take issue with discovery. The plaintiff has no clue to why at this point anyone is having discovery issues? The plaintiff is now confused at this point and here's why , when the defendants were served by the United States Marshall service in their response all defendants seemed real confident that they would win at a jury of twelve, they were even typing like real gangsters real billy bad... you know what. Now all of a sudden they want the case dismissed can someone tell the plaintiff and the whole world why lol? Maybe the reason is the defendants know it will be legal massacre and the plaintiff will be victorious at a jury trial of twelve.

## Statement of Facts

1. The plaintiff is now walking at 85% without surgery and ready for a jury trial of twelve

2. The plaintiff has now submitted key Witness, Registered Nurse, Department of State employee, and Seattle Police Department officer declarations

3. The plaintiff called Greggory creep Jackson multiple times when he got out of prison and even spoke to him on the phone and Greggory Jackson hung up the phone repeatedly.

4. The plaintiff wanted to give Greggory creep Jackson his options of defeat before this case was leaked to WikiLeaks and all of the rest of the world.

5. Greggory creep Jackson instructed his secretary to hang up on the plaintiff Kyle Lydell Canty every single time he called.

6. Kyle Lydell Canty in fact left a 1 voicemail message on the voicemail of this wanna be lawyer ask him to play it for you.

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

7. Days after the plaintiff was released from prison he went to the 9th floor to visit Samantha Kanner so she could get the deposition and 7 security guards were called on the plaintiff for no reason, this occurred at the king county administration building, lets pull the cameras, and interview all witnesses from that day shall we ?

## Conclusion

It is not the plaintiff fault that he is homeless in Seattle Washington, in fact everyone is homeless in Seattle Washington or one paycheck away from being homeless in Seattle. Let's face it the cost of living here is way too expensive, even in the Seattle Times it was reported that the city of Seattle and surrounding areas ranks number 3 in the United States for most expensive rents, property taxes, and food

It is not the plaintiff's fault that the correctional officers at Shelton correctional facility broke his tibia and they even filmed it, because Greggory Jackson instructed them to do so, in fact Greggory creep Jackson came to visit the plaintiff without the plaintiff agreeing to the visit, therefore Gregory creep Jackson was indeed denied by law, the law states that both attorneys must agree point blank period especially on things like time and place, Both attorneys meaning Plaintiff and the attorneys for the defendants. Does the law not say this? Prove it does not say this dishonorable Judge P. Donohue! The courts were supposed to force the deposition according to the law, there is no discovery issue here stop lying on the merits Dishonorable James P. Donohue. All the defendants and the plaintiff have all discovery, in fact all of the plaintiffs discovery came from the defendants, and it's not the plaintiffs fault that the defendants were too busy lying, falsifying documents, and hiding documents but didn't realize that the plaintiff would get all of the documents including the documents that the defendants didn't want the world to see to see lol lmao. Well shall we say karma is something else is it not? According to all the defendants as the confidential documentation reads, the plaintiff was so so mad because he was denied asylum in Canada he then wanted to kill cops in America lol. The plaintiff's response to this is "why would Mr. Canty be mad when Mr. Canty is an international celebrity as well as an internet celebrity", the plaintiff never wanted to kill cops, now we are starting to see that once again the Seattle Police Department is caught in another lie the Declarations that the plaintiff has summited don't lie, but the defendants do. The prosecutors assumed that the plaintiff would plead guilty to some crap he didn't do, they even came to him

Kyle Lydell Canty<br>
77 S. Washington St.<br>
Seattle WA, 98104

with all type of plea deals, however the plaintiff is cut from a different cloth, the plaintiff would like to know where are these guns, bullets, and extended 30 rounds magazines at that the Seattle Police Department said the plaintiff had in his possession? let's ask the ATF agent, as a matter of fact the plaintiff will release the physical Addresses of the FBI agents involved, ATF agents involved, all of the Seattle police department officers involved starting with the creep Detective Timothy Renihan, and The United States Marshalls that were involved with this corruption so that the world can ask them personally right at their front door why did they do this to this to another black Male.  Last but not least I hear that Ray fleck is no longer working at the court house I wonder why? In ending the plaintiffs hates corruption with a passion and justice must be served with or without the dishonorable James P. Donohue!!  We can do this the hard way or the easy way, which way will the United States District Courts Western District of Washington AT Seattle choose? "May your next move be your best move" All interviews from the bureau will be declined your times up!!

Prepared by:

*X* 03/21/2018

Kyle Lydell Canty

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104