```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

      MAR 28 2018      JMG
           AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY
```

HON. Richard A. Jones

HON. James P. Donohue

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

    Plaintiff,

Case NO. 2: 16-cv-01655-RAJ-JPD

First Declaration of Detective

VS.

Timothy W. Renihan

With Exhibits Attached

CITY OF SEATTLE, et al

    Defendants.

Certification of Oath

I Kyle Lydell Canty does certify and stand by these declarations of Detective Timothy W. Renihan of the Seattle Police Department. The declarations of Timothy W. Renihan shall be used against him in a court of law!! Also it shall be used against him in the Karmic Laws of the universe.

Detective Timothy Renihan is above the age of 18 years old, does not have common sense and is not a logical thinker. Attached is the original writings of Timothy Renihan.

                     Kyle Lydell Canty
                     77 S. Washington St.
                     Seattle WA, 98104

Do Not Seal

## Statement of issues

The plaintiff has "Question of Law", "Point of law", and Question of Fact" issues with all of the defendants, also with the Dishonorable James P. Donohue. Should the Dishonorable James P. Donohue continue to try to hide contradicting clear convincing evidence that proves that all the defendants are compulsive liars from the very start? Should the administrative body of the United States District Court Western District of Washington at Seattle continue to allow this high level corruption?

## Statement of Facts

1. The Defendant Detective Timothy W. Renihan flat out writes in his declaration "There is no probable cause for his arrest", (See attached "declaration exhibit S"). but then on the same day arrests the plaintiff Kyle Lydell Canty? this original declaration is dated 07/08/2016, this is also the same date the plaintiff was originally kidnapped off of the streets of Seattle Washington by violent force and then Arrested at the command of Timothy W. Renihan , The plaintiff spent 6 months in King county correctional facility before he moved the king county superior courts of Seattle with a motion  pursuant to 8.3 C. r.R. dismissal with Prejudice, it was granted because this not so smart detective thought that the plaintiff would just plead guilty , but instead Kyle Lydell Canty opted to go all the way to trial by jury and since King county didn't want to pay for the trial they decided to stop being corrupt. And granted the motion to dismiss with prejudice because Detective Timothy Renihan in an attempt to get rid of all possible evidence that Kyle Lydell Canty had against Seattle Police Department and their officers. Timothy W. Renihan intentionally, maliciously, knowingly, and willfully destroyed laptops, cell phones, SD cards, usb flash drives, a US Passport, a social security card, watches, a book bag, hats, cloths, sneakers, external hard drives, pictures, dvds, and many more items, The Plaintiff previously submitted a declaration of RN Gina with the official property inventory checklist to all of the property that The plaintiff had. RN Gina is employed at Harborview Medical Center as of 07/08/2016

2. The Defendant Timothy w. Renihan unintelligently wrote yet a second declaration contradicting the first declaration that he wrote (see.attached declaration exhibit "T.") this detective even goes as far as to hide the date and non-facts that he had in the first declaration. This second declaration came out when the defendants were serves the summons and complaint by the United States marshal service at the direction of the Dishonorable James P. Donohue.

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

Conclusion

The plaintiff says checkmate, and asks the defendants and the dishonorable James P. Donohue "did you actually think you would get away with this crap? The plaintiff accepts all challengers Including all corrupt judges!!

Prepared by:
_/s/_ 03/27/2018
Kyle Lydell Canty

"Free Robert Rihmeek Williams"

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

*(Exhibit) filed in federal Court*



# Criminal Information Bulletin 58356
## Criminal Intelligence Section

Headquarters  Date: 7/8/2016
Bulletin prepared by: Detective Renihan — Phone: (206) 684-8770

# OFFICER SAFETY BULLETIN

## THREATS TO SHOOT POLICE OFFICERS/CRISIS



H3972310 BD:7/20/1985 30Y H
CANTY
KYLE
H EMERGENCY DEPARTMENT
DOS:7/8/2016
Enc:1806805415  RES:

KYLE L. CANTY B/M/7-20-85 5'07/160
LKA: 77 S. Washington
NO Known vehicles

**There is no probable Cause for his Arrest.**

THERE IS A HAZARD IN NCIC RECORD IN NCIC FOR THREATENING TO SHOOT OFFICERS.

THIS INFORMATION IS PROVIDED FOR OFFICER SAFETY DUE TO HIS ACTIONS/WORDS AND ESCALATING ANGER AND FOCUS ON THE POLICE.

On 7-2-16  Canty approached an SPD officer on a call and yelled obscenities. Canty stated that he would assault officers if they tried to put hands on him for any reason.

On 7-5-16  Canty approached SPD Officers at a Starbucks and was videotaping them. Canty made the statements "you want a war with me, you don't want a war with me". "I know where you guys hang out stop harassing me" "do you know about the gun laws in the state of Washington", "It's in your best interest to stop harassing me".

On 7-7-16  Canty went to the Seattle Police Department OPA office saying he was feeling harassed and threatened by police. He stated that he planned to purchase a firearm to defend himself. He said he would shoot officers if they pulled a gun or taser on him without a warrant.

On 7-7-16  Canty called the US Attorney's office in Seattle and became upset with the receptionist and stated that he would "start shooting SPD officers if he doesn't get the help he wants". He then called back and left a message that he feels his life has been threatened by the police department and he will protect himself by using deadly force".

CONFIDENTIAL - POLICE USE ONLY - DISPOSE OF IN SHREDDER ONLY

NOT FOR PUBLIC DISPLAY OR DISTRIBUTION — DO NOT FORWARD OR COPY



# Criminal Information Bulletin
## Criminal Intelligence Section

| Headquarters | Date: 7/15/2016 |

Bulletin prepared by: Detective Renihan — Phone: (206) 684-8770

# OFFICER SAFETY BULLETIN
## ATTEMPT TO LOCATE FOR EMERGENT DETENTION

### THREATS TO SHOOT POLICE OFFICERS/CRISIS



**KYLE L. CANTY** B/M/7-20-85 5'07/160
LKA: 77 S.Washington
NO Known vehicles

- From protest 7-7-16

There is reason to believe Kyle Canty presents an Imminent likelihood of serious harm per RCW 71.05.153, Emergent detention of persons with mental disorders. The Criminal Intelligence Unit is requesting assistance in locating Canty. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. On 7-7-16 during the march in Seattle, Canty told police that the box he was carrying had extended magazines and he was going to buy a Glock 19 next. He has continued his violent rhetoric today stating that if police approach him he will shoot them. Please observe him from a distance and contact ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Detectives and tactical officers will respond and contact Canty.

CONFIDENTIAL - POLICE USE ONLY - DISPOSE OF IN SHREDDER ONLY     01060001

NOT FOR PUBLIC DISPLAY OR DISTRIBUTION — DO NOT FORWARD OR COPY

Page 1 of 1