```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

    MAR 28 2018    JMG
          AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

HON. Richard A. Jones

HON. James P. Donohue

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

        Plaintiff,

Case NO. 2: 16-cv-01655-RAJ-JPD

Second Declaration of Detective

VS.

Timothy W. Renihan

CITY OF SEATTLE, et al

        Defendants.

### Certification of Oath

I Kyle Lydell Canty does certify and stand by these declarations of Detective Timothy W. Renihan of the Seattle Police Department. The declarations of Timothy W. Renihan shall be used against him in a court of law!! Also it shall be used against him in the Karmic Laws of the universe.

Detective Timothy Renihan is above the age of 18 years old, does not have common sense and is not a logical thinker. Attached is the original writings of Timothy Renihan.

                                                Kyle Lydell Canty
                                                77 S. Washington St.
                                                Seattle WA, 98104

Do Not Seal

## Statement of issues

The plaintiff has "Question of Law", "Point of law", and Question of Fact" issues with all of the defendants, also with the Dishonorable James P. Donohue. Should the Dishonorable James P. Donohue continue to try to hide contradicting clear convincing evidence that proves that all the defendants are compulsive liars from the very start? Should the administrative body of the United States District Court Western District of Washington at Seattle continue to allow this high level corruption?

## Statement of Facts

The Defendant Detective Timothy W. Renihan in his own writings tells the public a very disturbing story to exactly what he attempted to do to the Plaintiff Kyle Lydell Canty in this detectives own declarations he even tries to get other police departments to participate in the corruption. Certain police departments wanted no part of this of this high level corruption (please see attached declaration of Detective Timothy W. Renihan)

The Defendant Timothy Renihan Admits that The plaintiff Kyle Lydell Canty never was found with any state identification on his person or any of his belongings, not to mention this detective tells on everyone else who is helping him do illegal activities, he writes about getting illegal help from the FBI, ATF, and different out of jurisdiction Police Departments not even located in the State of Washington. This detective was so focused on giving The Plaintiff Kyle lydell canty a felony even if it meant lying about everything that happened.

## Conclusion

The whole Story regarding guns, bullets, and 30 round magazines is all made up by the defendants this is why the detective Timothy Renihan writes in his own declaration that the ATF, and The FBI will not be pursuing Federal charges, and then this same detective came to King county superior court in front of the trial judge and could not produce any evidence including the 30 round magazines that he documents that were in his custody, what type of bull crap is this dishonorable James P. Donohue? Dear Dishonorable James P. Donohue step away

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

from the bench you have gone officially senile!! You must be senile in order to be playing these type of games with the Plaintiff Kyle Lydell Canty the real question is why haven't you retired already the world would be a better place without you lol lmao

Prepared by:
X 03/27/2018
Kyle Lydell Canty

" Free Joaquin Archivaldo Guzman"

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104



Seattle Police Department
# Case Investigation Report

Case Investigation Report:   16-242554
Type of Crime             Harassment
Date of Incident          7/2/2016
Date of Last Entry        7/14/2016
Submitted by:             Detective Timothy Renihan, #6293, Unit #348, TP#684-8770,
                          Timothy.Renihan@Seattle.Gov

UCR-      ARREST
CMS-      Referred to KCPA
LODI-     LODI
          JUL 14 2016
Entities:

Suspect- CANTY, Kyle Lydell  B/M/7-20-1985
         77 S.Washington St., Seattle, WA 98104
         No TP#
         CCN:1943622
         $50,000.00 Bail

Victim- Culbertson, Sean  (SPD)
        810 Virginia St, Seattle, WA 98101
        TP# 206-625-5011

Investigation:

7-7-16    1330 hours, I was assigned this case in the possible threats made by Kyle L. Canty 7-20-85. I was given an email from Sgt Fiorini, OPA. Canty had come into the office today and complained about SPD Officers and that he was going to buy a gun to defend himself. *Where is the offical complaint?*

7-7-16    1335 hours, I called Supervisory Deputy Marshal Ray Fleck, TP#370-8604. He stated Brittany Cirineo, US Courthouse, Civil Rights Division, Admin received a call today about 1230 hours. He stated his name was Kyle Canty. He was upset and stated he

Form 17.1  Rev. 11/10

16-1-03103-6 SEA                                                                Canty_K 0066



## Seattle Police Department
## Case Investigation Report

Case Investigation Report:   Error! Reference source not found.

