The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, Plaintiff, vs. CITY OF SEATTLE, et. al., Defendants. | No. 2:16-cv-01655-RAJ-JPD<br><br>KING COUNTY DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT & RECOMMENDATION (DKT. 166) |

## I. INTRODUCTION

King County, DMHP Melinda Hasegawa, and DMHP Gail Bonicalzi (King County Defendants), respectfully request that this Court adopt the Report and Recommendations of Chief United States Magistrate Judge James P. Donohue. Alternatively, King County Defendants request the Court dismiss any claims against them pursuant to King County Defendants' Motion for Summary Judgement.

## II. ARGUMENT

Magistrate Judge Donohue recommended dismissal of this suit based on Plaintiff's repeated failure to engage in discovery in this case. Dkt. 157. Plaintiff has since submitted objections to the Report and Recommendation as well as numerous pleadings titled as "Declarations" but which appear to be Plaintiff's own unsworn ramblings about the persons

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

associated with his two criminal cases. The only relevant portion of Plaintiff's pleading is his excuse as to why he refused to be deposed while he was incarcerated in prison. Dkt. 166 (Plaintiff's Objections, p. 3). Plaintiff incorrectly believes that he has a right to agree on the time and place of his deposition despite the fact that his deposition was properly noted and that he was properly subpoenaed for the deposition. *Id.*; Dkt. 122 (Declaration of Gregory Jackson, Ex. 2). Likewise, he offers no explanation for why he has refused mail from defendants and refuses to answer interrogatories, requests for production or sign off on stipulations for defendants to obtain records relevant to this suit. Rather, Plaintiff contradicts his own prior filings (which claim that he is hiding true copies of his records) by now claiming that defendants have "all discovery."[1] See Dkt. 166 (Plaintiff's Objections, p. 3). Plaintiff's "factual" recitations contained in his objections to the Report and Recommendation are unsupported attempts to smear the intentions of the defense attorneys appearing in this matter as well as Chief Magistrate Judge Donohue. As such, King County Defendants rely on their briefing on the Motion to Dismiss/ Motion for Summary Judgment. Dkt. 123-124, 146.

## III. CONCLUSION

Based on the objections filed, King County Defendants request this Court adopt the Report and Recommendation of Chief Magistrate Judge James P. Donohue, grant Defendants' motions and dismiss Plaintiff's claims.

DATED this 4th day of April, 2018.

//

[1] It is possible that Plaintiff is confusing discovery in his criminal cases in which he or his attorney were likely given all police reports in preparation for trial with his obligation to answer civil discovery in a case he initiated. Regardless, it is his obligation as Plaintiff in this matter to answer discovery and to attend a properly noted deposition.

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: */s/ Samantha D. Kanner*
SAMANTHA D. KANNER, WSBA #36943
Senior Deputy Prosecuting Attorney
Attorneys for King County Defendants
500 Fourth Avenue, 9th Floor
Seattle, WA 98104
Telephone: (206) 296-8820
E-Mail: Samantha.Kanner@kingcounty.gov

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on April 4, 2018, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF E-Filing System thereby serving co-defendants' counsel electronically and sent a copy of the same via USPS mail to:

**Kyle Lydell Canty**
**77 S Washington Street**
**Seattle, WA 98104**

I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 4th day of April, 2018.

*/s/Lindsey Macalalad*
LINDSEY MACALALAD
Legal Secretary

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819