The Honorable Richard A. Jones
The Honorable James P. Donohue

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

KYLE LYDELL CANTY,

    Plaintiff,

vs.

CITY OF SEATTLE, et al.,

    Defendants.

NO. 2:16-CV-01655-RAJ-JPD

CITY OF SEATTLE DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT & RECOMMENDATION (DKT. 166)

## I. RELIEF REQUESTED

Defendants City of Seattle, Officers Marshall Coolidge, Sean Culbertson, Timothy Renihan, and Hancock (hereinafter "City of Seattle Defendants") join in King County Defendant's Response to Plaintiff's objections to the Report and Recommendation of Chief United States Magistrate Judge James P. Donohue. (DKT 170) City of Seattle Defendants, alternatively, request that the Court dismiss any claims against City Defendants pursuant to the City Defendant's Motion for Summary Judgment.

## II. ARGUMENT

The City Defendants rely upon the Argument contained in the County Defendants Response.

/././

CITY OF SEATTLE DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT & RECOMMENDATION (DKT. 166)
NO. 2:16-CV-01655-RAJ-JPD

1

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

### III. CONCLUSION

Plaintiff's objections do not address the merits of the City' Defendant's Motion for Summary Judgment nor do Plaintiff's objections explain Plaintiff's failure to participate in the discovery process of the lawsuit that he filed. For these and all the above reasons, the City Defendants ask this Court to adopt the Report and Recommendation of Chief Magistrate Judge James P. Donohue and to grant City Defendant's motion to dismiss.

DATED this 4th day of April, 2018.

s/ Gregory E. Jackson
GREGORY E. JACKSON WSBA #17541
Freimund Jackson & Tardif, PLLC
701 5th Avenue, Suite 3545
Seattle, WA 98104
Telephone: (206) 582-6001
Facsimile: (206) 466-6085
Gregj@fjtlaw.com
Attorneys for Defendants City of Seattle,
Officer Marshall Coolidge, Sean Culbertson,
Timothy Renihan and Officer Hancock

CITY OF SEATTLE DEFENDANTS'
RESPONSE TO PLAINTIFF'S OBJECTIONS
TO THE REPORT & RECOMMENDATION
(DKT. 166)
NO. 2:16-CV-01655-RAJ-JPD

2

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA 98104
TEL: (206) 582-6001
FAX: (206) 466-6085

# CERTIFICATE OF SERVICE

I certify that on the 4th day of April, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-Filing System thereby serving co-defendants' counsel electronically and sent a copy of the same via USPS mail to:

| | |
|---|---|
| Pro se Plaintiff,<br><br>Kyle Lydell Canty<br>77 S. Washington Street<br>Seattle, WA  98104 | ( X )  U.S. Mail |

I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 4th day of April, 2018, in Seattle, Washington.

s/Kathie Fudge_____
KATHIE FUDGE, Legal Assistant to
GREGORY E. JACKSON
701 5TH Avenue, Suite 3545
Seattle, WA  98104
kathief@fjtlaw.com

CITY OF SEATTLE DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT & RECOMMENDATION (DKT. 166)
NO. 2:16-CV-01655-RAJ-JPD

3

FREIMUND JACKSON & TARDIF, PLLC
701 FIFTH AVENUE, SUITE 3545
SEATTLE, WA  98104
TEL: (206) 582-6001
FAX: (206) 466-6085