HON. Richard A. Jones

HON. James P. Donohue

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

Case NO.  2: 16-cv-01655-RAJ-JPD

Release OF Home Addresses

OF King County employees

Official Notice With Exhibits

("First Missile Strike")

Plaintiff,

VS.

CITY OF SEATTLE, et al

Defendants.

## Statement of issues

Should the Plaintiff Kyle Lydell Canty spare any county employees for their involvement? The answer is simply Hell no. Not even the half-brother of Quincy jones will be able to stop this!

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

## Statement of Facts

1. King County's Employees and Contracted employees continue to annoy the plaintiff Kyle Lydell Canty, even though by now everyone should know and understand the plaintiff's capabilities.

2. The Plaintiff Kyle Lydell Canty indeed has the first names, last names, and middle initials of all of the King County employees therefore; he has all of their home addresses also.

3. The plaintiff Kyle Lydell Canty was once upon a time a skip tracer, you idiots do the math

4. The plaintiff Kyle Lydell Canty is connected with some very powerful individuals who are at the top of the food chain and way above everyone's pay grade and clearance.

5. King County would have to be the dumbest Corporation known to mankind, for them to continue to make costly mistakes is just plain suicide.

6. None of this would not be possible if it wasn't for the very messy Defendants thanks lol

## Conclusion

Revenge is a very normal emotion when faced with the type of conspiracy and corruption that has been committed against the plaintiff in both of his criminal cases, which prompted this civil case that sits before the federal district courts of Western Washington at Seattle. The plaintiff will exercise his guaranteed constitutional rights under the first amendment,(Freedom of Speech/Expression) of the United States Constitution. This is an information war, thus the plaintiff Mr. Kyle Lydell Canty wins and you all lose. "Laugh now cry later."

Prepared by:

___ 05/28/2018

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

**Department of Adult & Juvenile Detention**
Roster Management System

| Employee | Job Title | Unit Assigned |
|---|---|---|
| Alcazar-Alberto, Alejandro | Corrections Officer | KCCF-1 |
| Alfaro, Gerardo | Corrections Officer | KCCF-1 |
| Alimov, Timur | Corrections Officer | KCCF-1 |
| Allred, Casey W | Sergeant | KCCF-1 |
| Allred, Kenneth J | Corrections Officer | KCCF-1 |
| Anderson, Antonio Lamar | Corrections Officer | KCCF-1 |
| Anderson, Willie James | Corrections Officer | KCCF-1 |
| Appling, Billy Everett | Corrections Officer | KCCF-1 |
| Bacon, Troy Adam | Captain | KCCF-1 |
| Bajra, Robin Prajwal | Corrections Officer | KCCF-1 |
| Bayless, Casey | Corrections Officer | KCCF-1 |
| Bedinger, David H | Corrections Officer | KCCF-1 |
| Beidler, Jeffrey Bryan | Corrections Officer | KCCF-1 |
| Beleford, Rozell | Corrections Officer | KCCF-1 |
| Bennett, Laurence S | Corrections Officer | KCCF-1 |
| Berg, Sundee Rhe | Corrections Officer | KCCF-1 |
| Bermudez, Rey-nazareno G | Corrections Officer | KCCF-1 |
| Boehme, Peter Frederick | Sergeant | KCCF-1 |
| Bolser, Donald L | Corrections Officer | KCCF-1 |
| Bossett, Catherine Aileen | AS III - PSEUB | KCCF-1 |
| Brooks-moore, Betty J | Corrections Technician | KCCF-1 |
| Brown, David Anthony | Corrections Officer | KCCF-1 |
| Cabrera, Anamaria | Sergeant | KCCF-1 |
| Calander, Charles Peter | Corrections Officer | KCCF-1 |
| Campbell, Andre E | Corrections Technician | KCCF-1 |
| Cays, Brian Jason | Corrections Officer | KCCF-1 |
| Chana, Manginder Singh | Corrections Officer | KCCF-1 |
| Chavez, Gustavo C | Corrections Officer | KCCF-1 |
| Chu Jr., Christopher Scott | Corrections Officer | KCCF-1 |
| Clarin, Todd James | Corrections Officer | KCCF-1 |
| Clark, Patrick | Corrections Officer | KCCF-1 |
| Coates, Rose Anna | Corrections Officer | KCCF-1 |
| Coleman-askew, Sharon Denise | Corrections Officer | KCCF-1 |
| Craw, Tracy L | Corrections Officer | KCCF-1 |
| Dang, Qui | Corrections Officer | KCCF-1 |
| Davis, Felicia R | Corrections Officer | KCCF-1 |
| Defolo, Teresa Elizabeth | Corrections Officer | KCCF-1 |
| Diaz-Flores, Juan C | Corrections Officer | KCCF-1 |
| Douglas, Lorrie | Corrections Officer | KCCF-1 |
| Drake, Shannon Noel | Corrections Officer | KCCF-1 |
| Duenas, Edward | Corrections Officer | KCCF-1 |
| Duran, Andres | Corrections Officer | KCCF-1 |
| Eaton, Annitra Jennese | Corrections Officer | KCCF-1 |
| Echols JR, Dennis James | Corrections Officer | KCCF-1 |
| Edmond, Jason M | Corrections Officer | KCCF-1 |
| Elerick, Troy Victor | Corrections Officer | KCCF-1 |
| Frazier, Sidney Earl | Corrections Officer | KCCF-1 |
| Fridge, Calvin Lafe | Corrections Officer | KCCF-1 |
| Garcia, Joseph L | Corrections Officer | KCCF-1 |

