HON. Richard A. Jones

HON. James P. Donohue

___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

JUN 15 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY

KYLE LYDELL CANTY,

        Plaintiff,

VS.

CITY OF SEATTLE, et al

        Defendants.

Case NO.  2: 16-cv-01655-RAJ-JPD

Declaration of Certified EMT

Wendy Benitez

With Exhibit Attached

"Deathblow"

### Certification of Oath

I Kyle Lydell Canty does certify and stand by this declaration of Certified EMT Wendy Benitez. The declaration of Wendy Benitez shall be used against all Defendants especially Timothy W. Renihan in a court of law! also it shall be used against him in the Karmic Laws of the universe. Wendy Benitez is above the age of 18 years old, does have common sense and is a logical thinker. Attached is the original Statement of Wendy Benitez signed by her.

                                                                                                     Kyle Lydell Canty
                                                                                                     77 S. Washington St.
                                                                                                     Seattle WA, 98104

File document!

## Statement of Issues

The Plaintiff has "Question of Law", Point of Law", and Question of Fact" issues with all of the defendants, also with the Dishonorable James P. Donohue. Should the dishonorable James P. Donohue continue to try to hide contradicting clear convincing evidence that proves that all of the defendants are compulsive liars from the very start? Should the Administrative body of the United States district court Western district of Washington at Seattle continue to allow this High-level corruption and hide other evidence that Federal Employees such as the Federal bureau of investigation was also involved in this Conspiracy against the Plaintiff Kyle Lydell Canty?

## Statement of Facts

1. According to Wendy Benitez, she says that the Defendants Seattle Police Department better known as the City of Seattle told her that they were indeed following the Plaintiff Kyle Lydell Canty for months prior to the incident in question and false arrest on July 8th, 2016, Read it for yourself Dishonorable James P. Donohue ( see attached deathblow exhibit X).

2. The Deathblow declaration of Wendy Benitez proves that the plaintiff Kyle Lydell Canty was telling the truth in all 10 plus of his YouTube videos that are online for everyone's viewing pleasure.

3. Exhibit X, in which is attached to this declaration also states that this whole false arrest indeed was a conspiracy case against the plaintiff Kyle Lydell Canty, Wendy Benitez clearly states that the Seattle Police Department officers told her that the plaintiff threatened the Federal bureau of Investigation also.

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

## Conclusion

Revenge is a perfectly sane and just emotion for the plaintiff Kyle Lydell Canty to have when he has had to endure bizarre high-level corruption and conspiracy that was waged against the Plaintiff Kyle Lydell Canty. Let us just say that all of the defendants are fucked legally. News flash this document is tiled deathblow for a reason, we would advise the Dishonorable James P. Donohue to show some fucking respect to the plaintiff and king Kyle Lydell Canty. Side note if the United States District courts Western district of Washington At Seattle keeps on trying to hide and not file documents that the plaintiff is personally dropping off and getting stamped, this will get real ugly on a legal level. Fuck em is the slogan!

Prepared by:

X 06/15/2018

Kyle Lydell Canty


File document!

Read exhibits very carefully!


Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

07/08/2016 8:55 PM                    AMR                         → HARBORVIEW MEDICAL CTR   7/9/2016  11:31:22 AM  P.5

## AMR SEATTLE OPERATIONS
## PRE-HOSPITAL CARE REPORT SIGNATURES
## SEATTLE

Case #: 839504                    Unit ID: 909C                              Date: 7/8/2016

### AMR CREW MEMBERS

**CREW 1**
NAME: HOLM, BRITTNEY, AMR
NUMBER: 60596540
CERTIFICATION: EMT

**CREW 2**
NAME: BENITEZ, WENDY, AMR
NUMBER: 1173732
CERTIFICATION: EMT

### DESTINATION

TURNED OVER TO: KATIE, RN

---

Case #: 839504                    Date of Service: 07/08/2016            Page: 1 of 1
HMC   Patient: CANTY, KYLE (#18972310)    Patient: Kyle Canty    Job pg 133 of 148   Req Id:    Printed: 7/6/2016    09/29/16 17:59:09
PCR: 2016070819544790751

