```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

    JUN 15 2018    DJ
         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

HON. Richard A. Jones

HON. James P. Donohue

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

KYLE LYDELL CANTY,

        Plaintiff,

VS.

CITY OF SEATTLE, et al

        Defendants.

Case NO. 2: 16-cv-01655-RAJ-JPD

Declaration of Assistant Director

Kathleen Flaherty

With Exhibit Attached

"Armageddon"

## Certification of Oath

I Kyle Lydell Canty does certify and stand by this declaration of Assistant Director of Patient Relations Kathleen Flaherty. The declaration of Katheen Flaherty shall be used against Timothy W. Renihan in a court of law! Also it shall be used against him in the Karmic Laws of the universe. Kathleen Flaherty is above the age of 18 years old, does have common sense and is a logical thinker. Attached is the original writings of Katheen Flaherty.

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

File document!

## Statement of Issues

The Plaintiff has "Question of Law", Point of Law", and Question of Fact" issues with all of the defendants, also with the Dishonorable James P. Donohue. Should the dishonorable James P. Donohue continue to try to hide contradicting clear convincing evidence that proves that all of the defendants are compulsive liars from the very start? Should the Administrative body of the United States district court Western district of Washington at Seattle continue to allow this High-level corruption and hide other evidence that Federal Employees such as the Federal bureau of investigation was also involved in this Conspiracy against the Plaintiff Kyle Lydell Canty?

## Statement of Facts

1. The Plaintiff Kyle Lydell Canty has interviewed Assistant Director Katheen Flaherty at her office/place of work.

2. Assistant director Katheen Flaherty took it upon herself to apologize to the plaintiff Kyle Lydell Canty via email (See attached exhibit V)

## Conclusion

Revenge is a perfectly sane and just emotion for the plaintiff Kyle Lydell Canty to have when he has had to endure bizarre high-level corruption and conspiracy that was waged against ~~the~~ him, the question now becomes where is the money?, Maybe the Dishonorable James P. Donohue can answer this question!

Prepared by:

X 06/06/2018

Kyle Lydell Canty

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

File document

# Missing property

**Kathleen Flaherty**

Mon 12/5/2016 11:31 AM

Inbox

To: Knowledgeborn858@hotmail.com <Knowledgeborn858@hotmail.com>;

Mr. Canty, thank you for contacting me about your missing money.

I am sorry but we do not have your property. Please check with King County Jail.

Thank you, Kathleen Flaherty

---

Kathleen Flaherty
Assistant Director, Patient Relations

Harborview Medical Center
Seattle, WA 98104
Box 359942
Voicemail: 206/744-8786
Fax: 206/744-4114

The above email may contain patient identifiable or confidential information. Because email is not secure, please be aware of associated risks of email transmission. If you are a patient, communicating to a UW Medicine Provider via email implies your agreement to email communication; see http://www.uwmedicine.org/Global/Compliance/EmailRisk.htm

The information is intended for the individual named above. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please notify the sender by reply email, and then destroy all copies of the message and any attachments. See our Notice of Privacy Practices at www.uwmedicine.org.