___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

HON. Richard A. Jones

MAY 30 2018

HON. James P. Donohue

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KYLE LYDELL CANTY,

Case NO. 2: 16-cv-01655-RAJ-JPD

Release OF Home Addresses

OF Federal Employees

Official Notice ("Preemptive Strike")

Plaintiff,

VS.

CITY OF SEATTLE, et al

Defendants.

### Statement of issues

Should the Plaintiff Kyle Lydell Canty spare any Federal employees for their involvement? The answer is simply Hell no. Not even the half-brother of Quincy jones will be able to stop this!

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

## Statement of Facts

1. According to Detective Timothy W. Renihan's Own Declarations a whole lot of Federal employees conspired with all of the defendants to violate the plaintiff Kyle Lydell canty's constitutional rights secured to him.

2. The Plaintiff Kyle Lydell Canty indeed has the first names, last names, and middle initials of all of the Federal employees therefore; he has all of their home addresses also.

3. The plaintiff Kyle Lydell Canty was once upon a time a skip tracer, you idiots do the math

4. The plaintiff Kyle Lydell Canty is connected with some very powerful individuals who are at the top of the food chain and way above everyone's pay grade and clearance.

5. The Federal Bureau Of Investigation would have to be the dumbest Department that the United States owns considering that they took the bait, but forgot that the plaintiff's lawsuit against them can be refiled lol ( Remember Oregon)

6. None of this would not be possible if it wasn't for the very messy Defendants thanks lol

## Conclusion

Revenge is a very normal emotion when faced with the type of conspiracy and corruption that has been committed against the plaintiff in both of his criminal cases, which prompted this civil case that sits before the federal district courts of Western Washington at Seattle. The plaintiff will exercise his guaranteed constitutional rights under the first amendment,(Freedom of Speech/Expression) of the United States Constitution. This is an information war, thus the plaintiff Mr. Kyle Lydell Canty wins and you all lose. "Laugh now cry later."

Prepared by:
X 05/28/2018

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104