The Honorable Richard A. Jones
The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY, )
 )
                              Plaintiff, )   No. 2:16-cv-01655-RAJ-JPD
 )
    vs. )
 )   NOTICE OF UNAVAILABILITY
CITY OF SEATTLE, et. al., )
 )
                         Defendants. )
 )

TO:        Kyle Lydell Canty, Plaintiff

AND TO:    The Clerk of the Court

    PLEASE TAKE NOTICE that **Samantha Kanner**, Attorney for Defendants King County, Melina Hasegawa, and Gail Bonicalzi, will be out of the office and unavailable to respond to motions, depositions or other formal actions in the above entitled case from July 13, 2018 through July 20, 2018.

    During the aforementioned absence, said attorney shall not be available for any hearings, trials, motions, or any other required court appearance, and shall be additionally unavailable to actively respond to any proposals or motions that may be filed within said period of absence.

NOTICE OF UNAVAILABILITY - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1   It is respectfully requested that no formal action in the above captioned case be taken
2   and/or noted during this time or one week prior and one week immediately thereafter so as to
3   allow adequate preparation.

5   DATED this 22nd day of June, 2018.

6   DANIEL T. SATTERBERG
    King County Prosecuting Attorney

8   By:   */s/ Samantha D. Kanner*
    SAMANTHA D. KANNER, WSBA #36943
9   Senior Deputy Prosecuting Attorney
    Attorneys for King County Defendants
10  500 Fourth Avenue, 9th Floor
    Seattle, WA 98104
11  Telephone: (206) 296-8820
    E-Mail: Samantha.Kanner@kingcounty.gov

NOTICE OF UNAVAILABILITY - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on June 22nd, 2018, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF E-Filing System, thus electronically serving counsel for City of Seattle Defendants, and sent a copy of the same via USPS mail to the following:

**Kyle Lydell Canty**
**77 S Washington Street**
**Seattle, WA 98104**

I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 22nd day of June, 2018.

*/s/Lindsey Macalalad*
LINDSEY MACALALAD
Legal Secretary

NOTICE OF UNAVAILABILITY - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819