```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
         JUL 02 2018   JMG
           AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
     BY                    DEPUTY
```

HON. Richard A. Jones

HON. James P. Donohue

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

KYLE LYDELL CANTY,

          Plaintiff,

VS.

Case NO. 2: 16-cv-01655-RAJ-JPD

Motion Pursuant to:

15 U.S. Code 1681 s-2

With Exhibits Attached

"Oral Argument Requested"

CITY OF SEATTLE, et al

          Defendants.

## Relief Requested

The plaintiff is seeking an additional 1,000,000=one million dollars in punitive damages, plus a public apology on live television. We would like to know how many other lives and families King County has ruined?

                                                                Kyle Lydell Canty
                                                                77 S. Washington St.
                                                                Seattle WA, 98104

## Statement of Issues

The Plaintiff has "Question of Law", Point of Law", and Question of Fact" issues with the defendants King County regarding the false information that they are knowingly, intentionally, willfully, and maliciously reporting to credit reporting agencies such as Experian, Equifax, and TransUnion along with other applicable agencies . Does the Fair Credit Reporting Act not say that these acts are prohibited?

## Statement of Facts

1. The Plaintiff Kyle Lydell Canty has had a very extensive government clearance background check run on himself, this governmental background checks screens for Global terrorist watch list, Sex offences in all states, Felonies in all states, and Debts and all states. (Please see attached exhibit Y)

2. On the background check itself the only county listed is King county, specifically it has the illegal convictions, then it makes the crime seem a lot worse than it is, and last but not least it is being reported that the plaintiff is currently serving probation/ and has served probation. (Please see attached exhibit Y) side note: According to the Washington State Sentencing reform Act of 1981 there is a mandatory probation sentence with the plaintiff's alleged crime , in fact the Trial judge sentenced him illegally, but the State of Washington stepped in and said no probation at all!

3. The State of Washington Department of Corrections in fact reported to the U. S. District Courts Western District of Washington At Seattle that the plaintiff Kyle Lydell Canty would get no supervision for the alleged crime that was allegedly committed, meaning that the plaintiff has never even been on probation to begin with and will not be getting probation.

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

## Conclusion

This false reporting by the defendants King County has prevented the plaintiff from getting employment, housing, loans, business partners, and serious relationships in the United States. Well damn, the Defendants really wanted the plaintiff out of the way! Well guess what the plaintiff in this case is back to haunt and every single one of you pricks! Just do not forget "the plaintiff knows who did what and when".

Prepared by:
X__ 07/02/2018
Kyle Lydell Canty

Fair Credit Reporting Act

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104