\_\_\_\_\_ FILED   \_\_\_\_\_ ENTERED
\_\_\_\_\_ LODGED  \_\_\_\_\_ RECEIVED

JUL 02 2018   JMG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

HON. Richard A. Jones

HON. James P. Donohue

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

Plaintiff,

VS.

CITY OF SEATTLE, et al

Defendants.

Case NO. 2:16-cv-01655-RAJ-JPD

The First Legal Brief Of

Kyle Lydell Canty

With Multiple Exhibits

Attached

"The Aboriginal Innocent Negro"

Introduction

This revolution will be televised, internalized, and internetized. This is not the sixties, seventies, or even eighties, and no this is not Dr. Martin Luther King JR, Malcom X, Heuy P. Newton, Assata Shakur, Tupac Shakur, Geronimo Pratt, Angela Davis, Fred Hampton, hell this is not even Quincy Delight Jones, however this is a new breed of Negro as America called us back in those times. Kyle Lydell Canty better known by the Japanese as "Erabareshimono" knows exactly what constitutional rights violations, conspiracy, and corruption is. The real question now becomes, does the U. S. District Courts Western District of Washington At Seattle know what constitutional rights violations, conspiracy, and corruption is? ™

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

Legal Argument

This case is to set precedents therefore the plaintiff will not be siting any case law besides his own.  A new day and age has begun, this revolution will be televised, internalized, and internetized. Without further ado, here we go ...

Does the (First Amendment) of the United States Constitution state Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise therefore; or abridging the freedom of speech or of the press, or the right of the people peaceably to assemble, and to petition the government for redress of grievances?

Does the (Fourth Amendment) of the United States Constitution state The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized?

Does the (Fifth Amendment) of the United States Constitution state No Person shall be held to answer for capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of War or public danger: nor shall any person  be subject for the same offence to be twice put in jeopardy of life or limb: nor shall be compelled in any criminal case to be a witness against himself: nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation?

Does the (Eighth Amendment) of the United States Constitution state Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted?

Does the (Fourteenth Amendment) of the United States Constitution state All persons born naturalized in the United States, and subject to the jurisdiction therefore, are citizens of the united states and of the state wherein they reside. No state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of the law; nor deny to any person within its jurisdiction the equal protection of the laws?

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

Case summary

On July 8 2016, an attempt to civilly commit the plaintiff to Harborview Medical Center had taken place. This act of terrorism, bizarre and heinous act was orchestrated and carried out by one of the defendants in this civil case, and the defendant's name is detective Timothy W. Renihan. Timothy W. Renihan freely and boldly wrote about his actions. When the civil commitment of the plaintiff was a complete failure, this detective along with the help of the Federal Bureau of investigation, and United States Marshal Service were highly upset and then continued to conspire with each other and frame the plaintiff Kyle Lydell Canty. Criminal charges of Felony Harassment and assault in the 3rd degree of Seattle Police Department officers where then filed in King County Superior court. The filing of the criminal charges was everyone's fail safe switch better known as a plan B, but this plain also failed. The plaintiff spent six months in the King County jail apparently awaiting Jury Trial. The plaintiff Kyle Lydell Canty fired his public pretender Micole Sirkin after three times of meeting with her. Micole Sirkin attempted to get the plaintiff Kyle Lydell Canty to plead guilty, even though she herself did not have full discovery. The plaintiff right away said that he wanted to go to jury trial because he was not guilty and the Seattle Police Department or King County could not prove anything that they were claiming. Sean Culbertson is the officer that claimed that the plaintiff was felony harassing him, and Marshall Coolidge is the officer that claimed that the plaintiff kicked him in the Head. Once again, these charges and statements only came after the Seattle Police Department, Federal Bureau of investigation, and United States Marshal Services were unsuccessful with the civil commitment at Harborview Medical Center located in Seattle WA. The Plaintiff was recording the defendants for months as they stalked, harassed, and terrorized him in the streets of Seattle. At the time of the civil commitment, the plaintiff was in possession of months and months of video footage of the Seattle Police Department Officers and Federal bureau of investigation agents in some very uncompromising situations. Detective Timothy W. Renihan received phone calls from Harborview Medical Center that the plaintiff Kyle Lydell Canty was showing the videos to the Staff in the psychiatric ward, therefore detective Timothy W. Renihan admits to coming and retrieving the two cell phones specifically in which had the videos on them. The plaintiff, then was moved to King county jail and falsely criminally charged. It is all of the defendants position that the plaintiff allegedly self-admitted that he was in possession of these infamous two 30 rounds magazines, with no Glock 9mm gun, but the plaintiff's criminal charges were not for weapons. According to the entire made up discovery this is the reason why the attempted civil commitment had taken place. Ultimately, the plaintiff Kyle Lydell Canty saw this short dwarf looking salt and pepper weird looking creep detective Timothy W. Renihan in the trial courtroom and he admitted that the Seattle Police Department knowingly, intentionally, and maliciously destroyed all of the evidence that Mr. Canty planned to use against everyone involved in the conspiracy, and corruption case. Not to

