```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        JUL 12 2018    CA

            AT SEATTLE
      CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

HON. Richard A. Jones

HON. James P. Donohue

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, | Case NO. 2:16-cv-01655-RAJ-JPD |
| Plaintiff, | (F.R.C.P.) Motion Pursuant To: |
| | Rule 40(B) Local Rules |
| VS. | Note on Calendar: July 20, 2018 |
| | "Oral Argument Requested" |
| CITY OF SEATTLE, et al | |
| Defendants. | |

## Relief Requested

The Plaintiff Kyle Lydell Canty hereby demands the clerk of this corrupt court follows the directions of the attorney according to the law and according to the F.R.C.P. along with Western District of Washington local rules.

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

## Legal Argument

Does the Federal Rules of Civil Procedure (local Rule 40) state Responsibility for the appearance of attorneys, parties and witnesses in court in readiness for trial is on the attorneys of record and is not on the clerk. Attorneys of record shall advise the clerk, upon request, regarding their readiness for trial, probable duration of trial and such other matters within their knowledge as may facilitate the performance of the clerk's duties and the prompt trial of causes? Is the Plaintiff Kyle Lydell Canty the Attorney of the record also, since he is representing himself sent from above to eradicate all opposition?

## Statement of issues

For some terroristic and bizarre reason The United States Court Western District of Washington At Seattle Keeps on trying to save and throw a lifeline to all of the defendants by postponing and not allowing this case to move on to Trial by Jury. Should the United States Court Western District of Washington At Seattle be allowed to continue in this terroristic behavior and go against the Interest of Justice? Should The United States District Court Western District of Washington At Seattle continue to try to lie on some of their own paper work and say that the Plaintiff never asked for a Jury Trial in the beginning?

## Statement of Facts

The plaintiff Kyle Lydell Canty perfected his amended complaint so well that the dishonorable James P. Donohue had no other choice but to direct the corrupt U.S. Marshal Service to serve it upon their friends oops we meant to say the defendants.

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

Conclusion

The plaintiff simply says "Judge don't save them let them drown, let them meet their fate at the hands of their new enemy, the real question should now be who started this war? These bozos are clearly still living in the past, and the plaintiff is guaranteed to win this Jury Trial. Furthermore, the plaintiff pledges allegiance to the Russian flag and he will wipe the floor with the defendants carcasses especially Timothy W. Renihan! The Federal bureau of retardation should have better informed these bozos to who the plaintiff really is lol, now look everybody is asking the judge to save them just as the plaintiff said in the beginning of all of his earlier documents. Well guess what if any judge saves these terrorists someone will have to save the judge in the legal sense lmao. Finally yet importantly... The next time someone says that they are going to file legal actions one should never underestimate the individual, laugh at the individual, antagonize the individual; this would be complete suicide, especially if Kyle Lydell Canty trained the individual that filed legal actions.

= We are ready for trial right now
= This Trial will be over in less than 90 days ☺ Victory is ours!

Prepared by:
X 07/12/2018
Kyle Lydell Canty / Ecalareshimono!

" Free Joaquin Archivaldo Guzman "

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104