```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

        JUL 12 2018        CA
             AT SEATTLE
       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
 BY                         DEPUTY
```

HON. Richard A. Jones

HON. James P. Donohue

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

KYLE LYDELL CANTY,

    Plaintiff,

VS.

CITY OF SEATTLE, et al

    Defendants.

Case NO. 2:16-cv-01655-RAJ-JPD

(F.R.C.P.) Motion Pursuant To:

Rule 38(A),(B)

Note on Calendar: July 20, 2018

"Oral Argument Requested"

## Relief Requested

The Plaintiff Kyle Lydell Canty hereby demands for about the tenth time thus far that this case goes to Jury Trial Already. The plaintiff also requests that (Seventh Amendment) of the United States Constitution be preserved to the fullest until death do us part!

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

## Legal Argument

Does the (Seventh Amendment) of the United States Constitution state, In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury be preserved, and no fact tried by jury shall be otherwise reexamined in any court of the United States, then according to the rules of Common Law?

## Statement of issues

For some terroristic and bizarre reason The United States Court Western District of Washington At Seattle Keeps on trying to save and throw a lifeline to all of the defendants by postponing and not allowing this case to move on to Trial by Jury. Should the United States Court Western District of Washington At Seattle be allowed to continue in this terroristic behavior and go against the Interest of Justice? Should The United States District Court Western District of Washington At Seattle continue to try to lie on some of their own paper work and say that the Plaintiff never asked for a Jury Trial in the beginning? Even though on the Amended complaint it's self it has Jury Demand Pursuant to Rule 38 right on the front page, this Amended complaint was served via U.S Marshall Service and answered by the very not so smart defendants. lol

## Statement of Facts

The plaintiff Kyle Lydell Canty perfected his amended complaint so well that the dishonorable James P. Donohue had no other choice but to direct the corrupt U.S. Marshal Service to serve it upon their friends oops we meant to say the defendants.

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

Conclusion

The plaintiff simply says "Judge don't save them let them drown, let them meet their fate at the hands of their new enemy, the real question should now be who started this war? These bozos are clearly still living in the past, and the plaintiff is guaranteed to win this Jury Trial. Furthermore, the plaintiff pledges allegiance to the Russian flag and he will wipe the floor with the defendants carcasses especially Timothy W. Renihan! The Federal bureau of retardation should have better informed these bozos to who the plaintiff really is lol, now look everybody is asking the judge to save them just as the plaintiff said in the beginning of all of his earlier documents. Well guess what if any judge saves these terrorists someone will have to save the judge in the legal sense lmao. Finally yet importantly... The next time someone says that they are going to file legal actions one should never underestimate the individual, laugh at the individual, antagonize the individual; this would be complete suicide, especially if Kyle Lydell Canty trained the individual that filed legal actions.

Prepared by:
_X_ 07/12/2018
Kyle Lydell Canty

"Free Ronald Herron"

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104