```
____ FILED       ____ ENTERED
____ LODGED      ____ RECEIVED
```

JUL 24 2018    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

HON. Richard A. Jones

HON. James P. Donohue

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

        Plaintiff,

VS

CITY OF SEATTLE, et al

        Defendants.

Case NO. 2:16-cv-01655-RAJ-JPD

Declarations of King County

Superior Court of Washington

With Exhibits Attached

"Knowledge Is Power"

Certification of Oath

I Kyle Lydell Canty does certify and stand by these declarations of King County Superior Court of Washington. The Declarations of King County Superior Court of Washington shall be used against both King County and The U.S. District Court Western District of Washington At Seattle since the U.S. District Court Western District of Washington at Seattle wants to continue to not follow Federal Rules of Civil Procedure, and the U.S. Constitution!

                                                                                                               Kyle Lydell Canty
                                                                                                          77 S. Washington St.
                                                                                                          Seattle WA, 98104

## Statement of Issues

Should the defendant King County, be allowed to commit fraud by not bringing a defendant to trial within sixty days better known as speedy rights? Should The U.S. District Court Western District of Washington continue to be in collusion with the King County Superior Court System of The State of Washington by not Protecting Moorish Aboriginals of this land?

## Statement of Facts

1. According to King County Prosecutor Aubony G. Burns own signature on official King County Superior Courts own documents the plaintiff Kyle Lydell Canty has never signed any continuances. (See attached exhibits)

2. On the official documents, the prosecutor is singing in the criminal lawyer's signature space, in order to violate defendant's speedy rights. (See attached exhibits)

3. The plaintiff Kyle Lydell Canty was the defendant and the attorney representing himself on the criminal case in question that gave rise to this constitutional rights violation civil case right here.

4. King County Superior Courts cheats to get all of their convictions if they cannot get you to plead guilty (We Can put money on this statement) do we have any challengers?

5. The Plaintiff Kyle Lydell Canty only Recognizes the United States Constitution, Federal Treaties, We do not recognize state codes, ordinances, or especially RCW's they are in fact not even real, but hey the secret is out of the bag.

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

Conclusion

"We are the Aboriginal North American Citizens" that the United States of corruption is afraid of, and you know what, you should be lol lmao. There is no conspiracy theories over here there are just facts to back up everything that the plaintiff Kyle Lydell Canty has claimed in his amended complaint, that was served upon the defendants via the U. S. Marshal Service at the direction of the Very Dishonorable James P. Donohue. Here is a little advice for all the opposition listening ... Next time do not tell on yourselves when you participate in constitutional rights violations and major corruption, this is complete suicide and we are trained to make examples out of you fools in your own court of law.

Wow, we have not heard from that piece of shit attorney

Greggory "Creep" Jackson

You are quite as church mouse, Greggory lol lmao

Stop crying asking the judge to dismiss this civil case

As we say in New York.... You Are Pussy without the hair!

You are African American and we are Moorish

We look the same but we are clearly different

You went to law school and we did not,

However, we are superior legally and knowledge wise

That stuff that they teach you idiots in law school is not even real

Thus, this is why you are having a hard time with this case

Look at you scared like a little bitch lol lmao

Prepared by:
K  07/24/2018
Kyle Lydell Canty

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

*Mr. Canty never agreed to a continuance! official misconduct*

## SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

STATE OF WASHINGTON,  )
           Plaintiff,  )  NO. 16-1-03103-6 SEA
    v.  )
Kyle Canty  )  **ORDER CONTINUING TRIAL**
           Defendant.  )  (ORCTD)
CCN  )  (Clerk's Action Required)

This matter came before the court for consideration of a motion for continuance brought by ☒ plaintiff ☐ defendant ☐ the court. It is hereby
ORDERED that the trial, currently set for **Sep 20, 2016** is continued to **Sep 26, 2016** ☐ *upon agreement of the parties [CrR 3.3(f)(1)] or ☐ required in the administration of justice [CrR 3.3(f)(2)] for the following reason:
☐ plaintiff's counsel in trial; ☐ defense counsel in trial; ☒ other: **Material witness/victim Culbert out of country Sep 12-26, witness Renihan out Sep 26-28 and Oct 3-Oct 17**

It is further ORDERED:
☐ Omnibus hearing date is _____
☒ Expiration date is **Oct 25, 2016**

DONE IN OPEN COURT this **7** day of **September**, 20**16**.

_____ JUDGE

Approved for entry:
_____ 46544      **over his objection**
Deputy Prosecuting Attorney WSBA No.   Attorney for Defendant   WSBA No.

I agree to the continuance:
_____
• Defendant (signature required only for agreed continuance)

I am fluent in the _____ language, and I have translated this entire document for the defendant from English into that language. I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

_____ King County, Washington
Interpreter
Trial Continuance
(Effective 1 September 2003)

9/1/16 2:30pm

## SUPERIOR COURT OF THE STATE OF WASHINGTON COUNTY OF KING

STATE OF WASHINGTON,

                Plaintiff,

v.

Kyle Canty

                Defendant.

NO. 16-1-03103-6 SEA

ORDER Denying Defendants Motions pursuant to 2.1 and Motion for PC Hearing w/ present; MTN

(ORCM)

☑ Clerk's Action Required

☐ Plaintiff ☑ Defendant moves the Court for an order for a emotional ___ ___ ___ present and ___ motions pursuant to Rules 2.1, 2.2 (b,e), 3.2.1, ___ ; now, therefore, it is hereby

ORDERED Defendant's motions are denied. Court finds state complied with proper charging procedures and Rules 2.1 (x3), 2.2 (b,e) and 3.2.1, and PC was found in a hearing (ex parte) that comported with Washington laws. Next motion hearing to be heard ___

DONE IN OPEN COURT this __1__ day of __Sept__, 20_16_.

Weds Sept 28th at 1:30pm in E-815.

_____ JUDGE

_____, WSBA# 46544
Deputy Prosecuting Attorney

Left before signing, WSBA# _____
Attorney for the Defendant

ORDER ON CRIMINAL MOTION
REVISED 1-2013