```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED
```

JUL 24 2018  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

HON. Richard A. Jones

HON. James P. Donohue

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

    Plaintiff,

VS

CITY OF SEATTLE, et al

    Defendants.

Case NO. 2:16-cv-01655-RAJ-JPD

Declarations of S.P.D. Officer

Sean D. Culbertson

With Exhibits Attached

"The F.B.I. Government Pasty"

Certification of Oath

I Kyle Lydell Canty does certify that these are the multiple contradicting declarations of Officer Sean D. Culbertson of the Seattle Police. The multiple declarations of Sean D. Culbertson shall be used against him in a court of law! Also it shall be used against him in the karmic laws of the universe. Seattle Police Department officer Sean D. Culbertson is above the age of 18 years old, does not have common sense and is not a logical thinker. Attached is the original declarations of Sean D. Culbertson.

                                                                            Kyle Lydell Canty
                                                                            77 S. Washington St.
                                                                            Seattle WA, 98104

Statement of Issues

The plaintiff has Major "Question of Fact" issues with this "Federal Bureau of Investigation Government Patsy" and defendant who goes by the name of Sean D. Culbertson, along with the rest of the defendants. Should the U.S. District Court Western District of Washington At Seattle continue to try to hide contradicting clear convincing evidence that proves that all of the defendants are compulsive liars from the very start? Should the administrative body of the United States District Court Western district of Washington at Seattle continue to allow this high level of Corruption?

Statement of Facts

1. In the defendant and terrorist Sean D. Culbertson's multiple declarations that he gave to his fellow Seattle police Department colleagues he flat out says and quote.. "On 07/2/2016 at approximately 0510, I volunteered to back an officer on a down subject at 6 Ave/ yesler way. Prior to volunteering, I was on routine patrol in the 300 block of dilling way, in a fully marked patrol vehicle and full uniform."( See Attached Exhibits)

2. In the defendant and terrorist Sean D. Culbertson's multiple contradicting declarations that he gave to his fellow Seattle Police Department Colleagues he flat out says and quote.. "As I began to proceed out of the parking lot I saw a male that I recognized as Canty. He was walking on the sidewalk. It appeared that he was looking at me and saying something. I rolled down my window and said Hi Kyle. Canty proceeded to yell about perceived harassment by police. "( See Attached Exhibits)

3. In the defendant and terrorist Sean D. Culbertson's multiple contradicting declarations that he gave to his fellow Seattle Police Department colleagues he flat out says and quote.. "I laughed as it appeared that Canty was attempting to antagonize me into a fight with him and I was shocked at his behavior. It appeared

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

to me that he wanted to fight with me or other officers. Canty also stated that he would assault officers if they tried to put hands on him for any reason. Towards the end of the contact as Canty was trying to antagonize me into getting out of my patrol vehicle, I told Canty that he was not worth it, **I left the Area.**"( See Attached Exhibits)

4. In the defendant and terrorist Sean D. Culbertson's multiple contradicting declarations that he gave to his fellow Seattle Police Department colleagues he flat out says and quote.. "Canty proceeded to yell about perceived harassment by police. He told me that he was not afraid to throw bullets at me and other officers, referring to shooting police officers."( See Attached Exhibits)

5. In the defendant and terrorist Sean D. Culbertson's multiple contradicting declarations that he gave to his fellow Seattle Police Department colleagues he flat out says and quote.. "I remained in my vehicle during the entire contact, which lasted about 30 seconds."(See Attached Exhibits)

6. In the defendant and terrorist Sean D. Culbertson's multiple contradicting declarations that he gave to his fellow Seattle Police Department colleagues he flat out says and quote.. "I did not turn on my In Car video because I was hyper focused on subject Canty's threatening words and making sure that cant did not reach for a gun."( See Attached Exhibits)

7. In the defendant and terrorist Sean D. Culbertson's multiple contradicting declarations that he gave to his fellow Seattle Police Department colleagues he flat out says and quote.." I legitimately believe subject Canty could be the next Christopher Monfort" and could kill an officer." (See Exhibits Attached)

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

8. In the defendant and terrorist Sean D. Culbertson's multiple contradicting declarations that he gave to his fellow Seattle Police Department colleagues he flat out says and quote.."I was familiar with suspect Canty"( See Exhibits Attached)

