HON. Richard A. Jones

HON. James P. Donohue

```
____ FILED    ____ ENTERED
____ LODGED   ____ RECEIVED
```

SG   AUG 03 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                                DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

    Plaintiff,

VS

CITY OF SEATTLE, et al

    Defendants.

Case NO. 2:16-cv-01655-RAJ-JPD

Declaration of Executive Assistant

To The Seattle City Attorney

Gina T. Landino

With Exhibits Attached

## Certification of Oath

I Kyle Lydell Canty does certify and stand by this declaration of executive assistant to the Seattle city attorney Gina T. Landino. The declaration of Gina T. Ladino shall be used against all of the defendants especially the City of Seattle and all of its police officers in a court of law! also it shall be used against them in the Karmic Laws of the universe. Gina T. Landio is above the age of 18 years old, does have common sense and is a logical thinker. Attached is the original statement and email of Gina Landio and forwarded by her to John Schochet, Kelly L. Harris, Pete Holmes, and Kimberly Mills.

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

## Statement of issues

Should the Defendants continue to dig themselves a deeper hole even though the hole that the defendants have dug is deep already? Should the U. S. District Court Western District of Washington At Seattle Continue to dig themselves a deeper hole with its injustice towards the plaintiff Kyle Lydell Canty even though they know that they are dealing with a different breed of immortal who welcomes death according to the karmic Laws of this universe?

## Statement of Facts

1. According to Gina Landino she writes quote "Kyle Lydell Canty called I spoke to him for about an hour and 15 minutes. He asked me to google him and I did- Here is just a quick handful of sites/ news about him- there are more. I gave Pete a heads up regarding his call and this email to you."(Please see attached exhibit)

2. According to Gina Landino she writes quote "He wants to speak with someone that reports directly to Pete but will not give his phone number, so I gave him Johns number, and he asked that John read some of the news about him that is out there so you/John could understand where he is coming from when he calls you."(Please see attached exhibit)

3. According to Gina Landino she writes quote" He states that he is suing the Albuquerque PD.(Please see attached exhibit)

4. According to Gina Landino she writes quote" Feels like SPD is messing with him because of who he is for no justified reason other than what they have read in the press." (Please see attached exhibit)

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

5. According to Gina Landino she writes quote" Threated that if SPD doesn't leave him alone, he will sue SPD as well."(Please see attached exhibit)

6. According to Gina Landino she writes quote" Noted that he is intentionally leaving a paper trail within the city and stated that he dropped off paperwork at internal Affairs and here at our office.( Please see attached exhibit)

7. According to Gina Landino she writes quote" Noted that though he is not an attorney, he knows the law very well from the large amount of research he has done and will be his own lawyer in a courtroom."(Please see attached exhibit)

8. According to Gina Landino she writes quote" He stated that he has never been convicted of a crime and does not have a record."(Please see attached exhibit)

Conclusion

We conclude that 95% of Gina's Landino's account to the conversation is accurate. The City of Seattle wanted to play captain save a ho and try to save the City of Albuquerque state of New Mexico from a lawsuit but ended up with multiple Brady violations instead and a lawsuit on themselves lol lmao. We would like to know is the City of Albuquerque going to help them get out of all of the deep ship they're in? You see in life you have certain people that just talk about shit they're not about, well guess what Kyle Lydell Canty can talk shit but he also can back up everything! Any other opposition will be legally eradicated, do we have any more challengers? (Question) What about the Federal bureau of Retards? (Answer) What about them! their time will soon come even those retards have dug themselves a deep hole that they're not yet aware of lol lmao Stay tuned…. Form SF-95 We Are coming in full attack form fuck em is always the slogan!

Prepared by:
*X* 08/02/2018
Kyle Lydell Canty

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

**From:** Landino, Gina T
**Sent:** Wednesday, July 06, 2016 4:53 PM
**To:** Schochet, John <John.Schochet@seattle.gov>
**Cc:** Harris, Kelly L <Kelly.Harris@seattle.gov>; Holmes, Peter (Peter.Holmes@seattle.gov) <Peter.Holmes@seattle.gov>; Mills, Kimberly <Kimberly.Mills@seattle.gov>
**Subject:** Phone call from Kyle Lydell Canty

Kyle Lydell Canty called (I spoke to him for about an hour and 15 minutes). He asked me to google him and I did – here is just a quick handful of sites/news about him – there are more. I gave Pete a heads up regarding his call and this email to you.

The gist of his call:

- He wants to speak with someone that reports directly to Pete but will not give his phone number, so I gave him John's number and he asked that John read some of the news about him that is out there so you/John could understand where he is coming from when he calls you

- He stated that he is suing Albuquerque PD

- Feels like SPD is 'messing' with him because of who he is for no justified reason other than what they have read in the press

- He videos and narrates video of SPD officers (has stated he has video of them harassing folks and taking un scheduled coffee breaks) – he would like to share a recent video with you at a meeting that he has not publicly released yet

- He talked about the fact that he prefers to live in states where there are "looser" gun laws

- He stated that he has never been convicted of a crime and does not have a record

- Threatened that if SPD doesn't leave him alone, he will sue SPD as well

- Noted that though he is not an attorney, he knows the law very well from the large amount of research he has done and will be his own lawyer in a courtroom

- Noted that he is intentionally leaving a paper trail within the City and stated that he dropped off paperwork at Internal Affairs and here at our office

- He noted that it is not illegal to state that he will properly defend himself against a police force if he has to

&lt;image001.png&gt;    **Gina T. Landino**

Executive Assistant to

Seattle City Attorney

Peter Holmes

Seattle City Attorney's Office

701 Fifth Avenue, Suite 2050

Seattle, WA 98104-7097

Phone: 206-███

FAX: 206-███

gina.landino@seattle.gov

**CONFIDENTIALITY STATEMENT:** This message may contain information that is protected by the attorney-client privilege, the attorney work product doctrine, or by other confidentiality provisions. If this message was sent to you in error, any use, disclosure, or distribution of its contents is prohibited. If you receive this message in error, please contact me at the telephone number or e-mail address listed above and delete this message without printing, copying, or forwarding it. Thank you.