UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY,

        Plaintiff,

v.

CITY OF SEATTLE, *et al.*,

        Defendants.

Case No. C16-1655-RAJ

ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS

The Court, having reviewed plaintiff's second amended complaint, defendants' motions to dismiss this action as a discovery sanction, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)    The Report and Recommendation is approved and adopted.

(2)    Defendants' motions to dismiss this action as a discovery sanction (Dkts. 121, 123) are GRANTED.

ORDER GRANTING DEFENDANTS'
MOTIONS TO DISMISS - 1

(3) Plaintiff's second amended complaint (Dkt. 38) and this action are DISMISSED, with prejudice, for failure of plaintiff to comply with the rules of discovery as set forth in the Federal Rules of Civil Procedure.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 3rd day of August, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTIONS TO DISMISS - 2