HON. Richard A. Jones
HON. James P. Donohue

___FILED   ___ENTERED
___LODGED  ___RECEIVED

AUG -9 2018   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KYLE LYDELL CANTY,

   Plaintiff,

VS.

KING COUNTY, et al

   Defendants.

NOTICE OF CIVIL APPEAL

Pursuant to Rules 3&4

CASE NO 2:16-cv-01655

District Court Judge

Richard A. Jones

Notice is herebye given that plaintiff Kyle Lydell Canty appeals to the United States Court of Appeals for the Ninth Circuit and will be appealing all the way up to the Supreme Court of this land as promised in his previous body of masterful work that he has left behind. The decision was clearly no surprise. Dismissed with Prejudice Richard A. Jones entered in this action on August 3, 2018 order dated for August 3, 2018 as well.

Prepared by:
08/09/2018
Kyle Lydell Canty
Propria Persona

Kyle Lydell Canty
77 S. Washington St.
Seattle WA, 98104

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY,

                Plaintiff,

   v.

CITY OF SEATTLE, *et al.*,

                Defendants.

Case No. C16-1655-RAJ

ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS

      The Court, having reviewed plaintiff's second amended complaint, defendants' motions to dismiss this action as a discovery sanction, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

      (1)    The Report and Recommendation is approved and adopted.

      (2)    Defendants' motions to dismiss this action as a discovery sanction (Dkts. 121, 123) are GRANTED.

ORDER GRANTING DEFENDANTS'
MOTIONS TO DISMISS - 1

(3)     Plaintiff's second amended complaint (Dkt. 38) and this action are DISMISSED, with prejudice, for failure of plaintiff to comply with the rules of discovery as set forth in the Federal Rules of Civil Procedure.

(4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 3rd day of August, 2018.

*Richard A Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTIONS TO DISMISS - 2