

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

August 13, 2018

| | |
|---|---|
| No.: | 18-35659 |
| D.C. No.: | 2:16-cv-01655-RAJ |
| Short Title: | Kyle Canty v. King County, et al |

Dear Appellant

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Appellants who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>KING COUNTY; CITY OF SEATTLE; TIMOTHY RENIHAN, Police Officer, sued individually and in his official capacity; SEAN CULBERTSON, Police Officer, sued individually and in his official capacity; MARSHALL COOLIDGE, Police Officer, sued individually and in his official capacity; HANCOCK, Police Officer, sued individually and in his official capacity; MELINDA HASEGAWA, Mental Health Professional, sued individually and in her official capacity; GAIL BONICALZI, Mental Health Professional, sued individually and in her official capacity,<br><br>　　　　Defendants - Appellees. | No. 18-35659<br><br>D.C. No. 2:16-cv-01655-RAJ<br>U.S. District Court for Western Washington, Seattle<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Tue., October 9, 2018**　　Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

| | |
|---|---|
| **Wed., November 7, 2018** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

**Appellants without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a).**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stacy Brebner
Deputy Clerk
Ninth Circuit Rule 27-7