HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY,

    Plaintiff,

  v.

KING COUNTY et al.,

    Defendants.

CASE NO. C16-1655 RAJ

ORDER

    In response to the August 24, 2018 Referral Notice (Dkt. # 194) from the Ninth Circuit Court of Appeals in this case (Appeal Number 18-35659), the Court certifies in accordance with 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal in this case is frivolous and taken in bad faith.

    The Court accordingly **REVOKES** Plaintiff's *in forma pauperis* status for purposes of the appeal. The Court directs the Clerk to ensure that the parties and the Clerk of the Ninth Circuit Court of Appeals receive a copy of this order.

    DATED this 31st day of August, 2018.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1