CLERK, UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

9409921595275388

4   HR

UNCLAIMED

438 R77

Kyle Lydell Canty
77 S WASHINGTON ST
SEATTLE, WA 98104

NIXIE        980   DE   1036        0010/06/18

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC:   98191444285        *1595-04118-06-30

PRESORT
FIRST CLASS

RECEIVED
OCT 09 2018

MAIL        $ 00.45

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY

HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY,

       Plaintiff,

      v.

KING COUNTY et al.,

       Defendants.

CASE NO. C16-1655 RAJ

ORDER

    In response to the August 24, 2018 Referral Notice (Dkt. # 194) from the Ninth Circuit Court of Appeals in this case (Appeal Number 18-35659), the Court certifies in accordance with 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal in this case is frivolous and taken in bad faith.

    The Court accordingly **REVOKES** Plaintiff's *in forma pauperis* status for purposes of the appeal. The Court directs the Clerk to ensure that the parties and the Clerk of the Ninth Circuit Court of Appeals receive a copy of this order.

    DATED this 31st day of August, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1