UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>KING COUNTY; et al.,<br><br>      Defendants - Appellees. | No. 18-35659<br><br>D.C. No. 2:16-cv-01655-RAJ<br>U.S. District Court for Western Washington, Seattle<br><br>**ORDER** |

A review of the docket demonstrates that appellant has failed to respond to the September 10, 2018 order of this court.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

                                    FOR THE COURT:

                                    MOLLY C. DWYER
                                    CLERK OF COURT

                                    By: Cyntharee K. Powells
                                    Deputy Clerk
                                    Ninth Circuit Rule 27-7