would shoot SPD officers if he doesn't get what he wants. He then called back and left a voice mail for Michael Diaz, TP#553-4358. Fleck forwarded me the voicemail and the email that Cirineo sent to her boss describing the call she had with Canty. I listened to the call. There were no threats. **Proof of lies**

| | |
|---|---|
| 7-7-16 | 1400 hours, I conducted Law Enforcement checks for Canty. He has no DOL photo, No booking photo at KCJ, LINX-the latest report was 1-9-15, 15-9025, Disturbance. There is no vehicle or cell phone associated with Canty. NCIC revealed a hazard for threatening officers and 2 contacts with SPD officers on 7-2-16 and 7-5-16. **?** |
| 7-7-16 | 1600 hours, I created an Officer Safety Bulletin and Lt Barden approved it and it was sent to SPD SWORN. **Proof of Retaliation** |
| 7-7-16 | 1800 hours, There was a protest in Seattle about the police shootings. I was working the protest. Canty was at the protest wearing a Black baseball cap, dark jacket, red t-shirt, gray sweat bottoms and holding a brown box. He was videotaping officers. During the protest he told SPD officers that in the box were 30 round extended magazines and he was going to buy a Glock 19. **By Police** |
| 7-8-16 | 0940 hours, I coordinated with USMS Fleck if Canty comes in to the US Courthouse. |
| 7-8-16 | 1000 hours, I received an email from Sgt Fiorini that he actually came into OPA on Tuesday 7-5-16 and then called her on 7-6-16. **? Where is the official Complaint** |
| 7-8-16 | 1032 hours, I contacted Sgt Pisconski, CIT. He stated that he Ofc Chan and MHP Andriginis are going to local shelters to see if they can obtain more information about Canty. Sgt Pisconski stated that Canty was assaulted a week ago by a female, 16-223269. In the remarks of the report he lists 1700-7th Ave, Suite 116, unit 365. A search reveals that is a UPS store by the US Courthouse. **? Retaliation** |
| 7-8-16 | 1055 hours, Ofc Torres called Work Cell 206-492-9710. He stated that Canty came into the City Attorney's office on the 27th wanted to talk to Pete Holmes and was intimidating the receptionist. A case was written 16-230940. |

Page 2 of 11

CIR Rev.11/10

16-1-03103-6 SEA                                      Canty_K 0067



## Seattle Police Department
## Case Investigation Report

Case Investigation Report:    Error! Reference source not found.

7-8-16 1105 hours, I contacted USMS Fleck and provided him the time Canty was in front of the courthouse for the protest last night. He then sent me photos of Canty at the US Courthouse. USMS Fleck stated that they are going to review seeking charges for having weapons on the courthouse property since he admitted having ammo magazines in his box and that he was going to buy a Glock 19 next. In Violation of CFR- 41 CFR 102-74.440 Weapons. *Weapons (41 CFR 102-74.440).* Federal law prohibits the possession of firearms or other dangerous weapons in Federal facilities and Federal court facilities by all persons not specifically authorized by Title 18, United States Code, Section 930. Violators will be subject to fine and/or imprisonment for periods up to five (5) years. In addition, a court order also prevents persons from bringing or bearing any firearm or other dangerous weapon into the U.S. courthouse. The courthouse also includes the property adjacent and underneath. *[handwritten: Not going to file charges]*

7-8-16    1120 hours, I contacted Doug Larm, WSFC, requested they send the bulletin out on Canty to obtain any information. In an article Canty was in, he states "several outstanding charges in multiple states for things including jaywalking, issuing threats, disorderly conduct and resisting arrest."

7-8-16    1130 hours, I contacted Det Fry who talked with Canty at the Protest. Canty told her "there are 2 magazines in the box, extended, hoping to buy a Glock 19 next". "Google the state of Washington, anyone can buy a gun unless a felon or DV" *[handwritten: Never spoke with him at the protest]*

7-8-16    1140 hours, pictures from the protest of Canty with the Box at the Courthouse. One picture of the box has his name on it Kyle Canty. I sent the pictures to USMS Fleck. *[handwritten: Yes I was there]*

7-8-16    1201 hours, I received an email from Ofc Torres. It documents Canty coming to the City Prosecutors office and his conversation.

7-8-16    1247 hours, I ran NCIC for Canty in Oregon and Canada for CCW and Felony offender reporting system (FORS) with negative results on all. *[handwritten: ?]*

7-8-16    1250 hours, I read the article in the paper November 11, 2015 where Canty sought asylum in Canada and he was refused. *[handwritten: lied I have the Article, is my article]*

7-8-16    1255 hours, I requested Canty's passport information from Det Jennings, SPD and ICE TFO.