| Name | Title | Location |
|---|---|---|
| Gardner, Andre K | Corrections Officer | KCCF-1 |
| Gill, Manjinder Singh | Corrections Officer | KCCF-1 |
| Gordon, T Patrick | Corrections Technician | KCCF-1 |
| Grant, Kenneth James | Corrections Officer | KCCF-1 |
| Graves, Fred Elliott | Sergeant | KCCF-1 |
| Greer, Sylvia Mae | Corrections Officer | KCCF-1 |
| Grove, Randal P | Corrections Officer | KCCF-1 |
| Hall, Yuliya Leonidovna | Corrections Officer | KCCF-1 |
| Harding, David L | Corrections Officer | KCCF-1 |
| Harris, Clifton Patrick | Corrections Officer | KCCF-1 |
| Henson, Katrina Joyce | Corrections Officer | KCCF-1 |
| Higa, Renae Marie | Corrections Technician | KCCF-1 |
| Hoffard, Joseph Bernard | Corrections Officer | KCCF-1 |
| Holloman, Randy Randolph | Corrections Officer | KCCF-1 |
| Hustead, Doyle Richard | Corrections Officer | KCCF-1 |
| Idiong, Imaeyen | Corrections Officer | KCCF-1 |
| Johnston, Vincent Michael | Corrections Officer | KCCF-1 |
| Justus JR, Douglas W | Captain | KCCF-1 |
| Kile, Nathan Joel | Corrections Officer | KCCF-1 |
| Knight, Michael Eugene | Corrections Officer | KCCF-1 |
| Kobashigawa, Kyle A | Sergeant | KCCF-1 |
| Lathrop, Duane Michael | Corrections Officer | KCCF-1 |
| Le, Duy Vu Dang | Corrections Officer | KCCF-1 |
| Lewis, Lisa Rae | Corrections Officer | KCCF-1 |
| Limon, Evelyn R | Corrections Technician | KCCF-1 |
| Lofink, Robert Christopher | Corrections Officer | KCCF-1 |
| Logwood, Takisha M | Corrections Officer | KCCF-1 |
| Lucas, Jessica N | Corrections Officer | KCCF-1 |
| Mann, Leland V | Corrections Officer | KCCF-1 |
| Manuel, Barbara Louise | Corrections Technician | KCCF-1 |
| Manz, Michael | Corrections Officer | KCCF-1 |
| Mccomas, James Robert | Corrections Officer | KCCF-1 |
| Mccomas, Todd Douglas | Corrections Officer | KCCF-1 |
| McCoy, Keith | Corrections Officer | KCCF-1 |
| Mcgloughlin, Glenn | Corrections Officer | KCCF-1 |
| Mcintosh, Lance Adam | Corrections Officer | KCCF-1 |
| Mead, Tim Ivan | Corrections Officer | KCCF-1 |
| Mendoza, Jeffry M | Corrections Officer | KCCF-1 |
| Moen, Donald W | Corrections Officer | KCCF-1 |
| Molina, Daniel J | Corrections Officer | KCCF-1 |
| Moses, Rita Shailet | Corrections Officer | KCCF-1 |
| Murazzo, Aubrey Renee | Corrections Officer | KCCF-1 |
| Music, Michael D | Corrections Officer | KCCF-1 |
| Negron, Angel Ricardo | Corrections Officer | KCCF-1 |
| Nguyen, Don | Corrections Officer | KCCF-1 |
| Nicoara, Alin | Corrections Officer | KCCF-1 |
| Nicula, Florin | Corrections Officer | KCCF-1 |
| Nolan, Daniel Patrick | Sergeant | KCCF-1 |
| Nolan, Thomas F | Corrections Officer | KCCF-1 |
| Ocampo, Glen S | Corrections Officer | KCCF-1 |
| Olson, Kevin R | Corrections Officer | KCCF-1 |
| Owens, Beau Ryan | Corrections Officer | KCCF-1 |
| Oyebiyi, Fadehan A | Corrections Officer | KCCF-1 |
| Pasco, Dexter | Corrections Officer | KCCF-1 |