| 07/08/2016 8:55 PM | AMR | → HARBORVIEW MEDICAL CTR | 11:31:22 AM | AFB4 |

### NARRATIVE

RESPONDED TO A 911 CALL FOR A 30 YR OLD M

**S**
PER SPD OFFICERS CALLED AMR TO TRANSPORT THE PT DUE TO THE PT MAKING VERBAL THREATS TO SHOOT AND KILL OFFICERS. PER SPD DETECTIVE THE PT HAS BEEN UNDER THEIR RADAR FOR NUMEROUS MONTHS AND DURING THIS TIME PERIOD THE PT HAS MADE THREATS TOWARDS THE POLICE AND FBI THREATENING TO SHOOT AND KILL THEM. PER SPD AND US MARSHALLS THE PT STATED HE WAS TRYING TO FIND A HAND GUN TODAY. PER SPD THE PT WAS WALKING AROUND WITH A BOX OF MAGAZINES IN SEARCH OF A GUN. THE PT DENIED ANY MEDICAL CARE. THE PT DENIED TO SPEAK TO MYSELF AND OR MY PARTNER. THE PT DENIED TO ANSWER ANY OF THE QUESTIONS I HAD FOR HIM.

PER OFFICERS THE PT HAS A KNOWN MENTAL HEALTH MEDICAL HX

**O**
UPON ARRIVAL THE PT IS SEEN LYING DOWN ON HIS STOMACH WITH SPD OFFICERS RESTRAINING HIM WITH SPD OFFICERS HOLDING HIM DOWN. THE PT'S HANDS ARE IN CUFFS AND BEHIND HIS BACK. THE PT IS OBSERVED SHOUTING "I WANT A LAWYER, I WANT A LAWYER, ETC". THE PT IS OBSERVED ABLE TO SPEAK/ SHOUT IN FULL SENTENCES. THE PT IS OBSERVED ABLE TO BREATH ADEQUATELY WITH EQUAL CHEST RISE AND FALL. THE PT IS AT THIS TIME PLACED ON THE GURNEY BY SPD AND AMR PERSONNEL. THE PT'S LEGS ARE PUT INTO RESTRAINTS AND THE PT'S ARMS REMAIN IN HANDCUFFS. THE PT IS SEAT BELTED TO THE GURNEY AND PLACED INTO THE AMBULANCE. THE PT DID NOT LET ME TAKE A SET OF VITALS. THE PT WAS UNCOOPERATIVE TO UNCUFF AND TAKE HIS JACKET OFF TO TAKE A SET OF VITALS. SPD WOULD NOT ALLOW THE CUFFS TO BE REMOVED. HEAD TO TOE EXAM (COMPLLETED VISUALLY) DID NOT REVEAL ANY ABNORMALITIES OR DEFORMITIES AT THIS TIME.

PLEASE SEE OBJECTIVE FINDINGS FOR FURTHER INFORMATION.

LUNG SOUNDS CLEAR AND EQUAL BI LAT GCS 15 GOOD CMS PUPILS PERRL

**A**
INVOL BY SPD AND MARSHALLS

**P**
LOADED THE PT ONTO THE GURNEY
PLACED LEG RESTRAINTS ON THE PT AND THE PT'S ARMS REMAINED HANDCUFFED BEHIND HIS BACK
LOADED THE PT INTO THE AMBULANCE
HEAD TO TOE EXAM COMPLETED VISUALLY
TRANSPORTED THE PT TO HMC ED
TRANSFERRED CARE TO THE RN IN ED PEZ
GAVE VERBAL REPORT

TWO OFFICERS RODE WITH IN THE AMBULANCE TO THE HOSPITAL

*ALL COMPLETED W/O INCIDENT

### FOLLOW-UP-CARE

FOLLOW-UP:    FOLLOW-UP-DATE:    FOLLOW-UP-TIME:

FOLLOW-UP CARE:

### RUN COMPLETION

PRIVACY PRACTICES: DUE TO THE PATIENT'S MEDICAL CONDITION, A PAPER VERSION OF THE NOTICE WAS LEFT AT THE HOSPITAL FOR T...

Case #: 839504  
PCR: 20160708195447957151  
Date of Service: 07/08/2016  
Patient: Kyle Canty  
Page: 3 of 3  
Printed: 7/8/2016

| HMC | Patient: CANTY, KYLE (H3972310) | Doc pg 3 of 4 | Job pg 132 of 148 | Req Id: | rsargent : 09/29/16 17:59:09 |