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

mention all of the plaintiff's personal property was also intentionally and maliciously destroyed, the plaintiff has already submitted multiple receipts to the defendants and to the courts. The outcome of Kyle Lydell Canty's criminal case was Dismissal with Prejudice, and as the paper work shows, Kyle Lydell Canty moved for the dismissal pursuant to C.r.R 8.3 and it was granted due to "**Brady Violations**". Shortly after the superior Court victory, the plaintiff decided to file a Constitutional rights violation civil suit In the U.S. District Court Western District of Washington At Seattle in which is this civil case right here ! Multiple exhibits are attached to this brief to prove everything that was just said in the case summary part of this brief. This story doesn't end there folks, after U. S District Court Judge Dishonorable James P. Donohue directed the United States Marshal Service to serve all of the defendants with the summons and amended complaint. Shortly after this action had taken place, the plaintiff Kyle Lydell Canty was, yet again framed and sent to prison on false charges of Assault in the 2nd degree. Allegedly, this time the plaintiff assaulted two Seattle Police Department officers at the same time while nineteen other officers stood there and just watched.

Statement of Facts

1. The plaintiff Kyle Lydell Canty has submitted to the United States District Court Western District of Washington at Seattle the "No Probable Cause" Declaration of Seattle Police Detective and weirdo Timothy W. Renihan. This declaration reveals to the United States District Courts and the rest of the world that there was never any probable cause to arrest the plaintiff in the first place according to Timothy W. Renihans own documents.

2. The plaintiff Kyle Lydell Canty has submitted to The United States District Court Western District of Washington at Seattle the Dismissal with Prejudice trial ruling in which prompted this civil case to exist.

3. The plaintiff Kyle Lydell Canty has submitted to The United States District Court Western District of Washington at Seattle about 10 declarations so far of professionals, and citizens stepping forward in order to legally bury the defendants, Federal Bureau of investigation, and United States Marshal Services

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

4. The plaintiff Kyle Lydell Canty is using the defendants own paper work against them therefore the defendants cannot say that the plaintiff is lying about anything.

5. Video of Seattle Police Department Officer Sean Culbertson trying to run the plaintiff over with his police cruiser in a dark alley is posted on YouTube for everyone's viewing pleasure.

6. Video of testimony of witness observing Seattle Police Department Officer Sean Culbertson stalking, trying to kill, and harassing the plaintiff Kyle Lydell Canty posted on YouTube for everyone's viewing pleasure.

7. The plaintiff Kyle Lydell Canty was falsely incarcerated for six months the first time before he was able to get the Dismissal with Prejudice granted.

8. The defendants King County did not recognize the plaintiff Kyle Lydell Canty's right to a speedy trial, even though the plaintiff has never signed any continuances in his life, especially not in King County Superior Court.

9. The defendants wanted this to be a case of the plaintiff's word against the Police officers words; however, this became a civil case of the Seattle Police Department words against their own words. All of the plaintiff's declarations submitted proves this very statement.

10. This Civil Case has always been about Constitutional Rights Violations; The U.S. District Courts of the Western District of Washington at Seattle, their Judges, Clerks, and administration have attempted to play mind games with the public. These individuals were not successful with these same tactics when it came down to the plaintiff Kyle Lydell Canty, and the reason is that the plaintiff truly does not give a fuck about nor respect The United States, however the plaintiff does respect the U.S. Constitution.

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

11. The plaintiff Kyle Lydell Canty has never been placed on probation or parole in his life for any crime, however the defendant King County is intentionally, knowingly, and maliciously furnishing fraudulent information regarding this very issue.

12. Finally yet importantly of the facts, The plaintiff's amended complaint that was served upon all defendants via the U.S. Marshal Service at the direction of the very Dishonorable James P. Donohue was in fact very accurate from the very start.

(Please See Attached Amended Complaint/Exhibits)

## Conclusion

It would seem that the Defendants in this case and others that were not included wanted to be the predators but become the prey, when you have a group of individuals who feel that they are above the law and above the United States Constitution, then this is when their luck quickly just ran out. The burden of proof is now reversed back on the defendants and not the plaintiff, Kyle Lydell Canty has already proven that this court case shall go to Jury Trial if any Judge feels otherwise then the case shall go to the U.S. Court of Appeals 9th circuit and then The Supreme Court. We do not do threats we do promises. The individuals in question careers must end, we hear that Ringling Brothers and Barnum Baily is hiring!

P.S. ALL OPPOSITION WILL BE LEGALLY ERATICATED ESPECIALLY

THE FEDERAL BUREAU OF RETARDATION!

LETS PLAY!

THE PLAINTIFF KNOWS WHO DID WHAT, WHEN, WHY, AND HOW

"Coin Tel Pro" LOL

Prepared by:
X 07/02/2018
Kyle Lydell Canty

Dedicated To:
Tupac Shakur

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104