9. In the defendant and terrorist Sean D. Culbertson's multiple contradicting declarations that he gave to his fellow Seattle Police Department colleagues he flat out says and quote.." I believed that I had no probable cause to arrest suspect Canty"(See Exhibits Attached)

## Conclusion

Why would the plaintiff Kyle Lydell Canty even waste his time by threatening law enforcement officers with violence verbally? Ninety-nine Percent of criminals do not verbally threaten law enforcement officers with violence when they are going to splatter their brain matter on the sidewalk. The interaction between the Plaintiff Kyle Lydell Canty and Seattle Police Department Officer Sean D. Culbertson has been posted on YouTube for everyone's viewing pleasure, the videos online do not match up with this officers multiple contradicting statements at all. Can this Seattle Police Department officer Sean D. Culbertson prove anything that he claimed in his declarations is the true question? Let us not forget according to this Seattle Police Department officer he conveniently did not activate his in car video when the plaintiff allegedly made these threats of death. If the plaintiff Kyle Lydell Canty really wanted this cocksucker dead he would be dead already, we need him alive damn it!

**We have bigger fish to fry like the Federal Bureau of Retards!**

Prepared by:

*[signature]* 07/24/2018
Kyle Lydell Canty

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104





**SEATTLE POLICE DEPARTMENT**

GENERAL OFFENSE HARDCOPY

(1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

## Related Text Page(s)

|  |  |
|---|---|
| **Document** | NARRATIVE |
| **Author** | 7662 - CULBERTSON, SEAN D |
| **Subject** | NARRATIVE |
| **Related Date/Time** | JUL-07-2016 (THU.) 0545 |

ICV was not used.

On 7/2/16 at approximately 0510, I volunteered to back an officer on a down subject at 6 Ave / Yesler Way. Prior to volunteering I was on routine patrol in the 300 Block of Dilling Way, in a fully marked patrol vehicle and full uniform.

After being dispatched to the call I turned my patrol vehicle around as the intersection at 3 Ave / Dilling Way is currently partially closed for construction. As I began to proceed out of the parking lot I saw a male that I recognized as CANTY. He was walking WB on the side walk. It appeared that he was looking at me and saying something. I rolled down my window and said "Hi Kyle." CANTY proceeded to yell about perceived harassment by police. He told me that he was not afraid to "throw bullets" at me and other officers, referring to shooting police officers. CANTY stated that he knew who we were and proceeded to take a picture of me in my patrol vehicle. CANTY was yelling obscenities as well, including "FUCKER" and "MOTHERFUCKER". Since I was dispatched to another call I began to move forward slightly. CANTY stated that that was all I was going to do, "Sit in your car and talk shit." He said that I should get out of my car and see what happens. I laughed as it appeared that CANTY was attempting to antagonize me into a fight with him and I was shocked at his behavior. It appeared to me that he wanted to fight with me and/or other officers. CANTY also stated that he would assault officers if they tried to put hands on him for any reason. Towards the end of the contact, as CANTY was trying to antagonize me into getting out of my patrol vehicle, I told CANTY that "he was not worth it, that it was not worth it." Meaning to get out of my patrol vehicle and escalate a situation with him was not worth it. {er descalation training I left the area.

I remained in my vehicle during the entire contact, which lasted about 30 seconds. After which I proceeded to finish the call at 6 Ave / Yesler Way and then ran a records check of CANTY. Since 6/20/16 he has had 3 RMS entries. One as the victim of an assault. One in which he contacted the corporate offices for "Office Max" in Florida and left a threatening message in which he stated "situations like this gets people shot." CANTY had recently resigned from the local "Office Max" in Seattle. The last RMS entry was on 6/29/16 in which CANTY was involved in a disturbance with the reception staff at the Seattle City Attorney's Office. The report for the

For 6293   Printed On Jul-14-2016 (Thu.)                                    Page 4 of 36

16-1-03103-6 SEA                                                           Canty_K 0033

*Probable Cause Statement*



**SEATTLE POLICE DEPARTMENT**

GENERAL OFFENSE HARDCOPY

(1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

Follow Up Report # 1

a hearing about the denial for his pistol permit with the county judge. RPD#09-400792 Canty was telling a police officer how he was the one that harassed the Police Chief in the past. He showed cards stated that he was an armed security guard in Arizona and an Arizona Concealed Pistol Permit.