## Seattle Police Department
## Case Investigation Report

Case Investigation Report:    Error! Reference source not found.

| Date | Entry |
|---|---|
| 7-8-16 | 1256 hours, I requested Canty be run thru Federal Databases. A/Sgt James, SPD and FBI TFO, stated that he would do that. |
| 7-8-16 | 1305 hours, I was provided SPD reports and NCIC III of Canty by Det Jennings. It showed a state ID in Oregon and New York. |
| 7-8-16 | 1330 hours, I contacted Det David Baca, CIT, Albuquerque New Mexico PD 505-924-6000. He will research Canty and provide the information. |
| 7-8-16 | 1335 hours, I received the passport information for Canty. His US passport # is 458384386. He listed an Arizona ID card on the application. He went outbound in September 2015 and returned Dec 2015. |
| 7-8-16 | 1400 hours, I received information from Det Baca about Canty. It lists 33 contacts with Tucson PD. |
| 7-8-16 | 1430 hours, I contacted Tucson PD warrant section, TP#520-791-4645. Canty does have warrants, but they will not extradite. [handwritten: ?] |
| 7-8-16 | 1450 hours, I received Information form FBI supervisor Carolyn Woodbury. Canty has gone into numerous FBI offices to include the Seattle FBI office. [handwritten: True] |
| 7-8-16 | 1500 hours, US Marshal's Supervisor Fleck stated that Canty stating he had gun magazines in his box on the US Courthouse property will not warrant Federal Charges. [handwritten: Why] |
| 7-8-16 | 1535 hours, A/Lt Allen, A/Sgt James and I conference call Sgt Pisconski. I provided the known facts and that we had enough for an emergent detention to protect Canty from himself and others. Sgt Pisconski agreed with that assessment. [handwritten: What happend] |
| 7-8-16 | 1600 hours, I was told to contact the receptionist at the Seattle Police Chiefs office in regards to Canty calling. I talked with Jill Paderes, Admin. She stated that he called from a blocked number, but he identified himself as Kyle Canty. She talked to him at least 3 times. 1st call he stated that he wanted to talk to the Chief about police brutality and said if police officers come toward me I will shoot them. People are getting tired and that is why officers are getting shot. 2nd call- he said he was going to record the call |



## Seattle Police Department
## Case Investigation Report

Case Investigation Report:    Error! Reference source not found.

|  |  |
|---|---|
|  | and she hung up. 3rd call-He was going to release something to the media. He was transferred to Brenda Gilmore, Sr. Executive Assistant to the Chief. Gilmore stated that Canty talked about his videos on You Tube, officers have violated him, if they come towards him he is going to shoot them and defend himself. He called 5 more times. He called 3 times while I was there and would hang up. |
| 7-8-16 | 1628 hours, I received a 2015 bulletin from the Monroe Crime Analysis Center, New York which was an officer safety bulletin on Canty. It listed several contacts with Canty. One report 09-400792 stated "Canty showed pistol permits for the state of Arizona and stated he still has access to guns". 07-328739 Canty was wearing a bullet proof vest when he entered Rochester New York Police department. |
| 7-8-16 | 1748 hours, I contacted DMHP Gail Bonicalzi, TP#263-9202. I explained to her the behavior that Canty was displaying and that we were going to do an emergent detention on him. |
| 7-8-16 | 1800 hours, I was told to contact KOMO news, TP#206-404-4145, because Canty had threatened them.  *? What was the threat* |
| 7-8-16 | 1805 hours, I reviewed SPD report 16-219276 where Canty resigned at Office Max and then called the corporate office and stated "that is how people get shot". I called the Loss Prevention office on the report, Logan Brown, 425-891-9441. He stated that the report was informational only. I requested a TP#, but he did not have one. I asked him if Canty ever had a gun while working at Office Max and he said he did not know.  *? ?* |
| 7-8-16 | 1810 hours, I called KOMO news and talked to Cathy Rollins, TP#206-404-4145. She stated Canty called at 1651 and 1655 hours and was talking about video of SPD. He stated his name was Kyle Lydell Canty. He alleged murder charges, wanted he to watch videos. Canty mentioned "killing cops". She had someone else listen to the call on speaker phone. Canty said he was trying to tell the police department that he is going to buy a gun and if police pull a gun he will shoot them. He gave a TP# of 206-861-5293 which turned out to be a landline. |
| 7-8-16 | 1829 hours, I sent out the Emergent Detention bulletin on Canty. The Emergent Detention is SPD case #16-244744. |



## Seattle Police Department
## Case Investigation Report

Case Investigation Report:    Error! Reference source not found.