| | | |
|---|---|---|
| Perez, James Dan | Corrections Officer | KCCF-1 |
| Phillips, Shannon Denise | Corrections Officer | KCCF-1 |
| Phillips JR, Jimmy Lee | Corrections Officer | KCCF-1 |
| Poe, Justin Gerald | Corrections Officer | KCCF-1 |
| Porter, Steve Charles | Corrections Officer | KCCF-1 |
| Porter IV, Dale L | Corrections Officer | KCCF-1 |
| Potts, Kenneth James | Corrections Officer | KCCF-1 |
| Ramos, Moses S | Corrections Officer | KCCF-1 |
| Richmond, Glenn Davis | Corrections Officer | KCCF-1 |
| Risinger, Jesie James | Corrections Officer | KCCF-1 |
| Robertson, James Bevins | Corrections Officer | KCCF-1 |
| Roney, Jay E | Corrections Officer | KCCF-1 |
| Salwasser, Scott James | Corrections Officer | KCCF-1 |
| Shergill, Amandeep Singh | Corrections Officer | KCCF-1 |
| Sims, Brittney | Corrections Officer | KCCF-1 |
| Stedman, David W | Corrections Officer | KCCF-1 |
| Taylor, Edward N | Corrections Officer | KCCF-1 |
| Teeter, Brandon J | Corrections Officer | KCCF-1 |
| Thomas, John Leland | Corrections Technician | KCCF-1 |
| Tomlin, Mark George | Corrections Officer | KCCF-1 |
| Velasquez, Ever E | Corrections Officer | KCCF-1 |
| Velichko, Sergey | Corrections Officer | KCCF-1 |
| Verhelst, Frantz | Corrections Officer | KCCF-1 |
| Washington, Kelly N | Corrections Technician | KCCF-1 |
| Weirich, David A | Captain | KCCF-1 |
| Wheeler, Todd Aladdin | Sergeant | KCCF-1 |
| Wiger, Kyle A | Corrections Officer | KCCF-1 |
| Williams, Challice Ansel | Corrections Officer | KCCF-1 |
| Williams, Kyle G | Corrections Officer | KCCF-1 |
| Williams, Makesi | Corrections Officer | KCCF-1 |
| Wilson, Nichole Alma | Corrections Technician | KCCF-1 |
| Wyrick, Wade | Corrections Officer | KCCF-1 |
| Xiong, Vang Tova | Corrections Officer | KCCF-1 |
| Allen, Myron | Corrections Officer | KCCF-2 |
| Almanza, Richard | Corrections Officer | KCCF-2 |
| Awasthi, Harish | Corrections Officer | KCCF-2 |
| Barnwell, John | Corrections Officer | KCCF-2 |
| Batchilly, Sulayman Abdoulie | Corrections Officer | KCCF-2 |
| Bautista, Vergel Ramos | Corrections Officer | KCCF-2 |
| Becker, Bernadette M | Corrections Officer | KCCF-2 |
| Bennett, Errol R | Corrections Officer | KCCF-2 |
| Benson, Andreas | Corrections Officer | KCCF-2 |
| Bishop, Jordan C | Corrections Officer | KCCF-2 |
| Black, Jacob R | Corrections Officer | KCCF-2 |
| Burach, Richard B | Corrections Officer | KCCF-2 |
| Burnett, Curtis Robert | Corrections Officer | KCCF-2 |
| Burrows, Eric | Corrections Officer | KCCF-2 |
| Bush, Jerry Emmanuel | Corrections Officer | KCCF-2 |
| Camba, Johnalden Petalver | Corrections Officer | KCCF-2 |
| Castaneda, Felipe | Corrections Officer | KCCF-2 |
| Castellano, Matthew | Corrections Officer | KCCF-2 |
| Chan, Pablo Andres | Corrections Officer | KCCF-2 |
| Chase, Michael E | Corrections Officer | KCCF-2 |
| Cook, Cedric Hamilton | Corrections Officer | KCCF-2 |