7-12-16 1656 hours, I was called by KCDPA Stephanie Brown. We will coordinate in the morning.

7-12-16 1800 hours, Levi Desrosier, ATF called me and stated he submitted the NICS form I submitted to the FBI and he will know on 7-13-16 what the status is.

7-13-16 0930 hours, I coordinated with KCDPA Brennan and KCPA ITR Supervisor Ann Mizuta. I briefed them on the detention of Canty. We discussed Canty and some of the cases. I believed that one of the cases 16-242554 there was probable cause for his arrest, but the officer did not arrest him or file charges. I stated that I would contact him.

7-13-16 1000 hours, I emailed information I had on the case to KCDPA Brennan.

7-13-16 7-7-16 1045 hours, Detective Renihan contacted Ofc Culbertson #7662 and interviewed him about SPD case #16-242554 which occurred on 7-2-16. Ofc Culbertson stated that he was leaving 3 Ave and Dilling way and saw Suspect/Kyle L. Canty, B/M/7-20-85. Ofc Culbertson has contacted S/Canty previously and was familiar with S/Canty. Ofc Culbertson stopped his vehicle and S/Canty was 30 to 40 feet away. Ofc Culbertson stayed in his vehicle, put down his window and said "Hi" to S/Canty. S/Canty started yelling about perceived harassment by police. S/Canty told Ofc Culbertson that he "was not afraid to throw bullets at him". Ofc Culbertson asked him "what do you mean?" and S/Canty responded "you know what I mean". Ofc Culbertson believed based on his training, knowledge and experience that he meant that "Throwing bullets" meant shooting. S/Canty then told the officer "you going to sit in your car and talk shit" and told him to get out of his car to see what would happen. Ofc Culbertson believed S/Canty was attempting to antagonize and bait Ofc Culbertson into getting out of the car. Ofc Culbertson believed that if he would have gotten out of the car he may have been assaulted by S/Canty. Ofc Culberson believes S/Canty's behavior was shocking and that he wanted to fight him or other officers. S/Canty stated again that he would assault officers if they tried to put hands on him. S/Canty continued to try and get Ofc Culbertson to get out of his vehicle and Ofc Culbertson refused. Ofc Culbertson stated that he did not turn on his ICV because he was hyper focused on S/Canty's threatening words and making sure that Canty did not reach for a gun. Ofc Culbertson then left the area for another call. Ofc Culbertson completed an SPD report on the incident and requested a Hazard was posted in the NCIC database to alert other officers of the words and actions of S/Canty and that he may assault or shoot them. Ofc Culbertson believed he had probable cause to arrest S/Canty at the time of the incident, but did not arrest him due to officer safety considerations. Ofc Culbertson stated that he

For 6293   Printed On Jul-14-2016 (Thu.)                                    Page 17 of 36

16-1-03103-6 SEA                                                             Canty_K 0046



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
KC PROSECUTOR RELEASE COPY
**(1316-4 THREATS-OTHER)**

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

Follow Up Report # 1

Culbertson believed based on his training, knowledge and experience that he meant that "Throwing bullets" meant shooting. S/Canty then told the officer "you going to sit in your car and talk shit" and told him to get out of his car to see what would happen. Ofc Culbertson believed S/Canty was attempting to antagonize and bait Ofc Culbertson into getting out of the car. Ofc Culbertson believed that if he would have gotten out of the car he may have been assaulted by S/Canty. Ofc Culberson believes S/Canty's behavior was shocking and that he wanted to fight him or other officers. S/Canty stated again that he would assault officers if they tried to put hands on him. S/Canty continued to try and get Ofc Culbertson to get out of his vehicle and Ofc Culbertson refused. Ofc Culbertson stated that he did not turn on his ICV because he was hyper focused on S/Canty's threatening words and making sure that Canty did not reach for a gun. Ofc Culbertson then left the area for another call. Ofc Culbertson completed an SPD report on the incident and requested a Hazard was posted in the NCIC database to alert other officers of the words and actions of S/Canty and that he may assault or shoot them. Ofc Culbertson believed he had probable cause to arrest S/Canty at the time of the incident, but did not arrest him due to officer safety considerations. Ofc Culbertson stated that he "legitimately believes S/Canty could be the next Christopher Monfort" and could kill an officer.