| | |
|---|---|
| 7-8-16 | 1835 hours, Det Carma Clark called and stated she saw Canty at 5th and Pine St. right before the bulletin came out. He was wearing a Black baseball cap, black jacket and black backpack. |
| 7-8-16 | 1853 hours, I briefed SWAT and provided a bulletin. Canty was videotaping some members of SWAT in the previous 30 minutes. *? Where is the video* |
| 7-8-16 | 1900 hours, SWAT detained Canty at 4th ave and Pike St. I responded to the scene with A/Sgt James. Canty was on the ground and was upset, struggling and would not listen. There were 2 officers holding him down on his side and he was handcuffed. He was not in distress or injured. I tried to deescalate the situation. I told Canty my name was Detective Renihan with SPD. He was being taken to the hospital for a mental health assessment and it was involuntary. He stated he didn't need help and talked over me. |
| 7-8-16 | 1909 hours, AMR employee #909, Brittany, arrived. I briefed her on the situation that Canty was to be taken to HMC for a mental health evaluation. She asked if I wanted restraints on him and I said yes. Canty was placed on the Gurney and kneed Ofc Coolidge in the side of the head as they put him on the Gurney. It knocked Ofc Coolidge off balance and to the ground, he then held his head. After several minutes of struggling and officers trying to deescalate Canty he was secure in the gurney. Due to his hostile and struggling behavior a SWAT officer rode in the back of the AMR with Canty and a SWAT vehicle followed. *there is video people were recording the incident* |
| 7-8-16 | 1918 hours, Canty was transported to HMC. |
| 7-8-16 | 1920 hours, I called the DMHP's and briefed her on Canty. |
| 7-8-16 | 1925 hours, (+-)we arrived at HMC. Canty was taken inside the ER. He was loud and still struggling. He was taken back to the mental health section. I took photos of his black bag, contents in his hat, the brown box he was carrying. I went thru the black bag for safety reasons and located no weapons. I looked at the contents of his hat and there were no weapons. I provided all the items to a HMC security guard who took them back to where Canty was. I then filled out the SPD Emergent Evaluation Card. I provided the Emergent Evaluation card and the SPD Officer Safety bulletin on Canty to the HMC Social Worker. |



# Seattle Police Department
# Case Investigation Report

Case Investigation Report:  Error! Reference source not found.

| | |
|---|---|
| 7-9-16 | 1145 hours, I was contacted by DMHP Bonicalzi, King County Crisis and Commitment and told that they are placing a Psychiatric hold on Canty. He will have Mental Health Court on Wednesday, July 13th. *? What happened At Court* |
| 7-11-6 | I contacted Brittany Cirienio, US Attorney's office. She stated that when Canty called on 7-7-16 he stated that he believes police are trying to get him. He sought refugee status in Canada because police are trying to murder him. He talked about see an SPD patrol car with the keys in it and running. He saw the officers in a Starbucks and stomped in and screamed that they are wasting taxpayer money. He became loud and angry with Cirienio and called her stupid. Canty stated he is suing FBI, DOJ for mishandling cases. He stated if Police come towards him he will start shooting up SPD officers. *Brittay Cirienio is a proven liar* |
| 7-12-16 | 0930 hours, I called Tucson PD Records, TP#520-791-4462, Fax-520-791-5418. I talked with Police Records Supervisor Laura Hodgson. She would review TPD records for Canty and fax them. CCW's are handled by Arizona Department of Public Safety, TP#602-223-2233. I faxed a request to Hodgson for information on Canty. |
| 7-12-16 | 0942 hours, I emailed Dennis Andrews, Tactical Analyst, MCAC, New York and requested all Rochester PD reports and a search for a CCW for Canty. |
| 7-12-16 | 1051 hours, I called Donna Street, Supervisor, CCW, Arizona DPS, TP#602-223-2704. She stated that a court order is needed to obtain CCW information per Arizona Revised Code 13-3102, subsection J. She stated you can do an NLETS search in the gun file that will tell you if a person has one. |
| 7-12-16 | 1100 hours, I received numerous reports from TPD.<br>Case #1311170312, Threats, where Canty called and stated "I'm going to go in shoot you do you understand".<br>Case #1402180493, Threats, At Walmart he told a female he was going to punch her in the head. Later took a swing at a male and hit a female.<br>Case #1407090314, Threats, made a phone threat to a bus employee. "You deserve to be killed", "I am putting a hit out on her", "you deserve to get shot in the fucking head". He was arrested. |



## Seattle Police Department
## Case Investigation Report

**Case Investigation Report:**   Error! Reference source not found.

Case #1511040403, Threats, called Mayor of Tucson's office talked to receptionist "I'm going to kill you".