| Name | Title | Location |
|---|---|---|
| Cowan, Haleigh Danielle | Corrections Officer | KCCF-2 |
| Currier, Andrew Henry | Corrections Officer | KCCF-2 |
| Dietz, Kirsten Marie | Corrections Technician | KCCF-2 |
| Divina, Marc Craig | Corrections Officer | KCCF-2 |
| Drake, Kirstin Camille | Corrections Technician | KCCF-2 |
| Echternach, Cortney | Corrections Officer | KCCF-2 |
| Elliott, William R | Corrections Officer | KCCF-2 |
| Eltayeb, Mohamed A | Sergeant | KCCF-2 |
| Estrada, Aurelio | Corrections Officer | KCCF-2 |
| Faison, Shearun Lachea | Corrections Technician | KCCF-2 |
| Farris, Wesley J | Corrections Officer | KCCF-2 |
| Farris II, John Julius | Corrections Officer | KCCF-2 |
| Fasen, Michael John | Sergeant | KCCF-2 |
| Fowler, Bradley J | Corrections Officer | KCCF-2 |
| Fox, Steven | Corrections Officer | KCCF-2 |
| Frary, Benjamin James | Sergeant | KCCF-2 |
| Fuller, Leonard B | Corrections Officer | KCCF-2 |
| Garcia, Michael Justin | Corrections Officer | KCCF-2 |
| George JR, Alvin Spike | Corrections Officer | KCCF-2 |
| Golla JR, Felix Umali | Corrections Officer | KCCF-2 |
| Gorman, Richard Alan | Corrections Officer | KCCF-2 |
| Green, Craig Steven | Corrections Officer | KCCF-2 |
| Harraway, Christopher Michael | Corrections Technician | KCCF-2 |
| Heerspink, Autumn Shay | Corrections Officer | KCCF-2 |
| X Holmes, Gerald | Corrections Officer | KCCF-2 |
| Hurt, John Lawrence | Corrections Officer | KCCF-2 |
| Isom, Demarkis | Corrections Officer | KCCF-2 |
| James, Leonard Terrell | Corrections Officer | KCCF-2 |
| Jarvis, Michael Patrick | Corrections Officer | KCCF-2 |
| X Jellen, Jens A | Sergeant | KCCF-2 |
| Johnson, Brandon Lee | Corrections Officer | KCCF-2 |
| Johnston, Matthew C | Corrections Officer | KCCF-2 |
| Jones, Leonard George | Corrections Officer | KCCF-2 |
| Jones, Lorenzo | Corrections Officer | KCCF-2 |
| Julius, Jasmine | Corrections Officer | KCCF-2 |
| Jurado JR., Carlos | Corrections Officer | KCCF-2 |
| Kainz, Sheila J | Corrections Officer | KCCF-2 |
| Kieffer, Laina Lea | Corrections Officer | KCCF-2 |
| LaCoursiere, Dale O'Dean | Corrections Officer | KCCF-2 |
| Langdon, Amanda | Corrections Officer | KCCF-2 |
| Langlois, Kevin James | Corrections Officer | KCCF-2 |
| Lee, Darryl Y T | Corrections Officer | KCCF-2 |
| Lee, Westin Kaipo Kekealani | Corrections Officer | KCCF-2 |
| Lewis, Matthew James | Corrections Officer | KCCF-2 |
| Louis, Charles Brennon | Corrections Officer | KCCF-2 |
| Maddox, Roy Wineford | Corrections Officer | KCCF-2 |
| Maner, Megan | Corrections Officer | KCCF-2 |
| Martinez-Castellon, Diego Eduardo | Corrections Officer | KCCF-2 |
| Mckendry, Raymund G | Corrections Officer | KCCF-2 |
| Mclellan, Jon David | Corrections Officer | KCCF-2 |
| Mendez, Jody Deanne | Corrections Officer | KCCF-2 |
| Miller, Carl | Corrections Officer | KCCF-2 |
| Mohamed, Abdulmonaiem M | Sergeant | KCCF-2 |
| Monteza, Henry | Corrections Officer | KCCF-2 |