7-13-16 1129 hours, I sent the statement I took from Ofc Culbertson so he could review it.

7-13-16 1220 hours, Levi Desrosier, ATF called and stated that if Canty tried to buy a firearm he would be denied because he has outstanding arrest warrants in New York and Arizona.

7-13-16 1320 hours, I provided Documents to the King County Prosecutors office for Felony Charges of Harassment against Canty.

7-13-16 1343 hours, I was notified by Stephen A. Herschokowitz, Senior DPA, KCPAU that the Felony Harassment case against Canty was rush filed, State V. Kyle Canty (16-1-04902-4) and they are asking for a $50,000 warrant. 7-13-16 1435 hours, I picked up the warrant and walked it to SPD Data and it was entered into the NCIC system.

7-13-16 1520 hours, I coordinated with CIT that I have a warrant for S/Canty and I will be booking him into KCJ. I requested assistance in coordination with the Mental Health side in this matter.

7-13-16 1600 hours, Sgt Anderson and I coordinated with Gene Gonzalez, Charge Nurse, HMC, 5th floor, Maleng building, 410 9th Ave., Seattle, WA TP#206-744-5856

7-13-16 1700 hours, Sgt Anderson and I coordinated with Gene Gonzalez, Charge Nurse, HMC, 5th and Maleng building, 410 9th Ave., Seattle, WA TP#206-744-5856. AMR 915B, Staff-Kevin and Kenzie, arrived to transport S/Canty. AMR went into the HMC unit and we did not assist.



**SEATTLE POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
KC PROSECUTOR RELEASE COPY
(1316-4 THREATS-OTHER)

GO# 2016-242554
ADMINISTRATIVE
CLEARANCE

## Related Text Page(s)

|  |  |
|---|---|
| Document | NARRATIVE |
| Author | 7662 - CULBERTSON, SEAN D |
| Subject | NARRATIVE |
| Related Date/Time | JUL-07-2016 (THU.) 0545 |

ICV was not used.

On 7/2/16 at approximately 0510, I volunteered to back an officer on a down subject at 6 Ave / Yesler Way. Prior to volunteering I was on routine patrol in the 300 Block of Dilling Way, in a fully marked patrol vehicle and full uniform.

After being dispatched to the call I turned my patrol vehicle around as the intersection at 3 Ave / Dilling Way is currently partially closed for construction. As I began to proceed out of the parking lot I saw a male that I recognized as CANTY. He was walking WB on the side walk. It appeared that he was looking at me and saying something. I rolled down my window and said "Hi Kyle." CANTY proceeded to yell about perceived harassment by police. He told me that he was not afraid to "throw bullets" at me and other officers, referring to shooting police officers. CANTY stated that he knew who we were and proceeded to take a picture of me in my patrol vehicle. CANTY was yelling obscenities as well, including "FUCKER" and "MOTHERFUCKER". Since I was dispatched to another call I began to move forward slightly. CANTY stated that that was all I was going to do, "Sit in your car and talk shit." He said that I should get out of my car and see what happens. I laughed as it appeared that CANTY was attempting to antagonize me into a fight with him and I was shocked at his behavior. It appeared to me that he wanted to fight with me and/or other officers. CANTY also stated that he would assault officers if they tried to put hands on him for any reason. Towards the end of the contact, as CANTY was trying to antagonize me into getting out of my patrol vehicle, I told CANTY that "he was not worth it, that it was not worth it." Meaning to get out of my patrol vehicle and escalate a situation with him was not worth it. {er descalation training I left the area.

I remained in my vehicle during the entire contact, which lasted about 30 seconds. After which I proceeded to finish the call at 6 Ave / Yesler Way and then ran a records check of CANTY. Since 6/20/16 he has had 3 RMS entries. One as the victim of an assault. One in which he contacted the corporate offices for "Office Max" in Florida and left a threatening message in which he stated "situations like this gets people shot." CANTY had recently resigned from the local "Office Max" in Seattle. The last RMS entry was on 6/29/16 in which CANTY was involved in a disturbance with the reception staff at the Seattle City Attorney's Office. The report for the