| | |
|---|---|
| 7-12-16 | 1110 hours, I requested an open source search for when Canty was detained for the Emergent Detention. 2 videos were located on Twitter. I was provided the videos. |
| 7-12-16 | 1122 hours, I conducted an NCIC, NLETS check for Canty in Arizona. I was provided with an Arizona ID for Canty. |
| 7-12-16 | 1130 hours, I went to SPD Data and requested an NLETS search for Canty CCW in Arizona. The NLETS message stated that the search is not allowed. No results. |
| 7-12-16 | 1225 hours, I filled out a NICS card with Canty's information and narrative about his mental health. I sent it to Levi Desrosier, ATF. Canty can still buy a gun; this allows me to be notified if he does. ? |
| 7-12-16 | 1345 hours, I Googled "East Bay" which is where Canty's Box is from that he says he ordered 2 extended handgun magazines. It is a sporting goods store. I searched for Handgun magazines and it stated there were 0 results. *Never Said it* |
| 7-12-16 | 1442 hours, Analyst Andres sent me 9 Rochester PD reports and FIR's for Canty. He further stated that a CCW check for Canty was negative in New York and Monroe County.<br>RPD #07-292151 Canty wore a bullet proof vest into the Police HQ's and caused a disturbance. He was arrest.<br>RPD #07-328739 Canty went to Police HQ's with a bullet proof vest again to a hearing about the denial for his pistol permit with the county judge.<br>RPD#09-400792 Canty was telling a police officer how he was the one that harassed the Police Chief in the past. He showed cards stated that he was an armed security guard in Arizona and an Arizona Concealed Pistol Permit. |
| 7-12-16 | 1656 hours, I was called by KCDPA Stephanie Brown. We will coordinate in the morning. |



## Seattle Police Department
## Case Investigation Report

Case Investigation Report:   Error! Reference source not found.

considerations. Ofc Culbertson stated that he "legitimately believes S/Canty could be the next Christopher Monfort" and could kill an officer.

| | |
|---|---|
| 7-13-16 | 1129 hours, I sent the statement I took from Ofc Culbertson so he could review it. |
| 7-13-16 | 1220 hours, Levi Desrosier, ATF called and stated that if Canty tried to buy a firearm he would be denied because he has outstanding arrest warrants in New York and Arizona. |
| 7-13-16 | 1320 hours, I provided Documents to the King County Prosecutors office for Felony Charges of Harassment against Canty. |
| 7-13-16 | 1343 hours, I was notified by Stephen A. Herschokowitz, Senior DPA, KCPAU that the Felony Harassment case against Canty was rush filed, State V. Kyle Canty (16-1-04902-4) and they are asking for a $50,000 warrant. |
| 7-13-16 | 1435 hours, I picked up the warrant and walked it to SPD Data and it was entered into the NCIC system. |
| 7-13-16 | 1520 hours, I coordinated with CIT that I have a warrant for S/Canty and I will be booking him into KCJ. I requested assistance in coordination with the Mental Health side in this matter. |
| 7-13-16 | 1600 hours, Sgt Anderson and I coordinated with Gene Gonzalez, Charge Nurse, HMC, 5th floor, Maleng building, 410 9th Ave., Seattle, WA TP#206-744-5856 |
| 7-13-16 | 1700 hours, Sgt Anderson and I coordinated with Gene Gonzalez, Charge Nurse, HMC, 5th and Maleng building, 410 9th Ave., Seattle, WA TP#206-744-5856. AMR 915B, Staff-Kevin and Kenzie, arrived to transport S/Canty. AMR went into the HMC unit and we did not assist. |
| 7-13-16 | 1727 hours, S/Canty was brought out of the HMC unit on a gurney. He had property of a black backpack, clear plastic bag with a sealed gray envelope that was said to have his phone [Phone], brown sealed box and other personal effects. S/Canty was transported down to the AMR vehicle. I followed and carried his property. When we got down to the AMR I placed his property in the trunk of a police vehicle. At 1730 hours I logged out |