| Name | Title | Location |
|---|---|---|
| Moore, Jason Cody | Corrections Officer | KCCF-2 |
| Naylor, William John | Corrections Technician | KCCF-2 |
| Negron, Angel Omar | Corrections Officer | KCCF-2 |
| Newman JR, Albert T | Corrections Officer | KCCF-2 |
| Ngueadjeu, Chirac Fondjo | Corrections Officer | KCCF-2 |
| Norris, James Preston | Corrections Officer | KCCF-2 |
| O'leary, Michael Patrick | Corrections Officer | KCCF-2 |
| Ossewaarde, Christopher A | Corrections Officer | KCCF-2 |
| Paget, Timothy Ray | Corrections Officer | KCCF-2 |
| Postma, Haiko G | Corrections Officer | KCCF-2 |
| Putnam, Eric Lee | Corrections Officer | KCCF-2 |
| Rennie, Michael Carr | Corrections Officer | KCCF-2 |
| Rubio, Jose | Corrections Officer | KCCF-2 |
| Saguin, Darwin Caboverde | Corrections Technician | KCCF-2 |
| Sandino, Sherian Suyee | Corrections Technician | KCCF-2 |
| Schork, Michael Scott | Corrections Officer | KCCF-2 |
| Selstad, Judy Merle | Corrections Officer | KCCF-2 |
| Singh, Harmandeep | Corrections Officer | KCCF-2 |
| Spicer, Damian | Corrections Officer | KCCF-2 |
| Sprague, Roy D | Corrections Officer | KCCF-2 |
| Stuver, Katrina Marie | Corrections Officer | KCCF-2 |
| Taylor, Michael Troy | Captain | KCCF-2 |
| Taylor JR, Edward Neil | Corrections Officer | KCCF-2 |
| Tesauro, James Anthony | Corrections Officer | KCCF-2 |
| Valasote, Victor Ringo L | Corrections Officer | KCCF-2 |
| Vandervliet, Christopher J | Corrections Officer | KCCF-2 |
| Verhelst, Lorayne Ann | Corrections Officer | KCCF-2 |
| Viscalla, Daniel Jose | Corrections Officer | KCCF-2 |
| Walker, Toren Milo | Corrections Officer | KCCF-2 |
| Washington, Nelson Leon | Corrections Officer | KCCF-2 |
| Wells, Michael A | Corrections Officer | KCCF-2 |
| West, Millanie Sue | Corrections Officer | KCCF-2 |
| Williamson, Marcial Jarreau | Corrections Officer | KCCF-2 |
| Williamson, Marcial Rex | Corrections Officer | KCCF-2 |
| Woolsey, Aaron David | Corrections Officer | KCCF-2 |
| Allen, John Paul | Corrections Officer | KCCF-3 |
| Anderson, Danny | Corrections Officer | KCCF-3 |
| Anderson, Marlyn Michael | Corrections Officer | KCCF-3 |
| Anderson, Steve Lewis | Corrections Officer | KCCF-3 |
| Ashbaugh, David C | Corrections Officer | KCCF-3 |
| Ayala JR, Dewel | Corrections Officer | KCCF-3 |
| Bonilla JR, Ismael | Corrections Officer | KCCF-3 |
| Bowers, Anthony J | Corrections Officer | KCCF-3 |
| Bushaw, Todd Ray | Corrections Officer | KCCF-3 |
| Carr, Shannon R | Corrections Officer | KCCF-3 |
| Carter JR, Harry W | Corrections Officer | KCCF-3 |
| Chasengnou, Kua | Corrections Officer | KCCF-3 |
| Chen, Mark X | Corrections Officer | KCCF-3 |
| Christenson, Randy | Corrections Officer | KCCF-3 |
| Clark, Garren D | Corrections Officer | KCCF-3 |
| Conner, Raymond | Corrections Officer | KCCF-3 |
| Damey, Gerald William | Corrections Officer | KCCF-3 |
| Del Rosario, Rolando Yee | Corrections Technician | KCCF-3 |
| Dyson, James J | Corrections Officer | KCCF-3 |

| Name | Title | Location |
|---|---|---|
| Eigner, Anthony | Corrections Officer | KCCF-3 |
| Felipe, Elvin Emmanuel | Corrections Officer | KCCF-3 |
| Fields, Michelle Marie | Captain | KCCF-3 |
| Galam, Jorge Balmores | Corrections Officer | KCCF-3 |
| Gaynor, Gordon Gene | Corrections Officer | KCCF-3 |
| Gollihugh, Jacob Allen | Corrections Officer | KCCF-3 |
| Goodman, Michael Herbert | Corrections Officer | KCCF-3 |
| Hallock, Robin Maxwell | Corrections Officer | KCCF-3 |
| Hallowell, Jill Marie | Corrections Officer | KCCF-3 |
| Harris, Daryel | Corrections Officer | KCCF-3 |
| Heberling JR, Robert | Corrections Officer | KCCF-3 |
| Heinsohn, Jordan T | Corrections Officer | KCCF-3 |
| Helpenstell, Michelle Leanne | Corrections Officer | KCCF-3 |
| Heng, Paul | Corrections Officer | KCCF-3 |
| **Holland, Rodney E** | **Corrections Officer** | KCCF-3 |
| Johnson, Christopher M | Corrections Officer | KCCF-3 |
| Kain, Robert Michael | Corrections Officer | KCCF-3 |
| Keefer, Toni | Corrections Officer | KCCF-3 |
| Kim, Michael Kyun | Corrections Officer | KCCF-3 |
| Larson, Theodore John | Corrections Officer | KCCF-3 |
| Lavers, Patrick | Corrections Officer | KCCF-3 |
| Lether, Bryce | Corrections Officer | KCCF-3 |
| Long, Christopher Ignacious | Corrections Officer | KCCF-3 |
| Lowe, Brenda Bernice | Corrections Technician | KCCF-3 |
| Lucas, Anthony | Corrections Officer | KCCF-3 |
| Lyons, Thomas L | Corrections Officer | KCCF-3 |
| Magalei, Albert Lopeti | Corrections Officer | KCCF-3 |
| Martinez, Anna Zakrzewska | Corrections Officer | KCCF-3 |
| Mathews, Sarah | Corrections Officer | KCCF-3 |
| McNaughton, Shawn Wayne | Corrections Officer | KCCF-3 |
| Mcneeley, Brian Dale | Corrections Officer | KCCF-3 |
| Merck, Brandon Lee | Corrections Officer | KCCF-3 |
| Merino, Adara | Corrections Officer | KCCF-3 |
| Miller, Karl Steven | Corrections Technician | KCCF-3 |
| Mills, Kerby | Corrections Officer | KCCF-3 |
| Molner, Johnathan M | Corrections Officer | KCCF-3 |
| Moore, Anthony Ray | Corrections Officer | KCCF-3 |
| Morey, Charles Bernard | Corrections Officer | KCCF-3 |
| Nyman, Richard A | Corrections Officer | KCCF-3 |
| Orth, Katherine Marciana | Corrections Officer | KCCF-3 |
| Orth, Leonard Bernard | Corrections Officer | KCCF-3 |
| Rainwater, Kevin Douglas | Corrections Officer | KCCF-3 |
| **Reyes, John** | Corrections Officer | KCCF-3 |
| Richardson, Diane Marie | Sergeant | KCCF-3 |
| Saeteurn, Kao Orn | Corrections Officer | KCCF-3 |
| Schell, Roy C | Corrections Officer | KCCF-3 |
| Spassennikov, Andrei V | Corrections Officer | KCCF-3 |
| Starks, Michael | Corrections Officer | KCCF-3 |
| Stoudamire, Claudia Louise | Corrections Technician | KCCF-3 |
| Stubbs, Todd K | Corrections Officer | KCCF-3 |
| Vicari, Carla Marie | Sergeant | KCCF-3 |
| Wagonblast, Raymond George | Corrections Officer | KCCF-3 |
| Walker, John Edward | Corrections Officer | KCCF-3 |
| Wilhelmi, Eric Walter | Corrections Officer | KCCF-3 |

| Name | Title | Location |
|---|---|---|
| Wilks, Rachel C | Sergeant | KCCF-3 |
| Wimbley, Mark James | Corrections Officer | KCCF-3 |
| Young, Jeffrey Lynn | Corrections Officer | KCCF-3 |
| Baum, David Lee | Corrections Officer | KCCF-4 |
| Bell, Willie Joe | Corrections Officer | KCCF-4 |
| Bennett, Ernest Colvin | Corrections Officer | KCCF-4 |
| Brown, Christopher Lee | Corrections Officer | KCCF-4 |
| Brown, Thomas Edward | Corrections Officer | KCCF-4 |
| Chu, Christopher | Corrections Officer | KCCF-4 |
| Chu, Philip K | Corrections Officer | KCCF-4 |
| Clemons, Barry Lyn | Corrections Officer | KCCF-4 |
| Compston, Michael Leslie | Corrections Officer | KCCF-4 |
| Daubney, Walter Leonard | Corrections Officer | KCCF-4 |
| Degraw, Darren Richard | Corrections Officer | KCCF-4 |
| Drake, Michael Jerry | Corrections Officer | KCCF-4 |
| Draves, Jolene R | Corrections Officer | KCCF-4 |
| Duell, Carlos Marquez | Corrections Officer | KCCF-4 |
| Dusseault, Jeffrey D | Corrections Officer | KCCF-4 |
| X Fields, Sabrina M | Corrections Officer | KCCF-4 |
| Fisher, Peter Joseph | Corrections Officer | KCCF-4 |
| Gentz, Raymond L | Corrections Officer | KCCF-4 |
| Hanning, Mark Richard | Corrections Officer | KCCF-4 |
| Hanning, Rodney Reid | Corrections Officer | KCCF-4 |
| Hazelwood JR, John Thomas | Corrections Officer | KCCF-4 |
| Henry, David Thomas | Corrections Officer | KCCF-4 |
| Johnson, Roberta Claudette | Captain | KCCF-4 |
| Kirk, David Allen | Corrections Officer | KCCF-4 |
| Lathrop, James | Corrections Officer | KCCF-4 |
| Lefrancis, Michael Gary | Corrections Officer | KCCF-4 |
| Leimbach, John Faafaga | Corrections Officer | KCCF-4 |
| Lukas, Christopher John | Corrections Officer | KCCF-4 |
| Maude, Michael James | Sergeant | KCCF-4 |
| McClelland, Lee Roy | Corrections Officer | KCCF-4 |
| Owens, Matthew Joseph | Sergeant | KCCF-4 |
| Pagulayan, Ramil Valera | Corrections Officer | KCCF-4 |
| Parton, Mary Kathryn | Corrections Officer | KCCF-4 |
| Pineda, Joseph Patrick | Corrections Officer | KCCF-4 |
| Poche, Melinda B | Corrections Officer | KCCF-4 |
| Price JR, Thomas C | Corrections Officer | KCCF-4 |
| Spadoni, Steven Edward | Corrections Officer | KCCF-4 |
| Stark, Kurt Evan | Corrections Officer | KCCF-4 |
| Towne, Gary Steven | Corrections Officer | KCCF-4 |
| Vernon, Brandon Richard | Corrections Officer | KCCF-4 |
| Vigil, Gabriel Jerome | Corrections Officer | KCCF-4 |
| Walker, Cameron Wilson | Corrections Officer | KCCF-4 |
| Walton, Norman Leon | Corrections Officer | KCCF-4 |
| Warnke, Matthew | Corrections Officer | KCCF-4 |
| Weaver, Randy Edward | Corrections Officer | KCCF-4 |
| Weaver, Sonya K | Corrections Officer | KCCF-4 |
| Westmoreland, Edward James | Corrections Officer | KCCF-4 |
| Winstead JR, Raymond H | Corrections Officer | KCCF-4 |
| Burden, Lisa | Confidential Secretary I | KCCF-A |
| Case, Traci M | AS III - Non Rep | KCCF-A |
| Chou, Ting | SEP Associate II | KCCF-A |

| Name | Title | Facility |
|---|---|---|
| Clark, Todd Steven | Corrections Major | KCCF-A |
| Ho, Joseph S | AS II - PSEUB | KCCF-A |
| Karlsson, Gordon George | Facility Commander | KCCF-A |
| Moua, Crystal Pang Kou | PPM II | KCCF-A |
| Paraiso, Lucrecia M | FS II - PSEU | KCCF-A |
| Robel, Stephanie J | AS I - PSEUB | KCCF-A |
| Seiber, Jerod Edgar | AS II - PSEUB | KCCF-A |
| Smith, Felicia M I | FS III - PSEU | KCCF-A |
| Tewey, Terri L. | BFO IV | KCCF-A |
| Vazquez, Ernesto | Corrections Officer | KCCF-A |
| Vernon, Michael | AS II - PSEUB | KCCF-A |
| Williams, Andrea L | Records & Information Sys Mgr | KCCF-A |
| Alexander, Shawn James | Corr Prg Spec | KCCF-C |
| Barber, Steve C | Corr Prg Spec | KCCF-C |
| Budhram, Candace Dunne | Corr Prg Spec | KCCF-C |
| Curtis, Gregg S | Corr Prg Spec | KCCF-C |
| Durham, LaToya | AS III - 0021C | KCCF-C |
| Garcia, Nancy | Project/Program Manager III | KCCF-C |
| Hagman, Kristina I | Corr Prg Spec | KCCF-C |
| Johnson, Vincent Edgar | Corr Prg Spec | KCCF-C |
| Khuu, Thanh Chi | Corr Prg Spec | KCCF-C |
| Kintner, Ronny Lee | Corr Prg Sup | KCCF-C |
| Mccain JR, Theron Davis | Corr Prg Spec | KCCF-C |
| Mitchell, Runette Aba | Corr Prg Admin | KCCF-C |
| Morano, Kenneth Emilio | Corr Prg Spec | KCCF-C |
| Ogle, Deborah L | AS III - 0021C | KCCF-C |
| Pohio, Karen Ruth | Volunteer Coordinator | KCCF-C |
| Prioleau, Rodney O | Corr Prg Spec | KCCF-C |
| Rollolazo, Jesse Esteban | Corr Prg Spec | KCCF-C |
| Silva, Wayde Paul | Corr Prg Sup | KCCF-C |
| Trajano, Richard A | Corr Prg Spec | KCCF-C |
| Wanner, Jason Garry | Corr Prg Spec | KCCF-C |
| Williams, Gwendolyn | AS II - 0021C | KCCF-C |
| Benham, Richard Hoyt | Cook/Baker-Lead | KCCF-K |
| Bernardo, Enrique D. | Cook/Baker 1 | KCCF-K |
| Bonilla, Leonardo Ramos | Cook/Baker 1 | KCCF-K |
| Carew, Terry K | Cook/Baker 1 | KCCF-K |
| Cielo, Ronald Sijera | Cook/Baker 1 | KCCF-K |
| Cruz, Edgardo Lim | Cook/Baker 1 | KCCF-K |
| Culver, Tamra A | Cook/Baker-Lead | KCCF-K |
| Delosreyes, Cindy A | Cook/Baker 1 | KCCF-K |
| Dulay, William Nieva | Cook/Baker 1 | KCCF-K |
| Harris, Trenita Marie | Cook/Baker 1 | KCCF-K |
| Navarro, Ramil Lopez | Cook/Baker 1 | KCCF-K |
| Ochoa, Frida Morales | Cook/Baker 1 | KCCF-K |
| Wade, Peggy Jo | Cook/Baker 1 | KCCF-K |
| Wiley, Joel | Cook/Baker 1 | KCCF-K |
| Conner, Grady Allen | Corrections Officer | KCCF-T |
| Conston, Jennifer J | AS II - PSEUB | KCCF-T |
| Davis, Lavance | Corrections Officer | KCCF-T |
| Logwood, Curtis Lee | Corrections Officer | KCCF-T |
| Owens, Dean Francis | Sergeant | KCCF-T |
| Stewart, Darren Dean | Captain | KCCF-T |